ORIGINAL

FILED

JUN 2 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

JONATHAN W. RUDE,
1822 Briar Ridge Court
McLean, Virginia 22101

    Plaintiff,

v.

OLAYINKA ADEBOYEKU,
A/k/a YINKA ADEBOYEKU,
5073 Bradley Boulevard
Chevy Chase, Maryland 20815

And

ANTHONY B. WOOD,
A/k/a WILLIE JOYNER, Jr.,
4413 Jay Street, N.E.
Washington, D.C. 20019

    Defendants.

CASE NUMBER  1:05CV01274

JUDGE: Royce C. Lamberth

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 06/24/2005

## COMPLAINT

### COURT JURISDICTION AND VENUE

1. Plaintiff, Jonathan W. Rude, is a resident of the State of Virginia residing at 1822 Briar Ridge Court, McLean, Virginia 22101.

2. Defendant Olayinka Adeboyeku, upon information and belief, is a resident of the State of Maryland with a last known address as 5073 Bradley Boulevard, Apartment 3, Chevy Chase, Maryland 20815.

3. Defendant Anthony B. Wood, upon information and belief, is a resident of the District of Columbia with a last known address as 4413 Jay Street, N.E., Washington, D.C. 20019.

4. This court is vested with jurisdiction in regard to this action pursuant to section 1332 of Title 28 United States Code in that there is complete diversity and plaintiff has incurred damages in excess of US $75,000.00 dollars.

5. Venue is proper in this court pursuant to section 1391(a) of Title 28 United States Code in that the events forming the basis of this complaint occurred in the District of Columbia.

## COUNT NO. 1
(Personal Injury-Assault & Battery, Intentional Infliction of Emotional Distress)

6. The averments of paragraphs 1-5 are incorporated herein as if set forth in full.

7. On June 27, 2004 plaintiff was walking on the 3100 hundred block of K Street, N.W. in the District of Columbia.

8. Defendants Olayinka Adeboyeku and Anthony B. Wood approached plaintiff and attacked plaintiff from behind, thereafter they jointly engaged in an unprovoked and vicious "tag team" assault and battery on plaintiff the result of which plaintiff sustained serious bodily injuries.

9. Plaintiff at all times relevant to this complaint legally exercised care and caution for his own and the safety of others.

10. Defendants attacked plaintiff with the intent to inflict severe pain and suffering on plaintiff and to permanently injure and disfigure plaintiff.

11. Plaintiff as a direct and proximate result of the actions of defendants suffers and will continue to suffer extreme mental pain and anguish.

12. Defendants jointly engaged in a vicious attack on plaintiff which included being punched and beaten about plaintiff's body, head and face, physically thrown against parked vehicles and to a cement sidewalk, as well as being kicked in the head by defendants while plaintiff was on his hands and knees on the sidewalk causing severe injuries to plaintiff's face, eyes, head, leg and shoulder which required three reconstructive surgeries and will also require future surgical treatment.

13. Plaintiff, in addition to the immediate physical injuries as a direct result of defendants' attack, has suffered permanent disfigurement and injury by loss of feeling in plaintiff's face and the insertion of metal plates in his head.

14. Defendant Anthony B. Wood, in encouraging and inciting as well as participating in the involved assault and battery, affirmatively prevented witnesses from intervening to stop the vicious attack on plaintiff so that co-defendant Olayinka Adeboyeku could inflict as great and as serious injury as possible upon the body of plaintiff while plaintiff lay unconscious on the sidewalk after having been rendered unconscious having sustained a concussion and dislocated shoulder from defendants' joint attack.

15. The actions of defendants as stated in paragraph 6 through 13 above constitute the common law torts of assault, battery, intentional infliction of emotional distress and gross and wanton behavior in violation of the laws of the District of Columbia.

## DAMAGES

WHEREFORE, Plaintiff Jonathan W. Rude prays that he be awarded the sum of Five Million Dollars ($5,000,000.00) for medical damages, pain and suffering and mental anguish, for permanent injury and disfigurement and for such other and further relief as the court deems just and appropriate in the circumstances.

Plaintiff further prays that he be awarded punitive damages in an amount to be proven at trial against defendants and for such other and further relief as the court deems just and proper in the circumstances.

Respectfully submitted,

_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, Virginia 22046
Tele. (703) 536-3063
Fax   (703) 536-4841

Attorney For Plaintiff

AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

Jonathan W. Rude

**APPEARANCE**

-advs-

CASE NUMBER:

Olayinka Adeboyeku
and
Anthony B. Wood

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Plaintiff.

| | |
|---|---|
| June 24, 2005 | _(signature)_ |
| Date | Signature |
| 244897 | Rick A. Rude |
| BAR IDENTIFICATION NO. | Print Name |
| | 207 Park Avenue, #103 |
| | Address |
| | Falls Church, VA.     22046 |
| | City         State         Zip Code |
| | 703-536-3063 |
| | Phone Number |