UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    **Plaintiff,**

v.          Civil No. 05-01274(RCL)

OLAYINKA ADEBOYEKU, et al.,

    **Defendants**

**PLAINTIFF'S STATUS REPORT FILED
IN RESPONSE TO SEPTEMBER 12, 2005 ORDER**

Comes Now, Plaintiff, by and through his counsel, and submits this Status Report and Memorandum in response to the Order of the Court entered September 12, 2005, In response Plaintiff states as follows:

1. Defendant Adeboyeku provided a Bethesda Maryland address to the District of Columbia pre-trial services agency. That address proved to be incorrect.

2. Defendant Adeboyeku had to be identified through an investigation of the Metropolitan Police Department and subsequently was arrested in Maryland on a fugitive warrant. He evaded arrest for over two weeks.

3. Defendant Adeboyeku provided a legal address to the Maryland District Court which neither matched the address which he provided to the D.C. Pre-trial services agency and which he was also not located.

4. Plaintiff was able to identify a possible location in Bowie, Maryland for Defendant Adeboyeku in late August 2005 and further approximate times when he might be found at that location.

5. Defendant Wood provided an address at 4413 Jay Street, N.E. in the District of Columbia. However, a check of that address reflected that it is occupied by a woman later identified as Gwendolyn Rowe Kelly.

6. A process server was dispatched to the above address but the woman was uncooperative and unresponsive to the inquiries regarding defendant Wood..

7. In mid-August 2005, defendant Wood was found at the Washington Harbor Complex and to be in the active employ of Dancing Crab at Washington Harbor, L.P. However, defendant Wood did then accost and threaten a government witness in the criminal proceedings that preceded this civil suit.

8. Defendant's Adeboyeku and Wood are considered by plaintiff to be highly dangerous as both have histories of premeditated and unprovoked violence. The process service agency, while searching for these individuals has also had to be selective in 'when and where' service was effectuated.

9. It was believed necessary to locate and serve Defendant Adeboyeku first so as to preclude a repeat of his prior acts of evasion. He not only did not report his actual address, but further secreted himself somewhere in the State of Maryland and did not reappear until the end of August 2005.

10. Defendant Adeboyeku was located at Bowie State University and has been served. The return of service for defendant Adeboyeku will be timely filed with the Clerk of the Court.

11. It is the belief of plaintiff that defendant Wood has knowledge of this litigation but is actively evading service of process. Plaintiff is aware of several locations frequented by defendant Wood but as of this date has not been successful at

finding this defendant. The process service retained by plaintiff is actively searching for this individual.

Dated: 22 September 2005

                Respectfully submitted,

                RICK A. RUDE, Esq.
                DC Bar#244897
                Suite 103
                207 Park Avenue
                Falls Church, VA. 22046
                (703) 536-3063 Tele.
                (703) 536-4841 Fax.

                Counsel For
                Plaintiff