# UNITED STATES DISTRICT COURT
## District of Columbia

Jonathan W. Rude,

    Plaintiff,

V.

Olayinka Adeboyeku
and
Anthony B. Wood,

    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV01274

JUDGE: Royce C. Lamberth

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 06/24/2005

TO: (Name and address of Defendant)

Anthony B. Wood
4413 Jay Street, N.E.
Washington, D.C. 20019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rick A. Rude
Suite 103
207 Park Avenue
Falls Church, VA. 22046

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            JUN 24 2005
CLERK                                  DATE

_(signature)_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jonathan W. Rude

vs.

Olayinka Adeboyeku, et al.

No. 1:05CV01274

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 8:39 pm on September 27, 2005, I served Anthony B. Wood a/k/a Willie Joyner, Jr. at 4413 Jay Street, NE, Washington, DC 20019 by serving, Courtney Wood, wife, a person of suitable age and discretion who stated she resides therein with the defendant. Described herein:

```
SEX-     FEMALE
AGE-     33
HEIGHT-  5'6"
HAIR-    BLACK
WEIGHT-  230
COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 09-28-05
            Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 158566