UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

JONATHAN W. RUDE,

    Plaintiff,

v.                            Case No. 1:05CV01274(RCL)

OLAYINKA ADEBOYEKU et al.,

    Defendants.

ORDER

This matter having come before the court upon the motion of the plaintiff for entry of default and it having been shown that defendant Olayinka Adeboyeku was duly served and has failed to appear and answer the complaint; it is hereby,

ORDERED that a default be entered in the docket record of this proceeding.

Dated:_____

                                            _____
                                            U.S. District Court Judge

Copies:

Rick A. Rude
207 Park Avenue
Suite 103
Falls Church, VA. 22046

Olayinka Adeboyeku
C/o Athletic Dept.
14000 Jericho Park Road
Bowie, Maryland 20715