UNITED STATES DISTRICT COURT
District of Columbia

JONATHAN W, RUDE, )
    Plaintiff, )
    v. )
OLAYINKA ADEBOYEKU )
    and )
ANTHONY B. WOOD, )
    Defendants.

CASE No. 1:05CV01274
Judge Royce C. Lambert.

### DEFENSES TO PLAINTIFF'S COMPLAINT

**COMES NOW** the defendant, Anthony B. Wood, by and through counsel, Barry M. Tapp, and states the following in answer to plaintiff's complaint

### FIRST DEFENSE TO COMPLAINT

The complaint fails to state a claim against defendant upon which relief can be granted.

### SECOND DEFENSE TO COMPLAINT

The complaint is time barred by the statute of limitations.

### THIRD DEFENSE TO COMPLAINT

The complaint is barred by the doctrine of *res judicata* and collateral estoppel.

### FOURTH DEFENSE

The court lacks jurisdiction of this matter.

### FIFTH DEFENSE

This case should be dismissed because of the plaintiff's unclean hands.

## ANSWER OF DEFENDANT ANTHONY B. WOOD TO PLAINTIFF'S COMPLAINT

1. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

2. The defendant is without sufficient knowledge or information to admit or deny the allegation.

3. Admitted.

4. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied

5. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

## COUNT NO. 1

6. The defendant incorporates herein his answers in paragraphs 1-5, as if fully set forth herein, therefore it is denied.

7. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

8. Denied.

9. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

10. Denied.

11. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

12. Denied.

13. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

14. Denied.

15. Denied.

WHEREFORE, it is respectfully requested that the plaintiff's action be dismissed, and he be assessed reasonable attorney fees.

Respectfully submitted,

_/s/__Barry M. Tapp___
Barry M. Tapp
14662 Cambridge Circle
Laurel, MD 20707
301-725-6030
Suwon4@aol.com
Bar #209395

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that I have caused a copy of the foregoing Answer to be served on counsel for the plaintiff, electronically and by first class mail, postage prepaid, this 14th day of October, 2004:

Rick A. Rude
Suite 103
207 Park Avenue
Falls Church, VA 22046


_____
Barry M. Tapp