UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

JONATHAN W. RUDE,

    Plaintiff,

v.                             Case No. 1:05CV01274(RCL)

OLAYINKA ADEBOYEKU et al.,

    Defendants.

## MOTION FOR ENTRY OF DEFAULT

Comes now, Plaintiff, Jonathan W. Rude, by and through his counsel, and submits this motion for entry of default as to defendant Olayinka Adeboyeku, a/k/a Yinka Adeboyeku, ("Adeboyeku").

Defendant Adeboyeku was located and personally served in Prince George's County, Maryland on September 19, 2005. The date for answer to the complaint was October 11, 2005. Counsel for Defendant has not received any answer nor notice of request for extension of time in which to plead in this case. Defendant, pursuant to Rule 12(a)(1), Fed.R.Civ.Proc. 12(a)(1) is in default. The clerk of the court, pursuant to Rule 55(a), Fed.R.Civ.Proc. 55(a) is authorized to enter default upon notice and request by plaintiff. Plaintiff hereby requests that the court enter a default as to defendant Olayinka Adeboyeku and for such other and further relief as is consistent with the Federal Rules of Civil Procedure and the Local Rules of this Court.

1

Respectfully submitted,

_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.
(AC 703) 536-4841 Fax.

Counsel For Plaintiff
Jonathan W. Rude

## POINTS AND AUTHORITIES

The clerk of the court is authorized to enter default pursuant to the provisions of Rule 55(a). The defendant was properly served and pursuant to Rule 12(a)(1) was required to answer or otherwise plead by October 11, 2005.

FED.R.CIV.PROC. 55(a)

FED.R.CIV.PROC. 12(a)(1)

2

<u>Certificate of Service</u>

A copy of this document has been served, by first class mail, postage prepaid, upon the defendant at the address at which he was served on September 19, 2005 and further defendant has been served at the address which he provided to the District of Columbia Pre-Trial Services Agency.

Dated this 13th day of October 2005 at Falls Church, Virginia.  22046

_____
Rick A. Rude, Esq.

Service:

Olayinka Adeboyeku
14000 Jericho Park Circle
Bowie, Maryland 20715

Olayinka Adeboyeku
5073 Bradley Boulevard
Chevy Chase, MD. 20815

3