Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE
    Plaintiff(s)

v.

Civil Action No. 05-1274(RCL)

OLAYINKA ADEBOYEK et al.,
    Defendant(s)

RE: **OLAYINKA ADEBOYEK**

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 19, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 13th day of October, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk