UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE, )
 )
        Plaintiff, ) Case No. 1:05-CV-01274 RCL
 )
v. )
 )
OLAYINKA ADEBOYEKU, )
a/k/a YINKA ADEBOYEKU, )
 )
And )
 )
ANTHONY B. WOOD, )
a/k/a WILLIE JOYNER, JR., )
 )
        Defendants. )
 )

## DEFENDANT OLAYINKA ADEBOYEKU'S VERIFIED ANSWER TO THE PLAINTIFF'S COMPLAINT

Defendant, Olayinka Adeboyeku, by and through undersigned counsel, as and for his Answer to Plaintiff's Complaint, hereby states as follows:

### FIRST DEFENSE

Plaintiff's complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

With respect to each numbered paragraph in the Complaint, defendant Adeboyeku hereby affirms, denies and avers as follows:

1. The allegations contained in paragraph 1 are denied for lack of information sufficient to form a belief as to the truth or falsity of the allegations.

2. Admits that defendant Adeboyeku is a resident of the State of Maryland.

3. The allegations contained in paragraph 3 are denied for lack of information sufficient to form a belief as to the truth or falsity of the allegations.

4. This paragraph contains legal conclusions to which no answer is required. To the extent an answer is required, the allegations contained in paragraph 4 are denied.

5. This paragraph contains legal conclusions to which no answer is required. To the extent an answer is required, defendant Adeboyeku admits the factual allegations contained in paragraph 5.

6. Incorporates the responses contained in the previous paragraphs of this Answer as fully set forth herein.

7. The allegations contained in paragraph 7 are denied for lack of information sufficient to form a belief as to the truth or falsity of the allegations.

8. Denies the allegations of paragraph 8.

9. Denies the allegations of paragraph 9.

10. Denies the allegations of paragraph 10.

11. The allegations contained in paragraph 11 are denied for lack of information sufficient to form a belief as to the truth or falsity of the allegations, except to the extent the allegations refer to him, defendant Adeboyeku denies the allegations and states that any injuries suffered by plaintiff were the direct and proximate result of his own illegal, aggressive, and physically abusive behavior.

12. Denies the allegations of paragraph 12, except to the extent the allegations refer to plaintiff's alleged injuries and medical treatment, the allegations are denied for lack of information sufficient to form a belief as to the truth or falsity of the allegations.

13. The allegations contained in paragraph 13 are denied for lack of information sufficient to form a belief as to the truth or falsity of the allegations, except to the extent the allegations refer to him, defendant Adeboyeku denies the allegations.

14. Denies the allegations in paragraph 14, except to the extent the allegations refer to Anthony B. Wood, defendant Adeboyeku denies the allegations for lack of information sufficient to form a belief as to the truth or falsity of the allegations.

15. This paragraph contains legal conclusions to which no answer is required. To the extent an answer is required, defendant Adeboyeku denies the allegations contained in paragraph 15.

Defendant Adeboyeku denies that Plaintiff is entitled to the relief sought in the prayer for relief, including plaintiff's request for punitive damages, or any other relief.

All allegations not specifically admitted herein are denied.

### THIRD DEFENSE

Plaintiffs' claims against defendant Adeboyeku are barred, in whole or in part, because defendant Adeboyeku was acting in self-defense at all times relevant to the allegations contained in the Complaint.

### FOURTH DEFENSE

This court should dismiss this case because plaintiff has unclean hands.

### FIFTH DEFENSE

Defendant Adeboyeku specifically reserves the right to incorporate any and all defenses raised by any other defendant. Defendant Adeboyeku also specifically reserves his right to assert any additional defenses that may become apparent during discovery.

WHEREFORE, defendant Adeboyeku prays that the action be dismissed with prejudice and that he be awarded attorneys' fees and costs and such other relief as may be deemed just and appropriate.

## JURY DEMAND

Defendant Olayinka Adeboyeku hereby demands a trial by jury on all issues so triable.

Dated: Washington, D.C.
November 1, 2005

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: _____
Daniel E. Loeb (DC Bar # 386098)
Douglas W. Baruch (DC Bar # 414354)
Wendy Fischman (DC Bar # 468458)
1001 Pennsylvania Ave. N.W.
Suite 800
Washington, DC 20004-2505
(202) 639-7000
(202) 639-7003, Fax

Attorneys for Olayinka Adeboyeku

I verify under penalty of perjury that the factual statements contained herein are true and correct. Executed on November 1, 2005.

_____
Olayinka Adeboyeku

273026