UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-CV-01274 RCL |
| ) | |
| OLAYINKA ADEBOYEKU, ) | |
| a/k/a YINKA ADEBOYEKU, ) | |
| ) | |
| And ) | |
| ) | |
| ANTHONY B. WOOD, ) | |
| a/k/a WILLIE JOYNER, JR., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF OLAYINKA ADEBOYEKU

OLAYINKA ADEBOYEKU hereby declares and states as follows:

1. I am Olayinka Adeboyeku. I reside in Upper Marlboro, Maryland. I am a student at Bowie State University where I am the recipient of an athletic scholarship.

2. In mid-September of this year I was handed a copy of the complaint ("Complaint") brought against me by Jonathan Rude. Earlier this year, I had been acquitted of all charges wrongfully brought against me arising out of the same incident which is the basis for Jonathan Rude's current Complaint against me. I had thought that, with my acquittal, this entire matter was behind me, and I was very surprised and distressed when I received Mr. Rude's Complaint and realized that my legal troubles were not over.

3.      From my experience in the earlier criminal trial, I understood that I would need to have a lawyer in order to respond to Mr. Rude's claims. I did not understand that I could respond without a lawyer. Also, while I realized that this matter is serious, I did not fully understand the strict time limits within which I was required to respond to the Complaint, nor did I understand the severe consequences that might result if I did not respond within those time limits. After receiving the Complaint, I contacted both a family friend who is a lawyer, as well as the public defender who represented me in the criminal trial seeking help and advice on hiring a lawyer.

4.      I am currently unemployed and, other than my athletic scholarship, have no significant financial resources. My parents, who work as a cab driver and a nanny, are not in a position to assist me financially. While I am married, my wife similarly does not have financial resources to assist me.

5.      Because of my limited financial means, and the distraction of school and athletics, I was unable to find a lawyer to represent me until late last week. At that time, a family friend put me in touch with my current lawyers who agreed to represent me notwithstanding my limited financial means. Thereafter, with their assistance, I immediately took steps to respond to the Complaint.

6.      At all times, I attempted to treat seriously the claims brought against me by Mr. Rude. At no time did I choose to willfully or intentionally ignore the Complaint.

7.   I learned of Plaintiff's motion to enter a default against me only through the head coach of my football team, Michael Lynn, who received a copy of the motion, along with a letter from Rick Rude. I never received a copy of the motion in the mail, nor was I served with it personally.

I declare under the penalties of perjury that the foregoing is true and correct.

By: _____
    OLAYINKA ADEBOYEKU

Dated: 11/1/05