**PLAINTIFF'S OPPOSITION TO DEFENDANT
OLYANIKA ADEBOYEKU'S MOTION TO VACATE
CLERK'S ENTRY OF DEFAULT
EXHIBIT 1**

*Rick A. Rude*
*Attorney at Law*

Telephone (202) 22
(703) 53
Telefax (703) 53

207 Park Avenue
Suite 103
Falls Church, Virginia 22046

13 October 2005
Via Certified Mail

Mr. Michael Lynn, Jr.
Athletic Department
Bowie Statue University
14000 Jericho Park Road
Bowie, Maryland 20715

Re: Olayinka Adeboyeku – Request to provide documents

Dear Coach Lynn:

I am enclosing a copy of a court complaint as well as motion for entry of default regarding the above referenced individual. He cannot be located as the addresses which he provided to the courts in the District of Columbia nor the District Court in Montgomery County.

It is hereby respectfully requested that you provide these documents to Mr. Adeboeyku. Your cooperation is most appreciated.

Very truly yours,

Rick A. Rude

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| BOWIE, MD Postage | $ |
| Certified Fee | $0.60 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $1.75 |
| Total Postage & Fees | $ $0.00 |
| | $4.65 |

Postmark Here: STA. ARLINGTON 22207 OCT 13 2005 USPS

Sent To: M. Lynn
Street, Apt. No.; or PO Box No.: [illegible]
City, State, ZIP+4: Bowie, MD 20715

7005 1160 0003 2005 0440

PS Form 3800, June 2002    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

M. Ippolito, Capt.
Antoletta to capt.
Bruce Sable Army Hosp
6600 Georgia Ave. NW
Bruce, M.D. 20115

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

7005 1160 0003 2005 0442

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540