Rude v. Adeboyeku et al.
Case No. 05-01274RCL

# PLAINTIFF'S OPPOSITION TO DEFENDANT OLYANIKA ADEBOYEKU'S MOTION TO VACATE CLERK'S ENTRY OF DEFAULT
## EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

JONATHAN W. RUDE,

    Plaintiff,

v.                            Case No. 1:05CV01274(RCL)

OLAYINKA ADEBOYEKU et al.,

    Defendants.

MOTION FOR ENTRY OF DEFAULT

Comes now, Plaintiff, Jonathan W. Rude, by and through his counsel, and submits this motion for entry of default as to defendant Olayinka Adeboyeku, a/k/a Yinka Adeboyeku, ("Adeboyeku").

Defendant Adeboyeku was located and personally served in Prince George's County, Maryland on September 19, 2005. The date for answer to the complaint was October 11, 2005. Counsel for Defendant has not received any answer nor notice of request for extension of time in which to plead in this case. Defendant, pursuant to Rule 12(a)(1), Fed.R.Civ.Proc. 12(a)(1) is in default. The clerk of the court, pursuant to Rule 55(a), Fed.R.Civ.Proc. 55(a) is authorized to enter default upon notice and request by plaintiff. Plaintiff hereby requests that the court enter a default against Adeboyeku and for such other and further relief as is [consistent with the Federal Rules of] Civil Procedure and the Local Rules of this Court.



1