**PLAINTIFF'S OPPOSITION TO DEFENDANT
OLYANIKA ADEBOYEKU'S MOTION TO VACATE
CLERK'S ENTRY OF DEFAULT
EXHIBIT 3**

UNITED STATES

V.

ANTHONY B. WOOD, AKA WILLIE JOYNER, JR.

Superior Court of the District of Columbia

Case Number 04083-04

CHARGE: AGGRAVATED ASSAULT IN VIOLATION
CRIMINAL CODE 22-404.01

Victim: Jonathan W. Rude

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## COMPLAINT

No. **F0408304**

**District of Columbia ss:**

**Defendant's Name:** <u>Anthony         B            Wood</u>        388478        04088184
                      (First)         (MI)        (Last)              (PDID)        (CCNO)

**Address:** <u>4413 JAY STREET NE, WASHINGTON DC</u>

A  On or about June 27, 2004, within the District of Columbia, Anthony B Wood did by any means, knowingly and purposely cause serious bodily injury to John Rude. (Aggravated Assault, in violation of 22 D.C. Code, Section 404.01 (2001 ed.))

**Co-Defendants:**

                                                              *Mark E Lee*
                                                                Affiant's Name

Subscribed and sworn to before me this _____28_____ day of _____June, 2004_____

                                                               (Judge) (Deputy Clerk)

## WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
    WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

**Issued** _____    _____
                                                                              Judge
                                                        Superior Court of the District of Columbia

| **Sex:** | **DOB:** | **CCN:** 04088184 | **PDID:** 388478 |
|---|---|---|---|
| **Papering Officer:** Mark Lee | | | **Badge No.:** 4060 |

### OFFICER MUST EXECUTE RETURN

| **Officer's Name:** | **Date / Time:** |
|---|---|
| **AUSA Signature:** | Fel. I ☐    AFTC ☐    Domestic ☐ |