**PLAINTIFF'S OPPOSITION TO DEFENDANT
OLYANIKA ADEBOYEKU'S MOTION TO VACATE
CLERK'S ENTRY OF DEFAULT
EXHIBIT 4-A**

**STATE OF MARYLAND**

V.

**OLAYINKA D. ADEBOYEKU**

District Court of Maryland For Montgomery County

Case Number 06D00148819

CHARGE: FUGITIVE FROM JUSTICE—D.C.

# DISTRICT COURT OF MARYLAND FOR Montgomery

(~~City~~/County)

Located at 27 Courthouse Sq, Rockville    Case No. 6D00148819

STATE OF MARYLAND    vs.    ADEBOYEKU, OLAYINKA
Print Name of Defendant

5703 Bradley Blvd #3
Address

Bethesda        MD      20815
City            State   Zip

(301) 718-0222
Telephone Number

CC# B04037000

**DEFENDANT'S DESCRIPTION:** Driver's License # A-312-660-660-040  Sex M  Race B  Ht 6'0  Wt 240
Hair BR  Eyes BR  Complexion DK  Other _____ D.O.B. 01/14/82  ID _____

## CHARGE AGAINST FUGITIVE

The undersigned charges that the Defendant, ADEBOYEKU OLAYINKA
in the ~~City~~/County of MONT WASHINGTON, State of District of Columbia

☒ did commit a certain crime, to wit: STRONG ARM - AGGRAVATED ASSAULT

☐ fled from justice from that State;

☐ was convicted of a crime in that State and escaped from confinement therein;

☐ violated the terms of:
  ☐ Bail  ☐ Probation  ☐ Parole  and is believed to be in this State.

WHEREFORE the undersigned applies for a warrant to be issued to apprehend the Defendant named herein wherever he may be found in this State.

PO1 Nicholas Picerno #2064
Print Applicant's Name

                                    07/08/04
Signature of Applicant       Date

7359 Wisconsin Ave, Bethesda MD
Applicant's Mailing Address

Police Officer
Applicant's Title or Position

(301) 652-9200
Applicant's Telephone No.

MCPD
Applicant's Agency or Department

Subscribed and sworn to before me this 8 day of July, 04
                                           Month      Year

                                    KML 6589
                                    Judge/Commissioner/Clerk

I HEREBY CERTIFY that the aforegoing is a true copy of the sworn charge filed in the District Court of Maryland for Montgomery County in the above entitled case.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court this 08 day of July, 2004.
                                                                                Month      Year

                                    KML 6589
                                    Judge/Commissioner

DC/CR 30 (Rev. 10/2000)
Print Date 8/00                     COURT COPY