Rude v. Adeboyeku et al.
Case No. 05-01274RCL
Case 1:05-cv-01274-RCL   Document 15-4   Filed 11/14/2005   Page 1 of 2

**PLAINTIFF'S OPPOSITION TO DEFENDANT
OLYANIKA ADEBOYEKU'S MOTION TO VACATE
CLERK'S ENTRY OF DEFAULT
EXHIBIT 4-B**



# DISTRICT COURT OF MARYLAND FOR Montgomery County

Located at 27 Courthouse Square, Rockville, Maryland 20850

Case No.: 006D00148819

STATE OF MARYLAND          VS          ADEBOYEKU, OLAYINKA
5703 BRADLEY BLVD APT#3
BETHESDA, MD  20815

Local ID:                         DL#:
Race: 1   Sex: M   Ht: 6'0"   Wt: 240   Hair: BRN   Eyes: BRN
DOB: 01/14/1982   Phone(H): (301) 718-0222   Phone(W):

CHARGE: FUGITIVE FROM JUSTICE -- DISTRICT OF COLUMBIA.

## COMMITMENT PENDING HEARING

TO: MONTGOMERY COUNTY DETENTION CENTER
    1307 SEVEN LOCKS ROAD     ROCKVILLE     20854

YOU ARE HEREBY ORDERED to receive the body of the above-named Defendant who is pending extradition by the state/province of DISTRICT OF COLUMBIA.

The defendant is HELD WITHOUT BOND and is to be produced in court at the location, date, time and room number shown below unless prior thereto there has been a waiver of extradition and the defendant has been returned to the demanding state/province.

**Produce the Defendant for Bail Review at:**
Date: 07/08/2004
Time: 01:00 pm
Room: 102
Location: 27 Courthouse Square, Rockville, Maryland 20850.

☐ Bail Review was held by Judge_____ and Defendant

is commited in default of $_____ bail (_____% Acceptable).

Date: 07/08/2004          Commissioner: _____KM_____ ID: 6589

*Trial Date = 8/6/04     R304     8:30A*

Tracking No. 041003546360