PLAINTIFF'S OPPOSITION TO DEFENDANT
OLYANIKA ADEBOYEKU'S MOTION TO VACATE
CLERK'S ENTRY OF DEFAULT
**EXHIBIT 5**

**UNITED STATES**

**V.**

**OLAYINKA D. ADEBOYEKU**

Superior Court of the District of Columbia

Case Number 04-04460-04

**CHARGE: AGGRAVATED ASSAULT IN VIOLATION
CRIMINAL CODE 22-404.01**

Victim: Jonathan W. Rude

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### COMPLAINT

USW
No. 742-04

**District of Columbia ss:**

2004
088184

**Defendant's Name:** Olayinka  Adeboyeku
    (First)    (MI)    (Last)    (PDID)    (CCNO)

**Address:** 2419 LYTTONSVILLE RD #13, SILVER SPRING MD

On or about June 27, 2004, within the District of Columbia, OLAYINKA ADEBOYEKU did by any means, knowingly and purposely cause serious bodily injury to JONATHAN RUDE. (Aggravated Assault, in violation of 22 D.C. Code, Section 404.01 (2001 ed.))

**Co-Defendants:**

_____
Affiant's Name

Subscribed and sworn to before me this  7th  day of  July, 2004

_____
(Judge) (Deputy Clerk)

## WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
    WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____ Olayinka Adeboyeku _____
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued  7-07-04
    Judge
    Superior Court of the District of Columbia

| Sex: Male | DOB: 01/14/1982 | CCN: 088184 | PDID: |
|---|---|---|---|
| Papering Officer: Morais | | | Badge No.: D2-23 |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: |
|---|---|
| | 7-14-04   1000 |
| AUSA Signature:  W040192 | Fel. I ☐   AFTC ☐   Domestic ☐ |