**PLAINTIFF'S OPPOSITION TO DEFENDANT
OLYANIKA ADEBOYEKU'S MOTION TO VACATE
CLERK'S ENTRY OF DEFAULT
<u>EXHIBIT 6</u>**

SUPERIOR COURT

OF THE

DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 7, 2004

2004 NOV -2 P 5: 44

FILED

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA : | Criminal Nos: | F-4460-04 |
| : | | F-4895-04 |
| v. : | | |
| : | Violation: | |
| OLAYINKA D. ADEBOYEKU : | 22 D.C. Code, Section 1810; | |
| PDID: 564-784 : | 22 D.C. Code, Section 404.1; | |
| : | 22 D.C. Code, Section 402; | |
| : | 22 D.C. Code, Section 722(a)(2)(A) (2001 ed.) | |
| : | | |
| : | (Threatening To Injure/Kidnap a Person; | |
| : | Aggravated Assault; Assault with a Dangerous | |
| : | Weapon; Obstructing Justice (Testimony)) | |

The Grand Jury charges:

FIRST COUNT:

On or about June 27, 2004, within the District of Columbia, Olayinka D. Adeboyeku, threatened to injure the person of James Sylvester. (Threatening To Injure/Kidnap a Person, in violation of 22 D.C. Code, Section 1810 (2001 ed.))

SECOND COUNT:

On or about June 27, 2004, within the District of Columbia, Olayinka D. Adeboyeku did by any means, knowingly and purposely cause serious bodily injury to Jonathan Rude or under circumstances manifesting extreme indifference to human life, Olayinka D. Adeboyeku intentionally and knowingly engaged in conduct which created a grave risk of serious bodily injury to Jonathan Rude, and thereby caused serious bodily injury to Jonathan Rude. (Aggravated Assault, in violation of 22 D.C. Code, Section 404.1 (2001 ed.))

THIRD COUNT:

On or about June 27, 2004, within the District of Columbia, Olayinka D. Adeboyeku, assaulted Jonathan Rude with a dangerous weapon, that is, a shod foot. (Assault with a Dangerous Weapon, in violation of 22 D.C. Code, Section 402 (2001 ed.))

FOURTH COUNT:

On or about June 27, 2004, within the District of Columbia, Olayinka D. Adeboyeku, threatened to injure the person of Michael Gillman. (Threatening To Injure/Kidnap a Person, in violation of 22 D.C. Code, Section 1810 (2001 ed.))

FIFTH COUNT:

On or about July 24, 2004, within the District of Columbia, Olayinka D. Adeboyeku, threatened to injure the person of James Sylvester. (Threatening To Injure/Kidnap a Person, in violation of 22 D.C. Code, Section 1810 (2001 ed.))

**SIXTH COUNT:**

6. On or about July 24, 2004, within the District of Columbia, Olayinka D. Adeboyeku, wilfully and knowingly threatened, corruptly persuaded, and by threatening letter and communication, endeavored to influence, intimidate and impede James Sylvester, a witness in an official proceeding, to wit, the case of United States v. Olayinka Adeboyeku, Criminal Case Number F-4460-04, then pending in the Superior Court of the District of Columbia, with the intent to influence, delay and prevent the truthful testimony of James Sylvester in that proceeding. (Obstructing Justice (Testimony), in violation of 22 D.C. Code, Section 722(a)(2)(A) (2001 ed.))

*[signature]*

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia

A TRUE BILL:

*[signature]*

Foreperson