UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| OLAYINKA ADEBOYEKU, ) | |
| a/k/a YINKA ADEBOYEKU, ) | Civil Action No. 1:05-CV-01274 RCL |
| 11106 Bennington Drive ) | |
| Upper Marlboro, MD  20774 ) | |
| ) | |
| And ) | |
| ) | |
| ANTHONY B. WOOD, ) | |
| a/k/a WILLIE JOYNER, JR., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT OLAYINKA ADEBOYEKU'S REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO INVESTIGATE AND
PLEAD COUNTERCLAIMS AND THIRD-PARTY CLAIMS**

Defendant Olayinka Adeboyeku, by undersigned counsel, respectfully submits this reply brief in further support of his Motion for an Enlargement of Time to Investigate and Plead Counterclaims and Third-Party Claims and in response to Plaintiff's Opposition to Defendant's Motion for an Enlargement of Time to Investigate and Plead Counterclaims and Third-Party Claims ("Opposition Brief" or "Opp. Br.").[1]

### I.  PLAINTIFF ASSERTS NO VALID OBJECTION TO THIS MOTION

Mr. Adeboyeku, who recently obtained counsel in this matter, has moved this Court for an extension of 45 days to investigate and, if appropriate based on that investigation, assert any

---

[1] Mr. Adeboyeku responds to Plaintiff's Opposition to Defendant's Motion to Vacate the Clerk's Entry of Default under separate cover, but incorporates that response as if fully set forth herein.

1

permissive or compulsory counterclaims and/or any third-party claims to the pending Complaint. Contrary to Plaintiff's contention, Mr. Adeboyeku's Motion contains no hidden requests for extraordinary relief, such as the extension of any applicable statutory limitations periods, and simply asks for a short period of time to assert any permissive or compulsory counterclaims and/or any third-party claims that may be available to him at the time he files them. If the limitations period has run on a claim that Mr. Adeboyeku could have raised, so be it. But that circumstance does not mean that Mr. Adeboyeku does not have other, timely claims available to him. Until the investigation and analysis are complete, we will not know what claims, if any, remain viable. This Court may, in its discretion, grant such relief in accordance with Federal Rule of Civil Procedure 6(b).

Plaintiff's assertion that "counsel for Plaintiff is not aware of any facts that could give rise to any claim by Adeboyeku as to any third party" misses the point. Mr. Adeboyeku does not wish to rely on Plaintiff's factual awareness, but wants the opportunity to investigate and identify the facts necessary to make his own assessment. Plaintiff's Opposition asserts no valid objection to the favorable exercise of discretion by the Court.

## II.  PLAINTIFF'S "OPPOSITION STATEMENT OF FACTS" IS IRRELEVANT AND, IN ANY EVENT, CONTESTED

Plaintiff's Opposition includes a so-called "Opposition Statement of Facts" comprised of inflammatory, unsupported, and irrelevant allegations. (Opp. Br. at 2.) What Plaintiff views as "facts" go to the core of his Complaint allegations and, as the Verified Answer makes clear, are unquestionably in dispute in this matter. They have no place in this Motion.

Likewise, Plaintiff's assertions regarding his father/counsel's conversation with undersigned counsel is both inaccurate and irrelevant. Defendant's counsel complied with LCvR 7(m)'s meet and confer requirements by calling Mr. Rude and seeking his consent to the motion to vacate. Mr. Adeboyeku's counsel explained that Mr. Adeboyeku is a 23-year-old student of limited

2

means and that his default was unintentional.  Mr. Rude responded by claiming that Mr. Adeboyeku "is not someone I'm inclined to extend courtesies to" and attributed his refusal to his strong feelings about "this character" (Mr. Adeboyeku).  This Motion followed.

## Conclusion

For the foregoing reasons, Defendant Adeboyeku respectfully requests that the Court grant his motion for enlargement of time to investigate and plead counterclaims and third-party claims, and order any other appropriate relief.

DATED:  November 21, 2005

Respectfully Submitted,

/s/ Daniel E. Loeb

Daniel E. Loeb (DC Bar # 386098)
Douglas W. Baruch (DC Bar # 414354)
Wendy Fischman (DC Bar # 468458)
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Ave., NW
Washington, DC  20004
(202) 639-7000
(202) 639-7003, Fax

Attorneys for Olayinka Adeboyeku

*273519*