UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE,           )<br>                              )<br>    Plaintiff,               )<br>                              )<br>  v.                          )<br>                              )<br>THE DANCING CRAB AT           )<br>WASHINGTON HARBOUR, LP, et al. )<br>                              )<br>    Defendants.              )<br>                              ) | Civil Action No. 05-1274 (RCL) |

**ORDER**

The Court having reviewed the motions of the defendant Adeboyeku and the oppositions and replies thereto, and for good cause shown, it is hereby

ORDERED that the defendant Olayinka Adeboyeku's Motion [11] to Vacate the Entry of Default and Motion [12] for enlargement of time to investigate and plead counterclaims and third party claims, hereby is GRANTED, *nunc pro tunc*. The Clerk's entry of default [10] as to defendant Adeboyeku is VACATED. Defendant Adeboyeku's answer, previously lodged with the Clerk [11], shall be deemed filed this date.

The time sought to plead counterclaims or third party claims has expired. Accordingly, a Local Rule 16.3 Conference between plaintiff and defendants shall then be held within fifteen (15) days of the this date. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Local Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 1, 2006.