UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                        Case No. 1:05cv1274RCL

OLAYINKA ADBEOYEKU
And ANTHONY B. WOOD,

    Defendants.

MOTION TO STRIKE AFFIRMATIVE DEFENSES

COMES NOW, Plaintiff, Jonathan W. Rude, by and through his counsel, and moves this court for an Order striking certain Affirmative Defenses submitted to the Court in the Answer of Olayinka Adeboyeku (hereinafter "Adeboyeku").

Adeboyeku submitted a Fourth Affirmative Defense of "unclean hands". This is an equitable defense which is insufficient as a matter of law. Adeboyeku's Fifth Defense seeks to incorporate any and all defenses raised by any other defendant as well as seeking to reserve the right to assert any other defense which "may become apparent during discovery" .Such defense fails to meet the minimum fair notice requirements of Rule 8(b), F.R.CIV.P. 8(b). Further, the defenses which would be thereby incorporated are also insufficient as a matter of law.

Certificate of Counsel Pursuant to LCvR 7(m)

Counsel for Plaintiff raised the issue of the infirmities contained in the involved affirmative defenses with counsel for Adeboyeku. Defense counsel agreed to review the matter and agreed to advise plaintiff by February 14th whether such alleged defenses would be voluntarily withdrawn. Defendant has not withdrawn the involved defenses.

1

2

## Conclusion and Prayer For Relief

It is hereby respectfully requested that the Court enter an order striking Adeboyeku's Fourth and Fifth Affirmative Defenses; and it is further requested that the Court order such other and further relief as the court deems just and appropriate in the circumstances.

Respectfully submitted,

_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.
(AC 703) 5346-4841 Fax.

Counsel For Plaintiff

Dated: 20 February 2006