## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

      Plaintiff,

v.                                        Case No. 1:05cv1274RCL

OLAYINKA ADEBOYEKU
And ANTHONY B. WOOD,

      Defendants.

### ORDER

This matter having come before the Court upon Plaintiff's Motion to Strike Affirmative Defenses of defendant Olayinka Adeboyeku and the Court having considered the pleadings, plaintiff's motion to strike affirmative defenses is hereby GRANTED and it is hereby further;

ORDERED that Fourth and Fifth affirmative defenses of unclean hands, res judicata and collateral estoppel and defendant's 'reservation' of undisclosed defenses asserted by defendant Adeboyeku be and are stricken.

Dated: _____

_____
United States District Court Judge