UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                           Case No. 1:05cv1274RCL

OLAYINKA ADEBOYEKU
And ANTHONY B. WOOD,

    Defendants.

---

JOINT REPORT OF RESULTS OF RULE 26(f) CONFERENCE
AND PROPOSED SCHEDULING ORDER

---

The parties, by and through their respective counsel, pursuant to Rule 26(f) and LCvR 16.3 and the Order of this Court, met and conferred on February 16, 2006 and report as follows:

1. The parties cannot determine at this juncture whether or not the case is likely to be disposed of by dispositive motion.

2. There are no other parties to be added to this proceeding.

3. The case should not be assigned to a magistrate for all purposes.

4. The parties cannot determine at this juncture whether or not the case is likely to be settled.

5. The case may benefit from ADR after the close of all discovery and prior to the resolution of dispositive motions. The use of ADR and the response to this provision have been discussed with the clients. At this juncture the court does not need to take any steps to facilitate ADR.

6. The parties suggest that the deadline for filing dispositive motions be set at 30 days after the close of discovery with oppositions due within fifteen days thereafter and replies being due within five days of the filing of the opposition(s).

7. The parties suggest that the deadline for initial disclosures be set at fifteen days after the enter of the Scheduling Order in this proceeding.

8. The parties do not agree on the deadline for the completion of discovery in this proceeding.

   Plaintiff's Position: Plaintiff requests that discovery be completed by October 1, 2006.

   Defendant's Position: In light of lead defense counsel's anticipated maternity leave during the months of June through October 2006, Defendants request that the deadline for completing discovery be January 1, 2007.

   The parties have agreed to the limitation of 25 written interrogatories and ten (10) depositions per party.

   Plaintiff's Position: Plaintiff proposes that he designate expert witnesses by August 1, 2006 with Defendants' experts designated by September 1, 2006.

   Defendant's Position: Defendants propose that Plaintiff designate his expert witnesses by November 1, 2006 and that Defendants designate their experts by December 1, 2006. Defendants further suggest that the deadline for concluding all written discovery be December 1, 2006.

Defendants suggest that depositions of expert witnesses shall occur no earlier than 15 days following receipt of the expert's report by the deposing party and that depositions of expert witnesses shall conclude at least 15 days before the deadline for dispositive motions.

<u>Plaintiff's Position</u>:  Plaintiff further objects to the time frames proposed by Defendants as Plaintiff would have 15 days in which to review and obtain depositions of Defendants' experts.

9. The parties agree that each party must have an opportunity to take the deposition(s) of any experts designated by the opposing party. Neither the trial nor discovery should be bi-furcated at this time.

10. The suggested date for pretrial is a date to be set by the court subsequent to the disposition of any dispositive motions which may be filed. In the event no such motions are filed, Plaintiff proposed December 1, 2006 while Defendants propose March 1, 2007.

11. The parties suggest that a trial date be set at the pre-trial conference. The proposed scheduling order is attached.

Respectfully submitted,

/S/ Rick A. Rude
Rick A. Rude, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA.  22046
(AC 703) 536-3063

/s/ Barry M. Tapp
_____

Barry M. Tapp (DC Bar #209395)
14662 Cambridge Circle
Laurel, MD 20707
(office) 301-725-6030

Attorney for Anthony B. Wood

/s/ Daniel E. Loeb
_____

Daniel E. Loeb (DC Bar # 386098)
Douglas W. Baruch (DC Bar # 414354)
Wendy Fischman (DC Bar # 468458)
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-7000
(202) 639-7003, Fax

Attorneys for Olayinka Adeboyeku