UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE

    Plaintiff

vs.

OLAYINKA ADEBOYEKU
AND ANTHONY B. WOOD,

    Defendants.

Case No.: 1:05cv1274RCL

JUDGE ROYCE C. LAMBERTH

---

**[DEFENDANTS' PROPOSED] SCHEDULING ORDER**

Having read and considered the Joint Report of the Results of the conference held pursuant to Rule 26(f), LCvR 16.3, the Order of this Court, and other matters of record, it is on this ____ day of _____, 2006 hereby

ORDERED, by the United States District Court for the District of Columbia that:

1. All discovery in this matter shall be concluded by January 1, 2007.

2. Initial disclosures shall be due fifteen days after entry of this Scheduling Order.

3. All amendments to pleadings shall be filed by April 15, 2006.

4. The Plaintiff shall designate experts by November 1, 2006.

5. All written discovery, including requests for admissions, shall be concluded by December 1, 2006. The parties shall propound no more than twenty-five (25) interrogatories to any other party. Depositions shall be limited to ten (10) depositions per party.

6. The Defendants shall designate experts by December 1, 2006.

7. Depositions of expert witnesses shall occur no earlier than fifteen (15) days following receipt of the expert's report by the deposing party and shall

        conclude no later than January 15, 2007.

8. All dispositive motions shall be filed by February 1, 2007.

9. Any opposition to a dispositive motion shall be filed within fifteen (15) days of the filing of the dispositive motion. Any reply to an opposition to a dispositive motion shall be filed within five (5) days of the filing of the opposition to the dispositive motion.

10. The pretrial conference will be set by the Court following the disposition of any dispositive motions. In the event no dispositive motion is filed, the Clerk's office shall set the pretrial conference for March 1, 2007. The trial date will be set at the pretrial conference.

 

_____
Royce C. Lamberth, Judge

Copies to:

Barry M. Tapp, Esq.
14662 Cambridge Circle
Laurel, MD. 20707

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, Virginia 22046

Daniel E. Loeb
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE

    Plaintiff

vs.                                          Case No.: 1:05cv1274RCL

OLAYINKA ADEBOYEKU
AND ANTHONY B. WOOD,            JUDGE ROYCE C. LAMBERTH

    Defendants.

---

### [PLAINTIFF'S PROPOSED] SCHEDULING ORDER

Having read and considered the Joint Report of the Results of the conference held pursuant to Rule 26(f), LCvR 16.3, the order of this court, and other matters of record, it is on this ____ day of _____, 2006 hereby

ORDERED, by the United States District Court for the District of Columbia that:

1. All discovery in this matter shall be concluded by October 1, 2006.

2. Initial disclosures shall be due fifteen days after entry of this Scheduling Order.

3. All amendments to pleadings shall be filed by April 15, 2006.

4. The Plaintiff shall designate experts by July 5, 2006.

5. All written discovery, including requests for admissions, shall be concluded by September 1, 2006. The parties shall propound no more than twenty five (25) interrogatories to any other party.

6. The Defendants shall designate experts by August 1, 2006.

7. All dispositive motions shall be filed by October 31, 2006.

8. Any opposition to a dispositive motion shall be filed within fifteen (15) days

of the filing of the dispositive motion.

9. Any reply to an opposition to a dispositive motion shall be filed within five (5) days of the filing of the opposition to the dispositive motion.

10. The pretrial conference will be set by the clerk's office for January 25, 2007. The trial date will be set at the pretrial conference.

_____
Royce C. Lamberth, Judge

Copies to:

Barry M. Tapp, Esq.
14662 Cambridge Circle
Laurel, MD. 20707

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, Virginia 22046

Daniel E. Loeb
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004