UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN W. RUDE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1274 (RCL) |
| ) | |
| **THE DANCING CRAB AT** ) | |
| **WASHINGTON HARBOUR, LP,** et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SCHEDULING ORDER

Having read and considered the Joint Report of the Results of the conference held pursuant to Rule 26(f), LCvR 16.3, the order of this court, and other matters of record, it is hereby

ORDERED, by the United States District Court for the District of Columbia that:

1. All discovery in this matter shall be concluded by January 1, 2007.

2. Initial disclosures shall be due fifteen days after entry of this Scheduling Order.

3. All amendments to pleadings shall be filed by April 15, 2006.

4. The Plaintiff shall designate experts by November 1, 2006.

5. All written discovery, including requests for admissions, shall be concluded by December 1, 2006. The parties shall propound no more than 25 interrogatories to any other party. Depositions shall be limited to 10 depositions per party.

6. The Defendants shall designate experts by December 1, 2006.

7. Depositions of expert witnesses shall occur no earlier than 15 days following receipt of the expert's report by the deposing party and shall conclude no later than January 15, 2007.

8. All dispositive motions shall be filed by February 1, 2007.

9. Any opposition to a dispositive motion shall be filed within fifteen (15) days of the filing of the dispositive motion. Any reply to an opposition to a dispositive motion shall be filed within five (5) days of the filing of the opposition to the dispositive motion.

10. The pretrial conference will be set by the Court following disposition of any dispositive motions. In the event no dispositive motion is filed, the Clerk's office shall set a status conference for March 1, 2007. The pretrial and trial dates will be set at the status conference.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 1, 2006.