UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JONATHAN W. RUDE,                   )
                                    )
            Plaintiff,              )
    v.                              )    **Civil Action No. 1:05-CV-01274 RCL**
                                    )
OLAYINKA ADEBOYEKU, et al.          )
                                    )
            Defendants.             )
_____)

**[PROPOSED] <u>ORDER</u>**

    Upon consideration of Plaintiff's Motion to Strike Affirmative Defenses, and Defendant Adeboyeku's opposition thereto, and for good cause showing, it is hereby

    ORDERED that the Motion is DENIED.

SO ORDERED this ____ day of ____, 2006

                                                    _____
                                                    Hon. Royce C. Lamberth
                                                    United States District Judge