UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-CV-01274 RCL |
| ) | |
| OLAYINKA ADEBOYEKU, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT OLAYINKA ADEBOYEKU'S**
**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Olayinka Adeboyeku makes the following initial disclosures based upon the information reasonably available to him as of the current date.  Mr. Adeboyeku reserves his right to amend and/or supplement these disclosures as additional information becomes available, including but not limited to disclosing the names and addresses of witnesses who may be able to provide information relating solely to Mr. Adeboyeku's character.  Disclosure of any information does not constitute an admission of relevance with respect to the individuals or information identified herein, nor does it constitute a waiver of any privilege.

**I.     Rule 26(a)(1)(A): Witnesses**

Mr. Adeboyeku hereby identifies the following individuals likely to have discoverable information.  For each individual, Mr. Adeboyeku classifies the discoverable information within the knowledge of the individual as follows:

**Category I**:  expected to be able to provide information related to plaintiff's and plaintiff's friends' altercations with Mr. Adeboyeku which preceded the assault of Mr. Adeboyeku on June 27, 2004.

**Category II**:  expected to be able to provide information related to plaintiff's assault of Mr. Adeboyeku on June 27, 2004.

**Category III**: expected to be able to provide details about Mr. Adeboyeku's injuries resulting from his assault on June 27, 2004.

| **Name** | **Address** | **Category of Information** |
|---|---|---|
| Paul Schwiesow | 9013 Sudbury Road<br>Silver Spring, MD 20901 | I |
| Tosin Adeboyeku | 11106 Bennington Drive<br>Upper Marlboro, MD  20774 | I, II, III |
| Tom Bergan | 9013 Sudbury Road<br>Silver Spring, MD 20901 | I |
| John Cummings | Unknown | I |
| Michael Gillman | Unknown | I, II |
| Matthew Zarkhosh | Unknown | II |
| Samir Zarkhosh | Unknown | II |
| Dean Sebastian | Tony & Joe's Seafood Place<br>3000 K Street Northwest,<br>Washington, DC 20007-5109<br>(202) 944-4545 | I |
| Charles Moran | Tony & Joe's Seafood Place<br>3000 K Street Northwest,<br>Washington, DC 20007-5109<br>(202) 944-4545 | I, II |
| Dean Cibel | Tony & Joe's Seafood Place<br>3000 K Street Northwest,<br>Washington, DC 20007-5109<br>(202) 944-4545 | I, II |

| Name | Address | Category of Information |
|---|---|---|
| Rob Puzio | Tony & Joe's Seafood Place<br>3000 K Street Northwest,<br>Washington, DC 20007-5109<br>(202) 944-4545 | I, II |
| John Eagleton | Tony & Joe's Seafood Place<br>3000 K Street Northwest,<br>Washington, DC 20007-5109<br>(202) 944-4545 | I, II |
| Officer Rob Owens | Tony & Joe's Seafood Place<br>3000 K Street Northwest,<br>Washington, DC 20007-5109<br>(202) 944-4545 | II |
| Officer Glen Luckett | Tony & Joe's Seafood Place<br>3000 K Street Northwest,<br>Washington, DC 20007-5109<br>(202) 944-4545 | I, II |
| Various doormen at Tony & Joe's | Tony & Joe's Seafood Place<br>3000 K Street Northwest,<br>Washington, DC 20007-5109<br>(202) 944-4545 | I |
| Dr. Henry C. Chu | Holy Cross Hospital<br>1500 Forest Glen Road<br>Silver Spring, MD 20910<br>(301) 754-7000 | III |

**II.    Rule 26(a)(1)(B): Documents**

The following documents may be used to support Mr. Adeboyeku's defenses:

1. Mr. Adeboyeku's Holy Cross Hospital records, currently in the possession of Holy Cross Hospital in Silver Spring, MD;

2. Mr. Adeboyeku's employment records with Tony & Joe's Seafood, currently in the possession of Dancing Crab; and

3. Various documents related to the case *United States v. Olayinka Adeboyeko*, No. F-4460-04 (DC Sup. Ct. 2004), currently in the possession of defendant's counsel Fried, Frank, Harris Shriver & Jacobson.

**III.    Rule 26(a)(1)(C): Computation of Damages**

Mr. Adeboyeku has not asserted any claim for damages in this action as to which disclosure is required.

**IV.    Rule 26(a)(1)(D): Insurance Agreements**

Mr. Adeboyeku is not aware of any applicable insurance agreements.

The undersigned certifies that, to the best of his knowledge, information, and belief, formed after reasonable inquiry, this disclosure is complete and correct as of the date herein.


DATED:  March 16, 2006                             Respectfully Submitted,


                                                   /s/ Daniel E. Loeb

                                                   Daniel E. Loeb (DC Bar # 386098)
                                                   Douglas W. Baruch (DC Bar # 414354)
                                                   Wendy P. Fischman (DC Bar # 468458)
                                                   Kerry Hotopp (DC Bar # 483747)
                                                   Fried, Frank, Harris, Shriver & Jacobson, LLP
                                                   1001 Pennsylvania Ave., NW, Suite 800
                                                   Washington, DC  20004
                                                   (202) 639-7000
                                                   (202) 639-7003, Fax

                                                   *Attorneys for Olayinka Adeboyeku*