# Attachment 1

# FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
Tel: 202.639.7000
Fax: 202.639.7003
www.friedfrank.com

Phone: 202.639.7219
Fax: (202) 639-7008
Wendy.Fischman@ffhsj.com

March 22, 2006

**Via Fax and U.S. Mail**

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, VA 22046
Fax: (703) 536-4841

Re: *Jonathan W. Rude v. Olayinka Adeboyeku, et al.,*
Civil No. 05-01274-RCL (D.D.C.)

Dear Mr. Rude:

Last Thursday, March 16, you failed to file your Rule 26(a)(1) initial disclosures, as mandated by the Court's March 1, 2006 scheduling order.

That afternoon, after receiving our client's disclosures, you called my colleague, Doug Baruch, to explain to him that you believed that the Court's March 1 signed order was somehow superseded by the Clerk's docket entry of that Order on March 2 and that you would promptly contact the Clerk's office for clarification. Although you have had five days to resolve any confusion as to when the disclosures were due, we have seen nothing reflecting any steps by you to do so. Specifically, we have not received anything suggesting that you have contacted the Court to have your concerns resolved.

If you do not file and serve your initial disclosures immediately, we will pursue all necessary and appropriate remedies.

Sincerely yours,

*Wendy Fischman /pgf*

Wendy P. Fischman