# Attachment 2

*Telephone (202) 223-5900*
*(703) 536-3063*
*Telefax (703) 536-4841*

# Rick A. Rude
### Attorney at Law

207 Park Avenue
Suite 103
Falls Church, Virginia 22046

24 March 2006
Via E-Mail

Ms. Wendy P. Fischman
Fried, Frank, Harris, Shriver & Jacobson
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Re: Rude v. Adeboyeku et al
US DC Case 05cv1274RCL

Dear Ms. Fischman:

I have received your correspondence dated March 22, 2006. You are correct regarding my conversation with Doug Baruch. However, I have not reached Mr. Elliott and on further review, he is not permitted to answer such an inquiry. Court Clerk's are not to provide legal advice. I have been out of the office on other business and have not had the opportunity to call Mr. Baruch regarding this matter. Please extend my apologies to him.

I have contacted Mr. Tapp and he concurs with my evaluation of the Court's March 2, 2006 Order. Plaintiff's Initial 26a1 disclosures are not due until November 1, 2006. As an aside, I also rechecked the local rules as well as Rule 26 and find no basis for the filing of initial disclosures in the first instance. Initial disclosure is part of the discovery rule and under Rule 26 discovery materials are not filed with the Court unless (a) otherwise ordered, or (b) as part of a motion.

I trust the above response clarifies plaintiff's position on this matter. I will further advise you that Judge Lamberth's sets Rule 26(a)(1) disclosures at or near the end of the discovery phase. I conveyed this to Mr. Baruch when I spoke with him. If you disagree, I would suggest that you contact the court for clarification.

Very truly yours,

Rick A. Rude

RR/mp