UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN W. RUDE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1274 (RCL) |
| ) | |
| **OLAYINKA ADEBOYEKU AND** ) | |
| **ANTHONY B. WOOD,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter having come before the court upon plaintiff's motion [21] to strike affirmative defenses of defendant Olayinka Adeboyeku and the court having considered the pleadings, plaintiff's motion to strike affirmative defenses is hereby DENIED as dilatory and due to the lack of showing of prejudice to the plaintiff.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, May 15, 2006.