UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN W. RUDE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**OLAYINKA ADEBOYEKU AND** )<br>**ANTHONY B. WOOD,** )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1274 (RCL) |

### ORDER

Upon consideration of Olayinka Adeboyeku's Motion [28] to Compel, and the opposition and reply thereto, this Court determines that the Motion to Compel is GRANTED. Plaintiff Jonathan Rude is hereby ORDERED to serve his initial disclosures on Defendants within three (3) days of this Order or face dismissal of the action; and

Plaintiff's counsel, Rick A. Rude, is hereby ORDERED to reimburse Defendant Adeboyeku for all reasonable attorneys' fees and costs associated with filing the present motion.

The Order signed by the Court on March 1, 2006, required initial disclosures to be filed within 15 days of that date. Counsel for plaintiff's argument that an clearly erroneous entry on the Court's docket by a clerical employee on the day following the entry of the Order signed by the undersigned judge is so ridiculous it is sanctionable. It is offensive to the Court that a member of this Court's bar would even make such an argument. There was no Court Order entered on March 2; there was simply an error made on the Court's docket by the Court's Deputy Courtroom Clerk. That docket entry in no way excuses the conduct of plaintiff's counsel. The very idea that plaintiff's counsel would call defendant's motion to compel "frivolous" raises a

serious question in the Court's mind as to whether plaintiff's counsel should be disqualified from further representation of the plaintiff in this matter. Although the Court will not take that action at this time, the Court will not tolerate any lawyer "trifling" with the Court.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, May 15, 2006.