UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                        Case No.1:05cv1274RCL

OLAYINKA ADEBOYEKU et al.,

    Defendants.

MOTION FOR RECONSIDERATION OF AWARD OF FEES

Comes Now Plaintiff, by and through his counsel, and submits this Motion For Reconsideration of the Order of the Court dated May 15, 2006 awarding attorneys fees to defendant Olayinka Adeboyeku in regard to a contested motion to compel.

The Court's order (Doc. #32) does not appear to acknowledge the issuance of a "Notice of Electronic Filing" that was issued on March 2, 2006. In addition, the involved Notice is identical in form and content to a Notice issued on February 2, 2006 in Case No. 05CV178RCL which appeared to modify or correct a Scheduling Order entered February 1, 2006 in that proceeding. The Court's Local Rules and Commentary specifically state that such Notices are "official and binding". Plaintiff's Opposition to defendant's motion to compel was substantially justified under the circumstances presented. Plaintiff hereby incorporates the attached Memorandum of Points and Authorities in Support of this Motion For Reconsideration.

Dated: 16 May 2006

Respectfully submitted,

_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.
(AC 703) 536-4841 Fax.