UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                    Case No. 1:05cv1274RCL

OLAYINKA ADEBOYEKU et al.,

    Defendants.

**ORDER**

This matter having come before the Court upon Plaintiff's Motion For Reconsideration in the award of attorneys' fees (See Doc. # 32), and the Court having considered the motion and the opposition thereto, it is hereby

ORDERED that the motion is hereby GRANTED and that the Order awarding attorneys fees is hereby vacated and the motion to compel is further dismissed as Moot.

Dated:

_____
UNITED STATES DISTRICT COURT JUDGE