**RUDE V. ADEBOYEKU ET AL.**
**CASE NO. 05CV1274RCL**

**EXHIBIT NO. 1 TO MOTION FOR RECONSIDERATION**

**Rick Rude**

| | |
|---|---|
| From: | <DCD_ECFNotice@dcd.uscourts.gov> |
| To: | <DCD_ECFNotice@dcd.uscourts.gov> |
| Sent: | Thursday, March 02, 2006 5:52 PM |
| Subject: | Activity in Case 1:05-cv-01274-RCL RUDE v. ADEBOYEKU et al "Set Deadlines/Hearings" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from mon, entered on 3/2/2006 at 4:52 PM EDT and filed on 3/1/2006

**Case Name:** RUDE v. ADEBOYEKU et al
**Case Number:** 1:05-cv-1274
**Filer:**
**Document Number:**

**Docket Text:**
Set Deadlines/Hearings: Amended Pleadings due by 4/15/2006. Discovery due by 1/1/2007. Dispositive Motions due by 2/1/2007. Plaintiff Rule 26a1 due by 11/1/2006. Defendant Rule 26a1 due by 12/1/2006. Status Conference set for 3/1/2007 09:30 AM in Courtroom 22A before Judge Royce C. Lamberth. (mon, )

The following document(s) are associated with this transaction:

**1:05-cv-1274 Notice will be electronically mailed to:**

Daniel E. Loeb    loebda@ffhsj.com, Joseph_DeSantis@ffhsj.com

Ricky Alan Rude    rick_rude@msn.com,

Barry McCoy Tapp    suwon4@aol.com,

**1:05-cv-1274 Notice will be delivered by other means to:**

5/15/2006

## Rick Rude

**From:** &lt;DCD_ECFNotice@dcd.uscourts.gov&gt;
**To:** &lt;DCD_ECFNotice@dcd.uscourts.gov&gt;
**Sent:** Wednesday, March 01, 2006 12:56 PM
**Subject:** Activity in Case 1:05-cv-01274-RCL RUDE v. ADEBOYEKU et al "Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lcrcl1, entered on 3/1/2006 at 12:56 PM EDT and filed on 3/1/2006

**Case Name:** RUDE v. ADEBOYEKU et al
**Case Number:** 1:05-cv-1274
**Filer:**
**Document Number:** 23

**Docket Text:**
SCHEDULING ORDER. Signed by Judge Royce C. Lamberth on 3/1/06. (lcrcl1, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\Michael's Docs\05-1278 Rude v. The Dancing Crab\1274 Scheduling Order.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=3/1/2006] [FileNumber=1036584-0]
[2ec2a6b8464ea9b54c5de7ee4c2db543d96878f83d172f7b1f6c6b8ffa43722d03f06
56411f96f21c5eb3a97f9f9cb791962c1381188ba1d05393a0a38374ea6]]

**1:05-cv-1274 Notice will be electronically mailed to:**

Daniel E. Loeb     loebda@ffhsj.com, Joseph_DeSantis@ffhsj.com

Ricky Alan Rude     rick_rude@msn.com,

Barry McCoy Tapp     suwon4@aol.com,

**1:05-cv-1274 Notice will be delivered by other means to:**

3/30/2006