**RUDE V. ADEBOYEKU ET AL.**
**CASE NO. 05CV1274RCL**

**EXHIBIT NO. 2 TO MOTION FOR RECONSIDERATION**

**Rick Rude**

| | |
|---|---|
| From: | <DCD_ECFNotice@dcd.uscourts.gov> |
| To: | <DCD_ECFNotice@dcd.uscourts.gov> |
| Sent: | Friday, February 03, 2006 2:46 PM |
| Subject: | Activity in Case 1:05-cv-01278-RCL RUDE v. DANCING CRAB AT WASHINGTON HARBOUR, LP et al "Set/Reset Deadlines" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from mon, entered on 2/3/2006 at 2:46 PM EDT and filed on 2/1/2006

**Case Name:**      RUDE v. DANCING CRAB AT WASHINGTON HARBOUR, LP et al
**Case Number:**   1:05-cv-1278
**Filer:**
**Document Number:**

**Docket Text:**
Set/Reset Deadlines: Discovery due by 7/31/2006. Dispositive Motions due by 8/31/2006. Plaintiff Rule 26a1 due by 5/1/2006. Defendant Rule 26a1 due by 6/1/2006. (mon, )

The following document(s) are associated with this transaction:

**1:05-cv-1278 Notice will be electronically mailed to:**

Ricky Alan Rude     rick_rude@msn.com,

Richard R. Page Wyrough     Page@somdlaw.com

**1:05-cv-1278 Notice will be delivered by other means to:**

*Filed 2/3/06 @ 2:46 PM.*

3/30/2006

## Rick Rude

**From:** <DCD_ECFNotice@dcd.uscourts.gov>
**To:** <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Wednesday, February 01, 2006 1:53 PM
**Subject:** Activity in Case 1:05-cv-01278-RCL RUDE v. DANCING CRAB AT WASHINGTON HARBOUR, LP et al "Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lcrcl1, entered on 2/1/2006 at 1:53 PM EDT and filed on 2/1/2006

**Case Name:** RUDE v. DANCING CRAB AT WASHINGTON HARBOUR, LP et al
**Case Number:** 1:05-cv-1278
**Filer:**
**Document Number:** 17

**Docket Text:**
SCHEDULING ORDER. Signed by Judge Royce C. Lamberth on 2/1/2006. (lcrcl1, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\Michael's Docs\05-1278 Rude v. The Dancing Crab\1278 Scheduling Order.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=2/1/2006] [FileNumber=1010692-0]
[67211e71ccaf0dff78f8d84170ac2b266bcbab1a73088d7c85a0173253f7c5425a3d2
7109be0f69dc42a41fe797ef5d6b000c6d5099c9cec2c3fb6359048da9e]]

**1:05-cv-1278 Notice will be electronically mailed to:**

Ricky Alan Rude    rick_rude@msn.com,

Richard R. Page Wyrough    Page@somdlaw.com

**1:05-cv-1278 Notice will be delivered by other means to:**

3/30/2006