UNITED STATES DISTRICT COURT FOR
District of Columbia

_____
JONATHAN W, RUDE,

    Plaintiff,

    v.

OLAYINKA ADEBOYEKU
    and
ANTHONY B. WOOD,

    Defendants.
_____

CASE No. 1:05CV01274
Judge Royce C. Lambert.

## MOTION TO FILE INITIAL DISCLOSURES OUT OF TIME

**COMES NOW** the defendant, Anthony B. Wood, by and through counsel, Barry M. Tapp, Esq., and states the following in support of his Motion To File Initial Disclosures:

    1. This Honorable Court entered a Scheduling Order on March 1, 2006 directing the parties to file initial disclosures within 15 days of entry of the Order.

    2. That counsel for the defendant Wood through an oversight did not file the initial disclosures and did not realize the failure until May 24, 2006 after completing and mailing his answers to the plaintiff's interrogatories and responses to the request for production of documents.

    3. The plaintiff will not be prejudiced by the filing because the only initial disclosures to be made will be that defendant Wood will be the only witness that he presently knows will testify on his behalf except for other defendants. No other disclosures are to be made at this juncture.

    4. Moreover, the plaintiff has had a full a complete adjudication of the same case in the Superior Court of the District of Columbia in a criminal matter that went to a verdict of not guilty for the co-defendant and in which defendant Wood was not charged but was

available, but not called as a witness for both sides.

    5. That counsel apologizes to the Court for not filing the initial disclosures when required to do so.

    6. Counsel for defendant Wood will be out of the country until June 3, 2006 and if this motion is granted, will file the initial disclosure immediately upon return.

    **WHEREFOR**E, it is respectfully requested that this Motion be granted.

Respectfully submitted,

_____
Barry M. Tapp
14662 Cambridge Circle
Laurel, MD 20707
301-725-6030
Suwon4@aol.com
Bar #209395

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have, this ____day of June, 2006, served electronically all parties in this matter.

_____
Barry M. Tapp

UNITED STATES DISTRICT COURT FOR
District of Columbia

_____
**JONATHAN W, RUDE,**

   **Plaintiff,**

   v.

**OLAYINKA ADEBOYEKU**
    **and**
**ANTHONY B. WOOD,**

   **Defendants.**
_____

)
)
)
)
)
)
)

CASE No. 1:05CV01274
Judge Royce C. Lambert.

## ORDER

**UPON CONSIDERATION** of defendant Wood's Motion to file Initial Disclosures out of time and good cause shown, it is by the United States District Court for the District of Columbia, this ___day of _____, 2006,

**ORDERED**, that the Motion be, and hereby is, **GRANTED,** and it is further,

**ORDRED** that the initial disclosures filed herewith are deemed filed.

_____
UNITED STATES DISTRICT COURT JUDGE

SO ORDERED