**UNITED STATES DISTRICT COURT FOR**
**District of Columbia**

_____

**JONATHAN W, RUDE,**

    **Plaintiff,**    )

                  )    **CASE No. 1:05CV01274**

    **v.**              **Judge Royce C. Lambert.**

                  )

**OLAYINKA ADEBOYEKU**
    **and**           )
**ANTHONY B. WOOD,**

                  )

    **Defendants.**
_____

## ORDER

    **UPON CONSIDERATION** of defendant Wood's Motion to file Initial Disclosures

out of time and good cause shown, it is by the United States District Court for the District

of Columbia, this ___day of _____, 2006,

    **ORDERED**, that the Motion be, and hereby is, **GRANTED,** and it is further,

    **ORDRED** that the initial disclosures filed herewith are deemed filed.


                  _____
                  UNITED STATES DISTRICT COURT JUDGE


SO ORDERED