UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| JONATHAN W, RUDE, ) <br>    Plaintiff, ) <br>                    ) <br> v.                ) <br> OLAYINKA ADEBOYEKU <br>    and ) <br> ANTHONY B. WOOD, <br>                    ) <br>    Defendants. | CASE No. 1:05CV01274 <br> Judge Royce C. Lambert. |

**CERTIFICATE REGARDING DISCOVERY**

**I HEREBY** certify that on August 31, 2006, I mailed, postage prepaid, first-class mail, a true copy of Anthony B. Wood's First Set of Interrogatories and First Request for Production of Documents to counsel for plaintiff, Rick Rude, Esq., 207 Park Avenue, Sutie 103, Falls Church, VA 22046, and that that I will retain the original of these document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

                                        Respectfully submitted,

                                        ____/s Barry M. Tapp____
                                        Barry M. Tapp
                                        14662 Cambridge Circle
                                        Laurel, MD 20707
                                        301-725-6030
                                        Bar #209395

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have mailed, postage pre-paid, this _31st__day of August, 2006, a copy of the foregoing Certificate Regarding Discovery to:

Rick A Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, VA 22046

                    ___/s/ Barry M. Tapp____
                       Barry M. Tapp