UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                           Case No. 1:05cv1274(RCL)

OLAYINKA ADEBOYEKU
And ANTHONY B. WOOD,

    Defendants.

**MOTION FOR ORDER
PERMITTING TELEPHONE DEPOSITION**

COMES NOW, Plaintiff by and through his counsel, pursuant to Local Rule LCvR 7(a), 7(b) and 7(m) of this Court's Local Rules of Practice, and requests that the Court (1) direct defendant Olayinka Adeboyeku to respond to this motion within five (5) working days and (2) that the Court enter an Order permitting the telephone deposition of a witness that is presently in the United States Navy located at Camp Pendleton, California awaiting military orders to leave the continental United States.

Local Rule LCvR 7(m) Certification

Plaintiff has attempted to obtain the voluntary concurrence of counsel for defendants to the telephone deposition of James Sylvester. Counsel for defendant Anthony B. Wood by way of telephone conversation on November 17, 2006, indicated he takes no position on this matter and therefore has no objection to the sought telephone deposition. Counsel for defendant Olayinka Adeboyeku at first appeared to concur in the procedure sought by plaintiff but later refused his concurrence.

1

2

Plaintiff hereby incorporates the attached Memorandum of Points and Authorities and the attachments thereto.

Wherefore, it is hereby respectfully requested that the Court enter an Order permitting the sought telephone deposition and for such other and further relief as the Court deems just and appropriate in the circumstances.

Dated: 19 November 2006

/S/
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.
(AC 703) 536-4841 Fax.

Counsel For Plaintiff