**EXHIBIT NO. 1**
**PLAINTIFF' S MOTION FOR ORDER PERMITTING TELEPHONE**
**DEPOSITION**

# Rick Rude

| | |
|---|---|
| **From:** | "Hotopp, Kerry" <hotopke@friedfrank.com> |
| **To:** | "Rick Rude" <rick_rude@msn.com>; "Hotopp, Kerry" <hotopke@friedfrank.com> |
| **Cc:** | "Loeb, Daniel E." <LoebDa@friedfrank.com>; "Baruch, Douglas W." <BarucDo@friedfrank.com> |
| **Sent:** | Thursday, November 16, 2006 4:21 PM |
| **Subject:** | RE: deposition of James Sylvester - Request For Response |

Dear Mr. Rude:

We do not agree or consent to your request to take Mr. Sylvester's deposition pursuant to Rule 30 (b)(7). Moreover, we will not agree to any date for Mr. Sylvester's deposition, whether in person or by telephone, until we have received and reviewed his prior testimony, which so far you have refused to provide us. Once we have his testimony, either in response to our document request or if necessary a motion to compel, we will advise you what dates are available for us to participate in person in Mr. Sylvester's deposition.

---

**From:** Rick Rude [mailto:rick_rude@msn.com]
**Sent:** Thursday, November 16, 2006 1:46 PM
**To:** Hotopp, Kerry
**Subject:** Re: deposition of James Sylvester - Request For Response

Dear Mr. Hotopp:
The way a telephone deposition works is that the deponent appears before a court reporter and is asked questions by way of telephone.
Your response to me suggests that you have agreed to a telephone deposition of Mr. Sylvester. you 'will not consent' but agree ???

> ----- Original Message -----
> **From:** Hotopp, Kerry
> **To:** Rick Rude ; Suwon4@aol.com ; hotopke@friedfrank.com
> **Cc:** Loeb, Daniel E. ; Baruch, Douglas W.
> **Sent:** Thursday, November 16, 2006 12:31 PM
> **Subject:** RE: deposition of James Sylvester - Request For Response
>
> Dear Mr. Rude:
>
> As we have stated before, we will not consent to the telephonic deposition of Mr. James Sylvester, because we currently intend to travel to California to depose him. However, we cannot make a final decision as to our travel plans until we see Mr. Sylvester's prior testimony, which you have not provided us and apparently will not until December 14.
>
> We are not opposed to you arranging an in-person deposition that you may attend by telephone.
>
> I have spoken with Mr. Tapp, and he agrees with our approach.
>
> Sincerely,
>
> Kerry Hotopp
>
> **From:** Rick Rude [mailto:rick_rude@msn.com]

11/16/2006