UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                 Case No. 1:05cv1274(RCL)

OLAYINKA ADEBOYEKU
And ANTHONY B. WOOD,

    Defendants.

**ORDER**

This matter having come before the Court upon the motion for plaintiff for an Order permitting the telephone deposition of Mr. James Sylvester and to require defendant Olayinka Adeboyeku to respond to plaintiff's motion within 5 working days; the Court having considered the motion and the opposition thereto, HEREBY

GRANTS the motion of plaintiff to take the telephone deposition of Mr. James Sylvester at such time as is set or reset by plaintiff.

Dated: _____

                                                        _____
                                                        United States District Judge

Copies:

Rick A. Rude, Esq.
Rick_Rude@msn.com
Barry M. Tapp, Esq.
Suwon4@aol.com
Kerry Hotopp, Esq.
Hotopke@friedfrank.com