**PLAINTIFF'S OPPOSITION TO MOTION TO
EXTEND DISCOVERY DEADLINE**

## EXHIBIT NO. 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OLAYINKA ADEBOYEKU, *et al.*, )<br>)<br>Defendants. ) | **Civil Action No. 1:05-CV-01274 RCL**<br>**Judge Royce C. Lamberth** |

### DEFENDANT OLAYINKA ADEBOYEKU'S INITIAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant Olayinka Adeboyeku, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 33 and 34, objects to responding to Plaintiff's First Interrogatories and Request for Production of Documents ("Request"). Plaintiff's Request is premature, due to Plaintiff's failure to provide initial disclosures as required under Fed. R. Civ. P. 26(a)(1) and the Court's Scheduling Order. Defendant Adeboyeku raised this issue via Motion to the Court on March 29, 2006. Once Plaintiff has served his initial disclosures, or in accordance with any Order of the Court on the pending Motion to Compel, Mr. Adeboyeku will respond to the Request within 30 days, as required by Fed. R. Civ. P. 33 and 34, at such later date as the parties may agree, or as directed by the Court.[1]

In addition to this objection, Defendant Adeboyeku makes certain general and specific objections, as set out below. Mr. Adeboyeku reserves the right at any time to revise, supplement, correct, or add to his objections, or to file a full response to Plaintiff's Request.

---

[1] Defendant also raised this objection via an April 11, 2006 letter from Ms. Fischman to Mr. Rude.

17. **all telephone records, including mobile telephone or "cell phone" records, issued by the service provider for any telephone or cell phone used by the defendant between the period April 1, 2004 through November 30, 2006.**

In addition to the General Objections set forth above, Defendant Adeboyeku objects to this request on the grounds that it is overly broad and seeks information not reasonably calculated to lead to the discovery of admissible evidence relating to the allegations in the Complaint. Notwithstanding these objections and subject to (a) the General Objections and (b) Plaintiff providing his initial disclosures or an Order of the Court, Defendant Adeboyeku will produce a limited subset of non-privileged documents in his possession, custody, or control that are responsive to this request, ranging from May 1, 2004 to August 1, 2004.

DATED: May 1, 2006

Daniel E. Loeb (DC Bar # 386098)
Douglas W. Baruch (DC Bar # 414354)
Wendy P. Fischman (DC Bar # 468458)
Kerry Hotopp (DC Bar # 483747)
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvania Ave., NW, Suite 800
Washington, DC 20004
(202) 639-7000
(202) 639-7003, Fax

*Attorneys for Olayinka Adeboyeku*