**PLAINTIFF'S OPPOSITION TO MOTION TO
EXTEND DISCOVERY DEADLINE**

**<u>EXHIBIT NO. 2</u>**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

JONATHAN W. RUDE,

      Plaintiff,

v.                                                       Case No. 1:05CV01274RCL

OLAYINKA ADEBOYEKU
And ANTHONY WOOD

      Defendants.

### PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiff, Jonathan W. Rude, by and through his counsel, without waiver of objection

as to attorney work product privilege, except to the extent such information is disclosed

herein, hereby provides his Initial Disclosures required by Rule 26(a)(1) of the Federal

Rules of Civil Procedure.

### Rule 26(a)(1)(A) Witnesses.

Jonathan W. Rude, 1822 Briar Ridge Court, McLean, VA 22101 c/o Rick A. Rude
207 Park Avenue, Suite 103, Falls Church, VA. 22046. (703) 536-3063

Dean A. Cibel, 6204 Carnegie Drive, Bethesda, MD. 20817

Anthony B. Cibel, 6416 Wishbone Terrace, Cabin John, MD. 20818

Nicholas J. Cibel, Rehoboth Beach, Delaware, 19971

Gregory Casten, 9470 Seven Locks Road, Bethesda, MD. 20817.

Olayinka Adeboyeku, 11106 Bennington Drive, Upper Marlboro, MD. 20774.

Oluwatosin Adeboyeku, 11106 Bennington Drive, Upper Marlboro, MD. 20774.

Anthony B. Wood, 4413 Jay Street, N.E., Washington, D.C. 20019.

Paul Schwiesow, 407 Windsor Street, Silver Spring, MD. 20910.

1

Badr Jaouhari-Idrissi, 2 Rue Be Tokyo Ocean, Rabat, Morocco.

Michael Gillman, c/o Stephen B. Gillman, 201 So. Biscayne Blvd., Miami, Florida 33131 (305) 358-6300.

Samir Zarkhosh, 1329 Park Garden Lane, Reston, VA. 20194.

Matthew Zarkhosh, citizen of the United Kingdom.

James Sylvester, 3326 Prospect Street, N.W. Washington, D.C. 20157.

Jonathan Cummings, 833 Mackall Avenue, McLean, VA. 22101.

Charles Moran (no address)

John Eagleton (no address)

Robert Puzio (no address)

METROPOLITAN POLICE DEPARTMENT PERSONNEL

Mark D. Lee, MPD, 3320 Idaho Avenue, N.W., Washington, D.C. 20016.

Robert Owen, MPD, 3320 Idaho Avenue, N.W., Washington, D.C. 20016.

Glenn Luckett, MPD, 3320 Idaho Avenue, N.W., Washington, D.C. 20016.

Nelson Morias, MPD, 3320 Idaho Avenue, N.W., Washington, D.C. 20016.

Juan Davila, MPD, 3320 Idaho Avenue, N.W., Washington, D.C. 20016.

Howard Smith, MPD, 3320 Idaho Avenue, N.W., Washington, D.C. 20016.

Edmund Kennedy, MPD, 301 Indiana Avenue, N.W., Washington, D.C. 20001.

MEDICAL PERSONNEL

PRIMARY MEDICAL CARE PROVIDERS:

Craig E. Geist, M.D., F.A.C.S.
Department of Ophthalmology
The George Washington University
Medical Faculty Associates
2150 Pennsylvania Avenue, N.W.
Floor 2-A
Washington, D.C. 20037
(202) 741-2800

Stephen J. Wall, M.D. Ph.D.
Washington D.C. Ear, Nose Throat
& Allergy Center
2141 K Street, N.W.
Suite 301-B
Washington, D.C. 20037
(202) 862-2600

Benjamin S. Shaffer, M.D.
MacCartee, Haas, Grossman, Connell & Shaffer, M.D., P.A.
2021 K Street, N.W.
Suite 516
Washington, D.C. 20006
(202) 296-2515

Juliet Lee, M.D.
The George Washington University Hospital
Medical Faculty Associates
2150 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 741-3000

SECONDARY MEDICAL CARE PROVIDERS:

Kenneth M. Karlin, M.D.
Eye Physicians of Virginia, Ltd.
6845 Elm Street
Suite 611
McLean, VA. 22101
(703) 356-6880

Charlton Ho, D.D.S., PLLC
1826 Westmoreland Street
McLean, VA. 22101
(703) 356-4822

Bruce Rind, M.D.
National Integrated Health Associates
5225 Wisconsin Avenue
Suite 401
Washington, D.C. 20015
(202) 237-7000

John Jurjans, Jr. RPT
Professional Sports Care & Rehabilitation
3801 N. Fairfax Drive
Suite 60
Arlington, VA. 22203
(703) 522-1060

M. Reza Didehvar, M.D.
1340 Old Chain Bridge Road
McLean, VA. 22101
(703) 893-2273

Michael Libercci
Human Movement Rehab.
7551 Spring Lake Drive
Suite C-2
Bethesda, MD., 20817
(301) 365-6667

Additional medical services were provided as follows: (1) Claudia Ranninger, M.D. (GWU Emergency Room), (2) Dr. Kang, M.D. (GWU Medical Faculty Associates), (3) B. Eric Jones, M.D. (GWU Medical Faculty Associates), (4) Dr. Mistry (Charlton Ho Denistry), (5) David R. Brallier, Barry M. Potter, Mark L. Monteferrante (MRI Associates, Fairfax Radiological Consultants, P.C.) (6) Raymond A. Pla, M.D. (GWU Medical Faculty Associates).

It is anticipated that additional individuals will be identified as witnesses as a result of the discovery process. Plaintiff hereby reserve the right to supplement and or correct, including the substitution of proper names and personnel prior to the preparation of the pretrial statement in this proceeding.

The Medical personnel will testify to the injuries sustained by plaintiff, their medical services provided as related to those injuries and the nexus between those injuries and the incident which forms the basis of plaintiff's claims.

The following named individuals will testify as to the events of June 19-20, 2004, June 26-27, 2004 and July 21, 2004: Rude, Cummings, Giullman, Zarkhosh, Z; Zarkhosh, M., J. Sylvester, Charles Moran, Robert Puzio and all named officers of the Metropolitan Police Department. Plaintiff has identified a number of adverse witnesses that will also be required to provide testimony as to the events of July 2001 and June and July 2004 as well as facts regarding the nature and operations of the Dancing Crab. Mr. Badr J. Idrissi will provide information regarding the incident of July 2001 during which he was injured. Plaintiff reserves the right to supplement the information contained herein as appropriate.

Rule 26(a)(1)(B) Documents and Tangible Items.

Plaintiff will refer defendants to the public files of the Superior Court of the District of Columbia in Felony Cases: United States v. Anthony Wood, F-04-4083, United States v. Olayinka Adeboyeku, Nos. F-04-4460 and 4895. Plaintiff will further refer defendants to all trial exhibits, documents and information used in or provided to defendant in case nos. F-04-4460 and 4895.

Plaintiff notes that he was provided medical treatment at George Washington University Hospital (June 27-28, 2004 and July 6, 2004) and at Sibley Memorial Hospital (September 2004). There are extensive medical records in the possession of each hospital. Each of the doctors identified above will have further and additional medical records. Plaintiff has included herewith the medical records pertaining to the assault of June 27, 2004. These records include numerous references to "LOC" reflecting loss of consciousness and concussion.

Plaintiff has in his possession clothing worn on June 27, 2004 as well as medical devices provided to plaintiff for his care and treatment, including eye patches and braces.

It is noted that Plaintiff has redacted his social security number from the Emergency Room records provided herewith.

Rule 26(a)(1)(C) Damages.

Plaintiff has attached hereto a summary of medical expenses incurred from June 27, 2004 through February 28, 2005. These are fees submitted to plaintiff's insurance company as well as out of pocket expenses associated with the involved assault and plaintiff's treatment.

Rule 26(a)(1)(D) Insurance.

Not Applicable.

Dated: 15 May 2006

RICK A. RUDE, #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.
(AC 703) 536-4841 Fax.

Counsel For Plaintiff


Certificate of Service

I hereby certify that a copy of this document has been served, by first class mail, postage prepaid upon Mr. Daniel E. Loeb, Fried Frank Harris Shriver & Jacobson 1001 Pennsylvania Avenue, N.W. Washington, D.C.  20004. The original shall be held in the files of counsel for plaintiff and is available for inspection.

Dated this 15th day of May 2006 at Falls Church, VA.  22046.

6

Jon-Summer 2004

| Date | Dr. | Charge | Function |
|------|-----|--------|----------|
| 6/27/2004 | DC Fire&EMS | $ 268.00 | Ambulance |
| 06/27/04 | Lee | $ 200.00 | Doctor |
| 06/27/04 | Ranniger | $ 358.00 | ER x-ray; ER care |
| 06/27/04 | Potter | $ 28.00 | Emer. X-ray |
| 06/27/04 | Monteferrante | $ 582.00 | Emer. X-ray |
| 06/27/04 | GWU Hospital | $ 16,843.00 | Hospital |
| 06/27/04 | Wall | $ 108.00 | Doctor-Consultation |
| 06/28/04 | Lee | $ 130.00 | Doctor |
| 06/29/04 | Karlin | $ 220.00 | Doctor |
| 06/29/04 | Mistry/Ho | $ 182.00 | Doctor |
| 06/29/04 | Jones | $ 225.00 | Doctor |
| 06/30/04 | Geist | $ 360.00 | Doctor |
| 07/02/04 | Shaffer | $ 90.00 | Doctor |
| 07/02/04 | Wall | $ 194.74 | Doctor |
| 07/06/04 | GWU Hospital | $ 13,875.00 | Facility |
| 07/06/04 | Pla | $ 1,470.00 | Anesthesia |
| 07/06/04 | Geist | $ 3,221.00 | Doctor |
| 07/06/04 | Wall | $ 700.00 | Doctor |
| 07/07/04 | Geist | $ - | |
| 07/13/04 | Lee | $ 80.00 | ER Care |
| 07/13/04 | Geist | $ 110.00 | |
| 07/13/04 | GWU Hospital | $ 15.00 | Geist |
| 07/13/04 | GWU Hospital | $ 15.00 | Lee |
| 07/14/04 | Rite Aid | $ 58.45 | Pharmacy |
| 07/29/04 | Mistry/Ho | $ 115.00 | Doctor |
| 07/23/04 | Geist | $ - | |
| 07/23/04 | Wall | $ 87.51 | Doctor |
| 07/29/04 | Dr. Ho/Mistry | $ 152.00 | Doctor |
| 08/20/04 | Didhevar | $ 78.00 | Doctor |
| 09/03/04 | Dr. Geist | $ - | Dr. (Greywall) |
| 11/19/04 | Dr. Geist | $ 131.00 | Doctor |
| | | | |
| 06/27/04 | GWU Pkg | $ 13.50 | Parking |
| 06/27/04 | GWU Pkg | $ 13.50 | Parking |
| 06/28/04 | GWU Pkg | $ 13.50 | Parking |
| 06/28/04 | GWU Pkg | $ 15.00 | Parking |
| 06/30/04 | GWU Pkg | $ 15.00 | Parking |
| 07/02/04 | Pkg (Dr.Wall) | $ 12.00 | Parking |
| 07/02/04 | Pkg (Dr.Scha) | $ 14.00 | Parking |
| 07/06/04 | Pkg (surgery) | $ 15.00 | Parking |
| 07/07/04 | Pkg (Dr. Geist) | $ 15.00 | Parking |
| 07/09/04 | Pkg (Dr. | $ 8.00 | Parking |
| 07/14/04 | Pkg (Dr. | $ 8.00 | Parking |
| 07/23/04 | Pkg (Dr.Wall) | $ 8.00 | Parking |
| 09/03/04 | Pkg (Dr.Geist) | $ 12.00 | Parking |
| 11/19/04 | Pkg (Dr. Geist) | $ 12.00 | Parking |

Jon-Summer 2004

| | | | | |
|---|---|---|---|---|
| 06/29/04 | Rite Aide | $ | 18.46 | Pharmacy |
| 06/29/04 | Rite Aide | $ | 23.48 | Pharmacy |
| 07/14/04 | Rite Aide | $ | 11.65 | Pharmacy |
| 07/06/04 | Rite Aide | $ | 1.93 | Pharmacy |
| 07/08/04 | Rite Aide | $ | 5.15 | Pharmacy |
| 07/08/04 | Rite Aide | $ | 2.94 | Pharmacy |
| 08/20/04 | Rite Aid | $ | 108.99 | Pharmacy |
| | | | | |
| 08/20/04 | Dr. Didehvar | $ | 263.00 | Doctor |
| 08/24/04 | MRI | $ | 1,294.00 | Fairfax Hospital |
| 08/24/04 | Dr. Brallier | $ | 424.00 | MRI |
| 08/25/04 | Dr.Schaeffer | $ | 195.00 | Doctor |
| | | | | |
| 09/06/04 | Didhevar | $ | 78.00 | Doctor-Pre-Op Phys |
| 09/10/04 | Shaffer | $ | 9,562.50 | Sugery |
| 09/10/04 | Shaffer | $ | 133.00 | Dr.-Post-Op Visit |
| 09/10/04 | Sibley Hospital | $ | 13,055.16 | Hospital |
| 09/10/04 | Surg. Anth Assoc | $ | 1,188.00 | Anthesiologist |
| 09/10/04 | Parking-Sibley | $ | 8.00 | Pkg-Sibley Hosp |
| 09/10/04 | Pkg-Dr. S | $ | 7.00 | Parking |
| 09/10/04 | Rite Aide | $ | 23.99 | Pharmacy |
| 09/10/04 | Rite Aide | $ | 18.99 | Pharmacy |
| 09/10/04 | Dr. Fleury | $ | 69.00 | Diag Lab Test |
| 09/16/04 | Shaeffer | $ | - | Doctor |
| 09/16/04 | Pkg-Dr. S-DC | $ | 7.00 | Parking |
| 09/16/04 | Pkg-Dr. S-MD | $ | 3.00 | Parking |
| 09/28/04 | Dr. Shaeffer | $ | - | Doctor |
| 09/28/04 | Pkg-Dr. S-MD | $ | 7.00 | Parking |
| 09/30/04 | JJurjans-RPT | $ | 253.00 | Phy Therapy |
| 10/06/04 | JJurjans-RPT | $ | 162.00 | Phy Therapy |
| 10/08/04 | JJurjans-RPT | $ | 201.00 | Phy Therapy |
| 10/13/04 | JJurjans-RPT | $ | 201.00 | Phy Therapy |
| 10/15/04 | JJurjans-RPT | $ | 201.00 | Phy Therapy |
| 10/22/04 | JJurjans-RPT | $ | 201.00 | Phy Therapy |
| 10/25/04 | JJurjans-RPT | $ | 201.00 | Phy Therapy |
| 11/01/04 | JJurjans-RPT | $ | 201.00 | Phy Therapy |
| 11/03/04 | JJurjans-RPT | $ | 201.00 | Phy Therapy |
| 11/08/04 | JJurjans-RPT | $ | 201.00 | Phy Therapy |
| 11/10/04 | JJurjans-RPT | $ | 195.00 | Phy Therapy |
| 11/17/04 | JJurjans-RPT | $ | 195.00 | Phy Therapy |
| 11/19/04 | JJurjans-RPT | $ | 195.00 | Phy Therapy |
| 11/22/04 | JJurjans-RPT | $ | 195.00 | Phy Therapy |
| 11/24-12/01/04 | JJurjans-RPT | $ | 351.00 | Phy Therapy |
| 12/3-8/04 | JJurjans-RPT | $ | 390.00 | Phy Therapy |
| 12/10/04 | JJurjans-RPT | $ | 195.00 | Phy Therapy |
| 12/14/04 | JJurjans-RPT | $ | 390.00 | Phy Therapy |
| 12/22/04 | JJurjans-RPT | $ | 195.00 | Phy Therapy |
| 01/05/05 | JJurjans-RPT | $ | 156.00 | Phy Therapy |
| 01/19/05 | JJurjans-RPT | $ | 195.00 | Phy Therapy |

Jon-Summer 2004

| 11/19/04 | Dr. Geist | $ | 15.00 | Doctor |
|---|---|---|---|---|
| 11/19/04 | Pkg-Dr. G | $ | 12.00 | Parking |
| | | | | |
| 01/27/05 | National Integ Svs | $ | 240.00 | Doctor |
| 01/24/05 | Dove Health Care | $ | 347.85 | Care |
| | | | | |
| 12/28/04 | Michael Libercci | $ | 180.00 | #3387-Musc Ther |
| 12/30/04 | Michael Libercci | $ | 100.00 | #3389-Musc Ther |
| 01/07/05 | Michael Libercci | $ | 100.00 | #1232-Musc Ther |
| 01/10/05 | Michael Libercci | $ | 200.00 | #1233-Musc Ther |
| 01/16/05 | Michael Libercci | $ | 200.00 | #1236-Musc Ther |
| 01/24/05 | Michael Libercci | $ | 200.00 | #1242-Musc Ther |
| 02/04/05 | Michael Libercci | $ | 400.00 | #1247-Musc Ther |
| 02/28/05 | Michael Libercci | $ | 350.00 | #1254-Musc Ther |
| | | | | |
| | | $ | 73,600.29 | |

George Washington University Hospital

E       JONATHAN   3384039   108940206          ACF
der   : Male
      : 22
ch Date : 06/27/2004

**Admit Diagnosis**

   **V714**   OBSERVATION FOLLOWING OTHER ACCIDENT

**Diagnoses**

   **8026**   CLOSED FRACTURE OF ORBITAL FLOOR (BLOW-OUT)
   **8020**   CLOSED FRACTURE OF NASAL BONES
   **9181**   SUPERFICIAL INJURY OF CORNEA
   **9160**   HIP, THIGH, LEG, AND ANKLE, ABRASION/FRICTION BURN, WITHOUT INFECTION
   **E9688**  ASSAULT

000001