**PLAINTIFF'S OPPOSITION TO MOTION TO
EXTEND DISCOVERY DEADLINE**

**EXHIBIT NO. 4**

# FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
Tel: 202.639.7000
Fax: 202.639.7003
www.friedfrank.com

Phone: (202) 639-7298
Fax: (202) 639-7008
kerry.hotopp@ffhsj.com

May 19, 2006

**Via Fax and U.S. Mail**

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, VA 22046
Fax: (703) 536-4841

Re: *Rude v. Adeboyeku, et al.*, Civil Case No. 05-01274-RCL
Confidentiality Agreement

Dear Mr. Rude:

Thank you for your May 18th letter. As you requested, I am faxing you the signature page of the confidentiality agreement and will send the full version of the confidentiality agreement to you by mail. Please sign and return a copy to us.

Regarding the various items in your letter on which we agreed, I note that the date by which Plaintiff must designate expert witnesses is November 1, 2006, as required by the Scheduling Order, not December 2006 as you state in paragraph 2. Under the Scheduling Order, the December date is when Defendant must designate his expert witnesses.

Based on our conversation and your letter, we have agreed to undertake the following actions:

1. In response to Defendant's First Request for the Production of Documents, you will object to producing documents you received from the Dancing Crab. Without waiving that objection, you will provide a copy of the documents to us.

2. In response to Defendant's First Interrogatories, you will object to our interrogatory requesting you to identify expert witnesses you intend to rely on at trial. Without waiving that objection, you will produce the expert witness reports from Doctors Wall, Geist, and Shaffer.

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

Rick A. Rude, Esq.  May 19, 2006
Page 2

3. You will refer Defendant to the court records in the criminal proceedings as the factual basis for the complaint.

4. You will provide the telephone record showing that Plaintiff reported John Cummings' June 20, 2004 altercation with Defendant.

5. I will call you on Monday, May 22, to discuss our objections to Plaintiff's First Interrogatories and Document Production Request. I also advised you that Defendant intends to answer, respond, and produce all appropriate documents within 30 days of your initial disclosures.

Sincerely yours,

Kerry Hotopp

Enc.