**PLAINTIFF'S OPPOSITION TO MOTION TO
EXTEND DISCOVERY DEADLINE**

**EXHIBIT NO. 5**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                             Case No. 1:05cv1274RCL

OLAYINKA ADEBOYEKU
And ANTHONY WOOD,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Responses and Objections of Counsel have been served, by first class mail, postage prepaid, upon Mr. Daniel E. Loeb, Fried, Frank, Harris, Shriver & Jacobsen, 1001 Pennsylvania Avenue, N.W. Suite 800, Washington, D.C. 20004. The original executed document is retained by counsel and is available for inspection upon reasonable request.

Dated this 19th day of May 2006 at Falls Church, Virginia 22046.

_____
RICK A. RUDE, Esq. #244897
Suite 103
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.
(AC 703) 536-4841 Fax.

Counsel For Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                            Case No. 1:05cv1274RCL

OLAYINKA ADEBOYEKU
And ANTHONY WOOD,

    Defendants.

CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Responses and Objections of Counsel to Defendant's First Interrogatories have been served, by first class mail, postage prepaid, upon Mr. Daniel E. Loeb, Fried, Frank, Harris, Shriver & Jacobsen, 1001 Pennsylvania Avenue, N.W. Suite 800, Washington, D.C. 20004. The original executed document is retained by counsel and is available for inspection upon reasonable request.

Dated this 19th day of May 2006 at Falls Church, Virginia 22046.

_____
RICK A. RUDE, Esq. #244897
Suite 103
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.
(AC 703) 536-4841 Fax.

Counsel For Plaintiff