**PLAINTIFF'S OPPOSITION TO MOTION TO
EXTEND DISCOVERY DEADLINE**

## EXHIBIT NO. 6

## Rick A. Rude
### Attorney at Law

Telephone (202) 223-5900
(703) 536-3063
Telefax (703) 536-4841

207 Park Avenue
Suite 103
Falls Church, Virginia 22046

7 June 2006

Mr. Kerry Hotopp
Fried, Frank, Harris, Shriver & Jacobson
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004-2505

Re: Rude v. Adeboyeku, Case NO. 05cv1274RCL

Dear Mr. Hotopp:

  Pursuant to our prior agreement and our telephone conversation this afternoon, I am enclosing a copy of the medical records related to the assault on plaintiff. The documents are noted as subject to our confidentiality agreement and are numbered 1 – 241.

  I will be forwarding the billing invoices as they are collected. Some of the invoicing is included in the package.

Very truly yours,

Rick A. Rude

Encl.

RR/mp

NOTICE; DOCUMENTS SUBJECT TO CONFIDENTIALITY
AGREEMENT DATED MAY 1, 2006
BATES NUMBERS 00001 TO 000241

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUBMIA

CASE NO. 1:05CV1274RCL

CONFIDENTIAL