**PLAINTIFF'S OPPOSITION TO MOTION TO
EXTEND DISCOVERY DEADLINE**

**EXHIBIT NO. 7**

# FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
Tel: 202.639.7000
Fax: 202.639.7003
www.friedfrank.com

Phone: (202) 639-7298
Fax: (202) 639-7008
kerry.hotopp@ffhsj.com

June 19, 2006

**Via Electronic Mail and U.S. Mail**

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, VA 22046

Re:   *Rude v. Adeboyeku, et al.*, Civil Case No. 05-01274-RCL
      Response to Plaintiff's First Interrogatories and RFP

Dear Mr. Rude:

Enclosed is Defendant Adeboyeku's Objections and Responses to Plaintiff's First Interrogatories and Request for Production of Documents (the "Response"). In addition to the Response, we are producing 170 pages of documents that are responsive to your request for production of documents. As you will see, the first 40 pages of the documents contain sensitive personal, financial, and medical information and are therefore marked confidential.

Sincerely yours,

Kerry Hotopp

Enc.