**PLAINTIFF'S OPPOSITION TO MOTION TO EXTEND DISCOVERY DEADLINE**

**EXHIBIT NO. 8**



rick_rude@msn.com Printed: Wednesday, November 22, 2006 9:58 AM

**From :** Hotopp, Kerry <hotopke@friedfrank.com>
**Sent :** Friday, August 4, 2006 11:35 AM
**To :** "Rick Rude" <rick_rude@msn.com>
**Subject :** RE: deposition dates

Dear Mr. Rude:

I agree that we should provide the police officers with several dates that work for all of us. I'm just proposing that you tell us dates that work for you, and we'll try to accommodate those dates. So if you can just send us some dates, we'll try to make those work for us. Then you can schedule the depositions with the police officers.

September 18th should be a firm date for Yinka; but if it doesn't work out, September 25th is also a possibility.

Sincerely,

Kerry Hotopp

---

**From:** Rick Rude [mailto:rick_rude@msn.com]
**Sent:** Thursday, August 03, 2006 10:41 AM
**To:** Hotopp, Kerry
**Subject:** Re: deposition dates

Dear Mr. Hotopp:
I will tentatively put Olayinka Adeboyeku down for a deposition on September 18th. If the 18th does not work out, please forward two other alternative dates for me to depose him.

It is better for the police officers if I can provide them with some firm dates. Please forward your available dates after Labor Day so that I can locate these individuals, confirm a date, and I will then provide you with a list of dates, times and the deposition notices.

the concept of going back and forth to set a date is problematic because these individuals are sometimes difficult to reach.

Regards,
Rick Rude

> ----- Original Message -----
> **From:** Hotopp, Kerry
> **To:** rick_rude@msn.com
> **Sent:** Thursday, August 03, 2006 10:31 AM
> **Subject:** RE: deposition dates
>
> Dear Mr. Rude,
>
> August may be a difficult month to schedule depositions because people are out of the office, away on vacation, or just plain unavailable. Instead, it would be much easier if you scheduled all your depositions for after September 1.

As for Yinka's deposition, although he is traveling quite a bit these days, we believe that Monday, September 18 will work for him and for us. Given everything that you already know, we expect that you will not need the full 7 hours otherwise provided under the rules.

As for the other people you wish to depose -- Tosin, Wood, the police officers, and the others -- I propose that you provide us with a group of dates that work for you. We will then try to accommodate you.

Sincerely,

Kerry Hotopp

---

**From:** Rick Rude [mailto:rick_rude@msn.com]
**Sent:** Tuesday, August 01, 2006 4:55 PM
**To:** hotopke@friedfrank.com
**Subject:** deposition dates

Dear Mr. Hotopp:

as per our conversation last week; do you have the available dates in September ?

I am now also looking at 3rd party depositions this month.

Please include your August availability dates as well.

Sincerely,
Rick Rude

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you .

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you .