**PLAINTIFF'S OPPOSITION TO MOTION TO
EXTEND DISCOVERY DEADLINE**

**EXHIBIT NO. 9**

*Rick A. Rude*
*Attorney at Law*

Telephone (202) 223-5900
(703) 536-3063
Telefax (703) 536-4841

207 Park Avenue
Suite 103
Falls Church, Virginia 22046

30 August 2006
Via Certified Mail

Mr. Kerry Hotopp
Fried, Frank, Harris, Shriver & Jacobson
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Re: Rude v. Adeboyeku et al.
    Documents – US Attorney's Office

Dear Mr. Hotopp:

I am enclosing three documents that were provided to Mr. Williamson by the Office of the US Attorney. These documents were not in the materials which your office provided to me in June 2006. The documents are 'unfavorable' to Mr. Adeboyeku to put this lightly. I am also of the belief that Mr. Williamson was provided further and additional documents, photographs and information which was likewise apparently not provided to your office. I remain,

Very truly yours,

Rick A. Rude

Encls.
Wood – video tape transcript
Cummings – witness statement
Rude – Hospital photographs