**PLAINTIFF'S OPPOSITION TO MOTION TO
EXTEND DISCOVERY DEADLINE**

## <u>EXHIBIT NO. 10</u>

## Rick Rude

| | |
|---|---|
| **From:** | "Rick Rude" <rick_rude@msn.com> |
| **To:** | <kerry.hotopp@ffhsj.com> |
| **Sent:** | Monday, September 18, 2006 12:44 PM |
| **Attach:** | WOOD.txt; ADEBOYEKU.txt |
| **Subject:** | Rude v. Adeboyeku case no. 05ccv1274RCL - Supplemental Discovery Response |

Dear Mr. Hotopp:

As per our telephone conversation this morning, I am attaching the text for Mr. Wood and for Mr. Tosin Adeboyeku.

the deposition exhibits overlap as to the notices, the employee manual (Oceanside Mgnt), the door staff manual.

I will enclose copies of these exhibits in the envelop with the CD tommorrow.
I will also enclose the documents which were represented as Yinka's employment file (same as yours but with a cover 'termination' page) as the ltr from Tony Wood's atty w/USA atty attachment.

I have the deposition transcripts for Mr. Gillman and Mr. Syslvester which you are free to review if you so wish.

AS I indicated, I will be conducting a review of the discovery materials in case No. 05cv1278 but would not expect to use that material without 'reconducting' the discovery in case 1274 in order to provide you the chance to review of take your own depositions.

Sincerely,

Rick Rude