**PLAINTIFF'S OPPOSITION TO MOTION TO
EXTEND DISCOVERY DEADLINE**

**EXHIBIT NO. 11**

*Rick A. Rude*
*Attorney at Law*

Telephone (202) 223-5900
(703) 536-3063
Telefax (703) 536-4841

207 Park Avenue
Suite 103
Falls Church, Virginia 22046

19 September 2006
Hand Delivery

Mr. Kerry Hotopp
Fried, Frank, Harris, Shriver & Jacobson
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2505

Re: Rude v. Adeboyeku et al.
    Case No. 05cv1274RCL
    Supplemental Production – Computer Disc

Dear Mr. Hotopp:

    Pursuant to our telephone conversation of September 18th I am providing the **ORIGINAL** of a computer disc provided to this office in response to a subpoena issued to Sprint-Nextel. The disc is being provided to enable you to copy the contents. The disc contains 44 separate files (22 MBs). It is my estimation that the files contain approximately 700 pages of material. It is also my understanding that you have guaranteed to safeguard this disc and return the disc by close of business today.

    I am further enclosing the Dancing Crab employee manual materials that were used in the Wood and Oluwatosin Adeboyeku depositions in late July 2006. Lastly, I am providing a copy of Olayinka Adeboyeku's "employment file" that was produced by the Dancing Crab. I have blacked out his social security number on the file. The cover sheet is as produced to me. I will e-mail to you the contents of Mr. Wood's employment file.

    If you have any questions, please call. I remain,

Very truly yours,

Rick A. Rude

Encls.
Cc; Barry Tapp, Esq.

