**PLAINTIFF'S OPPOSITION TO MOTION TO
EXTEND DISCOVERY DEADLINE**

**EXHIBIT NO. 13**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                  Case No. 1:05cv1274RCL

OLAYINKA ADEBOYEKU
And ANTHONY WOOD,

    Defendants.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Notice to Take Oral Deposition and Document Production has been served, by certified first class mail, postage prepaid, upon Mr. Kerry Hotopp, Esq., Fried, Frank, Harris, Shriver & Jacobsen, 1001 Pennsylvania Avenue, N.W. Suite 800, Washington, D.C. 20004. The original executed document is retained by counsel and is available for inspection upon reasonable request.

Dated this 6th day of November 2006 at Falls Church, Virginia 22046.

                                                  /s/ Rick A. Rude
                                                RICK A. RUDE, Esq. #244897
                                                Suite 103
                                                Falls Church, VA. 22046
                                                (AC 703) 536-3063 Tele.
                                                (AC 703) 536-4841 Fax.

                                                Counsel For Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.   Case No. 1:05cv1274RCL

OLAYINKA ADEBOYEKU
And ATHONY B. WOOD,

    Defendants.

### NOTICE TO TAKE ORAL DEPOSITION
### AND DOCUMENT PRODUCTION

TO: Mr. Kerry Hotopp, Esq.
    1001 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004

Pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, testimony shall be taken upon oral examination before a person authorized by the District of Columbia, to administer oaths on **NOVEMBER 21, 2006 at 10:00 A.M.**, 1100 Connecticut Avenue, N.W., Suite 850, Washington, D.C. 20036 with respect to all matters in this action, at which time and place the oral deposition of **OLAYINKA ADEBOYEKU** will be taken. He is to bring with him all documents required to be produced by defendant pursuant to Plaintiff's First Request For Production of Documents. Such deposition shall continue day to day until completed.

Dated: 06 November 2006

                                                          _____
                                                          RICK A. RUDE, Esq. #244897
                                                          207 Park Avenue, Suite 103
                                                          Falls Church, VA. 22046
                                                          Counsel For Plaintiff