**PLAINTIFF'S OPPOSITION TO MOTION TO
EXTEND DISCOVERY DEADLINE**

## <u>EXHIBIT NO. 14</u>

Case 1:05-cv-01274-RCL    Document 42-15    Filed 12/01/2006    Page 2 of 7

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF          **DISTRICT OF COLUMBIA**

Jonathan W. Rude,

                    Plaintiff                    **SUBPOENA IN A CIVIL CASE**

          V.

Yinka Adeboyeku, et al.,                    CASE NUMBER[1]: 05-01274 (RCL)

                    Defendant

**TO:**  Dancing Crab at Washington Harbour, a Limited Partnership
c/o Nancy Conway
4201 Cathedral Avenue, N.W. #421E
Washington, D.C. 20007

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See Attachment A**

| PLACE | DATE AND TIME |
|---|---|
| Fried, Frank, Harris, Shriver & Jacobson, LLP 1001 Pennsylvania Avenue, N.W, Suite 800, Washington, D.C. 20004-2505 | November 20, 2006 at 10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Dan E. Loeb* /2.y/  Attorney for Defendant | 11/03/2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Daniel E. Loeb
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvana Avenue, N.W., Suite 800, Washington, D.C. 20004-2505
(202) 639-7000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


Jonathan W. Rude

vs.

Yinka Adeboyeku, et al.

No. 05-01274 (RCL)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC


I, DANIEL F. PORTNOY, having been duly authorized to make service of the Subpoena Duces Tecum and Attachment A in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 6:30 am on November 7, 2006, I served Dancing Crab at Washington Harbour, a Limited Partnership c/o Nancy Conway at 4201 Cathedral Avenue, NW, #421E, Washington, DC 20007 by serving Nancy Conway, authorized to accept.  Described herein:

```
    SEX-   FEMALE
    AGE-   65
 HEIGHT-   5'7"
   HAIR-   BLONDE
 WEIGHT-   170
   RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.


Executed on _11-07-06_
            Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 179346

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-01274 (RCL) |
| ) | |
| OLAYINKA ADEBOYEKU, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

NOTICE OF SUBPOENA DUCES TECUM
FOR PRODUCTION OF DOCUMENTS

**TAKE NOTICE** that pursuant to Rule 45 of the Federal Rules of Civil Procedure,

Defendant Olayinka Adeboyeku, by and through his counsel, will request documents from The

Dancing Crab to be produced at the offices of Fried, Frank, Harris, Shriver & Jacobson, LLP,

1001 Pennsylvania Avenue, NW, Suite 800, Washington, DC 20004, at 10:00 a.m. on

November 20, 2006.

The Dancing Crab is required to produce all books, papers, documents, and other things

in its possession or control as stated in Attachment A. Attached hereto is a true and correct copy

of the Subpoena.

DATED: November 3, 2006

Daniel E. Loeb (DC Bar # 386098)
Douglas W. Baruch (DC Bar # 414354)
Kerry Hotopp (DC Bar # 483747)
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvania Ave., NW, Suite 800
Washington, DC 20004
(202) 639-7000
(202) 639-7003, Fax

*Attorneys for Olayinka Adeboyeku*

**ATTACHMENT A**

4.  If any Document responsive to any request is withheld on the basis of privilege, work-product, or other exception, produce a log to Defendants sufficient to establish the basis for the assertion of privilege, in accordance with the Rules.

5.  Where the singular is used with reference to any person, Document, or item, it shall include the plural if, in fact, there are more than one.

6.  The specificity of any individual request should not be construed to limit the generality or reach of any other request.

7.  If you are unable to comply fully with any portion of this Request, you shall comply to the extent possible and provide an explanation as to why full compliance is not possible.

8.  This Request is continuing in character and requires you to provide supplemental responses without request if further or different information responsive to this Request is discovered, created, obtained, or otherwise comes to your attention at any time prior to either the beginning of the trial, or the court dismisses the case, in *Rude v. Olayinka Adeboyeku,* Case No. 05-01274 (RCL) in the District Court for the District of Columbia.

## DOCUMENT REQUESTS

1.  all Documents, except for pleadings filed with the court, produced by any party or Third Party in *Rude v. The Dancing Crab at Washington Harbour, L.P., et al.,* Case No. 05-1278 in the District Court for the District of Columbia, regardless of whether those Documents were requested through a document request.

2.  all Documents received from any individual or entity, either through a document request or otherwise, that relate to any matter in *Rude v. The Dancing Crab at Washington Harbour, L.P., et al.,* Case No. 05-1278 in the District Court for the District of Columbia.

**ATTACHMENT A**

3.  all audio or video recordings and transcripts of all depositions of individuals, including all exhibits used or marked during those depositions, taken in *Rude v. The Dancing Crab at Washington Harbour, L.P., et al.*, Case No. 05-1278 in the District Court for the District of Columbia.

4.  all Documents that constitute or relate to any witness interviews, including all witness interview summaries, created, used, or relied upon in *Rude v. The Dancing Crab at Washington Harbour, L.P., et al.*, Case No. 05-1278 in the District Court for the District of Columbia.

5.  all interrogatories and interrogatory responses in *Rude v. The Dancing Crab at Washington Harbour, L.P., et al.*, Case No. 05-1278 in the District Court for the District of Columbia.

6.  all Documents You intend to use or rely on at trial in *Rude v. The Dancing Crab at Washington Harbour, L.P., et al.*, Case No. 05-1278 in the District Court for the District of Columbia.

7.  all Documents that relate in any way to Mr. Adeboyeku or his co-defendant Anthony Wood, including but not limited to their full and complete employment or personnel files, any complaints made by or against them, any agreements, or any proof of employment.

8.  all Documents that relate in any way to Michael Gillman, John Cummings, or Jonathan Rude, including but not limited to their full and complete employment or personnel files, any complaints made by or against them, any agreements, or any proof of employment.

9.  all employment handbooks, guidelines, and procedures.

10. all Documents that relate to any incidents involving Jonathan Rude and Mr. Adeboyeku, including any electronic correspondence discussing such incidents.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on November 3, 2006, I caused a true and complete copy of the

Defendant Adeboyeku's **NOTICE OF SUBPOENA DUCES TECUM FOR PRODUCTION**

**OF DOCUMENTS** be served by first-class mail on the following individual:

Rick A. Rude
Suite 103
207 Park Avenue
Falls Church, VA  22046
*Counsel for Plaintiff*

Barry M. Tapp
14662 Cambridge Circle
Laurel, MD  20707
*Counsel for Defendant Anthony Wood*

Kerry Hotopp