**PLAINTIFF'S OPPOSITION TO MOTION TO
EXTEND DISCOVERY DEADLINE**

**EXHIBIT NO. 16**

## Rick Rude

**From:** "Rick Rude" <rick_rude@msn.com>
**To:** <hotopke@friedfrank.com>
**Sent:** Friday, November 10, 2006 2:23 PM
**Subject:** Case No. 05cv1274(RCL) Deposition of O. Adeboyeku

Dear Mr. Hotopp:

I am following up on our conversation regarding the scheduled deposition of Olayinka Adeboyeku. I understand that you have not been able to contact Mr. Adeboyeku. He does have an obligation to keep in contact with your firm.
If he does not appear, then he does not appear and we can go on from there.

sincerely,

Rick Rude