PLAINTIFF'S OPPOSITION TO MOTION TO
EXTEND DISCOVERY DEADLINE

**EXHIBIT NO. 19**

*Rick A. Rude*
*Attorney at Law*

Telephone (202) 223-5900
(703) 536-3063
Telefax (703) 536-4841

207 Park Avenue
Suite 103
Falls Church, Virginia 22046

29 November 2006
Via Internet

Mr. Kerry Hotopp
Fried, Frank, Harris, Shriver
  & Jacobson, LLP
Suite 800
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Re: Rude v. Adeboyeku et al.
    Case No. 1:05cv1274(RCL)
    Completion of Discovery
    Confidentiality Agreement
    Deposition of Defendant Olayinka Adeboyeku

Dear Mr. Hotopp:

    I am in receipt of your correspondence dated November 28th and telefaxed last evening. It appears that you have had the opportunity to read your confidentiality agreement. I will await your motion to remove these documents from the public file.

    I am confirming Defendant's representation that defendant will not appear for his scheduled deposition on December 13th nor establish a date for his deposition until plaintiff provides "all depositions in the Dancing Crab case that we have requested". (letter page 2). These documents are not due until December 14, 2006. Thirdly, you acknowledged, and we discussed, receipt of these deposition transcripts from Mr. Wyrough. Your position regarding the deposition of defendant effectively precludes plaintiff from taking his deposition. In the event that defendant does not appear on December 13th, the matter will be documented and appropriate relief sought from the court. I remain,

Very truly yours,

Rick A. Rude

RR/mp