**PLAINTIFF'S OPPOSITION TO MOTION
TO STRIKE EXPERT WITNESS DESIGNATION**

# DECLARATION OF COUNSEL

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

       Plaintiff,

       v.                          Case No. 1:05CV1274(RCL)

OLAYINKA ADEBOYEKU
And ANTHONY B. WOOD,

       Defendants.

### DECLARATION OF COUNSEL

My name is Rick A. Rude and I am counsel for plaintiff. I have been a member of

United States District Court for the District of Columbia for over 29 years.

I have submitting this Declaration in response to Defendant's contention that the fees

charged by expert witnesses are unreasonable. Declarant states:

1.  I have attached hereto the fee statements for Benjamin S. Shaffer, M.D. and

    Stephen J. Wall, M.D. Ph.D.

2.  I have attached hereto a letter dated November 24, 2006 from Dr. Shaffer in which

    he states that his hourly billing rate he quoted in April 2006 is his standard billing

    rate.

3.  The April 27, 2006 Invoice and Fee Schedule for Dr. Wall reflects his standard

    billing rate.

4.  Plaintiff was charged and paid Dr. Wall's billing rate as stated in paragraph 1 of

    his Invoice & Fee Schedule.

5.  The Physicians that treated plaintiff and performed the reconstructive surgeries,

    Drs. Wall, Geist and Shaffer, are highly respected and known on a national basis

    in their respective areas of medical practice.

6.  It is my best information and belief that the hourly billing rates reflected in these

    Fee Schedules are reflective of the rates generally charged in the Washington,

    D.C. Metropolitan Area for Physicians.


FURTHER DECLARANT SAYETH NOT.

_____
RICK A. RUDE, Esq. #244897



Dated: 1 December 2006

## MacCartee, Haas, Grossman, Connell & Shaffer, M.D., P.A.
### *Orthopedic Surgery and Sports Medicine*

Carl C. MacCartee, Jr. M.D.
Stephen S. Haas, M.D.
Richard M. Grossman, M.D.
Marc D. Connell, M.D.
Benjamin S. Shaffer, M.D.
Edward G. Magur, M.D.

5454 Wisconsin Avenue, Suite 1000
Chevy Chase, MD 20815
(301) 657-1996
Fax: (301) 951-6160

2021 K Street, N.W., Suite 516
Washington, D.C. 20006
(202) 833-1147
Fax: (202) 296-2515

November 24th 2006

Mr. Rick A. Rude
Suite 103
207 Park Avenue
Falls Church, VA. 22046

Re: Rude v. Dancing Crab at Washington Harbour, et al.
    Rude v. Adeboyeku et al.
    Confirmation of Expert Witness Fee Rate

Dear Mr. Rude:

This correspondence confirms the fees I regularly charge for my services. The fees forwarded in April 2006 are my standard billing rate and commensurate with the fees charged by other members of my practice. The level of charges reflect my years of training, level of expertise, and nature of the medical treatment provided.

I further confirm that I require pre-payment of my fees. This is necessary to ensure that payment is in fact provided without.

The payment terms remain as stated.  Please contact me if you have any questions.

Sincerely,

Benjamin S. Shaffer, M.D.

BSS/kmw

## MacCartee, Haas, Grossman, Connell & Shaffer, M.D., P.A.
*Orthopedic Surgery and Sports Medicine*

Carl C. MacCartee, Jr. M.D.
Stephen S. Haas, M.D.
Richard M. Grossman, M.D.
Marc D. Connell, M.D.
Benjamin S. Shaffer, M.D.
Edward G. Magur, M.D.

5454 Wisconsin Avenue, Suite 1000
Chevy Chase, MD 20815
(301) 657-1996
Fax: (301) 951-6160

2021 K Street, N.W., Suite 516
Washington, D.C. 20006
(202) 833-1147
Fax: (202) 296-2515

### Legal Fees for Benjamin Shaffer, MD

Court Testimony .........................................................$4000.00/day

Review of Records.......................................................$500.00/hour
                    (250.00 each additional hr.)

PreTrial Conference.....................................................$500.00/hour

Deposition................................................................$2000.00/hour
                    ($1000.00 each additional hr.)

IME.........................................................................$450.00

All fees are to be paid two weeks in advance. If a court date or deposition is cancelled with at least one week's notice, than one-half of the fee with be reimbursed. If notice of cancellation is given with less than one week notice, there will be no refund.

# Washington, D.C. Ear, Nose, Throat & Allergy Center

## Stephen J. Wall, M.D., Ph.D.
### Board Certified Otorhinolaryngology

April 27, 2006

Rick A. Rude, Esq.
207 Park Avenue
Suite 403
Falls Church, VA   22046

**Re:**        **Jonathon W. Rude**

**DOB:**        **0 2 – 0 1 – 1 9 8 2**

### Invoice & Fee Schedule:

1)        Fee for 7.0 hours at $400 per hour for review of records and preparation of report is $2,800.

2)        Reimbursement fee for videotaped deposition is $2500 first hour, and for subsequent hours at $400 per hour.

3)        Reimbursement fee for Trial deposition is $3000 for ½ day and $5000 for whole day

Delivery of checks is required at 7 days prior to date of deposition.

Sincerely,

Ms. Rabia Bano
Billing Office Manager

2141 K Street, N.W. ▪ Suite 301-B ▪ Washington, D.C. ▪ 20037
Phone (202) 862-2600 ▪ Fax (202) 862-2603