**PLAINTIFF'S OPPOSITION TO MOTION
TO STRIKE EXPERT WITNESS DESIGNATION**

**EXHIBIT NO. 3**

*Rick A. Rude*
*Attorney at Law*

Telephone (202) 223-5900
(703) 536-3063
Telefax (703) 536-4841

*207 Park Avenue*
*Suite 103*
*Falls Church, Virginia 22046*

7 June 2006

Mr. Kerry Hotopp
Fried, Frank, Harris, Shriver & Jacobson
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004-2505

Re: Rude v. Adeboyeku, Case NO. 05cv1274RCL

Dear Mr. Hotopp:

Pursuant to our prior agreement and our telephone conversation this afternoon, I am enclosing a copy of the medical records related to the assault on plaintiff. The documents are noted as subject to our confidentiality agreement and are numbered 1 – 241.

I will be forwarding the billing invoices as they are collected. Some of the invoicing is included in the package.

Very truly yours,

Rick A. Rude

Encl.

RR/mp

NOTICE; DOCUMENTS SUBJECT TO CONFIDENTIALITY
AGREEMENT DATED MAY 1, 2006
BATES NUMBERS 00001 TO 000241

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUBMIA

CASE NO. 1:05CV1274RCL

CONFIDENTIAL

## MacCartee, Haas, Grossman, Connell & Shaffer, M.D., P.A.
*Orthopedic Surgery and Sports Medicine*

Carl C. MacCartee, Jr. M.D.
Stephen S. Haas, M.D.
Richard M. Grossman, M.D.
Marc D. Connell, M.D.
Benjamin S. Shaffer, M.D.
Edward G. Magur, M.D.

5454 Wisconsin Avenue, Suite 1000
Chevy Chase, MD 20815
(301) 657-1996
Fax: (301) 951-6160

2021 K Street, N.W., Suite 516
Washington, D.C. 20006
(202) 833-1147
Fax: (202) 296-2515

April 17, 2006

Rick A. Rude
Attorney at Law
207 Park Ave Suite 103
Falls Church, VA 22046
F: 703-536-4841

RE: **Jon RUDE**

Dear Rick:

I am in receipt of your letter of April 4, 2006.

1.) Regarding medical expert report testimony. I have asked Ashley to forward you my Curriculum Vitae.

**REDACTED**

**REDACTED**

000179

# MEDICAL FACULTY ASSOCIATES
## THE GEORGE WASHINGTON UNIVERSITY

CRAIG E. GEIST, M.D., MS, FACS
INTERIM CHAIR AND ASSOCIATE PROFESSOR
TEL: 202-741-2825
FAX: 202-741-2821
E-MAIL: cgeist@mfa.gwu.edu

April 13, 2006

Rick A. Rude
207 Park Ave.
Suite 103
Falls Church, VA 22046

### Medical Expert Report

RE:    Jonathan W. Rude vs. The Dance Crab
Case #:    05kcv1278RCL/5cv1274RCL

To Whom It May Concern:

**REDACTED**

**REDACTED**

in the right eye. All other auctions were normal.

DEPARTMENT OF OPHTHALMOLOGY
2150 PENNSYLVANIA AVENUE, 000205 R 2A · WASHINGTON, DC 20037

# Washington, D.C. Ear, Nose, Throat & Allergy Center

**Stephen J. Wall, M.D., Ph.D.**
*Board Certified Otorhinolaryngology*

April 28, 2006

Rick A. Rude, Esq.
207 Park Avenue
Suite 403
Falls Church, VA   22046

**Re:**                                         Jonathon W. Rude

**Medical Record #:**                           3 3 8 4 0 3 9
**George Washington**
**University Hospital**

**DOB:**                                        0 2 – 0 1 – 1 9 8 2

Mr. Rude,

**REDACTED**

**REDACTED**

2141 K Street, N.W. ▪ Suite 301-B ▪ Washington, D.C. ▪ 20037    **000159**
Phone (202) 862-2600 ▪ Fax (202) 862-2603