**PLAINTIFF'S OPPOSITION TO MOTION
TO STRIKE EXPERT WITNESS DESIGNATION**

**EXHIBIT NO. 5**

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

THE FOLLOWING INFORMATION IS SUBMITTED FOR USE IN DETERMINING CONDITIONS OF RELEASE.

LOCKUP NO. 088                                              JULY 14, 2004

UNITED STATES OF AMERICA VS OLAYINKA DARE ADEBOYEKU

CHARGES: AGG ASSAULT                     DATE OF BIRTH: 01-14-1982

ADDRESS:

    CURRENT ADDRESS:   5703 BRADLEY BLVD APT 3
        BETHESDA, MD 20814
    LIVES WITH: SPOUSE
    LENGTH OF RESIDENCE: 4 MONTHS
    UNVERIFIED   SEE REMARKS

    PRIOR ADDRESS:     2419 LYTTVILLE ROAD APT T-3
        SILVER SPRINGS , MD 20910
    LIVES WITH: BROTHER
    LENGTH OF RESIDENCE: 12 YEARS
    UNVERIFIED   SEE REMARKS

EMPLOYMENT/SCHOOL/SUPPORT:

    PRESENT STATUS: EMPLOYED
    WHERE: TONY'S & JOE'S
    HOW LONG: 3 MONTHS
    TYPE OF WORK:  DOORMAN
    UNVERIFIED   SEE REMARKS

    PRIOR STATUS:    UNEMPLOYED
    HOW LONG: 2 YEARS
    INCOME SOURCE: FAMILY
    UNVERIFIED   SEE REMARKS

COMMUNITY TIES/EDUCATION:

    DC AREA RESIDENT FOR: LIFE         STEADILY
    YEARS EDUCATION: 014
    MARITAL STATUS: MARRIED
    LIVES WITH SPOUSE:   YES
    OTHER FAMILY IN AREA NOT LIVING WITH DEFENDANT:
        COUSINS
        AUNTS
        UNCLES
        BROTHERS
    UNVERIFIED   SEE REMARKS

HEALTH HISTORY:

    NO APPARENT HEALTH PROBLEMS


PRETRIAL SERVICES CASE NO.: 04196891    BAID: 04196974    TIME: 04:11 PM

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO. 088 (CONTINUED)　　　　　　　　　　　　　JULY 14, 2004
OLAYINKA DARE ADEBOYEKU　　　　　　　　　　　　　　　　PAGE: 02

SELF-REPORTED SUBSTANCE ABUSE:

　　DEFENDANT INDICATES HAVING NEVER USED ILLEGAL DRUGS.

TEST RESULTS:

　　FROM: 07-14-04
　　　　　* NO INFORMATION AVAILABLE *

PENDING CASES:

　　NO PENDING CASES IN DISTRICT OF COLUMBIA

PRIOR CONVICTIONS:

　　NO PRIOR CONVICTIONS IN THE DISTRICT OF COLUMBIA.

PRETRIAL SERVICES RECOMMENDATION:

DETENTION ELIGIBILITY:
　　ACCORDING TO INFORMATION AVAILABLE TO PRETRIAL SERVICES, THE DEFENDANT
　　QUALIFIES TO BE DETAINED UNDER THE FOLLOWING PROVISION(S):

　　BASED ON TODAY'S CHARGE, THE DEFENDANT IS SUBJECT TO A DETENTION
　　HEARING UNDER DCC 23-1322 (B)(1).

　　IF THE DEFENDANT IS NOT TO BE HELD UNDER THE ABOVE PROVISION(S),
　　THE AGENCY RECOMMENDS:

APPEARANCE RECOMMENDATIONS

　　THAT THE DEFENDANT BE RELEASED ON PERSONAL RECOGNIZANCE WITH
　　THE FOLLOWING CONDITIONS DESIGNED TO MINIMIZE POTENTIAL
　　FAILURE TO APPEAR:
　　　　THAT THE DEFENDANT REPORT TO THE PRETRIAL SERVICES AGENCY FOR
　　　　DRUG EVALUATION AND POSSIBLE PROGRAM PLACEMENT.
　　　　THAT THE DEFENDANT REPORT TO THE PRETRIAL SERVICES AGENCY
　　　　WITHIN 24 HOURS, A SATISFACTORY, VERIFIED ADDRESS AT WHICH
　　　　MAIL NOTIFICATION CAN BE RECEIVED.


SAFETY RECOMMENDATIONS

　　THAT THE DEFENDANT BE RELEASED ON PERSONAL RECOGNIZANCE WITH
　　THE FOLLOWING CONDITIONS DESIGNED TO MINIMIZE POTENTIAL
　　THREAT TO COMMUNITY SAFETY:
　　　　THAT THE DEFENDANT BE ORDERED TO AVOID ALL CONTACT WITH
　　　　PROSECUTION WITNESSES.

PRETRIAL SERVICES CASE NO.: 04196891　　BAID: 04196974　　TIME: 04:11 PM

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO. 088 (CONTINUED)　　　　　　　　　　　　　　JULY 14, 2004
OLAYINKA DARE ADEBOYEKU　　　　　　　　　　　　　　　　　PAGE: 03

THAT THE DEFENDANT REPORT TO THE PRETRIAL SERVICES AGENCY
FOR DRUG EVALUATION AND POSSIBLE PROGRAM PLACEMENT.

REMARKS:
　　ACCORDING TO FBI RECORDS, THE DEFENDANT WAS ARRESTED IN
　　MONTGOMERY COUNTY, MARYLAND ON 07-08-04. HOWEVER, RECORDS DO
　　NOT INDICATE THE CHARGE, DISPOSITION OR DISPOSITION DATE.
　　PSA MADE ATTEMPTS TO OBTAIN ADDITIONAL INFORMATION REGARDING
　　THIS MATTER FROM THE MONTGOMERY COUNTY PRETRIAL SERVICES
　　AGENCY AND THE MONTGOMERY COUNTY DISTRICT AND CIRCUIT
　　COURTS, BUT NO ONE WAS AVAILABLE FOR ASSISTANCE. PSA HAS NO
　　FURTHER DETAILS CONCERNING THIS ISSUE.
　　-
　　THE DEFENDANT PROVIDED ONE REFERENCE DURING TODAY'S
　　INTERVIEW. PSA WAS UNABLE TO CONTACT THAT REFERENCE.
　　THEREFORE, PSA IS UNABLE TO VERIFY THE DEFENDANT'S DATE OF
　　BIRTH, ADDRESS AND EMPLOYMENT INFORMATION.
　　-
　　MONTGOMERY COUNTY PSA: 240-777-5408
　　MONT CNTY CIRCUIT/DISTRICT COURT: 240-777-9440  301-279-1406

　　　　PRETRIAL SERVICES REPRESENTATIVE

　　　　　　SHARLETTA JACKSON

PRETRIAL SERVICES CASE NO.: 04196891    BAID: 04196974    TIME: 04:11 PM