**PLAINTIFF'S OPPOSITION TO MOTION
TO STRIKE EXPERT WITNESS DESIGNATION**

**EXHIBIT NO. 7**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OLAYINKA ADEBOYEKU, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-01274 RCL<br>Judge Royce C. Lamberth |

### DEFENDANT OLAYINKA ADEBOYEKU'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

Defendant Olayinka Adeboyeku, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 36 and Local Rule 26.2(d), objects, answers, and responds to Plaintiff's First Request for Admissions ("Request") as set out below.

### GENERAL OBJECTIONS

Defendant Adeboyeku makes the following general objections (the "General Objections") to each of Plaintiff's requests for admission, regardless of whether the objections are separately set forth in response to each individually numbered item:

1. Defendant Adeboyeku objects to the Request to the extent that it could be construed as calling for information protected by the attorney-client privilege, attorney work product doctrine, and/or any other recognized privilege.

2. Defendant Adeboyeku objects to each request for admission to the extent that it seeks to impose requirements or burdens inconsistent with, or beyond those provided for in, the Federal Rules of Civil Procedure and the Local Rules of this Court.

3. Defendant Adeboyeku notes that discovery in this litigation has not been completed and his investigation into the factual background of this litigation is ongoing. For

22. **On July 7, 2004 Defendant was arrested and incarcerated in Montgomery County Maryland on the charge of being a fugitive from justice in the District of Columbia.**

Subject to, and without waiving those objections set forth in Defendant's General Objections above, this statement is **ADMITTED**.

23. **On July 8, 2004 Defendant was released on $5,000.00 bond co-signed by Mr. David Schweisow.**

Subject to, and without waiving those objections set forth in Defendant's General Objections above, this statement is **ADMITTED**.

24. **That Mr. David Schweisow was not acting as an attorney in representation of defendant on July 8, 2004.**

Subject to, and without waiving those objections set forth in Defendant's General Objections above, this statement is **DENIED**.

25. **On July 8, 2004 Defendant was released from the Montgomery County Detention Center upon the condition that he was required to turn himself in voluntarily to the custody of any authorized agent of the District of Columbia no later than July 13, 2004.**

Subject to, and without waiving those objections set forth in Defendant's General Objections above, this statement is **ADMITTED**.

26. **Attached hereto and identified as Exhibit No. 1 is a true and authentic copy of the court record in State of Maryland v. Olayinka Adeboyeku, Case Number 006D00148819.**

In addition to the General Objections incorporated here by reference, Defendant objects to this request on the grounds that it calls for a legal conclusion. Subject to, and without waiving these objections, Defendant **ADMITS** that Exhibit 1 purports to be a court record in the case of

7

trial testimony of Mr. Robert Owen in the case of *United States v. Adeboyeku*, Case Nos. F-04-4460 and 04-4895. The remaining averments in this statement are **DENIED**.

    47.    **The testimony of Mr. Robert Owen as contained in Exhibit No. 8 hereto is true and correct.**

In addition to the General Objections incorporated here by reference, Defendant objects to this request on the grounds that it calls for a legal conclusion. Subject to, and without waiving these objections, Defendant **ADMITS** that Exhibit 8 purports to be a copy of the March 8, 2005 trial testimony of Mr. Robert Owen. The remaining averments in this statement are **DENIED**.

                                      Daniel E. Loeb (DC Bar # 386098)
                                      Douglas W. Baruch (DC Bar # 414354)
                                      Wendy P. Fischman (DC Bar # 468458)
                                      Kerry Hotopp (DC Bar # 483747)
                                      Fried, Frank, Harris, Shriver & Jacobson LLP
                                      1001 Pennsylvania Ave., NW, Suite 800
                                      Washington, DC  20004
                                      (202) 639-7000
                                      (202) 639-7003, Fax

                                      *Attorneys for Olayinka Adeboyeku*

DATED: September 13, 2006

# DISTRICT COURT OF MARYLAND FOR Montgomery County

Located at 27 Courthouse Square, Rockville, Maryland 20850

Case No.: 006D00148819

STATE OF MARYLAND     VS     ADEBOYEKU, OLAYINKA
5703 BRADLEY BLVD APT#3
BETHESDA, MD   20815
Local ID:

**CHARGE: FUGITIVE FROM JUSTICE -- DISTRICT OF COLUMBIA.**

☐ RIGHTS GIVEN BY VIDEO
☐ DEFENDANT FTA   ☐ BENCH WARRANT   ☐ BOND FORFEITED   ☐ RECOG REVOKED   ☐ RETURN THIS COUNTY
☐ COMM TO SET   ☐ NO BOND   ☐ NEW BOND $_____   ☐ FORF. STRICKEN/WAR RECALLED/PREV. BOND REINST

JUDGE: _____   DATE: _____

☐ POSTPONED CASE UPON   ☐ DEF. REQ   ☐ STATE REQ   ☐ COURT INITIATIVE   NEW DATE: _____

JUDGE: _____   DATE: _____

☐ INFORMED DEFENDANT THAT HE/SHE HAS BEEN CHARGED IN THE STATE OF _____
   WITH HAVING COMMITTED THE CRIME OF _____
   AND HIS/HER SURRENDER HAS BEEN DEMANDED.
☐ ADVISED DEFENDANT THAT HE/SHE HAS THE RIGHT TO DEMAND A WARRANT OF EXTRADITION.
☐ ADVISED DEFENDANT THAT HE/SHE HAS THE RIGHT TO CONTEST THE LEGALITY OF THE ARREST BY
   FILING A WRIT OF HABEAS CORPUS IN ACCORDANCE WITH ARTICLE 41, ANNOTATED CODE OF MARYLAND.
☐ DEFENDANT VOLUNTARILY WAIVED.   ☐ DEFENDANT HELD.   ☐ DEFENDANT NOT HELD.
☐ OTHER _____
☐ DEFENDANT DECLINED TO WAIVE.   ☐ RESET FOR HRG W/I 30 DAYS.   ☐ SET FOR HRG ON _____
☒ BOND $ 5,000.00   ☐ RELEASE CONDITIONS: co-signed by David Schwierow; Def to turn self in to the D.C. authorities no later than close of business on Tues, July 13, 2004
P.B.

JUDGE: _[signature]_   DATE: 7-8-04

## SUBSEQUENT HEARING

☐ DEFENDANT VOLUNTARILY WAIVED.   ☐ DEFENDANT HELD.   ☐ DEFENDANT NOT HELD.
☐ DEFENDANT DECLINED TO WAIVE.   ☐ RESET FOR HRG W/I 30 DAYS.   ☐ SET FOR HRG ON _____

_____
_____
_____

JUDGE: _____   DATE: _____

ATTORNEY INQUIRY
GIVEN ON: _____ 20____
BY JUDGE: _____

Tracking No. 041003546360

**EXTRADITION/CHARGE AGAINST FUGITIVE DOCKET**

**DISTRICT COURT OF MARYLAND FOR** Montgomery (City/County)

Located at 27 Courthouse Sq, Rockville   Case No. 6D00148819

STATE OF MARYLAND       vs.   ADEBOYEKU OLAYINKA
Print Name of Defendant
5703 Bradley Blvd #3
Address
Bethesda                          MD          20815
City                              State       Zip
(301) 718-0222
Telephone Number

CC# B04037000

**DEFENDANT'S DESCRIPTION:** Driver's License # A-312-660-660-040  Sex M  Race B  Ht 6'0  Wt 240
Hair BR  Eyes BR  Complexion DK  Other _____ D.O.B. 01/14/82  ID _____

## CHARGE AGAINST FUGITIVE

The undersigned charges that the Defendant, ADEBOYEKU OLAYINKA
in the City/County of Mont Washington, State of District of Columbia

☒ did commit a certain crime, to wit: STRONG ARM - AGGRAVATED ASSAULT

☐ fled from justice from that State;

☐ was convicted of a crime in that State and escaped from confinement therein;

☐ violated the terms of:

  ☐ Bail  ☐ Probation  ☐ Parole  and is believed to be in this State.

WHEREFORE the undersigned applies for a warrant to be issued to apprehend the Defendant named herein wherever he may be found in this State.

PO1 Nicholas Picerno #2084
Print Applicant's Name
7359 Wisconsin Ave, Bethesda MD
Applicant's Mailing Address
(301) 652-9200
Applicant's Telephone No.

Signature of Applicant        07/08/04  Date
Police Officer
Applicant's Title or Position
MCPD
Applicant's Agency or Department

Subscribed and sworn to before me this 8 day of July, 04
                                         Month      Year

KML 6589
Judge/Commissioner/Clerk

I HEREBY CERTIFY that the aforegoing is a true copy of the sworn charge filed in the District Court of Maryland for Montgomery County in the above entitled case.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court

this 08 day of July, 2004
            Month      Year

KML 6589
Judge/Commissioner

DC/CR 30 (Rev. 10/2000)
Print Date 8/00                        COURT COPY



## DISTRICT COURT OF MARYLAND FOR Montgomery County

Located at 27 Courthouse Square, Rockville, Maryland 20850

Case No.: 006D00148819

**STATE OF MARYLAND** VS **ADEBOYEKU, OLAYINKA**
5703 BRADLEY BLVD APT#3
BETHESDA, MD 20815

Local ID:    DL#:
Race: 1   Sex: M   Ht: 6'0"   Wt: 240   Hair: BRN   Eyes: BRN
DOB: 01/14/1982   Phone(H): (301) 718-0222   Phone(W):

CHARGE: FUGITIVE FROM JUSTICE -- DISTRICT OF COLUMBIA.

## COMMITMENT PENDING HEARING

TO: MONTGOMERY COUNTY DETENTION CENTER
1307 SEVEN LOCKS ROAD    ROCKVILLE    20854

YOU ARE HEREBY ORDERED to receive the body of the above-named Defendant who is pending extradition by the state/province of DISTRICT OF COLUMBIA.

The defendant is HELD WITHOUT BOND and is to be produced in court at the location, date, time and room number shown below unless prior thereto there has been a waiver of extradition and the defendant has been returned to the demanding state/province.

### Produce the Defendant for Bail Review at:
Date: 07/08/2004
Time: 01:00 pm
Room: 102
Location: 27 Courthouse Square, Rockville, Maryland 20850.

☐ Bail Review was held by Judge_____ and Defendant
   is commited in default of $_____ bail (_____% Acceptable).

Date: 07/08/2004    Commissioner: _____ ID: 6589

Trial Date = 8/6/04   R304   8:30A

Tracking No. 041003546360

# DISTRICT COURT OF MARYLAND FOR Montgomery County

Located at 27 Courthouse Square, Rockville, Maryland 20850

Case No.: 006D00148819

STATE OF MARYLAND         VS         ADEBOYEKU, OLAYINKA

## CONSENT TO WAIVE EXTRADITION

I, ADEBOYEKU, OLAYINKA, having been arrested in the State of Maryland, Montgomery County, and being charged by warrant with being a fugitive from the State of DISTRICT OF COLUMBIA, acknowledge that I have appeared before this Court on this ____8th____ day of ____July____, __2004__.

I have been informed that the State of DISTRICT OF COLUMBIA has charged me with the crime(s) of __Assault__.

_____ and has demanded my surrender.

It has further been explained that I have the right to demand a warrant of extradition; and that I have the right to test in this court the legality of my arrest by filing a writ of HABEAS CORPUS in accordance with Criminal, Procedure, § 9-110, Annotated Code of Maryland.

Having had these rights explained to me, and understanding each, I do freely and voluntarily waive each and every one of them, and I am willing to submit to the custody of the State of DISTRICT OF COLUMBIA without any further legal proceedings in the State of Maryland.

I have reviewed this document fully, and it has been read to me in its entirety. I understand that by signing below I am waiving my rights as indicated herein.

_____       _____
Date                              Signature of Defendant

_____
Witness

## ORDER FOR WAIVER OF EXTRADITION

This Court has advised the Defendant of his rights under Criminal Procedure, § 9-110, Annotated Code of Maryland, and has received the Defendant's Consent to Waive Extradition, it is, therefore,

ORDERED that the ~~police agency having the Defendant in custody shall deliver the~~ Defendant /into the/ *shall turn self-in* /voluntarily/ *he* custody of any authorized agent of the State of DISTRICT OF COLUMBIA without unreasonable delay and no later than __Tuesday, July 13, 2004__

__7-8-04__                        _____
Date                              Judge

## ACKNOWLEDGEMENT OF RECEIPT OF DEFENDANT

I, _____, as agent for the State of DISTRICT OF COLUMBIA do hereby acknowledge that I have taken the above named Defendant into custody this _____ day of _____

_____
Agent

## NOTIFICATION OF RELEASE FROM CUSTODY

No agent for the State of DISTRICT OF COLUMBIA having taken custody of the Defendant within the time prescribed by Order of Court, the Defendant has been released from custody this _____ day of _____

By _____,   _____
Name and Title                     Law Enforcement Agency



# DISTRICT COURT OF MARYLAND FOR Montgomery County
Located at 27 Courthouse Square, Rockville, Maryland 20850    Case No.: 006D00148819

**STATE OF MARYLAND**　　　VS　　ADEBOYEKU, OLAYINKA
　　　　　　　　　　　　　　　　　5703 BRADLEY BLVD APT#3
　　　　　　　　　　　　　　　　　BETHESDA, MD   20815-0000

CC#: B04037000　　　　　　　　SID:
Local ID:　　　　　　　　　　　　DL#:
Race: 1   Sex: M   Ht: 6'00"   Wt: 240   Hair: BRN   Eyes: BRN
DOB: 01/14/1982   Phone(H): (301) 718-0222   Phone(W):

Charge | Statute | AR/Citation | CJISCode　　　　　Charge | Statute | AR/Citation | CJISCode

Fugitive from Justice - DC

## RELEASE FROM COMMITMENT

TO:   MONTGOMERY COUNTY DETENTION CENTER
　　　1307 SEVEN LOCKS ROAD    ROCKVILLE    20854

YOU ARE HEREBY COMMANDED to release the above-named Defendant subject to the following condition(s)/restriction(s):

COSIGNED BY DAVID SCHWIESOW; DEF TO TURN SEF IN TO DC AUTHORITIES NO LATER THAN CLOSE OF BUSINESSON TUES. 7-13-04 SHALL TURN SELF IN VOLUNTARILY TO THE CUSTODY OF ANY AUTHORIZED AGENT OF THE STATE OF District of Columbia without reasonable delay and no later than Tuesday July 13, 2004

Unsecured Personal Bond in the amount of $5,000.00 (100%) was posted by: CO SIGNED BY DAVID SCHWIESOW.

☐ Fine of $_____ , the payment of which was in default, has now been paid.

**NOTE: This release applies only to the case listed above. Before release check for any detainers. If the Defendant is committed for any other reason, the Defendant is to be held pursuant to that commitment.**

Date: 07/08/2004    Time: 05:41 PM    Commissioner _____ II6591

Tracking No. 04100354636O








## DISTRICT COURT OF MARYLAND FOR MONTGOMERY COUNTY

Located at 27 COURTHOUSE SQUARE, ROCKVILLE, MD 20850          Case No. 6D00148819

### STATE OF MARYLAND VS. ADEBOYEKU, OLAYINKA
5703 BRADLEY BLVD APT#3
BETHESDA MD 208150000

CC #: B04037000        SID:              LocID:
Eyes: BRN    Hair: BRN    Height: 6"00'    Weight: 240 lb.
Race: 1    Sex: M   DOB: 1/14/1982    DL #:

harge | Statue/CJISCode | AR/Citation                Charge | Statue/CJISCode | AR/Citation
UGITIVE FROM JUSTICE -- DC | |

## COMMITMENT PENDING HEARING

TO:  MONTGOMERY COUNTY DETENTION CENTER, C/O SHERIFF'S OFFICE
     JUD CTR, 50 MARYLAND AVE, T-8, ROCKVILLE, 20850

YOU ARE HEREBY COMMANDED to receive from any officer the body of the above-named Defendant who is charged with the offense(s) listed above.
Bail review was held by Judge HARRINGTON, LOUIS D. and the Defendant is committed
In default of $5,000.00 bail (100% acceptable), unsecured personal bond required.

**SUBJECT TO THE FOLLOWING CONDITION(S)/RESTRICTION(S):**
COSIGNED BY DAVID SCHWIESOW; DEF TO
TURN SEF IN TO DC AUTHORITIES NO LATER
THAN CLOSE OF BUSINESSON TUES. 7-13-04
SHALL TURN SELF IN VOLUNTARILY TO THE CUST
OF ANY AUTHORIZED AGENT OF THE STATE OF *District of Columbia without unreasonable*
YOU WILL BE NOTIFIED of the defendant's next hearing or trial. *delay and no later than Tuesday July 13 2004*

Date: 7/8/2004   Time: 3:34 p.m.          JUDGE/CLERK: _____

Tracking No. 041003546360



# DISTRICT COURT OF MARYLAND FOR MONTGOMERY COUNTY

Located at 27 COURTHOUSE SQUARE, ROCKVILLE, MD 20850

Case No. 6D00148819

**STATE OF MARYLAND VS. ADEBOYEKU, OLAYINKA**
5703 BRADLEY BLVD APT#3
BETHESDA MD 208150000

## BAIL REVIEW SUMMARY

Your bail review was held by Judge HARRINGTON, LOUIS D. on 7/8/2004.

THE COURT, ON THE DATE SHOWN ABOVE,

Ordered your bail to remain the same:
Ordered that you be held in default of $5,000.00 bond, to be posted without collateral security (unsecured personal bond);

AND THE FOLLOWING CONDITIONS/RESTRICTIONS WERE IMPOSED:
  COSIGNED BY DAVID SCHWIESOW; DEF TO
  TURN SEF IN TO DC AUTHORITIES NO LATER
  THAN CLOSE OF BUSINESSON TUES. 7-13-04
  SHALL TURN SELF IN VOLUNTARILY TO THE CUST
  OF ANY AUTHORIZED AGENT OF THE STATE OF *District of Columbia without unreasonable delay and no later than Tuesday July, 13, 2004*

YOU WILL BE NOTIFIED of your next hearing or trial.

PLEASE BE ADVISED THAT, IF RELEASED,
  1. you must follow all conditions of release and appear in court as directed;
  2. a warrant for your arrest will be issued if you violate the condition(s) of release; that if the recognizance or bail bond is forfeited and you willfully fail to surrender within 30 days following the forfeiture, you may be charged and fined not more than $5000.00 or imprisoned not more than 5 years or both, if given in connection with felony charge, or charged and fined not more than $1000.00 or imprisoned not more than 1 year or both, if given in connection with a misdemeanor charge; that you may be cited for contempt of court;
  3. you must notify the court in writing of any change of address or telephone number.

7/8/2004   3:34 p.m.   Room: 3

_____   _____
Defendant Signature          Date

Tracking No.   041003546360



# DISTRICT COURT OF MARYLAND FOR Montgomery County

Located at 27 Courthouse Square, Rockville, Maryland 20850

Case No.: 006D00148819

STATE OF MARYLAND    VS    ADEBOYEKU, OLAYINKA
5703 BRADLEY BLVD APT#3
BETHESDA, MD  20815-0000

Hearing or Trial Date: **TO BE Set**

CC#: B04037000    SID:
Local ID:    DL#:
Race: 1    Sex: M    Ht: 6'00"    Wt: 240    Hair: BRN    Eyes: BRN
DOB: 01/14/1982    Phone(H): (301) 718-0222    Phone(W):

Charge | Statute | AR/Citation | CJISCode
FUGITIVE FROM JUSTICE -- DC | | |

Charge | Statute | AR/Citation | CJISCode

## BAIL BOND

KNOW ALL PERSONS BY THESE PRESENTS:

That I/we, the undersigned, jointly and severally acknowledge that I/we, our personal representatives, successors, and assigns are held and firmly bound unto the State of Maryland in the penalty sum of $5,000.00
(Five Thousand Dollars)
without collateral security.

THE CONDITION OF THIS BOND IS that the Defendant personally appear, as required, in any court in which the charges are pending, or in which a charging document may be filed based on the same acts or transactions, or to which action may be transferred, removed, or, if from the District Court, appealed.

If, however, the Defendant fails to perform the foregoing condition, this bond shall be forfeited forthwith for payment of the above penalty sum in accordance with law.

IT IS AGREED AND UNDERSTOOD that this bond shall continue in full force and effect until discharged pursuant of Rule 4-217.

IN WITNESS WHEREOF, these presents have been executed under seal this 08th day of July, 2004.

Defendant: _____ (SEAL)    Address (Defendant): 5703 Bradley Blvd, Bethesda, MD 20815
Pers. Surety: David Schwiesow (SEAL)    Address (Surety): 407 Windsor Street, Silver Spring, MD 20910
Surety/Ins: _____ (SEAL)    Address (Surety-Insurer): _____
By Bondsman: _____ (SEAL)    Address: _____
                                          Power of Attorney No.: _____

SIGNED, sealed, and acknowledged before me:

Date: 07/08/2004    Commissioner: _____ ID: 6591
                   For Montgomery County

Tracking No. 041003546360

# DISTRICT COURT OF MARYLAND FOR Montgomery County

Located at 27 Courthouse Square, Rockville, Maryland 20850     Case No.: 006D00148819

**STATE OF MARYLAND**     VS     ADEBOYEKU, OLAYINKA
5703 BRADLEY BLVD APT#3
BETHESDA, MD  20815-0000

**Hearing or Trial Date:** _____

CC#: B04037000     SID:
Local ID:          DL#:
Race: 1   Sex: M   Ht: 6'00"   Wt: 240   Hair: BRN   Eyes: BRN
DOB: 01/14/1982   Phone(H): (301) 718-0222   Phone(W):

Charge | Statute | AR/Citation | CJISCode        Charge | Statute | AR/Citation | CJISCode

## BAIL BOND (Continued)

RELEASE CONDITIONS:

The Defendant above is subject to the following condition(s)/ restriction(s):

COSIGNED BY DAVID SCHWIESOW; DEF TO
TURN SEF IN TO DC AUTHORITIES NO LATER
THAN CLOSE OF BUSINESSON TUES. 7-13-04
SHALL TURN SELF IN VOLUNTARILY TO THE CUST
OF ANY AUTHORIZED AGENT OF THE STATE OF District of Columbia without reasonable delay and no later than Tuesday July 13, 2004

Tracking No. 04100354636O