**PLAINTIFF'S OPPOSITION TO MOTION
TO STRIKE EXPERT WITNESS DESIGNATION**

**EXHIBIT NO. 8**



Home / Company / Management Team / David R. Schwiesow

**Management Team**
Kevin Parker
Eric Brehm
William Clark

**David Schwiesow**
**Senior VP and General Counsel**

As Deltek's Senior Vice President and Counsel, Schwiesow works closely with management team and board of directors corporate security, governance and litigation securities and corporate law specialist, Schwiesow is a senior level attorney with 30 years of experience in a broad range of debt, equity and hybrid securities offerings, finance, domestic and international acquisitions, corporate governance, general corporate and litigation matters. Prior to Deltek, Schwiesow served as Deputy General Counsel, Managing Director and Vice President at global technology consulting company BearingPoint, where he was responsible for all aspects of general and corporate securities matters for 17,000 employees. Before BearingPoint, Schwiesow served as Vice President and Associate General Counsel for The Rouse Company for sixteen years. Schwiesow also served as the Assistant General Counsel for the Securities and Exchange Commission from 1980 to 1984, providing legal and policy analysis to the Commissioners and senior staff of the operating divisions. Schwiesow graduated from Stanford Law School and is the founding president of the Baltimore Chapter American Corporate Counsel Association.

**Contact Us**
800.456.2009
Request Information
contactus@deltek.com

**Join the Deltek Team**
Explore Career Opportunities at Deltek