**PLAINTIFF'S REPLY MEMORANDUM IN RESPONSE
TO DEFENDANT'S OPPOSITION TO TELEPHONE DEPOSITION**

**EXHIBIT NO. 3**

## Rick Rude

**From:** "Rick Rude" <rick_rude@msn.com>
**To:** "Hotopp, Kerry" <hotopke@friedfrank.com>
**Sent:** Wednesday, November 08, 2006 11:48 AM
**Subject:** Re: Rude v. Adeboyeku - discovery issues

Dear Mr. Hotpp:

I am confirming our telephone conversation this morning regarding defendant's second interrogatories and second request for production of documents. I will provide responses to the interrogatories on November 30th. We have agreed to extend the time for response to the document requests to December 14th, 2006. I also advised that I could not guarantee that Georgetown University Hospital would actually provide records from September 2000. I am making the necessary requests but--since plaintiff does not have these records; we must rely upon the G-Town medical records office and an unidentified 3rd party archive.

You will let me know if the production of November 20th occurs as well as confirm the date of November 21st for Olayinka Adeboyeku's deposition. We will also set up telephone depositions for the week of December 11th for Mr. Sylvester and Mr. Gillman.

We both will review and update our respective responses to prior discovery. I will also drop you a note on my review of the outstanding materials from defendant's response to plaintiff's first interrogatories and document production.

If there is anything which I may have missed in this note or have misunderstood; please advise.

Sincerely,
Rick Rude

> ----- Original Message -----
> **From:** Hotopp, Kerry
> **To:** Rick Rude
> **Sent:** Wednesday, November 08, 2006 10:54 AM
> **Subject:** RE: Rude v. Adeboyeku - discovery issues
>
> Dear Mr. Rude:
>
> I will be free all day to discuss any issues you have. To simplify things, however, how about if you call me around 2 this afternoon?
>
> As for notification of the service of the subpoena, it was served yesterday morning. The process server is filing a copy of the affidavit with the court, but I've also included a copy here.
>
> Kerry Hotopp
>
>
> **From:** Rick Rude [mailto:rick_rude@msn.com]
> **Sent:** Wednesday, November 08, 2006 9:53 AM
> **To:** hotopke@friedfrank.com
> **Subject:** Rude v. Adeboyeku - discovery issues
>
> Dear Mr. Hotopp:
>
> Please provide me a time to call you to discuss discovery issues.

Secondly, I am requesting immediate notification if the Subpeona to the Dancing Crab is actually served.

Sincerely,

Rick Rude

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you .

11/8/2006