**PLAINTIFF'S REPLY MEMORANDUM IN RESPONSE
TO DEFENDANT'S OPPOSITION TO TELEPHONE DEPOSITION**

**<u>EXHIBIT NO. 4</u>**

# Rick Rude

| | |
|---|---|
| **From:** | "Hotopp, Kerry" <hotopke@friedfrank.com> |
| **To:** | "Rick Rude" <rick_rude@msn.com>; <Suwon4@aol.com>; <hotopke@friedfrank.com> |
| **Cc:** | "Loeb, Daniel E." <LoebDa@friedfrank.com>; "Baruch, Douglas W." <BarucDo@friedfrank.com> |
| **Sent:** | Thursday, November 16, 2006 12:31 PM |
| **Subject:** | RE: deposition of James Sylvester - Request For Response |

Dear Mr. Rude:

As we have stated before, we will not consent to the telephonic deposition of Mr. James Sylvester, because we currently intend to travel to California to depose him. However, we cannot make a final decision as to our travel plans until we see Mr. Sylvester's prior testimony, which you have not provided us and apparently will not until December 14.

We are not opposed to you arranging an in-person deposition that you may attend by telephone.

I have spoken with Mr. Tapp, and he agrees with our approach.

Sincerely,

Kerry Hotopp


**From:** Rick Rude [mailto:rick_rude@msn.com]
**Sent:** Thursday, November 16, 2006 11:26 AM
**To:** Suwon4@aol.com; hotopke@friedfrank.com
**Subject:** deposition of James Sylvester - Request For Response

Gentlemen:
I am scheduling the deposition of Mr. James Sylvester by Telephone. I am required to obtain the stipulation of counsel or to file a motion with the court.

I am hereby requesting that the parties agree to the telephone deposition. If you can not agree; please advise so that the required motion can be timely filed.

Awaiting your responses;

sincerely
Rick Rude

---

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you .

11/16/2006