**PLAINTIFF'S REPLY MEMORANDUM IN RESPONSE
TO DEFENDANT'S OPPOSITION TO TELEPHONE DEPOSITION**

**<u>EXHIBIT NO. 6</u>**



rick_rude@msn.com                              Printed: Wednesday, November 29, 2006 5:25 PM

**From :**     Rick Rude <rick_rude@msn.com>
**Sent :**     Tuesday, November 28, 2006 11:05 AM
**To :**       hotopke@ffhsj.com
**Subject :**  Rude v. Adeboyeku confidential materials - posting by defendant

Dear Mr. Hotopp:

this message is a follow up to our conversation yesterday afternoon. You indicated that you
were aware the involved expert reports were identified as confidential. The contention that the
additional copies provided to you should have been marked confidential is unacceptable.

I requested that since your firm had filed the documents, you needed to take the steps
necessary to remove these confidential documents from the public file. I further indicated that
I can not permit the posting of this information.

YOu indicated that you would get back to me on this decision.

YOu further indicated that you had to reach Olayinka Adeboyeku regarding the December 13th
deposition.

Please be advised that if you do not remove these confidential documents; I will request Judge
Lamberth to do so.

As I indicated to you; we can compare the documents produced by Mr. Wyrough with what I have
and I have no problem with you coming to my office to review original documents and
depositions.
I did note that defendant has not produced the grand jury transcripts that are in his
possession.
Lastly, that you would investigate the identification of a firm which could safely copy Mr.
Wood's June 27, 2004 video tape.

sincerely,

Rick Rude