UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                             Case No. 1:05cv1274(RCL)

OLAYINKA ADEBOYEKU
And ANTHONY B. WOOD,

    Defendants.

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

On November 30, 2006 Counsel for Plaintiff was contacted by Mr. James Sylvester. Mr. Sylvester informed counsel that he will be absent from Camp Pendleton, California from December 16, through January 2, 2007. Mr. Sylvester further informed counsel that He has finished his advanced training and has RECEIVED **ORDERS FOR OVERSEAS DEPLOYMENT TO JAPAN**. This deployment is scheduled to occur anytime after **JANUARY 7, 2007.**

Dated: 3 December 2006

                                  Respectfully submitted,

                                  _/s/ Rick Rude_____
                                  RICK A. RUDE, Esq. #244897
                                  Suite 103
                                  207 Park Avenue
                                  Falls Church, VA. 22046
                                  (AC 703) 536-3063 Tele.
                                  (AC 703) 536-4841 Fax.
                                  Counsel For Plaintiff