UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JONATHAN W. RUDE, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1274 (RCL) |
| OLAYINKA ADEBOYEKU, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

This matter having come before the Court upon the Motion [38] for plaintiff for an Order permitting the telephone deposition of Mr. James Sylvester, the opposition and reply thereto and the record herein, it is hereby

ORDERED that the Motion [38] is GRANTED for plaintiff to take the telephone deposition of Mr. James Sylvester at such time as is set or reset by plaintiff.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, December 4, 2006.