# Exhibit 1

# FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
Tel: 202.639.7000
Fax: 202.639.7003
www.friedfrank.com

Phone: (202) 639-7298
Fax: (202) 639-7008
kerry.hotopp@ffhsj.com

June 14, 2006

**Via U.S. Mail**

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, VA 22046

Re: *Rude v. Adeboyeku, et al.*, Civil Case No. 05-01274-RCL
Fried Frank Contact Information

Dear Mr. Rude:

Wendy Fischman, our lead attorney in the above-captioned case, is currently out on maternity leave. She does not expect to return to the office until late July. Until she returns to the office, please address all correspondence to me, so that any matters or issues can be addressed in the most expeditious and expedient manner possible.

Sincerely yours,

Kerry Hotopp