# Exhibit 2



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.     Case No. 05cv1274RCL

OLAYINKA ADEBOYEKU
And ANTHONY B. WOOD,

    Defendants.

### PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST INTERROGATORIES

Plaintiff, Jonathan W. Rude, by and through his counsel, hereby submits this Response to Defendant Olayinka Adeboyeku's First Interrogatories.

#### General Objections

Plaintiff hereby submits these general objections to defendant's First Interrogatories. The interrogatories are overly broad in nature and utilize terms that are subjective, vague and therefore subject to differing interpretations. The interrogatories utilize the term "all" which can not be defined at this point in the litigation.

The interrogatories seek information which is in the form of both attorney-client privilege and attorney work product privilege. The interrogatories request plaintiff to provide summaries of public records that are equally available to defendant. Plaintiff is not obligated to identify, locate and obtain for defendant any public records nor obtain information from any third parties as defined in the interrogatories. Plaintiff is likewise not obligated to summarize the contents of written documents which speak for themselves. The interrogatories limit the time frame to those periods alleged in the complaint. The only date identified in the complaint is June 27, 2004 and accordingly,

Interrogatory No. 11. Identify any expert witnesses you intend to rely on to support the allegations in your complaint and provide a summary of their expected testimony.

ANSWER:

11. Plaintiff will provide this information as required by the Court's Scheduling Order. Pursuant to the agreement of counsel, plaintiff will provide to defendant copies of the expert witness reports of Drs. Geist, Wall and Shaffer without prejudice to plaintiff of designating further, additional or different expert witnesses at the time designated in the Scheduling Order.

Dated: 19 May 2006

AS TO PLAINTIFF'S OBJECTIONS:

_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(703) 536-3063 Tele.
(703) 536-4841 Fax.

Counsel For Plaintiff

9

## VERIFICATION

I HEREBY SWEAR AND AFFIRM under the penalty of perjury that the facts and matters contained in the aforegoing Answers to Interrogatories are true and correct to the best of my knowledge, information and belief.

_____
Jonathan W. Rude