# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                          Case No. 05cv1274RCL

OLAYINKA ADEBOYEKU
And ATHONY B. WOOD,

    Defendants.

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Plaintiff, Jonathan W. Rude, by and through his counsel, pursuant to the Scheduling Order entered March 1, 2006 hereby designates the following individuals as expert witnesses in this proceeding. In the event a witness is unable to testify, plaintiff hereby reserves the right to designate an alternative and substitute expert.

- Stephen J. Wall, MD. PhD FACS
- Craig E. Geist, MD. MS., FACS
- Benjamin S. Shaffer, MD.
- Juliet Lee, MD.

Plaintiff attached hereto and incorporates herein copies of the reports of Wall. Geist and Shaffer and the Curriculum Vitae of Lee as required pursuant to Federal Rule of Civil Procedure 26(a)(2)(B). The original executed reports are retained by counsel for plaintiff and will be produced for inspection upon reasonable request.

Dated: 27 October 2006.

_____
RICK A. RUDE, Esq. #244897
207 Park Avenue, Suite 103
Falls Church, VA. 22046
Counsel For Plaintiff