# Exhibit 4

```
 1              METROPOLITAN POLICE DEPARTMENT
                     WASHINGTON, D.C.
 2

 3   - - - - - - - - - - - - - - -X
                                   :
 4   IN RE:                        :
                                   :
 5   UNITED STATES OF AMERICA      :
                                   :
 6   VS.                           :   Case No. F-4460-04
                                   :
 7   ADEBOYEKU OLAYINKA            :
                                   :
 8   - - - - - - - - - - - - - - -X

 9

10

11                                     June 27, 2004

12

13

14

15
            Following is the interview of TONY WOOD as conducted
16
     by Detective Nelson M. Morais.
17

18

19   Requested By:

20        JONATHAN W. HARAY
          Assistant United States Attorney
21

22

23

24

25
```

1                    P R O C E E D I N G S
2            DETECTIVE MORAIS.  Okay.  Today is June 27, 2004 at
3   7:30 a.m.  Here we are at the 2nd District.  My name is
4   Detective Morais, first name, Nelson, detective with the 2nd
5   District.  In front of me is Tony Wood, which (sic) I am about
6   to interview.  This is reference to an assault that occurred
7   on today's date, June 27th, 2004, at approximately 2:15 in
8   the morning, a.m.  The offense occurred in the 3100 block of
9   K Street, Northwest.  Report numbers are 088184.  We are ready
10  to start the interview.
11           BY DETECTIVE MORAIS:
12       Q.  Are you ready, Mr. Wood?
13       A.  Yes, I'm ready.
14       Q.  In your own words, tell us what happened -- oh,
15  before we start, did anyone promise you anything or threaten
16  you in any way?
17       A.  No.  No one threatened me or promised me anything.
18       Q.  Were you, were you treated fairly?
19       A.  Yes, very fair.
20       Q.  Were you read your rights?
21       A.  Yes, I was.
22       Q.  Did you understand what your rights are?
23       A.  Completely.
24       Q.  Okay.  Right now, start from the very beginning.
25  Tell us what you know, what you saw, and start from the

1  beginning. Speak clearly and loudly. And you already know
2  that, you already know that you're being videotaped?
3      A.   Yes, I do.
4      Q.   Okay. Go ahead.
5      A.   Do you mean from tonight or just everything?
6      Q.   You can start from, you know, from the other day if
7  you want or (indiscernible) tell us --
8      A.   Well, the first thing incident involving J.C. and
9  Yinka was at the closing time, he tried to walk through Yinka.
10     Q.   And that was when?
11     A.   About two weeks ago, give or take. The managers
12 probably can tell you better than I can -- two weeks. They
13 had a little, small altercation, but the managers from Tony &
14 Joe's kind of cleared it up, and that was a done issue.
15          Last weekend around closing time, J.C. John Rude,
16 and a couple of other gentlemen were on Riverside -- Nick's
17 Riverside. Got into a little altercation with one of Yinka's
18 friends. At that time, J.C. and Yinka got into a little
19 shoving of the head type situation. Once again, the managers
20 came in. There was no physical altercation.
21          This part is hearsay. Yinka left Riverside or the
22 complex, Washington Harbor, and somehow caught up with John
23 Rude, J.C., and a couple of other gentlemen leaving the
24 parking lot underneath Tony & Joe's and Sequoia. And at that
25 time, he came and he told me that someone had grabbed him and

1  tried to pull off in a car.  Tonight, Yinka saw John Rude
2  while we were trying to close out Tony & Joe's, and he said he
3  was the gentleman that tried to run him over or pull him along
4  in the car.
5          At that time, in the process of trying to calm him
6  down, I spoke to Officer Rucker and Owens and a Park Police
7  officer, I think, McNeely.  And we closed the bar, and
8  apparently John Rude and J.C. were all supposed to be banned
9  from the Tony & Joe's and the Nick's Riverside Bar --
10 establishment because they caused so much trouble.
11         John Rude was inside, me -- myself, Yinka, and his
12 brother, Tolsen, were outside.  At that time, Officer Owens
13 walked John Rude's friends out the back of Tony & Joe's
14 (indiscernible) Sequoia, and I guess they went up on K Street.
15 At that time, Tolsen was talking to Officer Owens, Yinka was
16 knocking over tables and chairs and all this stuff, and then
17 he bolted.  I tried to keep up with him but couldn't.
18         When I came out of the complex, I saw him walking
19 alongside John Rude, Mike Dove, the doorman that works with
20 us, and two other guys.  I don't know who they were, but they
21 were with John Rude.  I can't say exactly how far I was away,
22 but I was not right close, but I was far.  I don't know
23 exactly the footage.  What I saw was Yinka and John were
24 throwing punches, and that's when Mike grabbed Yinka from
25 behind.  And at that point, when I came up, I don't know if I

5

```
 1  tackled John Rude or threw him down but, yes, I ended up on
 2  top of John Rude.  And when I let John Rude up, him and Yinka
 3  went to each other and started fighting.
 4            After that, once I saw Yinka hitting John Rude in
 5  the facial area with his head hitting the concrete, I stopped
 6  it and left.  And then that's when Officer Lee and some other
 7  officer came back (indiscernible) took my information, and
 8  that's where we're at.
 9       Q.   Okay.  How do you know Yinka?
10       A.   I've worked with Yinka at that Tony & Joe's for
11  about two years doing security.
12       Q.   Okay.  And how do you know John Rude?
13       A.   John Rude used to be a doorman at Tony & Joe's
14  Riverside as well last summer.
15       Q.   Okay.  And do you know Mike Gillman?
16       A.   Yes.
17       Q.   Okay.  When you were -- you were walking with Yinka,
18  correct?
19       A.   I wasn't walking -- no.  I wasn't walking with him.
20       Q.   Well, how many car-lengths were you, would you say
21  (indiscernible) how many car-lengths or --
22       A.   A good six or eight (indiscernible).
23       Q.   Six or eight car-lengths --
24       A.   Yes.
25       Q.   -- that you were behind Yinka?
```

1   A.   Yes.

2   Q.   Okay.  Did you see Yinka throw the first punch at
3   John?

4   A.   To be honest with you, Yinka was on the, on the
5   outside -- the inside of the side where John Rude and Mike
6   were on the, you know, curb side.  When I looked up, Yinka was
7   going towards John Rude.  I can't say if Yinka threw the first
8   punch or if John Rude threw the first punch.  But in the
9   sense, you know, John Rude trying to defend himself, all I
10  know is I see them going at it.  Who threw the first, I don't
11  know.  I saw Mike grab Yinka from behind, and then that's when
12  I separated them.

13  Q.   Okay.  Did you -- when the fight was going on
14  between Yinka and John, did you grab or pull Mike back?

15  A.   Like I said once before, Detective, in, in the whole
16  heat of the moment, I can't say that I pushed.  All I know
17  that I said if they're going to fight, they're going to fight
18  one on one.  It was never my intention to push him or shove
19  him or (indiscernible).  But they -- when I let John Rude up,
20  he went towards Yinka, and Yinka went towards him, and they
21  started fighting.

22  Q.   Okay.  How many times do you think Yinka punched --
23  well, how many times did you see Yinka punch John?

24  A.   Oh, God.  They were punching each other, but I mean
25  they were wrestling and tussling all around.  Two, three

```
 1  times.  I mean -- the -- when I saw Yinka hit John Rude when
 2  he was on the ground, and his head hit the concrete twice,
 3  that's when I stopped it.
 4       Q.   Okay.  At any time, did you see Yinka kick John?
 5       A.   The first, the first time when Yinka tried to kick
 6  him, I blocked it.  Okay?
 7       Q.   Okay.
 8       A.   The second time Yinka tried to kick him, I wasn't
 9  (indiscernible).
10       Q.   And --
11       A.   When I was trying to get him off, he was in the
12  process of trying to kick him.  I couldn't stop it because,
13  you know, I was standing up.
14       Q.   And where did the second kick land?
15       A.   I would say somewhere in the facial -- I can't say
16  it was in the head because I was standing up trying to push
17  him back, but I do know that he did make contact.
18       Q.   You said -- you were about to say in the facial
19  area?
20       A.   I can't, I can't say like in the jaw or face,
21  whatever, but I know he kicked him, but I couldn't tell where.
22       Q.   Okay.  And after he kicked him, what did he do?
23  What did Yinka do after he kicked John?
24       A.   He told -- what did he tell Mike?  He told Mike
25  something, and we left, and Yinka sat down on the bench.  He
```

1  was huffing and puffing (indiscernible) came back, and then he
2  left, and I stayed, and that was it.
3      Q.   Okay.  Did you push or tackle John in any way?
4      A.   Like I said, I, I -- no.  I can't say if I tackled
5  him or pushed him.  I know that I was on top of him.  So in
6  the process of me coming from behind, seeing Yinka being
7  restrained and John Rude punching him at the same time, I ran
8  forward.  Now I -- like I said, Detective, I can't say for
9  sure if I tackled him or pushed him.  I know it's one -- I
10 don't know.  I know that I ended up on top of him, but I
11 wasn't choking him, wasn't punching him, or anything.  Just on
12 top of him.
13     Q.   And what were you doing on top of John?
14     A.   Holding him down because Mike had Yinka.
15     Q.   Okay.
16     A.   Okay.  Now once Mike must have lost grip of Yinka or
17 however, Yinka tried to kick John Rude down on the ground.  I
18 blocked (indiscernible) with my arm.  Okay?  At that point,
19 I'm like, if these guys want to fight, it's going to be one on
20 one.  Because at that point, I didn't know if Mike was trying
21 to break it up or was he trying to help John Rude because they
22 play football together.
23          And then some guy that was with him with a white
24 shirt and another guy, they were coming forward.  So at that
25 point, I don't know what's -- it's a situation where you don't

1  know who's aggressive, who's passive or not.  You don't know.
2  And (indiscernible) putting myself in the middle trying to
3  play the middle.
4      Q.   Did you hear Yinka threaten John in any way
5  verbally?
6      A.   Directly?
7      Q.   I mean did he start or say anything to John or to
8  Mike?
9      A.   Well, he said something to Mike, yes.
10     Q.   Okay.  Let's start with Yinka -- I mean let's start
11 with John.  Did, did Yinka say or threaten anything to John?
12     A.   I can't recall him saying -- I know he did say
13 something to --
14     Q.   What did Yinka say to Mike?
15     A.   He said, when I see you again, I'm going to knock
16 you out.
17     Q.   Is that what he -- that's what he said?
18     A.   Yeah.
19     Q.   Okay.  And --
20     A.   Because basically, Detective, I wouldn't let him try
21 to go to a level whereas though it would be more serious than
22 that.  You know what I'm saying?  I mean trying to restrain
23 the kid is like trying to hold back a horse, you know.  He is
24 really -- he's really strong.  I mean he's (indiscernible).
25 So I never heard him say anything threatening to John Rude.

```
 1        Q.   But just to, just to Mike?
 2        A.   Right.  Because -- I guess because Mike grabbed him
 3   from behind in that choking manner.
 4        Q.   Right.
 5        A.   (Indiscernible).
 6        Q.   Okay.  What did, what did Yinka do after, after he
 7   got up from John -- when he, when he stood up from John?
 8   While John was on the ground, what did Yinka do?
 9        A.   Oh, he was trying to kick him.  I tried to stop him,
10   but that kick did hit John Rude.
11        Q.   Okay.  And then after that, what did Yinka do?
12        A.   I would say that he was trying to go back, but I
13   pushed him back and said, come on, let's go, that's enough,
14   it's over, you know, you, you know, you fought him.  It's
15   over.  Let's go.  We went a couple of feet, and there's a
16   bench.  He sat down on the bench and was messing with his
17   knee.  Then we went inside, and they were having a meeting
18   inside Tony & Joe's, and then he left.
19        Q.   Okay.
20        A.   I stayed with his brother and everybody else.  Then
21   in maybe 10 minutes or so after that, that's when Owens,
22   Officer Lee, Rucker, and -- I don't know how to pronounce the
23   other officer -- but they came and that's when they told me to
24   stay, and then that's when everything else transpired.
25        Q.   All right.  Did you throw any punches or kick
```

1  anybody?
2      A.   No, sir.
3      Q.   And as far as -- again, as far as grabbing Mike or
4  holding Mike somehow, or for -- in order for Mike not to
5  assist into breaking the fight, do you -- did you recall
6  anything like that -- holding Mike back or grabbing him?
7      A.   I don't recall grabbing Mike.  Only thing I do
8  (indiscernible) recall telling Mike was that, you know, if
9  they're going to fight, they're going to fight one on one.  At
10 that time when Yinka and John Rude were fighting, none of the
11 three friends said stop it at any time.  None of them stepped
12 in to try to stop it.  I stopped it when John Rude was on his
13 back and Yinka was punching him in his head and his head hit
14 the concrete.  I stopped it.  No one else tried to stop it.
15 No one at that time said, hey, you know, break it up.  Enough
16 is enough.  No one said that.
17     Q.   Mike didn't even try to stop it?
18     A.   Nobody tried to stop it.  I had my back to them.
19     Q.   Well, what happened -- when Mike was approaching,
20 approaching John and Yinka while they were fighting, at any
21 time did you push or hold Mike back?
22     A.   No, sir.
23     Q.   Okay.  Did you get hurt in any way?
24     A.   I got hit right here, but I mean like I don't know.
25     Q.   Okay.

1    A.    I don't know if it was when I was on the ground on
2  top of John Rude (indiscernible) he kicked me or in the
3  process of John Rude hitting me.  I don't know.
4    Q.    Okay.  All right.  Is there anything else you can
5  remember or add that you would like to add or remember
6  anything else that we've -- that I didn't ask you?
7    A.    I don't think that you asked me that the -- towards
8  the end, was a kick to --
9    Q.    John?
10    A.    -- John Rude's head.  As we were walking away, he
11  got up and stood up.
12    Q.    John did?
13    A.    Right.
14    Q.    Okay.
15    A.    And was like, it's okay, it's okay.  It's over.
16  Because my main concern was the way thing are going now today
17  was that it would never end.  These guys would keep fighting
18  and, you know.  Everybody walked away.  Nobody said anything.
19  No one is like, I'm going to (indiscernible).  No one said any
20  of that -- you know what I'm saying -- and no one knew
21  (indiscernible).  We just (indiscernible).  So that was the
22  only thing.
23    Q.    When -- you said earlier when John was on the
24  ground, John was on his back, he saw -- you saw Yinka pushing
25  or slamming --

```
 1      A.   No.  He was punching him.
 2      Q.   Right.
 3      A.   (Indiscernible).
 4      Q.   But what I'm talking about --
 5      A.   They were punching (indiscernible).
 6      Q.   -- what I'm talking about, I'm talking about John's
 7 head when it kept on hitting the concrete ground.
 8      A.   All right.
 9      Q.   I mean (indiscernible) what happened with that?
10 That --
11      A.   What happened was they were standing up face to
12 face, close proximity to each other throwing blows at each
13 other -- very -- I mean very forceful blows, head shots to the
14 body.  John was trying to hit Yinka in the groin.  He tried to
15 like take his legs from him, and then I guess that didn't
16 work, and then that's how John Rude ended up on the ground on
17 his back.  Then Yinka was on top of him, boom, boom, boom.  As
18 he was -- Yinka was hitting him in the facial area, his head
19 was hitting the concrete.
20      Q.   Okay.
21      A.   At that point, I said, that's enough.  The man can't
22 get up.  He's whipped.  It's over.  Let's go.
23      Q.   Okay.  And the other two guys that -- you said that
24 were -- you think were whipped, John and Yinka -- I mean --
25      A.   John and Mike.
```

```
 1      A.   John and Mike.
 2      Q.   -- John and Mike, you don't know them?
 3      A.   I never, I never seen them before as far as --
 4      Q.   But you don't know if they were, they were with him?
 5      A.   They were all walking together away from the
 6 Washington Harbor, 2000 K Street. They were all walking
 7 together. So they all -- I mean whether like two were over
 8 here and two were over there, they was all in a group
 9 together.
10      Q.   Okay. All right. Is there anything else you'd like
11 to add?
12      A.   (Shakes head)
13      Q.   All right. The end of the interview is 7:46. That
14 concludes our interview. I'll be right back.
15           (At 7:46 a.m., the interview was concluded.)
```

15

<pre>
 1                        CERTIFICATE
 2
 3   I hereby certify that the foregoing is a true and accurate
 4   transcription, to the best of my skill and ability, from a
 5   videotape.
 6
 7   February 25, 2005            *Mary Lee Evans/el*
     Date                          Mary Lee Evans, Transcriber
 8
 9
10
...
25
</pre>