# Exhibit 5

7/11 Deposition of Anthony Wood

0001

```
1              UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF COLUMBIA
3    --------------------------------X
4    JONATHAN W. RUDE,              )
5              Plaintiff,            )
6              -vs-                  ) Case No.:
7    DANCING CRAB AT WASHINGTON     ) 1:05cv1278
8    HARBOUR, LP, et al.,           )
9              Defendants.          )
10   --------------------------------X
11             Deposition of ANTHONY WOOD
12                  McLean, Virginia
13              Tuesday, July 11, 2006
14                    2:12 p.m.
15   Job No.:  4-81130
16   Pages: 1 - 111
17   Reported by:  T. R. Hollister
18
19
20
21
22
```

**7/11 Deposition of Anthony Wood**

1       A      All of them.

2       Q      All four?

3       A      Yes.

4       Q      Now, let me ask you this: You're coming up
5    here and they're on the inside. You don't see -- you're
6    trying to tell us -- just so we're clear about this --
7    you don't see who hit who first?

8       A      They both like lunged at each other
9    simultaneous. Who hit who first, I don't know. They
10   went behind the beam. When they came out from behind the
11   beam, Michael Gilman was on Yinka's back. Jon Rude's
12   punching defensively. Yinka's punching defensively. The
13   Zarhokosih brothers are running around. So if you're
14   down, it looks like this kid is fighting for his life, no
15   matter who started it.

16      Q      Okay. Then what did you do?

17      A      I ran down there.

18      Q      And then what did you do?

19      A      When I ran down there, Michael Gilman still
20   had Yinka. I tackled Jon Rude.

21      Q      Okay.

22      A      In the process your son is punching me -- I'm

78

**7/11 Deposition of Anthony Wood**

1   not even -- I'm just trying to separate them.  Yinka
2   tries to kick Jon Rude in the head.  I say, no.  If you
3   guys are going to fight, you're going to fight one on
4   one.  At that time nobody says anything.  I let them up.
5   They start fighting.
6           MR. TAPP:  They being who?
7           THE WITNESS:  Jon Rude and Yinka.  At no time
8   did the Zarhokosih brothers, Michael Gilman or anybody
9   say we don't want to fight; we just want to go home.
10  Nobody said anything.  When I let Jon Rude up, they both
11  went at each other like this, pow, and started fighting.
12  BY MR RUDE:
13      Q    But Jon Rude and Gilman and the Zarhokosih
14  brothers were leaving; is that correct?
15      A    Leaving as far as what?
16      Q    Leaving the complex?
17      A    I guess.  I don't know if they were forced to
18  leave or asked to leave.  I don't know what Mr. Owen told
19  them inside the restaurant.
20      Q    But they were leaving?
21      A    I don't know what they were doing.
22      Q    They walked off and left?

**7/11 Deposition of Anthony Wood**

1       A    They were escorted out.

2       Q    But they left.  Let me ask you this:  When
3   you tackled Jon Rude, did you tackle him on the sidewalk?

4       A    No.  We were in the grass.

5       Q    Where in the grass?

6       A    I don't know exactly, but we were in the
7   grass in the park, that little park right there.

8       Q    Why don't you mark exactly where in the park?

9       A    I can't say exactly where in the park.

10      Q    Okay.  So you can't say where in the park.
11  When you tackled Jonathan Rude I understand you gave a
12  statement to the police that you found yourself on top of
13  him?

14      A    Yes.

15      Q    Was he on his face and stomach?

16      A    He was on his back.

17      Q    He was on his back.  Did he immediately get
18  up?

19      A    Yes.

20      Q    Did he say anything to you?

21      A    No.

22      Q    What did you do then?

80

**7/11 Deposition of Anthony Wood**

```
1       A    Yinka tried to come around and kick him.  I
2  said, no, you can't kick him.  If you're going to fight,
3  you're going to fight like men, one on one.  And when I
4  let him up, they went at each other just like that.
5       Q    What happened then?
6       A    They stood toe to toe and threw a barrage of
7  punches at each other.  Then Jon Rude tried to take the
8  shorts off Yinka and like pull them down, but Yinka ended
9  up on top of him.
10      Q    Do you think maybe Jon Rude was falling down
11 and grabbed them?
12      A    No.
13      Q    What happened then?
14      A    Yinka was on top of him.  He punched Jon Rude
15 in the head twice.  Jon Rude's head hit the concrete.
16 That's when I pushed Yinka off of Jon Rude.
17      Q    Where were Jon Rude's -- did you see Yinka
18 continue to strike Jon Rude as he was laying on the
19 sidewalk?
20      A    He only hit him twice when he was laying on
21 the sidewalk.  When I pushed Yinka back, he tried to kick
22 him again.  I said, no, you can't do that.
```

**7/11 Deposition of Anthony Wood**

1      Q    Were you aware at the time that Jon Rude was
2  seriously injured?
3      A    No, sir, I was not.  He jumped up immediately
4  after that, blew his nose like this and walked away.
5      Q    What did you do then?
6      A    I went back to Tony and Joe's.
7      Q    What did Yinka do?
8      A    He left.
9      Q    Well, let me ask you -- let's see if we can
10 clarify this a little bit.  Once Jon Rude got back up,
11 did Yinka say anything to Mike Gilman?
12     A    I can't remember.
13     Q    Was Yinka with you when you left?
14     A    When I left I was arrested.
15     Q    When you left the scene of this incident, was
16 Yinka with you?
17     A    Yes.
18     Q    Did the two of you -- what did you do?
19     A    I went back to Tony and Joe's.  He went to
20 talk to his brother.
21     Q    Did you walk up K Street?
22     A    No.  We went behind the complex, walked on