# Exhibit 1

# FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
Tel: 202.639.7000
Fax: 202.639.7003
www.friedfrank.com

Phone: (202) 639-7298
Fax: (202) 639-7008
kerry.hotopp@ffhsj.com

November 28, 2006

**Via Fascimile and US Mail**

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, VA 22046

Re: *Rude v. Adeboyeku*, Civil Case No. 05-01274 (RCL)
Deposition of Olayinka Adeboyeku &
Confidentiality of Expert Reports

Dear Mr. Rude:

I am responding to your two letters, both dated November 22, concerning 1) the deposition of Olayinka Adeboyeku and 2) the confidentiality of your expert reports.

**Deposition of Olayinka Adeboyeku**

As we have indicated previously, neither Mr. Adeboyeku nor his attorneys are currently available for deposition on December 13. Although I had originally provided you with December 13 as a possible deposition date, you informed us that day would not work for you. We relied on what you said and are now no longer available for that date.[1]

I sent you an e-mail message on November 14, providing you with two dates for Mr. Adeboyeku's deposition: December 6 and "the following Wednesday," or December 13. You replied the next day, saying that neither date would work for you and specifically stating that "**I am also at the Customs Trade Symposium on Dec. 13-15th.**" You then asked about December 12. While I was checking on our client's availability for December 12, you noticed a deposition for December 13 without

---

[1] In a November 28th e-mail to me recapping a conversation we had on November 27, you wrote that I told you that I had to "reach Olayinka Adeboyeku regarding the December 13th deposition." This is not accurate. I told you that we were busy on the 13th, but that I would have to get back to you with our final response.

Rick A. Rude, Esq.                                          November 28, 2006
                                                            Page 2

checking to see whether that date still worked for us. It does not.

Apart from being unavailable, we are unwilling to hold a deposition before we receive all the deposition transcripts from the *Dancing Crab* case that we have requested. The resolution of this depends entirely on you. All you need to do is to provide us with the deposition transcripts and we will be willing to work with you on determining the best day for deposing Mr. Adeboyeku.

**Confidentiality of Expert Reports**

In your second letter, you accused us of breaching the Confidentiality Agreement, since we included your four expert reports as exhibits to our November 20 Motion to Strike. You claim that the reports were confidential. But when you produced the expert reports, the reports were not designated as Confidential and were therefore not protected by the Confidentiality Agreement.

You first provided us copies of the four reports on June 7. Along with various other medical documents, the reports were marked Confidential. On October 27, you provided copies of the reports again. This time, however, the reports were not designated Confidential. Accordingly, we treated this second set of reports as non-confidential documents.

Now, after we have filed the reports as exhibits to our Motion, you have belatedly indicated to us that you wish the documents to remain confidential. While we do not agree with your methods, paragraph 9 of the Confidentiality Agreement gives you an opportunity to "promptly" designate as Confidential any material that was inadvertently produced as non-confidential material.

Because of this, we will, in due course, ask the Court to place the four reports under seal. Pursuant to local rule 5.1(j), this will require a motion and the Court's approval.

In the future, you must be more vigilant about protecting the documents you wish to designate as confidential. When you produce documents without any confidentiality designations, we can only assume you intend for those documents to be non-confidential.

                                                  Sincerely yours,

                                                  Kerry Hotopp