**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN W. RUDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-01274 (RCL) |
| | ) |
| OLAYINKA ADEBOYEKU, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT ADEBOYEKU'S
MOTION TO TAKE DEPOSITONS**

Defendant Olayinka Adeboyeku, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 16(b), 26(b)(1), and 30 and the Local Rules of the District of Columbia, hereby moves this Court to allow Defendant Adeboyeku to take the depositions of Jonathan Rude, Michael Gillman, Samir Zarkhosh, Officer James Luckett, and Officer Edwin Kennedy, and other individuals who have bearing on this matter. The basis for this motion is set forth in the Memorandum of Points and Authorities filed herewith.

DATED:  January 11, 2007

/s/ Daniel E. Loeb
Daniel E. Loeb (DC Bar # 386098)
Douglas W. Baruch (DC Bar # 414354)
Kerry Hotopp (DC Bar # 483747)
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvania Ave., NW, Suite 800
Washington, DC  20004
(202) 639-7000
(202) 639-7003, Fax

*Attorneys for Olayinka Adeboyeku*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01274 (RCL) |
| ) | |
| OLAYINKA ADEBOYEKU, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM IN SUPPORT OF DEFENDANT
### ADEBOYEKU'S MOTION TO TAKE DEPOSITONS

Pursuant to Fed. R. Civ. P. 16(b), 26(b)(1), and 30 and the Local Rules of the District of Columbia, Defendant Olayinka Adeboyeku ("Adeboyeku") respectfully moves this Court to allow Defendant to take the depositions of Jonathan Rude, Michael Gillman, Samir Zarkhosh, Officer James Luckett, and Officer Edwin Kennedy, and other individuals who have bearing on this matter.[1]

In the early morning of June 27, 2004, Plaintiff Jonathan Rude and his friend Michael Gillman assaulted Defendant Adeboyeku after he left Tony & Joes, a restaurant on the Georgetown waterfront where Mr. Adeboyeku was employed. At least two people claim to have witnessed this assault: Samir Zarkhosh, who was just a few feet away and had accompanied Mr. Rude to Georgetown; and Officer Edwin Kennedy, an off-duty police officer who claims to have witnessed portions of the assault from across the street. In addition, another off-duty police officer, James Luckett, may have spoken to Plaintiff Rude and/or Defendant Adeboyeku shortly before the assault on Mr. Adeboyeku. Mr. Adeboyeku seeks to depose these five individuals.

---

[1] Defendant seeks to depose Plaintiff's four putative expert witnesses without payment. That issue is currently briefed and awaiting adjudication. *See* Defendant's Motion to Strike "Expert" Witnesses, Docket No. 40.

On March 1, 2006, the Court issued a scheduling order (the "Scheduling Order") establishing a December 1, 2006 deadline for written discovery and a January 1, 2007 deadline for all other discovery. After exhaustive written discovery, on November 20, 2006, Defendant filed a Motion to Extend Discovery Deadline ("Defendant's Motion"), asking the Court for an additional 120 days to complete discovery. (Docket No. 39). Defendant argued that the additional time would allow both parties to conduct deposition discovery, particularly since neither party had taken any depositions in a case that ultimately came down to different versions of eye-witness accounts. As explained more fully in Defendant's Motion and the response thereto (Docket No. 47), Defendant's request for additional time was caused by a variety of reasons, including: (1) the unexpected departure of Defendant's then-lead counsel; (2) the difficulty and expense of deposing individuals during the holiday season of November and December; and (3) Plaintiff's various failures to cooperate with his discovery obligations. Defendant's Motion is fully briefed and currently awaiting adjudication.

In an effort to avoid the need to involve the Court in these scheduling and discovery disputes, on January 4, 2007, Defendant contacted Plaintiff's counsel, requesting that he agree to the depositions of the five individuals named above.[2] Letter to R. Rude, Jan. 4, 2007 (attached hereto as Exhibit 1). Unfortunately, plaintiff's counsel continues in his obstinate refusal to make any effort to reach a mutually acceptable resolution of these continuing discovery and scheduling disputes that could then be presented to this Court for approval.

Although the Scheduling Order set January 1, 2007 as the cut-off for discovery in this matter, the Court "may modify the scheduling order at any time upon a showing of good cause."

---

[2] Defendant also offered to "work out a date and time for you to take Mr. Adeboyeku's deposition." Exhibit 1. Defendant further noted that he may need to take the depositions of two or three additional witnesses, but in any event, will take fewer than the 10 depositions that are allowed under the Scheduling Order.

2

LCvR 16.4.  *See also* Fed. R. Civ. P. 16(b).  In his Motion to Extend Discovery Deadline, Defendant has fully set out good cause grounds for granting this extension of time.  Defendant now seeks to depose five specific individuals and requests the Court grant these depositions.

## **CONCLUSION**

For the foregoing reasons Defendant Adeboyeku respectfully requests that the Court allow Defendant to take the depositions of Jonathan Rude, Michael Gillman, Samir Zarkhosh, Officer James Luckett, and Officer Edwin Kennedy and that the Court otherwise grant Defendant's pending motion to extend the discovery deadline.

## **CERTIFICATION**

Counsel for co-defendant Tony Wood concurs in this motion.  Plaintiff's counsel does not concur in this motion and unless otherwise ordered by the Court, intends to file dispositive motions by February 1, 2007, as required by the Scheduling Order.

DATED:  January 11, 2007            /s/ Daniel E. Loeb
                                    Daniel E. Loeb (DC Bar # 386098)
                                    Douglas W. Baruch (DC Bar # 414354)
                                    Kerry Hotopp (DC Bar # 483747)
                                    Fried, Frank, Harris, Shriver & Jacobson, LLP
                                    1001 Pennsylvania Ave., NW, Suite 800
                                    Washington, DC  20004
                                    (202) 639-7000
                                    (202) 639-7003, Fax

                                    *Attorneys for Olayinka Adeboyeku*

3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN W. RUDE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-01274 (RCL) |
| | ) |
| **OLAYINKA ADEBOYEKU,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## PROPOSED ORDER

Upon consideration of Defendant Adeboyeku's Motion to Take Depositions, and all responses thereto, this Court determines that the Motion is **GRANTED**. It is hereby **ORDERED** that Defendant Adeboyeku may take the depositions of Jonathan Rude, Michael Gillman, Samir Zarkhosh, Officer James Luckett, and Officer Edwin Kennedy, and other individuals who have bearing on this matter, at such times that are set or reset by Defendant.

So ORDERED this __ day of January, 2007.

_____
United States District Judge Royce C. Lamberth