# Exhibit 1

# FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505
Tel: 202.639.7000
Fax: 202.639.7003
www.friedfrank.com

Direct Line: 202.639.7298
kerry.hotopp@ffhsj.com

January 4, 2007

**Via Facsimile and U.S. Mail**

Rick A. Rude, Esq.
207 Park Avenue, Suite 103
Falls Church, VA 22046
Fax: (703) 536-4841

Re:  *Rude v. Adeboyeku,* Civil Case No. 05-01274 (RCL)
     Deposition Dates

Dear Mr. Rude:

As you know, our motion for additional time to complete discovery remains pending before the Court. As we have attempted to do previously, we would like to try to resolve this discovery dispute by working out a schedule for the following depositions which we presently wish to take:[1]

- Jonathan Rude
- Michael Gillman
- Samir Zarkhosh
- Officer James Luckett
- Officer Edwin Kennedy

At the same time, we can work out a date and time for you to take Mr. Adeboyeku's deposition. Depositions of your putative expert witnesses will have to wait resolution of the pending motions.

Please provide us with dates and times when you could be available for the depositions of the listed individuals. I believe we can work out any scheduling issues amicably and without need of further involving the Court. I look forward to hearing from you.

Sincerely yours,

Kerry Hotopp

---

[1] We may need to take two or three additional depositions, but we have not yet made that determination.