**PLAINTIFF'S OPPOSITION TO MOTION
TO TAKE DEPOSITIONS
EXHIBIT NO. 1**



rick_rude@msn.com  Printed: Thursday, January 4, 2007 8:24 PM

**From:** Rick Rude <rick_rude@msn.com>
**Sent:** Thursday, January 4, 2007 8:23 PM
**To:** kerry.hotpp@ffhsj.com
**Subject:** Deposition schedules

Dear Mr. Hotopp:

I have rec'd your letter telefaxed this afternoon.
Your letter is pre-mature.
As you are aware, I do not believe the motion to extend discovery has merit.
I cannot make a schedule based upon speculation. I have substantial other work
which requires my full attention.
If and when the court grants the extension; we can address a schedule.

Sincerely,
Rick Rude