UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.	Case No. 1:05cv1274(RCL)

OLAYINKA ADEBOYEKU
And ANTHONY B. WOOD,

    Defendants.

## ORDER

This matter having come before the Court upon Defendant's motion to take depositions out of time, and the court having considered the motion and the opposition thereto; it is hereby ORDERED that the motion is **DENIED.**

Dated:

_____
UNITED STATES DISTRICT COURT JUDGE