UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-01274 (RCL) |
| | ) |
| OLAYINKA ADEBOYEKU, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE TO AMEND/CORRECT**

**To This Honorable Court**: In his Reply Memorandum in Support of his Motion to Take Depositions (Docket No. 51), Defendant states that police witness statements are not under oath (p. 1, last sentence). While the witnesses are not placed "under oath," the police statements in Defendant's custody do state that the witness certifies his or her statements under penalty of perjury. However, nothing in the statements indicate whether this boilerplate language on the form has been read by, or even called to the attention of, the witness filling out the form.

DATED:  January 30, 2007

/s/ Daniel E. Loeb
Daniel E. Loeb (DC Bar # 386098)
Douglas W. Baruch (DC Bar # 414354)
Kerry Hotopp (DC Bar # 483747)
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvania Ave., NW, Suite 800
Washington, DC  20004
(202) 639-7000
(202) 639-7003, Fax

*Attorneys for Olayinka Adeboyeku*