UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                                Case No. 05cv1274(RCL)

OLAYINKA ADEBOYEKU,
A/k/a "YINKA" And
ANTHONY B. WOOD,
A/k/a WILLIE JOYNER, JR.

    Defendants.

## MOTION FOR SUMMARY JUDGMENT
## AS TO DEFENDANT ANTHONY B. WOOD

Comes Now, Plaintiff Jonathan W. Rude, by and through his counsel ( hereinafter "Rude") and submits this Motion For Summary Judgment as to Defendant Anthony B. Wood, a/k/a Willie Joyner, Jr. On June 24, 2005 a complaint was filed with the Court alleging that defendants had engaged in a common law assault and battery and were jointly and severally liable to plaintiff for injuries sustained by plaintiff.

Defendant Anthony B. Wood ("Wood") acknowledged that he engaged in a battery in regard to plaintiff. Wood further implicated Yinka in the involved attack describing an assault, battery and further intentional and malicious acts. The discovery materials, including testimonial statements, deposition testimony and discovery responses, support the entry of summary judgment. The complaint alleges an intentional tort and joint liability of the defendants. Wood is liable not only for his own actions but for the results of the actions by his co-defendant Olayinka Adeboyeku, a/k/a Yinka.

2

Plaintiff hereby incorporates the attached Memorandum of Points and Authorities, the attached Affidavit of Plaintiff and Plaintiff's Statement of Material Facts Not Subject To Dispute in further support of this motion for summary judgment.

Plaintiff, by this motion, seeks the recovery of medical expenses incurred by Plaintiff as a result of defendant's attack on plaintiff on June 27, 2004 and for such other and further relief as the Court deems just and appropriate in the circumstances.

Dated: 1 February 2007

Respectfully submitted,

/S/
_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.
(AC 703) 536-4841 Fax.

Counsel For Plaintiff