UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

      Plaintiff,

v.                                                    Case No. 05cv1274(RCL)

OLAYINKA ADEBOYEKU
A/k/a "Yinka" And
ANTHONY B. WOOD, A/k/a
WILLIE JOYNER, JR.

      Defendants.

SWORN STATEMENT OF JONATHAN W. RUDE

Plaintiff, Jonathan W. Rude, hereby deposes and states as follows:

1. On June 27, 2004 I awoke in a hospital room at the George Washington University Hospital.

2. At that time I had the following injuries: fractured eye socket, numerous fractures to my face, broken nose, cuts to the back of my head, a concussion and numerous abrasions to my arms, legs and body.

3. I also had an injury to my shoulder which was later determined to been a dislocation which required surgery to repair.

4. I did not have any of these injuries prior to June 27, 2004.

5. On July 6, 2004 I underwent back to back surgeries at George Washington University Hospital to insert titanium plates in my eye socket and repair the broken bones in my face as well as my broken nose.

6. From July 6, 2004 through the third week of July I was confined to bed rest.

7. On September 10, 2004 I entered Sibley Memorial Hospital for surgery to repair the injuries to my shoulder.

8. After the September 10th surgery I was again confined to bed rest.

9. I began physical therapy on my shoulder on September 30, 2004 which therapy continued until February 28, 2005.

10. I have not fully recovered from the injuries I sustained in that I have permanent injury to a nerve in my face that involves recurring severe burning sensation and pain.

11. I have attached hereto an itemized list of the medical expenses that were incurred as a direct result of the injuries that I sustained on June 27, 2004.

12. The itemized list is by date, medical service provider, amount of the charge and the function or services provided.

13. The amount of the hospital "facilities" charges for George Washington University Hospital was $16,843.00 Dollars (June 27-28, 2004) and $13,875.00 (July 6, 2004) and for Sibley Memorial Hospital (September 10, 2004) was $13,055.16 alone totaled $43,773.16 Dollars.

14. The full amount of all medical expenses totaled Seventy Three Thousand Six Hundred Dollars and Twenty Nine Cents ($73,600.29).

15. These amounts do not include future medical care for further repair of my nose which is required.

FURTHER AFFIANT SAYETH NOT.

Subscribed and Sworn to under penalty of perjury of the laws of the United States.

*[signature: Jonathan W. Rudé]*

Dated: 24 January 2007

Jon-Summer 2004

| Date | Dr. | Charge | Function |
|---|---|---|---|
| 6/27/2004 | DC Fire&EMS | $ 268.00 | Ambulance |
| 06/27/04 | Lee | $ 200.00 | Doctor |
| 06/27/04 | Ranniger | $ 358.00 | ER x-ray; ER care |
| 06/27/04 | Potter | $ 28.00 | Emer. X-ray |
| 06/27/04 | Monteferrante | $ 582.00 | Emer. X-ray |
| 06/27/04 | GWU Hospital | $ 16,843.00 | Hospital |
| 06/27/04 | Wall | $ 108.00 | Doctor-Consultation |
| 06/28/04 | Lee | $ 130.00 | Doctor |
| 06/29/04 | Karlin | $ 220.00 | Doctor |
| 06/29/04 | Mistry/Ho | $ 182.00 | Doctor |
| 06/29/04 | Jones | $ 225.00 | Doctor |
| 06/30/04 | Geist | $ 360.00 | Doctor |
| 07/02/04 | Shaffer | $ 90.00 | Doctor |
| 07/02/04 | Wall | $ 194.74 | Doctor |
| 07/06/04 | GWU Hospital | $ 13,875.00 | Facility |
| 07/06/04 | Pla | $ 1,470.00 | Anesthesia |
| 07/06/04 | Geist | $ 3,221.00 | Doctor |
| 07/06/04 | Wall | $ 700.00 | Doctor |
| 07/07/04 | Geist | $ - | |
| 07/13/04 | Lee | $ 80.00 | ER Care |
| 07/13/04 | Geist | $ 110.00 | |
| 07/13/04 | GWU Hospital | $ 15.00 | Geist |
| 07/13/04 | GWU Hospital | $ 15.00 | Lee |
| 07/14/04 | Rite Aid | $ 58.45 | Pharmacy |
| 07/29/04 | Mistry/Ho | $ 115.00 | Doctor |
| 07/23/04 | Geist | $ - | |
| 07/23/04 | Wall | $ 87.51 | Doctor |
| 07/29/04 | Dr. Ho/Mistry | $ 152.00 | Doctor |
| 08/20/04 | Didhevar | $ 78.00 | Doctor |
| 09/03/04 | Dr. Geist | $ - | Dr. (Greywall) |
| 11/19/04 | Dr. Geist | $ 131.00 | Doctor |
| | | | |
| 06/27/04 | GWU Pkg | $ 13.50 | Parking |
| 06/27/04 | GWU Pkg | $ 13.50 | Parking |
| 06/28/04 | GWU Pkg | $ 13.50 | Parking |
| 06/28/04 | GWU Pkg | $ 15.00 | Parking |
| 06/30/04 | GWU Pkg | $ 15.00 | Parking |
| 07/02/04 | Pkg (Dr.Wall) | $ 12.00 | Parking |
| 07/02/04 | Pkg (Dr.Scha) | $ 14.00 | Parking |
| 07/06/04 | Pkg (surgery) | $ 15.00 | Parking |
| 07/07/04 | Pkg (Dr. Geist) | $ 15.00 | Parking |
| 07/09/04 | Pkg (Dr. | $ 8.00 | Parking |
| 07/14/04 | Pkg (Dr. | $ 8.00 | Parking |
| 07/23/04 | Pkg (Dr.Wall) | $ 8.00 | Parking |
| 09/03/04 | Pkg (Dr.Geist) | $ 12.00 | Parking |
| 11/19/04 | Pkg (Dr. Geist) | $ 12.00 | Parking |

Jon-Summer 2004

| Date | Provider | Amount | Category |
|---|---|---|---|
| 06/29/04 | Rite Aide | $ 18.46 | Pharmacy |
| 06/29/04 | Rite Aide | $ 23.48 | Pharmacy |
| 07/14/04 | Rite Aide | $ 11.65 | Pharmacy |
| 07/06/04 | Rite Aide | $ 1.93 | Pharmacy |
| 07/08/04 | Rite Aide | $ 5.15 | Pharmacy |
| 07/08/04 | Rite Aide | $ 2.94 | Pharmacy |
| 08/20/04 | Rite Aid | $ 108.99 | Pharmacy |
| 08/20/04 | Dr. Didehvar | $ 263.00 | Doctor |
| 08/24/04 | MRI | $ 1,294.00 | Fairfax Hospital |
| 08/24/04 | Dr. Brallier | $ 424.00 | MRI |
| 08/25/04 | Dr.Schaeffer | $ 195.00 | Doctor |
| 09/06/04 | Didhevar | $ 78.00 | Doctor-Pre-Op Phys |
| 09/10/04 | Shaffer | $ 9,562.50 | Sugery |
| 09/10/04 | Shaffer | $ 133.00 | Dr.-Post-Op Visit |
| 09/10/04 | Sibley Hospital | $ 13,055.16 | Hospital |
| 09/10/04 | Surg. Anth Assoc | $ 1,188.00 | Anthesiologist |
| 09/10/04 | Parking-Sibley | $ 8.00 | Pkg-Sibley Hosp |
| 09/10/04 | Pkg-Dr. S | $ 7.00 | Parking |
| 09/10/04 | Rite Aide | $ 23.99 | Pharmacy |
| 09/10/04 | Rite Aide | $ 18.99 | Pharmacy |
| 09/10/04 | Dr. Fleury | $ 69.00 | Diag Lab Test |
| 09/16/04 | Shaeffer | $ - | Doctor |
| 09/16/04 | Pkg-Dr. S-DC | $ 7.00 | Parking |
| 09/16/04 | Pkg-Dr. S-MD | $ 3.00 | Parking |
| 09/28/04 | Dr. Shaeffer | $ - | Doctor |
| 09/28/04 | Pkg-Dr. S-MD | $ 7.00 | Parking |
| 09/30/04 | JJurjans-RPT | $ 253.00 | Phy Therapy |
| 10/06/04 | JJurjans-RPT | $ 162.00 | Phy Therapy |
| 10/08/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 10/13/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 10/15/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 10/22/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 10/25/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 11/01/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 11/03/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 11/08/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 11/10/04 | JJurjans-RPT | $ 195.00 | Phy Therapy |
| 11/17/04 | JJurjans-RPT | $ 195.00 | Phy Therapy |
| 11/19/04 | JJurjans-RPT | $ 195.00 | Phy Therapy |
| 11/22/04 | JJurjans-RPT | $ 195.00 | Phy Therapy |
| 11/24-12/01/04 | JJurjans-RPT | $ 351.00 | Phy Therapy |
| 12/3-8/04 | JJurjans-RPT | $ 390.00 | Phy Therapy |
| 12/10/04 | JJurjans-RPT | $ 195.00 | Phy Therapy |
| 12/14/04 | JJurjans-RPT | $ 390.00 | Phy Therapy |
| 12/22/04 | JJurjans-RPT | $ 195.00 | Phy Therapy |
| 01/05/05 | JJurjans-RPT | $ 156.00 | Phy Therapy |
| 01/19/05 | JJurjans-RPT | $ 195.00 | Phy Therapy |

Jon-Summer 2004

| Date | Payee | Amount | Description |
|---|---|---|---|
| 11/19/04 | Dr. Geist | $ 15.00 | Doctor |
| 11/19/04 | Pkg-Dr. G | $ 12.00 | Parking |
| 01/27/05 | National Integ Svs | $ 240.00 | Doctor |
| 01/24/05 | Dove Health Care | $ 347.85 | Care |
| 12/28/04 | Michael Libercci | $ 180.00 | #3387-Musc Ther |
| 12/30/04 | Michael Libercci | $ 100.00 | #3389-Musc Ther |
| 01/07/05 | Michael Libercci | $ 100.00 | #1232-Musc Ther |
| 01/10/05 | Michael Libercci | $ 200.00 | #1233-Musc Ther |
| 01/16/05 | Michael Libercci | $ 200.00 | #1236-Musc Ther |
| 01/24/05 | Michael Libercci | $ 200.00 | #1242-Musc Ther |
| 02/04/05 | Michael Libercci | $ 400.00 | #1247-Musc Ther |
| 02/28/05 | Michael Libercci | $ 350.00 | #1254-Musc Ther |
|  |  | $ 73,600.29 |  |