UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

      Plaintiff,

v.                                          Case No. 05cv1274(RCL)

OLAYINKA ADEBOYEKU,
A/ka "YINKA" And
ANTHONY B. WOOD,
A/k/a WILLIE JOYNER, JR.,

      Defendants.

PLAINTIFF'S STATEMENT OF MATERIAL FACTS
IN SUPORT OF MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff, by and through his counsel, and submits this Statement of Material Facts in Support of Plaintiff's Motion For Summary Judgment as to Defendant Anthony B. Wood[1]. Plaintiff hereinafter states:

1. The Dancing Crab at Washington Harbour, L.P. t/a Tony & Joe's Seafood Place, conducts business as a restaurant, bar and dining establishment at 3000-3050 K Street, N.W. also known as the Washington Harbour Complex.

2. Anthony B. Wood, a/k/a Willie Joyner, Jr. was an employed by the Dancing Crab at Washington Harbour, L.P. as a doorman on June 27, 2004. (Att. 1, para. 1,2,5; Att. 3, Dep. Wood, pg 92)

3. Olayinka Adeboyeku, a/k/a/ Yinka was employed by the Dancing Crab at Washington Harbour, L.P. on June 27, 2004. (Att. 1, para. 6,8)

---

[1] Plaintiff has submitted herewith seven Attachments which are referenced as "Att" thence by page number if a deposition transcript or exhibit or by paragraph number in The Admissions.

1

4. Olayinka Adeboyeku and Anthony B. Wood were working at the restaurant facilities of The Dancing Crab at Washington Harbour, L.P. on June 27, 2004. (Att. 1, para.1,2,5; Att. 3, pg. 92)

5. On June 27, 2004, at approximately 1:45 A.M. to 2:00 A.M. Plaintiff entered the main bar of the Dancing Crab at Washington Harbour. L.P. to wait for Michael Gillman and give him a ride home. (Att. 4, Dep. J. Sylvester, pg. 17 Ex. 2, pg. 1)

6. Wood observed Plaintiff standing in the main inside bar area of Tony & Joe's Seafood Place. (Att. 1, para. 9)

7. Robert Puzio told James Sylvester to ask the Plaintiff to leave as "Yanka was angry with" the Plaintiff. (Att. 4, Dep. J. Sylvester, Tr. Pg. 17-18, Ex. 2, pg. 1)

8. Plaintiff had a conversation with Officer Rob Owen in which Plaintiff indicated that he "did not have a problem with Yanka and would talk to him if he wanted to". (Att. 4-Dep. J. Sylvester, Ex. 2, pg. 1)

9. Plaintiff specifically stated he "did not want to fight" with Yinka. (Att. 5. Owen, tr. Pg. 314, 335)

10. Officers Robert Owen and Glenn Luckett were present in the main bar of the Dancing Crab at Washington Harbour, L.P. while Yinka, Anthony Wood and Oluwatosin Adeboyeku stood at the main entrance/exit to the Dancing Crab at Washington Harbour, L.P. ( Att. 1, para. 10, 11; Att.3-Dep. A. Wood, pg. 69; Att. 5, pg. 314; Att. 2, pg. 4, lines 11-17).

11. Olayinka Adeboyeku was upset and furious that Plaintiff was at Tony & Joe's Seafood Place. (Att. 1, para. 12; Att. 5, Tr. pg. 314-315, 318, 324-325,)

2

12. Wood approached Officers Robert Owen and Glenn Luckett and stated there was going to be a fight between Plaintiff and Olayinka Adeboyeku. (Att. 1, para. 13).

13. Wood requested that Officers Owen and Luckett "look the other way" while the proposed fight between Plaintiff and Olayinka Adeboyeku occurred. (Att. 1, para. 14; Att. 5, Tr. pg. 304, 313).

14. Officer Robert Owen told Plaintiff that it would be better not to even see Yinka. (At. 4-Dep. J. Sylvester, Tr. Pg. 20, Ex. 2, pg. 1).

15. Olayinka Adeboyeku and Wood observed Officer Owen, plaintiff and three other individuals walk toward a back entrance/exit of Tony & Joe's Seafood Place. (Att. 1, para. 16).

16. Olayinka Adeboyeku began to follow Officer Owen. Plaintiff and the other individuals after they left the side entrance and Adeboyeku began screaming and throwing tables and banging on the outdoor furniture. (Att. 2-Interview Stmt. A. Wood, pg. 4, lines 11-16; Att. 5, pg. 318; Att. 1, para. 17, 19, 20, 21).

17. Officer Robert Owen took Plaintiff, Mr. Gillman and two other individuals out the side entrance of the Dancing Crab at Washington Harbour to avoid an incident. (Att. 5, pg. 315; Att. 3-Dep. A. Wood, pg. 69).

18. Officer Owen, Plaintiff and Mr. Gillman left by a side door and began walking up the boardwalk toward the Sequoia and 30th Street, N.W. and thence up 30th Street to K Street, N.W. (Att. 1, para. 15, 19; Att. 5, tr. Pg. 316, 324)

19. Olayinka Adeboyeku and Anthony Wood then cut through the restaurant and main bar area of the Dancing Crab at Washington Harbour during which time Adeboyeku stated to James Sylvester that he was going to "knock Jon Rude out"

and then he would return and knock out James Sylvester. (Att. 4-Dep. J. Sylvester, Tr. Pg.22, 29-30, Ex. 2, pg. 2; Att. 1, para. 22, 23).

20. Olayinka Adeboyeku and Anthony Wood exited the main entrance to the Dancing Crab at Washington Harbour ran into the garage of the Washington Harbour Complex. (Att.3-Dep. A. Wood, pg. 70, lines 2-20 to pg. 71, line 7; Att. 1, para. 24, 25).

21. Olayinka Adeboyeku and Anthony Wood went to the parking garage area for the purpose of intercepting the departure of Plaintiff from the Washington Harbour Complex. (Att. 1, para. 25).

22. Olayinka Adeboyeku and Anthony Wood then exited the garage and then ran up the main steps of the Washington Harbour Complex toward K Street. (Att. 3-Dep. A. Wood, pg. 71, line 8 to pg. 7; Att. 1, para. 24, 25, 26, 27,).

23. Plaintiff, M. Gillman and the two other individuals were at the corner of the Washington Harbour Complex walking away from the Complex. (At.3-Dep. A. Wood, pg. 72, lines 9-13; Att. 2, Tr. Pg. 14).

24. Olayinka Adeboyeku ran after the Plaintiff, M. Gillman and the two other individuals and caught up to them. (Att.3-Dep. A. Wood, pg. 72, line 9-16, pg. 76, lines 15; Att. 1, para. 27, 28, 29).

25. Wood observed Olayinka Adeboyeku come up to Plaintiff from the left and attack Plaintiff without warning striking plaintiff first. (Att. 1, para. 29, 30; Att. 3, Dep. A. Wood, Tr. Pg. 106, line 9))

26. Olayinka Adeboyeku lunged at Plaintiff striking plaintiff in the back of the head. (Att.3-Dep. A. Wood, pg. 106, line 9; Att. 1, para. 30).

27. Anthony Wood then tackled Plaintiff. (Att. 4-Dep. A. Wood, pg. 77, line 19-20; At. 2, Interview Stmt A. Wood, pg. 4, line 25 – pg. 5, line 2; Att. 1, para. 32).

28. Anthony Wood tackled Plaintiff onto a cement sidewalk. (Att. No. 7, pg. 2).

29. On June 27, 2004 Anthony Wood was very muscular, weighed approximately 260 pounds, and was 6 feet tall.

30. Olayinka Adeboyeku attempted to kick Plaintiff in the head while Anthony Wood was laying on top of Plaintiff on the side walk. (Att. 2, Tr. pg. 7, 8 lines 10-18).

31. Anthony Wood represented that he was able to block Adeboyeku's kick to Plaintiff's head by using his "arm". (Att. 2, Tr. pg. 8, lines 17-18).

32. An altercation between Michael Gillman and Olayinka Adeboyeku ensued immediately after Adeboyeku struck Plaintiff. (Att. 1, para. 31).

33. Wood observed Olayinka Adeboyeku striking Plaintiff in the head while Plaintiff lay on his back on the ground making no effort to defend himself. (Att. 1, para. 33).

34. Olayinka Adeboyeku was holding plaintiff by the neck while plaintiff was laying on his back with his arms by his sides. (Att. 1, para. 34).

35. Olayinka Adeboyeku was on top of Plaintiff and was striking Plaintiff in the head hitting him in the face with his head bouncing off the cement sidewalk. (Att. 2, Interview Stmt Anthony Wood, pg. 7, lines 1-3; Att. 1, para. 33).

36. Anthony Wood prevented Michael Gillman from stopping the alleged altercation between Plaintiff and Olayinka Adeboyeku. (Att. 1, para. 43).

37. Anthony Wood pulled Olayinka Adeboyeku off Plaintiff and as he did so, Adeboyeku kicked Plaintiff in the face/head again. (Att. 2, Interview Stmt Anthony Wood, pg. 7, lines 5-23, pg. 10, lines 6-10).

38. Officer Edwin Kennedy observed Olayinka Adeboyeku striking Plaintiff in the head with severe blows at least five or six times while Plaintiff lay on the side walk making no effort to defend himself. (Att. 6, Tr. Pg. 236-237, 238, 247).

39. Anthony Wood and Yinka then returned to the Dancing Crab at Washington Harbour where they went inside and attended a meeting. (Attachment No. 2, Interview Stmt. Anthony Wood, pg. 10, line 17-18).

40. On June 27, 2004 Plaintiff did not speak nor communicate in any way with Anthony Wood, Olayinka Adeboyeku nor Oluwatosin Adeboyeku while at the facilities of the Dancing Crab at Washington Harbour, L.P.

41. Anthony B. Wood was arrested by the Metropolitan Police Department on June 27, 2004 at the Washington Harbour Complex and charged on June 28, 2004 with Aggravated Assault on plaintiff. (Att. 1, para. 40, 44).

42. Olayinka Adeboyeku was arrested by the Montgomery County, Maryland on July 8, 2004 as fugitive from the District of Columbia. (Att. 8, pgs. 1-4)

43. Olayinka Adeboyeku was subsequently charged with Aggravated Assault on plaintiff. (Att. 1, para. 45).

44. Anthony Wood was called as a witness at the criminal trial of Olayinka Adeboyeku in the Superior Court in March 2005 at which time Wood demanded immunity from criminal prosecution for his participation in the attack on Plaintiff on June 27, 2004. (Att. 1, para. 49, 50, 51, Ex. 4).

45. Plaintiff was seriously injured sustaining a concussion, facial fractures, broken eye socket, cuts, abrasions and contusions and a separated shoulder as a direct result of the attack on June 27, 2004. (Att. 1, para. 52; Stmt. J .Rude, para. 2, 3).

46. Plaintiff incurred permanent injury to his face as a direct result of the attack that occurred on June 27, 2004. (Stmt. J. Rude, para.10).

47. Plaintiff incurred a total of Seventy Three Thousand Six Hundred Dollars and Twenty Nine Cents ($73,600.29) in medical and related expenses as a direct result of the attack that occurred on June 27, 2004. (Stmt. J. Rude, para. 14).

/S/
_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063 Tele
(AC 703) 536-4841 Fax.

Counsel For Plaintiff