# INDEX OF ATTACHMENTS

Attachment No. 1

Plaintiff's First Request For Admissions to Defendant Anthony B. Wood
With referenced Exhibits 3 and 4

Attachment No. 2

Anthony B. Wood, Transcript of Video Tape of Interview on June 27, 2004
By the Metropolitan Police Department, excerpt pages

Attachment No. 3

Anthony B. Wood, Deposition Transcript Excerpts

Attachment No. 4

James Sylvester, Deposition Transcript Excerpts, Exhibit 2

Attachment No. 5

Robert Owen, Officer MPD, Trial Testimony Excerpts, March 8, 2005,
Case No. F-4460-04, Sup. Ct. District of Columbia

Attachment No. 6

Edwin Kennedy, Officer MPD, Trial Testimony Excerpts, March 8, 2005
Case No. F-4460-04, Sup. Ct. District of Columbia

Attachment No. 7

Photograph, June 27, 2004 taken at scene of assault by MPD,
3100 Block of K Street, N.W., Washington, D.C.

Attachment No. 8

Official Record Excerpts, Maryland v. Adeboyeku,
Criminal Case No. 006D00148819