CASE NO. 05CV1274(RCL)
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
# ATTACHMENT NO. 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                              Case No. 05cv1274RCL

OLAYINKA ADEBOYEKU
And ANTHONY B. WOOD,

    Defendants.

**PLAINTIFF'S FIRST REQUEST FOR
ADMISSIONS TO ANTHONY B. WOOD**

COMES Now, Jonathan W. Rude (hereinafter referred to as Plaintiff) pursuant to Federal Rule of Civil Procedure 36(a) and hereby requests defendant Anthony B. Wood (hereinafter referred to as "Wood" or "defendant") to admit as follows:

1. On June 27, 2004 Wood was an employee of Tony & Joe's Seafood Place located at 3000 K Street, N.W., Washington, D.C.

2. Wood was employed by Tony & Joe's Seafood Place as a member of the door staff.

3. Attached hereto and identified as exhibit number 1 is a true and authentic copy of Tony & Joe's Seafood Place door staff manual.

4. Wood's employment by Tony & Joe's Seafood Place included the requirement that Wood abide by the duties and responsibilities set forth in the Tony & Joe's Seafood Place door staff manual.

5. On June 27, 2004 Wood was paired with Michael Gillman and assigned to work with Gillman at one of the entrances to Tony & Joe's Seafood Place.

1

6. On June 27, 2004 an individual by the name of Olayinka Adeboyeku was an employee of Tony & Joe's Seafood Place.

7. On June 27, 2004 an individual by the name of Oluwatosin Adeboyeku was an employee of Tony & Joe's Seafood Place.

8. On June 27, 2004 Olayinka Adeboyeku was a member of the door staff employed by Tony & Joe's Seafood Place.

9. On June 27, 2004 at approximately last call, Wood observed plaintiff standing in the main inside bar area of Tony & Joe's Seafood Place.

10. On June 27, 2004, subsequent to last call, Wood, Oluwatosin Adeboyeku and Oluwatosin Adeboyeku stood together outside the main entrance/exit to the main inside bar area of Tony & Joe's Seafood Place.

11. On June 27, 2004, at the time that Wood, Oluwatosin Adeboyeku and Olayinka Adeboyeku were standing outside the main entrance/exit to the main bar area of Tony & Joe's Seafood Place, Oluwatosin Adeboyeku was speaking to Jonathan Eagleton by means of cellular telephone regarding the presence of plaintiff at Tony & Joe's Seafood Place.

12. On June 27, 2004, at the time that Wood, Oluwatosin Adeboyeku and Olayinka Adeboyeku were standing outside the main entrance/exit to the main bar area of Tony & Joe's Seafood Place, Olayinka Adeboyeku indicated that he was upset and furious that plaintiff was being allowed to be at Tony & Joe's Seafood Place.

13. On June 27, 2004, Wood did approach officer Glenn Luckett and officer Robert Owen stating that there was going to be a fight between plaintiff and Olayinka Adeboyeku.

14. On June 27, 2004 Wood requested that officers Luckett and Owen 'look the other way' while the proposed fight between plaintiff and Olayinka Adeboyeku occurred.

15. On June 27, 2004 officers Luckett and Owen entered the main bar area of Tony & Joe's Seafood Place and officer Owen then walked plaintiff and three other individuals through the main restaurant area and out a back door of Tony & Joe's Seafood Place.

16. That Olayinka Adeboyeku and Wood observed officer Owen, plaintiff and the three other individuals walk toward the back entrance/exit of the Tony & Joe's Seafood Place.

17. That Olayinka Adeboyeku and Wood, after having observed plaintiff going toward the back entrance/exit did proceed to the outside patio bar area adjacent to the boardwalk following plaintiff, officer Owen and the three other individuals.

18. That Olayinka Adeboyeku expressed a desire to engage plaintiff in a physical altercation on June 27, 2004.

19. That Olayinka Adeboyeku and Wood followed officer Owen, plaintiff and the other three individuals onto the boardwalk area behind the Washington Harbour Complex toward 30th street, N.W.

20. That Olayinka Adeboyeku, on June 27, 2004 while in the outside patio bar area of Tony & Joe's Seafood Place, did strike his hands on tables raising loud noises.

21. That Olayinka Adeboyeku, on June 27, 2004 while in the outside patio bar area of Tony & Joe's Seafood Place did begin to tip over tables and chairs, including the throwing of chairs.

22. That Olayinka Adeboyeku and Wood then did enter Tony & Joe's Seafood Place and run through the restaurant and main bar area exiting out the main entrance to the restaurant.

23. That Olayinka Adeboyeku, during the course of these events, expressed to Wood the desire to engage plaintiff in a physical altercation.

24. That on June 27, 2004 Olayinka Adeboyeku and Wood, after leaving the boardwalk area identified in fact point 19 above, went to the parking garage area of the Washington Harbour Complex.

25. That on June 27, 2004 Olayinka Adeboyeku went to the parking garage area as described in fact point 24 above, for the purpose of intercepting the departure of plaintiff from the Washington Harbour Complex.

26. That on June 27, 2004 while at the fountain level doors connecting the Washington Harbour Complex main fountain area to the parking garage, Wood warned Olayinka Adeboyeku that "if you go out this door you are going to get into trouble".

27. That on June 27, 2004 Olayinka Adeboyeku, after being warned by Wood, did then run up the steps connecting the lower main fountain area to the upper fountain area.

28. That on June 27, 2004 Olayinka Adeboyeku did chase plaintiff as plaintiff walked away from the Washington Harbour Complex and Tony & Joe's Seafood Place toward the 3100 block of K Street, N.W.

29. That on June 27, 2004 Wood did see Olayinka Adeboyeku catch up to plaintiff on the sidewalk on the 3100 block of K Street, N.W.

30. That on June 27, 2004 Wood did see Olayinka Adeboyeku lunge at plaintiff and strike plaintiff in the head.

31. That on June 27, 2004 an altercation ensued between Olayinka Adeboyeku and Michael Gillman immediately after Olayinka Adeboyeku struck plaintiff.

32. That on June 27, 2004 in the 3100 block of K Street, N.W. Wood did tackle plaintiff.

33. That Wood did observe Olayinka Adeboyeku striking plaintiff in the head while plaintiff was on his back on the ground and making no effort to defend himself.

34. That Wood did observe Olayinka Adeboyeku holding plaintiff by the neck while plaintiff was laying on his back on the ground with plaintiff's hands by his sides.

35. That Wood did pull Olayinka Adeboyeku off plaintiff stating to Olayinka Adeboyeku "that's enough".

36. That on June 27, 2004 Olayinka Adeboyeku did then threaten to "fuck up" Micheal Gillman.

37. That on June 27, 2004 Wood returned to the Washington Harbour Complex and told James Sylvester that Olayinka Adeboyeku had "beat up your boy, Jon Rude".

38. That on June 27, 2004 Wood was wearing an orange t-shirt at the time of the incident that occurred on the 3100 block of K Street, N.W. resulting in the injury of plaintiff.

39. That on June 27, 2004 Wood was identified as a participant in an alleged assault on plaintiff.

40. That on June 27, 2004 Wood was arrested at the Washington Harbour Complex for the alleged assault on plaintiff.

41. That on June 27, 2004 Wood provided the metropolitan police department a statement in which Wood acknowledged that he had "found himself on top of Jon Rude".

42. That on June 27, 2004 after Wood got off plaintiff, plaintiff remaining laying on the sidewalk.

43. That on June 27, 2004 Wood intervened between Olayinka Adeboyeku and Micheal Gillman preventing Michael Gillman from stopping the alleged altercation between plaintiff and Olayinka Adeboyeku.

44. That on June 28, 2004 Wood was arraigned in the Superior Court of the District of Columbia and charged with aggravated assault on the plaintiff.

45. That, subsequent to June 28, 2004, Olayinka Adeboyeku was arrested and charged with aggravated assault on plaintiff.

46. That Olayinka Adeboyeku was indicted on November 2, 2004.

47. That attached hereto and identified as Exhibit number 2 is a true and authentic copy of the November 2, 2004 indictment of Olayinka Adeboyeku.

48. That attached hereto and identified as Exhibit number 3 is a true and authentic copy of the criminal complaint and affidavit in support of the complaint filed on June 28, 2004 in United States v. Anthony B. Wood, Case No. F-04083-04.

49. That on March 7, 2005 Mr. David L. Carl represented Wood and requested that the Honorable Thomas Motley, Superior Court Judge, order the United States Department of Justice, Office of the United States Attorney, to provide Wood with immunity from criminal prosecution as a condition precedent to Wood's appearance and testimony in United States v. Olayinka Adeboyeku, Case Nos. F-4460-04 and 4895-04.

50. That Wood, unless provided with immunity from prosecution, was asserting his rights pursuant to the Fifth Amendment of the United States Constitution so as not to be forced to incriminate himself in regard to the incident that occurred on June 27, 2004 during which plaintiff was injured.

51. That attached hereto and identified as Exhibit number 4 is a true and authentic copy of a letter of immunity issue by Kenneth L. Wainstein, United States Attorney by Anthony Asuncion, Assistant United States Attorney.

52. That the medical records of plaintiff reflect that plaintiff received a concussion, facial fractures, broken eye socket, cuts, abrasions and contusions as a result of the incident which occurred on June 27, 2004.

53. That in November 2004 Wood was aware that plaintiff had received a concussion and total loss of memory of the incident that occurred on June 27, 2004.

Dated: August 3, 2006

Returnable: September 5, 2006.

*/s/ Rick A. Rude*
_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.

Counsel For Plaintiff

## Certificate of Service

I hereby certify that a copy of this document has been served, by first class mail, certified postage prepaid, upon Mr. Barry M. Tapp, counsel for Anthony B. Wood, 14662 Cambridge Circle, Laurel, MD. 20707. The original document is being held in the office of plaintiff and is available for inspection upon request.

Dated this 3rd day of August 2006 at Falls Church, VA. 22046.

*/s/ Rick A. Rude*
_____

8

EXHIBIT NUMBER 3

Case 1:05-cv-01274-RCL   Document 53-7   Filed 02/01/2007   Page 10 of 14

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### COMPLAINT

No. **F0408304**

District of Columbia ss:

**Defendant's Name:** Anthony B Wood     388478     04088184
                  (First)      (MI)     (Last)              (PDID)        (CCNO)

**Address:** 4413 JAY STREET NE, WASHINGTON DC

A   On or about June 27, 2004, within the District of Columbia, Anthony B Wood did by any means, knowingly and purposely cause serious bodily injury to John Rude. (Aggravated Assault, in violation of 22 D.C. Code, Section 404.01 (2001 ed.))

**Co-Defendants:**

*Mark E Lee*
_____
Affiant's Name

Subscribed and sworn to before me this __28__ day of __June, 2004__

_____
(Judge) (Deputy Clerk)

## WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
     WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued _____     _____
                                                                  Judge
                                                  Superior Court of the District of Columbia

| Sex: | DOB: | CCN: 04088184 | PDID: 388478 |
|---|---|---|---|
| Papering Officer: Mark Lee | | | Badge No.: 4060 |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: |
|---|---|

AUSA Signature: _____     Fel. I ☐    AFTC ☐    Domestic ☐

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES
vs.
Anthony Bryant Wood

The offense occurred 6/27/04/0215hrs, in the 3100 blk K St N.W, Washington, DC. I was on patrol in PSA 206, Scout Car 2061-10-99, Tour 2230-0700. The undersigned officer received a radio run to respond to the 3111 K St N.W. for an assault in progress. I observed W-1 standing in the 3100 block of K St N.W. south side of the street bleeding from the mouth and nose. W-2 (Gilliam, Michael) stated that D-1 (Wood, Anthony) and D-2 (Yenka) became involved in a verbal altercation with W-1. D-1 and D-2 followed W-1 from 3030 K St NW (Tony and Joes) to the 3100 blk of K St N.W. W-2 follows to intercede between W-1 and defendants. W-2 observed D-2 (identified as Yenka) punch C-1 in the face. W-2 observed W-1 and D-2 exchange punches. W-1 falls to the ground and D-2 continues to punch him while on the ground. W-2 states that D-2 continues to punch W-1 in the face several times. D-2 then kicks W-1 in the head while he is on the ground. W-2 attempts to stop the assault at which time D-1 (Wood) forcefully grabs W-2 by the shoulder pulling him back so that he can't stop the assault. D-1 stated "This is a man's fight". The assault continues. D-1 and D-2 then walk quickly eastbound on K St N.W. in an unknown direction. W-3 and W-4 were interviewed and stated that D-1 tackled W-1 causing him to fall to the ground. Additional units arrived on the scene and after a brief canvass of the area D-1 was located inside of Tony and Joe's. A show-up was conducted and W-3 and W-4 positively identified Defendant Wood as one of the suspects involved in the altercation. W-3 positively identified D-1 as one of the individuals who assaulted W-1. D-1 was placed under arrest and transported to 2D for processing. D-1 was identified by verbal statement as Anthony Bryant Wood. Defendant Wood was advised at the 2nd District. W-1 was admitted to George Washington Hospital suffering from a broken bone around the eye and numerous facial contusions and arm and leg abrasions.

The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption

Subscribed and sworn before me this   June   28   200 4
                                       Day of            

_Mark E Lee_   4060   2nd   _____
Police Officer  Badge  District  Deputy Clerk

EXHIBIT NUMBER 4



**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

March 7, 2005

*VIA HAND DELIVERY*

Mr. Anthony Wood

Dear Mr Wood:

This letter sets forth the position of the United States Attorney's Office for the District of Columbia with respect to your testimony in connection with the case of United States v. Olayinka Adeboyeku, F-4460-04 & F-4895-04.

This Office does not intend by this letter to grant you transactional immunity from prosecution. That is, we will retain our right to prosecute you for all crimes of any nature that may have been committed by you in the District of Columbia, subject only to the following provisions.

This Office is prepared to grant you "use" immunity as follows. We agree that no testimony provided by you in this matter, or any information directly or indirectly derived from such testimony, will be used against you in any subsequent criminal prosecution of you, except in a prosecution for perjury or for giving a false statement.

Nothing in this agreement shall be construed to permit you to commit any act of perjury, to make any false statements or declarations, to obstruct justice, to commit any other crimes, or to protect you from prosecution for any other crimes.

There are no agreements, promises, understandings, bargains or undertakings between you and the government other than the terms of this letter.

Very truly yours,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
ANTHONY ASUNCION
Assistant United States Attorney