1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3   --------------------------------X
 4   JONATHAN W. RUDE,                )    ORIGINAL
 5          Plaintiff,                )
 6          -vs-                      )  Case No.:
 7   DANCING CRAB AT WASHINGTON       )  1:05cv1278
 8   HARBOUR, LP, et al.,             )
 9          Defendants.               )
10   --------------------------------X
11              Deposition of ANTHONY WOOD
12                   McLean, Virginia
13              Tuesday, July 11, 2006
14                      2:12 p.m.
15   Job No.: 4-81130
16   Pages: 1 - 111
17   Reported by: T. R. Hollister
```



L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF ANTHONY WOOD
CONDUCTED ON TUESDAY, JULY 11, 2006

4

1       A P P E A R A N C E S (cont.)
2
3    ON BEHALF OF DEFENDANT ANTHONY WOOD:
4       BARRY M. TAPP, ESQUIRE
5       LAW OFFICES OF BARRY M. TAPP
6       14662 Cambridge Circle
7       Laurel, Maryland  20707
8       (410) 524-2538
9
10
11   OTHERS PRESENT: Courtney Kelly
12                   Gregory Castin
13
14
15
16
17
18
19
20
21
22

7

1  themselves starting with your counsel, sir.

2        MR. TAPP:  Barry Tapp, counsel for Mr. Wood.

3        MR. RUDE:  And the young lady to your right?

4        MR. TAPP:  Courtney Kelly, paralegal with

5  Mr. Tapp.

6        MR. RUDE:  Good afternoon.

7        MR. WYROUGH:  Richard Wyrough on behalf of

8  Greg Castin, representing the defendant Dancing Crab -- a

9  defendant, I should say.

10        MR RUDE:  Just for purposes of clarification

11  here this afternoon on July 6th, Jon Eagleton indicated

12  that Mr. Wood was still an employee at Dancing Crab.  And

13  I'm going to ask you, Mr. Tapp, if you can indicate for

14  the record which counsel is representing Mr. Wood this

15  afternoon?

16        MR. WYROUGH:  I am not representing Mr. Wood

17  this afternoon, if that's what you're --

18        MR RUDE:  Well, that's why I'm asking.

19  Mr. Tapp?

20        MR. TAPP:  I represent him today and

21  throughout these proceedings.

22        MR. RUDE:  Thank you very much.

69

1        MR. WYROUGH: At what point in time?
2   BY MR RUDE:
3        Q    At that point in time.
4        A    We were off work when he said something about
5   it. We had our shirts off. We were ready to go when he
6   said something about that's was one of the guys that
7   pulled off in the car.
8        Q    And what did Tosin say?
9        A    I don't know. They were talking amongst --
10  talking about something. I don't know.
11       Q    They were talking, but you didn't hear them?
12       A    No.
13       Q    Where was Glen Luckett when this was going
14  on?
15       A    Outside.
16       Q    Was he with the 3 of you?
17       A    No. He was further away.
18       Q    When Rob Owen walked Jonathan Rude and Mike
19  Gilman out the back entrance, what occurred then?
20       A    We were standing inside Tony and Joe's behind
21  the door. At that time Yinka left.
22       Q    Did he leave by himself?

70

1       A    Oh, yeah.

2       Q    Which direction did he go?

3       A    Up towards the garage.

4       Q    When you say up towards the garage, that would be in the direction of the main entrance to Tony and Joe's -- I mean to the Washington Harbour Complex?

7       A    No. He ran in the garage.

8       Q    He ran into the garage?

9       A    Yes, sir.

10      Q    There is a garage entrance?

11      A    The one right by the new restaurant, that entranceway right there.

13      Q    Are you speaking of the side, diagonal entrances to the Washington Harbour Complex?

15      A    When you come out of Tony and Joe's, you make a right around the fountain before you get to the main steps leading out of the complex. There's a small door that leads to the parking garage. That door.

19      Q    And he went in there?

20      A    Yes.

21      Q    And when was the next time you saw him?

22      A    I ran out.

71

1   Q   So you ran into the parking garage?

2   A   Yes.

3   Q   Downstairs?

4   A   No. Right by the cashier.

5   Q   Right by the cashier. And then what did you
6   do?

7   A   He ran out. And I ran behind him.

8   Q   And where did he go then?

9   A   He ran up the steps.

10  Q   When you say up the steps --

11  A   He ran up the main steps of the complex.

12  Q   From the --

13  A   Garage door --

14  Q   The large, lower --

15  A   -- right there.

16  Q   The large, lower fountain --

17  A   Upper left.

18  Q   -- to the smaller fountain at the top? And
19  did he say anything during this?

20  A   No. I was telling him, man, come on, come
21  back. But you have to take into consideration I'm 37;
22  he's 20-something. I have high blood pressure and sleep

DEPOSITION OF ANTHONY WOOD
CONDUCTED ON TUESDAY, JULY 11, 2006

72

1  apnea. It is impossible for me to keep up with the
2  starting fullback of the University of Maryland.
3      Q    Okay. Let me ask you this: Where did he go
4  then? Do you know?
5      A    He ran up to the circle, right there, the
6  entranceway of Washington Harbour. I'm behind him trying
7  to catch up with him.
8      Q    Then what occurred?
9      A    He took off running because Michael Gilman,
10 Jon Rude and the Zarhokosih brothers were at the corner
11 of the Washington Harbour Complex. I would say that's a
12 block. So he ran up and was walking beside the four of
13 those guys.
14     Q    So he was -- in essence he was chasing them?
15     A    No. If he did chase them, he was walking
16 right beside them for a block and a half.
17     Q    So when you say they were at the corner of
18 the Washington Harbour Complex, would that have been the
19 corner by the park?
20     A    Yes.
21     Q    Where were you?
22     A    Stood at the driveway.

DEPOSITION OF ANTHONY WOOD
CONDUCTED ON TUESDAY, JULY 11, 2006

76

1      Q    Yes, you were standing in the driveway, yes.
2 And there's --
3      A    That's the beam for that expressway, the
4 Whitehurst Freeway.
5      MR. TAPP:  Mr. Wood indicated he was standing
6 in the circle.  X marks the spot.  The beams are the
7 rectangles.
8      MR. RUDE:  Right.
9 BY MR RUDE:
10     Q    Now, let me ask you this:  What,
11 approximately, was the distance from where you were
12 standing to these individuals?
13     MR. WYROUGH:  One at a time.
14     THE WITNESS:  When they first started, they
15 were walking side -- Yinka ran up to them.  They were at
16 the end of the complex.  Yinka started walking beside
17 them from here to the park.
18 BY MR RUDE:
19     Q    Did it appear to you that they noticed he was
20 there?
21     A    Yes, they knew.  They looked right at him.
22     Q    Who is "they"?

DEPOSITION OF ANTHONY WOOD
CONDUCTED ON TUESDAY, JULY 11, 2006

77

1   A   All of them.

2   Q   All four?

3   A   Yes.

4   Q   Now, let me ask you this: You're coming up
5   here and they're on the inside. You don't see -- you're
6   trying to tell us -- just so we're clear about this --
7   you don't see who hit who first?

8   A   They both like lunged at each other
9   simultaneous. Who hit who first, I don't know. They
10  went behind the beam. When they came out from behind the
11  beam, Michael Gilman was on Yinka's back. Jon Rude's
12  punching defensively. Yinka's punching defensively. The
13  Zarhokosih brothers are running around. So if you're
14  down, it looks like this kid is fighting for his life, no
15  matter who started it.

16  Q   Okay. Then what did you do?

17  A   I ran down there.

18  Q   And then what did you do?

19  A   When I ran down there, Michael Gilman still
20  had Yinka. I tackled Jon Rude.

21  Q   Okay.

22  A   In the process your son is punching me -- I'm

1    never used an A/K/A?

2         A    No, sir.  Because you can't get bail if you

3    use an alias.

4         MR. RUDE:  Mr. Wyrough?

5         MR. WYROUGH:  I've got questions.

6         EXAMINATION BY COUNSEL FOR THE DANCING CRAB

7    BY MR. WYROUGH:

8         Q    Before the fight occurred, had you already --

9    had you been paid cash?

10        A    Before the fight occurred?

11        Q    Yes, sir.  The night that you went chasing

12   Yinka out on K Street, had you been paid?

13        A    No, I didn't get paid that night because I

14   ran out chasing him.  I think I got paid after I got out

15   of jail.

16        Q    Do you know if Yinka had been paid?

17        A    I don't think any of us got paid.  He never

18   came inside to get it because he was outside, you know.

19        Q    You testified earlier that your shirts were

20   off.  What do you mean by the fact your shirts were off?

21        A    Our shirts were off, the polo, the Tony and

22   Joe's shirts were off.  We were done for evening.  We

106

1           THE WITNESS:  Well, they both lunged at each
2   other, Mr. Rude.
3   BY MR RUDE:
4       Q    Simultaneously?
5       A    I can't even say if Yinka went first or Jon
6   Rude went first.
7       Q    You either saw or you didn't see.  Which is
8   it?
9       A    I would say Yinka lunged first.
10      Q    Why did Yinka go out there?  Do you have any
11  idea?
12      A    No.
13      Q    Didn't you tell him that it was a bad idea
14  for him to go out there?
15      A    I can't recall if I did.
16      Q    You spoke a little bit about closing time and
17  individuals coming in and out of the main bar.  Do you
18  recall that?
19      A    Yes.
20      Q    Which area, the inside area or the outside
21  area, do you close down first?
22      A    In 2004 or 2006?

DEPOSITION OF ANTHONY WOOD
CONDUCTED ON TUESDAY, JULY 11, 2006

110

1  A   Oh, yeah. Oh, yeah. Of course I was
2  kidding. But I mean you guys doing depositions, I
3  figured you guys would've heard all these stories and,
4  you know, stuff coming out of the woodwork. So I'd
5  rather for it to come from me than somebody else, you
6  know trying to figure out what type of guy I am.
7           MR. WYROUGH: Thank you, Mr. Wood.
8           MR. TAPP: Nothing.
9           MR. RUDE: Tony, thank you for coming.
10          MR. WYROUGH: Do you waive signature?
11          MR. TAPP: Yes, he waives signature.
12          (The deposition of ANTHONY WOOD was concluded
13  at 4:25 p.m. and signature was waived.)

CERTIFICATE OF NOTARY PUBLIC

I, T. R. Hollister, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in stenotype and thereafter reduced to typewriting under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

_____TR Hollister_____

Notary Public in and for
the Commonwealth of Virginia

My Commission Expires:
August 31, 2007