CASE NO. 05CV1274(RCL)
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
# ATTACHMENT NO. 8



# DISTRICT COURT OF MARYLAND FOR Montgomery County
Located at 27 Courthouse Square, Rockville, Maryland 20850

Case No.: 006D00148819

STATE OF MARYLAND      VS      ADEBOYEKU, OLAYINKA
5703 BRADLEY BLVD APT#3
BETHESDA, MD 20815
Local ID:

**CHARGE: FUGITIVE FROM JUSTICE -- DISTRICT OF COLUMBIA.**

☐ RIGHTS GIVEN BY VIDEO
☐ DEFENDANT FTA    ☐ BENCH WARRANT    ☐ BOND FORFEITED    ☐ RECOG REVOKED    ☐ RETURN THIS COUNTY
☐ COMM TO SET    ☐ NO BOND    ☐ NEW BOND $_____    ☐ FORF. STRICKEN/WAR RECALLED/PREV. BOND REINST

JUDGE: _____      DATE: _____

☐ POSTPONED CASE UPON    ☐ DEF. REQ    ☐ STATE REQ    ☐ COURT INITIATIVE    NEW DATE: _____

JUDGE: _____      DATE: _____

☐ INFORMED DEFENDANT THAT HE/SHE HAS BEEN CHARGED IN THE STATE OF _____
   WITH HAVING COMMITTED THE CRIME OF _____
   AND HIS/HER SURRENDER HAS BEEN DEMANDED.
☐ ADVISED DEFENDANT THAT HE/SHE HAS THE RIGHT TO DEMAND A WARRANT OF EXTRADITION.
☐ ADVISED DEFENDANT THAT HE/SHE HAS THE RIGHT TO CONTEST THE LEGALITY OF THE ARREST BY
   FILING A WRIT OF HABEAS CORPUS IN ACCORDANCE WITH ARTICLE 41, ANNOTATED CODE OF MARYLAND.
☐ DEFENDANT VOLUNTARILY WAIVED.    ☐ DEFENDANT HELD.    ☐ DEFENDANT NOT HELD.
☐ OTHER _____
☐ DEFENDANT DECLINED TO WAIVE.    ☐ RESET FOR HRG W/I 30 DAYS.    ☐ SET FOR HRG ON _____
☒ BOND $ 5,000.00 P.B.    ☐ RELEASE CONDITIONS: co-signed by David Schwieorow; Def to turn self in the D.C. authorities no later than close of business on Tues. July 13, 2004

JUDGE: _[signature]_      DATE: 7-8-04

## SUBSEQUENT HEARING

☐ DEFENDANT VOLUNTARILY WAIVED.    ☐ DEFENDANT HELD.    ☐ DEFENDANT NOT HELD.
☐ DEFENDANT DECLINED TO WAIVE.    ☐ RESET FOR HRG W/I 30 DAYS.    ☐ SET FOR HRG ON _____

JUDGE: _____      DATE: _____

ATTORNEY INQUIRY
~~GIVEN ON:~~ _____ 20____
~~BY JUDGE:~~ _____

Tracking No. 041003546360

**EXTRADITION/CHARGE AGAINST FUGITIVE DOCKET**

**DISTRICT COURT OF MARYLAND FOR** Montgomery (City/County)

Located at 27 Courthouse Sq., Rockville   Case No. 6D00148819

STATE OF MARYLAND   vs.   ADEBOYEKU OLAYINKA
Print Name of Defendant

5703 Bradley Blvd #3
Address

Bethesda                MD         20815
City                    State      Zip

(301) 718-0222
Telephone Number

CC# B04037000

**DEFENDANT'S DESCRIPTION:** Driver's License # A-312-660-660-040  Sex M  Race B  Ht 6'0  Wt 240  Hair BR  Eyes BR  Complexion DK  Other _____  D.O.B. 01/14/82  ID _____

## CHARGE AGAINST FUGITIVE

The undersigned charges that the Defendant, ADEBOYEKU OLAYINKA in the City/County of MONT WASHINGTON, State of DISTRICT OF COLUMBIA

☒ did commit a certain crime, to wit: STRONG ARM - AGGRAVATED ASSAULT

☐ fled from justice from that State;

☐ was convicted of a crime in that State and escaped from confinement therein;

☐ violated the terms of:

☐ Bail  ☐ Probation  ☐ Parole  and is believed to be in this State.

WHEREFORE the undersigned applies for a warrant to be issued to apprehend the Defendant named herein wherever he may be found in this State.

PO1 Nicholas Picerno #2004
Print Applicant's Name

7359 Wisconsin Ave, Bethesda MD
Applicant's Mailing Address

(301) 652-9200
Applicant's Telephone No.

_____   07/08/04
Signature of Applicant    Date

Police Officer
Applicant's Title or Position

MCPD
Applicant's Agency or Department

Subscribed and sworn to before me this 8 day of July, 04
                                                Month   Year

_____ 6589
Judge/Commissioner/Clerk

I HEREBY CERTIFY that the aforegoing is a true copy of the sworn charge filed in the District Court of Maryland for Montgomery County in the above entitled case.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court this 08 day of July, 2004.

_____ 6589
Judge/Commissioner

DC/CR 30 (Rev. 10/2000)
Print Date 8/00                      COURT COPY




# DISTRICT COURT OF MARYLAND FOR Montgomery County

Located at 27 Courthouse Square, Rockville, Maryland 20850     Case No.: 006D00148819

| STATE OF MARYLAND | VS | ADEBOYEKU, OLAYINKA |
|---|---|---|
| | | 5703 BRADLEY BLVD APT#3 |
| | | BETHESDA, MD 20815 |

Local ID:                                     DL#:
Race: 1   Sex: M   Ht: 6'0"   Wt: 240   Hair: BRN   Eyes: BRN
DOB: 01/14/1982   Phone(H): (301) 718-0222   Phone(W):

CHARGE: FUGITIVE FROM JUSTICE -- DISTRICT OF COLUMBIA.

## COMMITMENT PENDING HEARING

TO: MONTGOMERY COUNTY DETENTION CENTER
1307 SEVEN LOCKS ROAD   ROCKVILLE   20854

YOU ARE HEREBY ORDERED to receive the body of the above-named Defendant who is pending extradition by the state/province of DISTRICT OF COLUMBIA.

The defendant is HELD WITHOUT BOND and is to be produced in court at the location, date, time and room number shown below unless prior thereto there has been a waiver of extradition and the defendant has been returned to the demanding state/province.

**Produce the Defendant for Bail Review at:**
**Date: 07/08/2004**
**Time: 01:00 pm**
**Room: 102**
Location: 27 Courthouse Square, Rockville, Maryland 20850.

☐ Bail Review was held by Judge_____ and Defendant

is commited in default of $_____ bail (_____% Acceptable).

Date: 07/08/2004     Commissioner: _____/s/_____ ID: 6589

*Trial Date = 8/6/04     R304     8:30A*

Tracking No. 041003546360



# DISTRICT COURT OF MARYLAND FOR Montgomery County

Located at 27 Courthouse Square, Rockville, Maryland 20850

Case No.: 006D00148819

**STATE OF MARYLAND**   VS   **ADEBOYEKU, OLAYINKA**

## CONSENT TO WAIVE EXTRADITION

I, ADEBOYEKU, OLAYINKA, having been arrested in the State of Maryland, Montgomery County, and being charged by warrant with being a fugitive from the State of DISTRICT OF COLUMBIA, acknowledge that I have appeared before this Court on this _8th_ day of _July_, _2004_.

I have been informed that the State of DISTRICT OF COLUMBIA has charged me with the crime(s) of _Assault_ and has demanded my surrender.

It has further been explained that I have the right to demand a warrant of extradition; and that I have the right to test in this court the legality of my arrest by filing a writ of HABEAS CORPUS in accordance with Criminal, Procedure, § 9-110, Annotated Code of Maryland.

Having had these rights explained to me, and understanding each, I do freely and voluntarily waive each and every one of them, and I am willing to submit to the custody of the State of DISTRICT OF COLUMBIA without any further legal proceedings in the State of Maryland.

I have reviewed this document fully, and it has been read to me in its entirety. I understand that by signing below I am waiving my rights as indicated herein.

_____   _____
Date                     Signature of Defendant

_____
Witness

## ORDER FOR WAIVER OF EXTRADITION

This Court has advised the Defendant of his rights under Criminal Procedure, § 9-110, Annotated Code of Maryland, and has received the Defendant's Consent to Waive Extradition, it is, therefore,

ORDERED that the ~~police agency having the Defendant in custody shall deliver the~~ Defendant _shall turn self-in_ into the _voluntarily_ custody of any authorized agent of the State of DISTRICT OF COLUMBIA without unreasonable delay and no later than _Tuesday, July 13, 2004_

_7-8-04_                 _____
Date                     Judge

## ACKNOWLEDGEMENT OF RECEIPT OF DEFENDANT

I, _____, as agent for the State of DISTRICT OF COLUMBIA do hereby acknowledge that I have taken the above named Defendant into custody this _____ day of _____

_____
Agent

## NOTIFICATION OF RELEASE FROM CUSTODY

No agent for the State of DISTRICT OF COLUMBIA having taken custody of the Defendant within the time prescribed by Order of Court, the Defendant has been released from custody this _____ day of _____

By _____ ,   _____
Name and Title                Law Enforcement Agency