# UNITED STATES DISTRICT COURT
## District of Columbia

_____
**JONATHAN W. RUDE,**

    **Plaintiff,**   )

                )    CASE No. 1:05CV01274

    v.       )    Judge Royce C. Lambert.

                )

**OLAYINKA ADEBOYEKU**
    **and**       )
**ANTHONY B. WOOD,**

                )

    **Defendants.**
_____

### DEFENDANT ANTHONY WOOD'S MOTION
### FOR EXTENSION OF TIME IN WHICH TO FILE HIS RESPONSE TO PLAINTIFF'S
### MOTION FOR SUMMARY JUDGMENT

    **COMES NOW** the defendant, Anthony B. Wood, by and through counsel, Barry M. Tapp, and states the following in support of his Motion for Extension of Time in Which to file his Response to Plaintiff's Motion for Summary Judgment:

    1. The plaintiff filed his Motion for Summary Judgment as to Defendant Anthony B. Wood on February 1, 2007.

    2. That counsel for the defendant, Anthony B. Wood, by this motion seeks additional time beyond the due date of February 16, 2007 in which to file his response to the Summary Judgment Motion.

    3. That on February 14, 2007 counsel spoke with plaintiff's counsel, Rick Rude, who indicated that he has no objection to defendant Wood's request for additional time to March 12, 2007.

    4. That the grounds for the requested additional time is counsel's involvement in other legal matters, identified herein below, that were scheduled prior to the filing and receipt of the plaintiff's motion for summary judgment.

5. On February 2, 2007 counsel appeared in a civil matter in the Superior Court of the District of Columbia captioned, <u>Treadwell v. Tierra;</u> The following week beginning on February 5 counsel was engaged in a real estate matter with a client at the court in Upper Marlboro, Maryland and a deposition set in a personal injury matter in Virginia on February 7, 2007. From February 9 thru February 11, 2007 counsel was out of the country on a prescheduled matter. On February 13, counsel was in engaged in a deposition and thereafter began preparing for criminal trials in Prince George's Maryland District Court, <u>State v. Silver</u> set for February 14, and <u>State v. Major</u> in the Circuit Court of Prince George's County on February 15, <u>State v. Ahmed</u> in the Circuit Court of Maryland for Prince George's County on February 20. Additionally counsel has two (2) hearing on February 22, in the Superior Court of the District of Columbia and on February 23 a deposition and hearing in the Superior Court of the District of Columbia. Finally, during the finial week of February counsel has a trial <u>Hamlet Park Homeowner's Association v Gail Johnson</u> scheduled in the District Court of Maryland for Prince George's County and a sentencing in a felony matter, <u>State v. Carroll</u> on February 28, 2007.

6. No date has been set for a status hearing or trial and counsel believes that an extension of time will no prejudice the plaintiff nor the administration of justice. In fact, plaintiff has indicated that he has no objection to this motion for extension of time.

7. Additionally, in order to adequately respond to the plaintiff's motion, counsel will have to review voluminous trial transcripts from a related criminal trial he recently received in prosecution of the Olayinka Adeboyedu, the co-defendant herein.

8. That an extension to March 12, 2007 to respond to the plaintiff's motion will not unduly delay the proceedings and in event, counsel will endeavor to file defendant Wood's response prior to the expiration of the time requested of March 12, 2007.

9.  This is the first request for additional time in this case filed by defendant Wood.

**WHEREFORE**, it is respectfully requested that defendant Wood be given additional time, to and including March 12, 2007, in which to file his opposition to the plaintiff's motion for summary judgment as to defendant Wood.

Respectfully submitted,

  /s/ Barry M. Tapp
Barry M. Tapp
14662 Cambridge Circle
Laurel, MD 20707
301-725-6030
Bar #209395
Suwon4@aol.com

## UNITED STATES DISTRICT COURT
### District of Columbia

_____
**JONATHAN W, RUDE,**

    **Plaintiff,**     )

                )    **CASE No. 1:05CV01274**

    v.         )    **Judge Royce C. Lambert.**

                )

**OLAYINKA ADEBOYEKU**
    **and**    )
**ANTHONY B. WOOD,**

                )

    **Defendants.**
_____

<u>**ORDER**</u>

    **UPON CONSIDERATION** of defendant Anthony B. Wood's Motion For Extension Of Time In Which To File His Opposition to the plaintiff's Motion For Summary Judgment ,any opposition thereto and the files herein, it is by the United States District Court for the District of Columbia,

    **ORDERED**, that the Motion be and hereby is, **GRANTED**, and it is further,

    **ORDERED**, that defendant Anthony B. Wood file his opposition on or before, _____, 2007.

Date:_____                    _____
                                                                  United States District Court Judge

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have electronically served all below listed parties in the instant proceedings this __15th__ day of February 2007:

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, VA 22046

Daniel E. Loeb
Douglas W. Baurch
Kerry Hotopp
Fried, Frank, Harris, Shriver & Jacobson, LLP
1001 Pennsylvania Ave., NW
Suite 800
Washington, DC 20004

                                                    /s/ Barry M. Tapp
                                                      Barry M. Tapp