# EXHIBIT A-1

```
 1
 2            SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
 3                         CRIMINAL DIVISION
 4    -------------------------------X
                                     :
 5    UNITED STATES OF AMERICA       :
                                     :
 6              v.                   :  Criminal Action No.:
                                     :
 7    OLAYINKA ADEBOYEKU,            :  F-4460-04
                                     :
 8              Defendant.           :
                                     :
 9    -------------------------------X
10                              Washington, D.C.
                                Thursday, March 10, 2005
11
          The jury trial in the above-entitled action was
12   resumed before the HONORABLE THOMAS MOTLEY, Associate Judge,
     in Courtroom Number 221.
13
14             THIS TRANSCRIPT REPRESENTS THE PRODUCT
               OF AN OFFICIAL REPORTER, ENGAGED BY THE
15             COURT, WHO HAS PERSONALLY CERTIFIED THAT
               IT REPRESENTS THE RECORDS OF TESTIMONY
16             AND PROCEEDINGS OF THE CASE AS RECORDED
17                         APPEARANCES:
18                      (As previously noted)
19
20
21
22
23
24
25   KATHY E. JACKSON           Telephone (202) 879-1064
     Official court Reporter
                                                          1
```

```
1        A.   Two people.
2        Q.   And again, the person who was ID'd as a suspect,
3   the ID was, it was of someone who had worked with that
4   person; is that correct?
5        A.   That's correct.
6             MR. WILLIAMSON:  No further questions, Your Honor.
7             THE COURT:  Redirect?
8             MR. HARAY:  No, Your Honor.
9             THE COURT:  You may step down.
10            (Witness excused.)
11            THE COURT:  Next witness, please.
12            MR. HARAY:  Thank you.
13            (Pause.)
14            THE DEPUTY CLERK:  Step up.  Raise your right
15  hand.
16            Thereupon,
17                   MICHAEL GILLMAN,
18  Having been called as a witness on behalf of the
19  Government, and having been first duly sworn by the
20  Court, was examined and testified, as follows:
21            THE COURT:  You may be seated.  And could you
22  please tell us your name?
23            THE WITNESS:  Michael Gillman.
24            THE COURT:  And, Mr. Gillman, just spell your last
25  name.
```

```
 1   you mean by yellow?
 2           THE WITNESS:  Yes.
 3           BY MR. HARAY:
 4       Q.  Is it all yellow or is it part yellow?
 5       A.  Part yellow.  It has a little black Tony & Joe's
 6   logo right here, and then in big block black letters on the
 7   back, it says "staff".
 8       Q.  On that shirt, the one you just described, was the
 9   defendant wearing that shirt earlier in the night when he
10   was at work?
11       A.  Yes.
12       Q.  Did he have the shirt on when you saw him as you
13   were walking towards Mr. Rude's car?
14       A.  No.
15       Q.  What happened next?
16       A.  As we were walking, I noticed him when he was
17   getting closer.  He had his hands in his pockets, so I
18   didn't think -- and he wasn't saying anything.  I didn't
19   think anything was going to happy.  I thought we were just
20   going to get in the car and there would be no problem.
21       Q.  How far away from Mr. Rude's car were you when you
22   first saw the defendant?
23       A.  About 30 yards, I guess.  And then this was --
24   from when I first saw him, it was a couple seconds until he
25   took his hands out of his pockets and then he punched Jon in
```

```
 1   the back part of his head.
 2        Q.   Now, where was Jon in relation to you?
 3        A.   He was, like, two yards in front of me.
 4        Q.   As was he facing in any particular way?
 5        A.   He was looking towards the movie theater.
 6        Q.   He was looking toward the movie theater. Was that
 7   towards where the defendant was coming from or away from
 8   him?
 9        A.   Away.
10        Q.   So would there have been any way for Mr. Rude to
11   see the defendant?
12             MR. WILLIAMSON:   Objection, Your Honor.
13             THE COURT:   Sustained.
14             BY MR. HARAY:
15        Q.   Did the defendant say anything before he hit
16   Mr. Rude?
17        A.   No.
18             MR. WILLIAMSON:   Objection, Your Honor.  Calls for
19   hearsay.
20             THE COURT:   Did the defendant say anything?
21             MR. WILLIAMSON:   Yes, Your Honor.
22             THE COURT:   Overruled.  Party opponent admission,
23   not hearsay.
24        A.   No.
25             BY MR. HARAY:
```

```
 1      Q.   And describe how he hit Mr. Rude.
 2      A.   He almost left his feet when he hit him, and he
 3 hit him right in the back left part of his head.
 4      Q.   When you say he almost left his feet --
 5      A.   I mean he was, like, coming up from behind going
 6 pretty fast, and he was just, you know, putting his full
 7 weight behind jumping into the punch.
 8      Q.   So was he standing still at the time or still
 9 moving?
10      A.   No, moving.
11      Q.   And was his hand opened or was it a closed fist?
12      A.   Closed.
13      Q.   Do you remember which hand it was?
14      A.   I think it was his right, but I'm not 100 percent
15 sure.
16      Q.   And where on Mr. Rude did he hit him?
17      A.   In the back.
18           MR. WILLIAMSON:  Objection, Your Honor.  Asked and
19 answered.
20           THE COURT:  Overruled.
21      A.   In the back part of his head, back left part.
22           BY MR. HARAY:
23      Q.   Could you get a sense of how hard he hit him from
24 where you were standing?
25           MR. WILLIAMSON:  Objection, Your Honor.
```

```
 1              THE COURT:  Calls for opinion?
 2              MR. WILLIAMSON:  Exactly, Your Honor.  Not
 3   competent to answer.
 4              THE COURT:  Overruled.
 5              MR. HARAY:  That means you can answer the
 6   question.
 7         A.   He hit him pretty hard because he went down to his
 8   knees.
 9         Q.   Who went down to his knees?
10         A.   Jon.  He fell down after he was hit.
11         Q.   And what happened after that?
12         A.   When Jon was going down to his knees, Yinka was
13   pulling his arm back to load up for another punch.  I
14   grabbed him from behind, underneath.
15         Q.   I'm sorry, I need to cut you off.
16              Your Honor, may we approach briefly?  There is a
17   matter I need to discuss with the Court.
18              THE COURT:  Yes, you may.
19              (Bench conference.)
20              THE COURT:  Counsel, are you going to make people
21   sit up in the chair in my courtroom?
22              MR. HARAY:  Your Honor, there are people in the
23   courtroom, I don't know if they are friends of the
24   defendant, who just now were making comments that I could
25   hear.  I couldn't specifically hear the words, but if they
```

1        Mr. Gillman, I apologize for cutting you off.
2 Explain what happened after Mr. Rude went down after the
3 first hit.
4    A.   When he went down to his knees, Yinka started
5 bringing his arm back again, loading up for another punch.
6 So, I grabbed him from behind to take him away.
7    Q.   How did you grab him?
8    A.   I grabbed him underneath his arms and kind of
9 cupped his shoulders, and I picked him up off the ground.
10    Q.   Did you pick him up completely off the ground?
11    A.   I mean, like his toes were like an inch off the
12 ground, just so that I can get him away from Jon.
13    Q.   And what did he do when you grabbed him?
14    A.   He was trying to get away, so he was throwing
15 elbows and, you know, kicking his legs. So I had my head in
16 between, like, his shoulder blades, so that when he started
17 throwing elbows, he didn't hit me in the head.
18    Q.   And could you see what he was doing after you had
19 your head buried into his back?
20    A.   No.
21    Q.   What happened next?
22    A.   When I picked him up, I started walking him away
23 from where Jon was, and I yelled for Sam and Matt to get Jon
24 in the car and get him out of there.
25    Q.   Could you tell where Mr. Rude was while you were

```
 1  pulling the defendant away?
 2      A.   No.
 3      Q.   Was -- well, could you tell where Samir Zarkhosh
 4  and Matthew were?
 5      A.   They were ahead of where we were, but when I had
 6  my head in his back, I have no idea where they were.
 7      Q.   What happened next?
 8           THE COURT:  Counsel, I'm going to just state for
 9  the record.  You used the phrase "buried".  He did not use
10  the phrase, so if you want to clarify that, but you said
11  that, Counsel, not him.
12           MR. HARAY:  Yes, sir.
13           What I meant by that is, did you have your head --
14   You described your face sort of placed into his back; is
15  that correct?
16      A.   Yes.
17      Q.   How far did you move the defendant?
18      A.   About 10 or 15 steps.
19      Q.   And then what did you do?
20      A.   That's when Tony grabbed my shoulder and kind of
21  -- and pulled me off to where I had to let go.
22      Q.   Now, who is Tony?
23      A.   Tony Wood.
24      Q.   Who is that?
25      A.   He also worked at the bar.
```

```
1       Q.   You hadn't mentioned him yet.  When did he get
2  there?
3       A.   That's the first time I had known that he was
4  there.  I hadn't seen him up until that point.
5            THE COURT:  Counsel, please keep your comment to
6  yourself "you hadn't mentioned him yet".  Just say
7  questions. you don't have to make a commentary.  Thank you.
8            BY MR. HARAY:
9       Q.   Do you know when he arrived?
10      A.   No.
11      Q.   Do you know where he came from?
12      A.   No.
13      Q.   What did he do once he got there?
14      A.   Grabbed my shoulder and pulled me to where I let
15  go of Yinka, and then that's when Yinka ran back over to
16  where Jon was.  Jon was on the ground.  And then --
17      Q.   Well, could you see again, once you weren't
18  holding onto the defendant any longer?
19      A.   Yes.
20      Q.   After you could see again, can you tell us now
21  where everybody was standing?
22      A.   Yeah.  I was standing next to Tony.  Jon was on
23  the ground about 10 steps away; Sam and Matthew were behind
24  Jon, like on the sidewalk.
25      Q.   And then what happened after you let go of the
```

```
 1  defendant?
 2      A.  He ran back over to where Jon was, and that's when
 3  he kicked him in the head.  And then I started to go back
 4  over there, and that's when Tony grabbed me and said, "It's
 5  going to be a one-on-one fight.  You're not getting in
 6  this."
 7      Q.  Did you actually --
 8          MR. WILLIAMSON:  Objection, Your Honor.  Hearsay.
 9  Move to strike as to the statement that was in the answer.
10          THE COURT:  Not for the truth of the matter
11  asserted.  The objection is overruled, Counsel.
12          MR. WILLIAMSON:  May we approach?
13          THE COURT:  You may.
14          (Bench conference.)
15          MR. WILLIAMSON:  Your Honor, it is being covered
16  -- Excuse me.  In the answer -- the statement in the answer
17  is being said as if it is, indeed, the truth that's
18  contained in that statement.
19          THE COURT:  What is the truth?
20          MR. WILLIAMSON:  The truth is that he is saying
21  that -- he said it's going to be a one-on-one fight, it's
22  going to be a fair fight.
23          THE COURT:  That's something in the future.  It's
24  not something that's said for the truth of the matter
25  asserted that that statement was made.  Now, I don't know
```

```
 1  whether it's going to be a one-on-one fight or a fair fight
 2  or anything about the fight. As a matter of fact, do you
 3  care what the answer is? It's what he says in the
 4  circumstances to say you stopped it, et cetera. The
 5  objection is overruled, Counsel. Very precise on this.
 6          (Open court.)
 7          THE COURT: After further discussion at the bench,
 8  the Court's ruling remains the same. Objection is not
 9  hearsay. You may proceed, Counsel. Not in the context of
10  this case. Ladies and gentlemen, every out-of-court
11  statement is not for the truth of the matter asserted. So,
12  I know there's complication with regard to what's hearsay
13  and not hearsay. I have to make those rulings on that, and
14  I have ruled on this case. You may proceed, Counsel.
15          BY MR. HARAY:
16      Q.  Mr. Gillman, did you actually see the defendant
17  kick Mr. Rude?
18          MR. WILLIAMSON: Objection, Your Honor. Leading.
19          THE COURT: Sustained.
20          BY MR. HARAY:
21      Q.  How do you know that the defendant kicked
22  Mr. Rude?
23      A.  When he went over to where Jon was, Jon was on the
24  ground. He kicked towards his head, and it was -- his leg
25  was blocking the contact point, but when his leg met -- his
```

145

```
 1   foot met where Jon's head was, Jon's head went back, and
 2   there was a loud noise and Jon was on the ground.
 3       Q.   And where were you standing in relation to the
 4   both of them?
 5       A.   Towards Yinka's back, and Jon was on the ground.
 6       Q.   Did the defendant being in front of you block any
 7   of your view?
 8            MR. WILLIAMSON:  Objection, Your Honor.  Leading.
 9            THE COURT:  Sustained.
10            BY MR. HARAY:
11       Q.   Was your view blocked in any way?
12            MR. WILLIAMSON:  Objection, Your Honor.  Leading.
13            THE COURT:  Sustained.  Rephrase, Counsel.
14            MR. HARAY:  I'll move on, Your Honor.
15            BY MR. HARAY:
16       Q.   What happened after he kicked him?
17       A.   From that point on, Jon never got off the ground,
18   and Yinka came over the top and was straddled over the top
19   of him and got -- was punching Jon.
20       Q.   How was Jon positioned on the ground?
21       A.   Jon was on his back with Yinka straddled over his
22   waist.
23       Q.   What do you mean by "straddled"?  Was he standing?
24       A.   One leg on each side.  So, he had Jon pinned on
25   the ground.
```

```
 1      Q.   was the defendant standing?
 2      A.   No. He was on his -- one knee was on the ground
 3  and one foot up, that kind of -- Jon was on his back on the
 4  ground.
 5      Q.   And what did he do?
 6      A.   He punched Jon four or five times. After about
 7  the second punch, Jon went limp, and he got another two or
 8  three hits cleanly in, and then that's when I ran back to go
 9  in there to get away from Tony Wood to get back in, just to
10  pull him off. But Tony went in there, grabbed Yinka as he
11  had his arm cocked back again, and pulled him off and said
12  "That's enough".
13           THE COURT:  Who did this?
14           THE WITNESS:  Tony Wood is the one that grabbed
15  Yinka off of Jon.
16           THE COURT:  Tony Wood.
17           BY MR. HARAY:
18      Q.   How much time did all that take?
19      A.   From start to finish, less than a minute. About a
20  minute, I guess.
21      Q.   While Mr. Rude was on the ground, did you see him
22  strike the defendant?
23           MR. WILLIAMSON:  Objection, Your Honor. Leading.
24  I would ask the Court -- That's it. Objection.
25           MR. HARAY:  Your Honor, can I be heard on whether
```