Received Fax :   03/12/2007 00:37   3014904865   BTAPP   PAGE 15

# EXHIBIT A-2

```
 1                BY MR. WILLIAMSON:
 2        Q.   Now, Mr. Gillman, because of the type of hold that
 3   you had on Mr. Adeboyeku, wherever you went he went, right?
 4        A.   Yes.
 5        Q.   And wherever he went, you went, right?
 6        A.   Yes.
 7        Q.   And you were not letting Mr. Adeboyeku out of
 8   that hold, right?
 9        A.   No.
10        Q.   And for the time that you held him, he couldn't
11   get out of that hold, right?
12        A.   No.
13        Q.   No, meaning he could not get out of the hold; is
14   that correct?
15        A.   No, meaning he tried, and he didn't get out.
16        Q.   And he had tried different things in terms of
17   trying to get out of the hold, right?
18        A.   Yes.
19             MR. WILLIAMSON:  I'm sorry, Your Honor.
20             THE COURT:  It's just the "and's," counsel.
21             BY MR. WILLIAMSON:
22        Q.   Throwing his elbows?
23        A.   Yes.
24        Q.   Kicking his legs?
25        A.   Yes.
```

```
 1    Q.  Kind of jumping around?
 2    A.  Well, his feet weren't touching the floor; so he
 3  couldn't jump, but.
 4    Q.  But try as he could, he wasn't getting out of that
 5  hold, right?
 6    A.  No.
 7    Q.  It was not much he could do, right?
 8    A.  Well, he was doing things, but he didn't get out.
 9    Q.  And you testified that Tony Wood comes over,
10  right?
11    A.  Oh, I didn't know you were finished.  Yes, he did.
12    Q.  Grabs your shoulders and pulls you away from Mr.
13  Adeboyeku?
14    A.  Yes.
15    Q.  And according to your testimony, Anthony Wood
16  indicates there was supposed to be a fair fight, right?
17    A.  That's what he said.
18    Q.  And when Mr. Anthony Wood came over, he did not
19  hit you, right?
20    A.  No.
21    Q.  When you were holding Mr. Adeboyeku, right?
22    A.  Right.
23    Q.  Didn't punch you?
24    A.  No.
25    Q.  Didn't kick you?
```

46

1    A.  No.

2    Q.  Didn't even try to choke you, right?

3    A.  No.

4    Q.  So when Mr. Anthony Wood pulled you, Mr.
5  Adeboyeku had went wherever Mr. Wood pulled you, right?

6    A.  No. As soon as somebody touched me, that's when I
7  let go. I didn't know who was grabbing me at the time.

8    Q.  Right. You had let go of the hold on Mr.
9  Adeboyeku, right?

10   A.  Yes.

11   Q.  The hold that had had him immobilized, right?

12       THE COURT: Counsel, you've been over this. This
13  same question you've asked ten times before, counsel. Move
14  on.

15       MR. WILLIAMSON: Court's indulgence.

16       BY MR. WILLIAMSON:

17   Q.  When you had let go, Jonathan Rude was okay,
18  right?

19   A.  No, I wouldn't say that.

20   Q.  Jonathan Rude was standing?

21   A.  No.

22   Q.  But before you let go, before or when you get
23  touched, you know it's Anthony Wood, right?

24   A.  I didn't know who it was.

25   Q.  Well, you heard what he had said, right?

1   A.   It was -- when somebody touched me, I let go,
2   turned around to see who it was, and that's when Tony said
3   something to me.
4   Q.   You had grabbed Mr. Adeboyeku because Mr. Rude --
5   you thought your friend Jonathan Rude was injured, right?
6   A.   Yes.
7   Q.   And you held him because you thought Jonathan Rude
8   was on the ground, right?
9   A.   Yes.
10  Q.   And when your back was buried in Mr. Adeboyeku's
11  -- excuse me -- when your head was buried in his back, your
12  last memories of Jonathan Rude was that he was on the
13  ground, right?
14  A.   Yes.
15  Q.   So the only thing that you knew at the time that
16  you had let go was that Jonathan Rude supposedly was on the
17  ground, right?
18  A.   Yes.
19  Q.   And yet, you still let go, right?
20  A.   When he grabbed me, yes.
21  Q.   You never said anything to Anthony Wood about:
22  Hey, wait a minute, Rude's on the ground, right?
23  A.   Before I let go?
24  Q.   That's right.
25  A.   No.

```
 1      Q.   You never said to Mr. Wood:  How can it be a fair
 2  fight; look at Jonathan Rude; he's on the ground, right?
 3      A.   I absolutely said that after I let go.
 4      Q.   And had you not --
 5           Because had you not let go of the hold, Mr.
 6  Adeboyeku would not be -- would not have went over to where
 7  Mr. Rude was; is that correct?
 8           MR. HARAY:  Objection, Your Honor.
 9           THE COURT:  Sustained.
10           MR. WILLIAMSON:  Court's indulgence.
11           BY MR. WILLIAMSON:
12      Q.   Mr. Gillman, if you don't let go of Mr.
13  Adeboyeku, there is no fight, right?
14           MR. HARAY:  Objection, Your Honor.
15           THE COURT:  Objection sustained.
16           BY MR. WILLIAMSON:
17      Q.   At the time that you let go of Mr. Adeboyeku, it
18  is then that you say that Mr. Adeboyeku goes over to
19  Jonathan Rude, right?
20      A.   For the second time, yes.
21      Q.   Because you were holding him because, as you
22  testified, he had went over to him the first time, right?
23           MR. HARAY:  Objection, Your Honor.
24           THE COURT:  It's asked and answered.
25           MR. WILLIAMSON:  Court's indulgence.
```

49

```
 1              BY MR. WILLIAMSON:
 2        Q.    Now on direct, you had testified that Mr.
 3   Adeboyeku had kicked toward Mr. Rude's, Jonathan Rude's
 4   head; is that correct?
 5        A.    Yes.
 6        Q.    Let's be clear, Mr. Gillman.  You didn't see Mr.
 7   Adeboyeku kick Jonathan Rude, right?
 8        A.    I saw -- In the statement, I went a little
 9   overboard in trying to be very detailed.  What I meant to
10   say was, and what I was trying to say was I didn't actually
11   see, you know, from two feet away the contact point of the
12   foot and the head.  I saw him kick.  I say -- I heard a
13   noise, and I heard -- and I saw Jon's head move.
14        Q.    So you didn't see, the question is you didn't see
15   Mr. Adeboyeku kick Jonathan Rude, right?
16        A.    Again, I didn't see the contact point.  His leg
17   was covering the contact point.  But yes, I did see him kick
18   him.
19              MR. WILLIAMSON:  Court's indulgence.  Page three,
20   Your Honor, towards the bottom of the statement.  Your
21   Honor, may I approach?
22              THE COURT:  You may.
23              MR. WILLIAMSON:  Thank you.
24              BY MR. WILLIAMSON:
25        Q.    Mr. Gillman, showing you again what's been marked
```