Received Fax :    11 Mar 2007 8:51PM    Fax Station :   Lw Ofc: Sherman Robinson    p. 22
03/12/2007  00:37   3014904865                BTAPP                     PAGE  22

# EXHIBIT A-3

1  you should have asked him; you could have asked him about
2  that on cross about the swear word. You chose not to. You
3  decided to confuse the issue and ask him about part one, but
4  didn't ask him about part two. Now when the government
5  comes back and says that was part one, this is about part
6  two, you say now let me recross. I can't let you do that.
7         MR. WILLIAMSON: Yes, sir.
8              (OPEN COURT)
9         THE COURT: It's not normal to have recross,
10 ladies and gentlemen. Sometimes the Court permits it;
11 sometimes the Court does not. It's normally not to have
12 recross. All right.
13        THE COURT: You may step down and leave the --
14 Thank you.
15             (The witness was excused.)
16        THE COURT: Next witness please.
17        MR. HARAY: Yes, sir.
18 Thereupon,
19             MATTHEW ZARKHOSH,
20 having been called as a witness for and on behalf of the
21 government and having been first duly sworn by the Deputy
22 Clerk, was examined and testified as follows:
23        THE COURT: Could you state your name for the
24 record please?
25        THE WITNESS: Matthew Zarkhosh.

1  Q. Did you know that person?
2  A. No, I didn't know.
3  Q. Had you ever seen him before?
4  A. No.
5  Q. How far away was he from you when you first
6  noticed him?
7  A. Quite far. It was about, I'd say about 20 feet,
8  10 feet.
9  Q. And what happened after you first noticed him?
10 A. He was just walking, gradually getting closer,
11 walking on the side of my cousin and Jon Rude.
12 Q. And what direction was Jon Rude facing?
13 A. Forward.
14 Q. And was the group walking while this was
15 happening?
16 A. Yes, yes, we were walking.
17 Q. Was the man in the black shirt, where was he in
18 relation to Jon Rude?
19 A. He's at the side, he was at the side of my cousin
20 and Jon Rude, just slightly behind.
21 Q. Which side?
22 A. Left-hand side.
23 Q. And did you -- did Jon Rude react in any way after
24 you saw the man in the black shirt?
25 A. No, he was just -- he was talking to my cousin. I

```
 1  don't know what, I don't know what they were talking about,
 2  but he was talking to my cousin.
 3        Q.   And which side of Jon Rude was your cousin on?
 4        A.   I think he was on the left-hand side.
 5        Q.   Now what happened next?
 6        A.   Next, the man in the black T-shirt, he tackled Jon
 7  Rude from the side.
 8        Q.   Where did that happen?
 9        A.   It was on the sidewalk near the -- next to a car.
10
11        Q.   How far away from the car were you when it
12  happened?
13        A.   I was about five feet; I was behind, five feet or
14  something.
15        Q.   What had Jon Rude done before the man tackled him?
16        A.   Nothing.  He was just -- he was walking with my
17  cousin.
18        Q.   And when you say tackled, can you describe what
19  you mean specifically?
20        A.   Push, push from the side.
21        Q.   What happened to Jon Rude after he got pushed?
22        A.   He felt into the side of a car.
23        Q.   And how far did he move?
24        A.   I'd say about a couple feet.
25        Q.   What happened after that?
```

| | | |
|---|---|---|
| 1 | A. | There was punches being thrown. |
| 2 | Q. | Well, tell me who was doing what. |
| 3 | A. | Well, the guy in the black T-shirt was -- had |
| 4 | | tackled Jon Rude, and I think he threw a few punches. |
| 5 | Q. | And what did Jon Rude do after that? |
| 6 | A. | He defended himself in pushing, pushing the guy |
| 7 | | back off the car, to get off the car. |
| 8 | Q. | And what were you doing? |
| 9 | A. | I was watching. I'm not joining in the fight. |
| 10 | Q. | How tall are you? |
| 11 | A. | Say about 5'9", nearly 6-foot. |
| 12 | Q. | I didn't hear that. |
| 13 | A. | Five nine, nearly six foot, I'd say. |
| 14 | | THE COURT: Five foot nine, nearly six foot. |
| 15 | | MR. HARAY: Thanks, Judge. I heard that. |
| 16 | | BY MR. HARAY: |
| 17 | Q. | How much do you weigh? |
| 18 | A. | About ten stones. |
| 19 | | THE COURT: I'm sorry. What did you say, sir? |
| 20 | | THE WITNESS: Ten stones. |
| 21 | | THE COURT: Ten stones. |
| 22 | | BY MR. HARAY: |
| 23 | Q. | Can you translate that into -- |
| 24 | | A JUROR: English. |
| 25 | | BY MR. HARAY: |

143

```
 1    Q.    -- English or pounds for us?
 2    A.    45 kilograms.
 3    Q.    How about --
 4    A.    Pounds?
 5    Q.    How about pounds?
 6    A.    I don't know.  We use "stones" and "kilograms".
 7    Q.    You weigh 45 kilograms.
 8    A.    Yes.
 9          THE COURT:  Excuse me.  The word "stones", what
10  language is that?
11          THE WITNESS:  English.
12          THE COURT:  Okay.  Thank you.
13          BY MR. HARAY:
14    Q.    What was your cousin doing when this happened?
15          MR. WILLIAMSON:  Objection.  Vague as to what.
16  When what happened?
17          THE COURT:  Sustained.
18          BY MR. HARAY:
19    Q.    At the point where you saw the defendant punching
20  Jon Rude and Jon Rude struggling back with him, what was
21  your cousin doing?
22    A.    My cousin, he stood there.  I don't think he was
23  doing anything because he was also --
24          MR. WILLIAMSON:  Objection, Your Honor.  Mr.
25  Haray's question was when he was punching Jon Rude.  My
```

144

1 notes reflect that the witness had testified that he --

2 MR. HARAY: Your Honor, can we come to the bench
3 if he's going to give a talking objection.

4 THE COURT: Please don't refer to what your notes
5 have said because I want to know what the official court
6 reporter has; I have someone here I can ask.

7 MR. WILLIAMSON: The objection is
8 mischaracterization of the testimony and move to strike as
9 to his question.

10 THE COURT: Counsel, just start your questions
11 over again. Let's pick up with stones.

12 BY MR. HARAY:

13 Q. After the two of them were fighting with one
14 another, what was your cousin doing?

15 A. Stood watching.

16 Q. How far away was your cousin from Mr. Rude and the
17 man in the black shirt?

18 A. He was about a foot away. He was a little closer
19 than me.

20 Q. And where were you in relation to your cousin and
21 the rest of them?

22 A. Behind, behind them all.

23 Q. Were you directly behind your cousin?

24 A. Yes, I'll say so, yes.

25 Q. And what about the Mike Gillman, what did he do?

1   A.   Mike Gillman, he tried to take the guy in the
2   black T-shirt off of Jon Rude.
3   Q.   And specifically describe what he did.
4   A.   He put his arms around, interlocked his arms with
5   his arms, if you know what I mean, and just pulled him back
6   like that.
7   Q.   How far back did he pull the defendant?
8   A.   About two feet, one foot.
9   Q.   What happened next?
10  A.   What happened next?  Mr. Rude said, I have no
11  problem with you or something.  That's it.  And then I
12  noticed a guy was walking behind --
13       MR. WILLIAMSON:  Objection, Your Honor.  Hearsay.
14  Move to strike.  He said, I have no problem with you.
15       THE COURT:  Mr. Rude?
16       MR. WILLIAMSON:  That's correct.
17       THE COURT:  Objection overruled.  It's not
18  hearsay.  It's not for the truth of the matter asserted.  So
19  the objection is overruled.  You may be seated, counsel.
20       BY MR. HARAY:
21  Q.   What happened after Mr. Rude said that?
22  A.   What happened after that?  I noticed a guy in an
23  orange T-shirt behind me was like jogging towards the fight;
24  and then he got Mike Gillman off, off of --
25       No, no, no.  The guy in the black T-shirt got

```
 1   off of Mike Gillman himself.  And then, the guy in the
 2   orange T-shirt ran towards, and I think he pulled Mike away,
 3   as well.
 4        Q.   The man who Mike Gillman --
 5        A.   Yes.
 6        Q.   -- was holding, what color T-shirt was that man
 7   wearing?
 8        A.   Black T-shirt.
 9        Q.   And where is the man in the orange T-shirt, what
10   did he do after he ran up?
11        A.   He -- I think he pulled Mike Gillman off of him.
12   He was helping.
13        Q.   And then what happened to the defendant after the
14   man with the orange T-shirt came?
15        A.   Jon Rude got pulled to the ground with the guy in
16   the orange T-shirt.  He pulled him to the ground, as well.
17        Q.   Who did?
18        A.   The guy in the orange T-shirt.
19        Q.   Pulled who to the ground?
20        A.   Jon Rude.
21        Q.   And how did he do that?
22        A.   Pushed and pulled.
23        Q.   When the man in the orange T-shirt was with John
24   Rude, where was the man in the black T-shirt?
25        A.   He just -- he stood there; and as the guy in the
```

147

1   orange T-shirt pulled him down and as Jon Rude was getting
2   up, I think the guy in the black T-shirt, he punched, then
3   kicked Jon Rude.
4       Q.  And where did he punch and kick him?
5       A.  It was in the body.
6       Q.  What happened after that?
7       A.  Jon Rude lost his balance and then carried on
8   getting up.  And as he was getting up, there was punches
9   being thrown back and forward.
10      Q.  Punches being thrown back and forth between who?
11      A.  The guy in the black T-shirt and Mr. Rude.
12      Q.  And then what happened after that?
13      A.  What happened after that?  The guy in the orange
14  T-shirt said, leave let them alone, let them have a fair
15  fight.
16      Q.  Who was he directing that to?
17      A.  All of us, to all the rest apart from the guy in
18  the black T-shirt and Mr. Rude.
19      Q.  And where was the man in the orange T-shirt
20  standing in relation to Jon Rude and the man in the black
21  T-shirt?
22      A.  Two feet to the side.
23      Q.  And was he doing anything physically?
24      A.  No.
25      Q.  What happened after he said what you just

148

1  described?
2      A.   The guy in the black T-shirt and Mr. Rude went
3  onto the grass; it was like a grassy area.  And there was
4  punches being thrown, body punches, and body punches thrown
5  back; basically started fighting.
6      Q.   And how did this end?
7      A.   How did it end?  The punch landed to the face of
8  Jon Rude, and I think he got knocked to the ground.
9      Q.   What happened after Jon Rude went to the ground?
10     A.   There was punches being thrown to his head.
11     Q.   Who was doing that?
12     A.   The guy in the black T-shirt.
13     Q.   Where was the guy in the black T-shirt when he was
14 hitting Jon Rude?
15     A.   Like stood on top.  You know, just stood like on
16 the side of Jon Rude, like stood over him.
17     Q.   Where were his feet in relation to Jon Rude's
18 body?
19     A.   On the side of Jon Rude, like either side.
20     Q.   Describe, how was Jonathan Rude positioned?
21     A.   Lying down like on his back.
22     Q.   What was Jon Rude doing while he was flat on his
23 back?
24     A.   He was trying to cover his face and trying to push
25 back up.

149

```
 1              MR. WILLIAMSON:  I'm sorry, Your Honor.  The
 2   witness made a motion.  Also, I didn't hear what the witness
 3   had said.
 4              THE COURT:  Could you repeat your answer, sir?
 5              THE WITNESS:  He was trying to cover his face and
 6   trying to push the guy in the black T-shirt off of him.
 7              BY MR. HARAY:
 8        Q.    And what did the man in the black T-shirt do from
 9   then on?
10        A.    I think throwing a few punches to his face.
11        Q.    Do you remember what hand he was using?
12        A.    I think his right hand.
13        Q.    Was his hand open, or was it closed and a fist?
14        A.    I think it was closed.  I didn't really notice.
15        Q.    Where was he hitting Jon Rude?
16        A.    On the head, pretty much anywhere it landed.  I
17   saw a few to the head and I think a few body; I don't know
18   specifically.
19        Q.    Do you remember how many punches there were?
20        A.    To the body or to the head?
21        Q.    Well, first to the body, then the head.
22        A.    The body, there was say about three or four.  And
23   the head, there was about three punches.
24        Q.    What happened to Jon Rude?
25        A.    Jon Rude, I think he got knocked unconscious
```

150

1  because he basically stopped moving after awhile.
2      Q.   What happened after he stopped moving?
3      A.   The guy in the orange T-shirt just said, leave it,
4  he's had enough. And then, the guy in the black T-shirt, I
5  think he went back -- he went back the way he came.
6      Q.   While Jon Rude was on the ground, how many times
7  did he hit the man in the black shirt?
8      A.   It was like a couple, a few times to, I think body
9  punches, he tried to throw body punches to get wind of the
10 guy in the black T-shirt, but I don't know if they
11 connected.
12     Q.   And for how long was Mr. Rude on the ground not
13 moving?
14     A.   For the rest of the fight I think until I think my
15 cousin --
16     Q.   How did the fight continue if Mr. Rude was not
17 moving?
18
19     A.   It didn't. The guy in the orange T-shirt said,
20 leave him alone, he's had enough.
21     Q.   And what happened next?
22     A.   Then the guy in the black T-shirt went where he
23 came, went back the way he came.
24     Q.   And where was that towards?
25     A.   Towards the bar.

```
 1      Q.   What happened to the man in the orange T-shirt?
 2      A.   The man in the orange T-shirt also, also left.  I
 3  think it was back towards the bar or it was back where he
 4  came.  I cannot remember.
 5           MR. HARAY:  Nothing further.
 6           THE COURT:  You may proceed, Mr. Williamson.
 7           MR. WILLIAMSON:  Thank you, Your Honor.
 8                        CROSS-EXAMINATION
 9  BY MR. WILLIAMSON:
10      Q.   Mr. Zarkhosh.
11      A.   Yes, sir.
12      Q.   Good afternoon, sir.
13      A.   Good afternoon.
14      Q.   Mr. Zarkhosh, let's pick up where Mr. Haray left
15  off.  Mr. Rude is -- Jonathan Rude is on the ground; is that
16  correct?
17      A.   Yes.
18      Q.   And it's your testimony that the gentleman in the
19  black T-shirt was on top of him; is that correct?
20      A.   Yes.
21      Q.   And there were punches being exchanged between the
22  two; is that correct?
23      A.   Yes.
24      Q.   All right.  And with reference to the hits being
25  thrown by the person in the black T-shirt, you weren't sure
```

```
 1   whether the hand was open or closed; is that correct?
 2       A.  I wasn't sure, no.
 3       Q.  And now after the person in the black T-shirt is
 4   about to leave, the person goes back in the direction of the
 5   bar; is that correct?
 6       A.  Yes.
 7       Q.  Okay.  And the person in the orange T-shirt goes
 8   with him?
 9       A.  No, no, he doesn't go; not at first, no.
10       Q.  Okay.  That person eventually heads in that
11   direction, as well?
12       A.  I think so, or it was the way he came, which was
13   from the back of the whole premises.
14       Q.  All right.  And when the person left in the orange
15   T-shirt had left, you don't hear that person saying
16   anything, do you?
17       A.  Yeah, I heard words spoken, but I don't know who
18   said it.  It was something, you're next, I think; but I
19   don't know who it was said to.
20       Q.  Okay.  But you don't know who said that either; is
21   that correct?
22       A.  I don't know, no.
23       Q.  And the person in the black T-shirt, when that
24   person left, that person wasn't saying anything either; is
25   that correct?
```