# EXHIBIT A-4

```
 1   ask --
 2            THE COURT:  Counsel, I've have ruled.  Step back.
 3   We're going to call the witness.
 4            MR. WILLIAMSON:  Yes, sir.  I was just asking for
 5   clarification as to the Court's ruling.
 6            THE COURT:  I found no Brady violation.  You may
 7   step back.
 8                      (OPEN COURT)
 9            THE COURT:  You may recall your next witness
10   please.
11   Thereupon,
12                      SAMIR ZARKHOSH,
13   having been called as a witness for and on behalf of the
14   government, and having been first duly sworn by the Deputy
15   Clerk, was examined and testified as follows
16            THE COURT:  Could you state your name for the
17   record please, and spell your last name?
18            THE WITNESS:  Yes, it's Samir Michael Zarkhosh,
19   Z-A-R-K-H-O-S-H.
20            THE COURT:  You may proceed, counsel.
21            MR. HARAY:  Thank you, sir.
22                    DIRECT EXAMINATION
23   BY MR. HARAY:
24   Q.   Good afternoon, Mr. Zarkhosh.
25   A.   Good afternoon.
```

```
 1      Q.  And describe your path.
 2      A.  Well, we went out the side door; we took a left
 3  toward the main street; and then, we took another left to go
 4  back on the main street towards the car to get back to the
 5  car.
 6      Q.  How far did the officer escort you?
 7      A.  I'd say maybe, maybe ten or 15 feet.
 8      Q.  Ten or 15 feet from where?
 9      A.  From the door, from the side door where we came
10  out.
11      Q.  What happened to the officer -- well, what did the
12  officer do at that point?
13      A.  Well, there was someone who was approaching from
14  the waterfront, we noticed, taking their shirt off.  They
15  had a shirt underneath, though.  I can't remember the
16  colors.  But I know that he went back to see who that was.
17      Q.  Did you see who that person was?
18      A.  No, it was too far for me to see.
19      Q.  And what happened after the police officer turned
20  back?
21      A.  Turned back toward us?  He never came back toward
22  us.
23      Q.  No.  What happened after the police officer turned
24  away from you?
25      A.  We kept walking.
```

```
 1    Q.  How far away was the car from there?
 2    A.  It was all the way around the corner.  Probably
 3  two blocks, two or three blocks.
 4    Q.  Describe what happened as you walked towards the
 5  car.
 6    A.  Well, we were walking towards --
 7        Once we hit the main street, we took another
 8  left to go onto K, and we were coming to the block where the
 9  movie theatre is.  And I noticed a black man with a cut-off
10  black T-shirt walking behind me on the grass.
11    Q.  How far away was that person from you when you
12  first noticed him?
13    A.  Couple feet, to my left.
14    Q.  What direction was he headed?
15    A.  In our direction, which would be further away from
16  the waterfront towards the car.
17    Q.  And where was Jon Rude in relation to you?
18    A.  He was to the left of me.
19    Q.  Which direction was he facing?
20    A.  Facing the same direction as going towards the
21  vehicle.
22    Q.  So the man who was, the man you described as being
23  in the black shirt, which side of Jon Rude was he on?
24    A.  To the left.
25    Q.  What happened next?
```

1   A.   Next I was walking towards the car, and I was
2   going a little bit in front of him. Next thing I know
3   coming from behind me, Jon is kind of thrown into the car.
4       Q.   And did you see why that happened?
5       A.   No, because --
6            MR. WILLIAMSON: Objection, Your Honor. Leading.
7            THE COURT: One second. Did you see why it
8   happened? Counsel, I'm going to sustain the objection.
9   Could you reformulate that?
10           BY MR. HARAY:
11      Q.   How did you describe what Jon Rude did?
12      A.   He kind of got -- he came from behind me. He was
13  kind of, best word to use, flung into the car, more kind of
14  shoved into the car. I didn't see how he was pushed or how
15  anything happened, whether it was a push, tackle, what it
16  was.
17      Q.   How come you couldn't you see what happened?
18      A.   Because I was in front of him.
19      Q.   In front of who?
20      A.   Jon Rude. I was a few steps in front of him.
21      Q.   What drew your attention to him?
22      A.   Him coming really fast into me and into the car
23  from my back side.
24      Q.   How did he hit the car?
25      A.   With his chest area.

```
 1      Q.   So did you see what happened to him?
 2      A.   At the first instance, no.
 3      Q.   What happened after you first --
 4           After you started looking at him, what did
 5   you see?
 6      A.   I saw the man with the black cut-off shirt just
 7   started to kind of wrestle, standing up, and started moving
 8   away from the car into the grass area.
 9      Q.   Well, describe what Jon Rude's condition was like
10   after he went into the car.
11      A.   He was dazed. I mean, he was shocked.
12      Q.   Why do you think he was dazed?
13           MR. WILLIAMSON: Objection.
14           BY MR. HARAY:
15      Q.   What was he physically doing?
16           MR. WILLIAMSON: Well, he's rephrased.
17           THE COURT: All right, thank you. You may
18   continue. What was he physically doing?
19           THE WITNESS: Physically he just -- he just turned
20   around; and then, I saw them both starting to wrestle,
21   standing up.
22           BY MR. HARAY:
23      Q.   Who started to wrestle?
24      A.   Both of them, the man with the black shirt,
25   cut-off black shirt and Jon Rude.
```

1   Q. Did they have to move towards each other to start
2   to wrestling, or were they already that close?
3   A. No, the person with the black shirt was already on
4   him.
5   Q. And describe the wrestling. What were they
6   actually doing?
7   A. They were standing up; they were standing up more,
8   and but they're grappling. And they started moving more to
9   the side, and I saw Jon Rude's shirt coming up a little bit
10  from the back.
11  Q. Why was his shirt coming up?
12  A. Because it was being grabbed from behind.
13  Q. By who?
14  A. By the person with the black shirt.
15  Q. And what happened next?
16  A. They moved toward the grass area, and then.
17  Q. What were you doing while you were watching this?
18  A. I was kind of standing back. I remember Mike
19  helping, trying to help.
20  Q. What did Mike do to help?
21  A. He tried to hold back the person with the black
22  shirt.
23  Q. How did he try to hold him back?
24  A. It was really fast. It's hard to say exactly how,
25  but he tried holding him back like this.

```
 1    Q.   All right.  And you're gesturing with both your --
 2    A.   Both my arms.
 3    Q.   -- arms?
 4    A.   Yeah, trying to hold him back, right.
 5    Q.   Is that how he was --
 6    A.   No.  It was like from behind, from what I can
 7  remember.
 8    Q.   Okay.  Doing what from behind?
 9    A.   He was trying to restrain him.
10    Q.   Who?
11    A.   The person with the black shirt.
12    Q.   And did Mike restrain the guy with the black
13  shirt?
14    A.   He did, till somebody came from the side and then
15  freed him up.
16    Q.   And what did that guy look like?
17    A.   He had an orange shirt on.
18    Q.   And what did the man with the orange shirt do when
19  he got on the scene?
20    A.   He -- he let the person with the black shirt free.
21  And that's basically when the wrestling continued.  And they
22  moved more to the grass.  And I was kind of blocked off, and
23  so was Mike with the person in the orange shirt.  So that
24  basically --
25    Q.   Well, how were you blocked?
```

1   A.   Well, being blocked; he was right in front of us,
2   and we were more towards the street.
3   Q.   Was the man in the orange shirt facing you?
4   A.   Uh-huh.
5   Q.   Or facing -- Was his front to you or his back to
6   you?
7   A.   Front.
8   Q.   And was he doing anything?
9   A.   Kind of standing there like a football player
10  would stop us from going to our time out.  He kept saying,
11  left them fight like men.
12  Q.   And the man in the orange shirt, will you describe
13  what size he was?
14  A.   He was built with a pretty heavy build, I would
15  say.
16  Q.   How tall are you?
17  A.   I'm 6"1'.
18  Q.   And how much do you weigh?
19  A.   I weigh about 185.
20       THE COURT:  That's pounds?
21       THE WITNESS:  Pounds.
22       THE COURT:  Thank you.
23       BY MR. HARAY:
24  Q.   How would you compare his size to your size?
25  A.   He was bigger than me, much bigger than me.

```
 1      Q.   And so, I'm sorry; I didn't mean to cut you off.
 2      A.   That's okay.  He definitely was -- he definitely
 3 had weight over me.
 4      Q.   And what happened next?
 5      A.   Next, like I said, he said, let them fight like
 6 men; and the person, the man in the orange shirt.  And Jon
 7 and the other man in the black shirt, basically they
 8 continued the grappling until Jon fell.  Got tripped.
 9      Q.   Did you see how he fell?
10      A.   No, I didn't say exactly how he fell.
11      Q.   What happened after Jon Rude fell?
12      A.   Well, he was more towards the sidewalk, the
13 blacktop area.  And the other man got on top of him and
14 started punching him in the face.
15      Q.   How was the man in the black shirt on top of
16 Mr. Rude?
17      A.   Standing over him.
18      Q.   And describe Mr. Rude's position.  What position
19 was his body in?
20      A.   It was flat on the -- flat on the ground.
21      Q.   Face up or face down?
22      A.   Face up.
23      Q.   And what was the man doing when he was over
24 Mr. Rude?
25      A.   He was punching him in the face repeatedly.
```

```
 1    Q.   What was he punching him with?
 2    A.   His fist.
 3    Q.   And where was he punching him?
 4    A.   In the face.
 5    Q.   How many times was he punching him?
 6    A.   I didn't exactly count. I'd say it was several
 7  times; at least five times, I would guess. I didn't see
 8  every one.
 9    Q.   What was Jon Rude doing while he was getting
10  punched?
11    A.   From my angle, I saw him trying to block. But I
12  mean, eventually he just -- I don't know.
13    Q.   Well, what was he actually doing when --
14         THE COURT: Well, counsel, please let him finish
15  his answer.
16         MR. HARAY: I'm sorry. I thought he was finished.
17         BY MR. HARAY:
18    Q.   Please finish.
19    A.   He was just trying to block. I mean, sometimes I
20  was blocked by the person in front of me. So I couldn't see
21  everything that was --
22    Q.   What was Mr. Rude doing that makes you think he
23  was trying to block?
24    A.   Because his hands were you were for awhile.
25    Q.   Describe how they were up.
```