# EXHIBIT A-5

```
 1    Q.   And was he sitting at the time?
 2    A.   No. He was standing.
 3    Q.   You tried to speak with him?
 4    A.   Yes.
           MR. WILLIAMSON:  Court's indulgence.
 6         (Williamson confers with defendant.)
 7         MR. WILLIAMSON:  No further questions.
 8         THE COURT:  Any redirect?
 9         MR. HARAY:  No, Your Honor.
10         THE COURT:  Thank you.  You may step down.
11         (Witness excused.)
12         THE COURT:  Please call your next witness.
13    Counsel, you don't have to wait for him.  Go get your next
14    witness.
15    Thereupon,
16                      JONATHAN W. RUDE,
17    having been called as a witness by the government, and being
18    first duly sworn by the Court, was examined and testified as
19    follows:
20         THE COURT:  State your name for the record.
21         THE WITNESS:  Jonathan W. Rude.
22         THE COURT:  You may proceed, counsel.
23                      DIRECT EXAMINATION
24    BY MR. HARAY:
25    Q.   Good afternoon, sir.
```

```
 1   can't say for sure.
 2       Q.   Do you remember leaving the party?
 3       A.   Yes, I do.
 4       Q.   And when you left the party, where did you go?
 5       A.   I -- we headed into D. C.
 6       Q.   Do you remember where you were headed?
 7       A.   No.
 8       Q.   What's the next thing you did?
 9       A.   I remember leaving the party; and then, I woke up
10   throwing up blood in a hospital bed.
11       Q.   Do you know what day and time it was when it was
12   -- Let me rephrase the question.
13            What day and time was it when you woke up?
14       A.   It was a Saturday night when I last remember.  And
15   then, when I woke up, it was a Sunday morning.
16       Q.   Do you recall about what time it was?
17       A.   Roughly nine a.m.
18       Q.   Do you have any idea what happened inbetween those
19   two times?
20       A.   No.
21       Q.   Who did you see when you woke up?
22       A.   My mother.
23       Q.   How did you feel when you woke up?
24       A.   I was in a lot of pain.
25       Q.   What hurt?
```