# EXHIBIT A-6

```
 1       Q     Tell me what you want me to do.
 2       A     Stand in front.  He grabbed me, grabbed me like
 3   this by my right arm, and he was choking me this way, and
 4   then grabbed my left arm like this.
 5             MR. WILLIAMSON:  All right.  Let the
 6   record reflect that --
 7             BY MR. WILLIAMSON:
 8       Q     Why don't you just do that again; not so tightly,
 9   though.
10       A     Oh, I'm sorry.
11             THE COURT:  Well, why don't you ask him what he's
12   doing versus having everybody agree.  Why don't you ask him,
13   you're doing this, you're doing that.
14             MR. WILLIAMSON:  All right.
15             THE COURT:  Go ahead.
16             BY MR. WILLIAMSON:
17       Q     Now you were -- you had your right arm underneath
18   my right armpit; is that correct?
19       A     Yes.
20       Q     And then, the forearm to your hand around my neck;
21   is that correct?
22       A     Yes.
23       Q     Okay.  And then you had your left arm, you were
24   holding onto my left arm --
25       A     Yes.
```

```
1    Q    -- behind my back; is that correct?
2    A    Yes.
3    Q    Okay.  And is that how Mr. Gillman had you on
4  June 27, 2004?
5    A    Yes.
6    Q    All right.  Thank you.  You may take the stand.
7         (Witness returned to witness stand.)
8         BY MR. WILLIAMSON:
9    Q    Now, Mr. Adeboyeku, before Mr. Gillman had held
10 you like that, had you swung at Jonathan Rude?
11   A    No.
12   Q    Before Mr. Gillman had held you like that, had you
13 swung at Michael Gillman?
14   A    No.
15   Q    Did you ever push Michael Gillman before he had
16 held you the way you had demonstrated?
17   A    No.
18   Q    All right.  And that same morning, June 27, 2004,
19 did you ever push Jonathan Rude before Michael Gillman had
20 held you the way you had demonstrated?
21   A    No.
22   Q    Mr. Adeboyeku, how did you get away from Michael
23 Gillman?
24        THE COURT:  Counsel, what happened next?
25        MR. WILLIAMSON:  Sorry.  Very well.  Yes, sir;
```

49

```
 1    yes, sir, Your Honor.
 2              THE COURT:  Well, I mean --
 3              MR. WILLIAMSON:  I understand, sir.
 4              BY MR. WILLIAMSON:
 5       Q    Now, Mr. Adeboyeku, what happened next?
 6       A    Well, after Mike Gillman held, Jonathan Rude is
 7    still swinging at me, and he hit me a couple times in the
 8    face.  My hands are being tied; so at that time, I can't
 9    defend myself.  I'm kicking at him.
10       Q    Where in your face do you get hit by Jonathan
11    Rude?
12       A    I got hit in the nose and in the jaw several
13    times, several times in the jaw area.
14       Q    Can you put a number to the times in the jaw area?
15       A    It was about three, three or four.
16       Q    What side of your face?
17       A    It was more to the right side.
18       Q    Do you do anything to try to get away from Michael
19    Gillman?
20       A    Well, at the time, Jonathan Rude is swinging at
21    me.  I'm trying to stop him as much as I can from swinging
22    at me.  So at that time, I can't get off Michael Gillman.
23       Q    What happens next?
24       A    Well, after that, Tony Wood, I guess he was down
25    the street.  I'm not sure where he had came from.  He came,
```

50

```
 1    grabbed Jonathan Rude.  He put Jonathan Rude to the floor.
 2              Mike Gillman sort of eased off me, and I was
 3    able to get off of Mike Gillman.
 4         Q    Mr. Adeboyeku, do you see how --
 5              Let me just ask, who is Tony Wood?
 6         A    Tony Wood is another doorman that works at Tony &
 7    Joe's.
 8         Q    Was he at work that night?
 9         A    Yes.
10         Q    All right.  Did you see how Tony Wood, as you
11    testified, put Jonathan Rude to the floor?
12         A    No, I didn't really see.  I was trying to get off
13    Mike.
14         Q    Okay.  And when you say "floor", do you mean
15    ground?
16         A    Yes, the ground.
17         Q    Now describe how you're feeling at that time,
18    Mr. Adeboyeku.
19         A    I was by myself at that time; so I was scared.  I
20    didn't know what was going to happen.  It was four of them.
21    I was by myself.
22         Q    Once you get away from Michael Gillman, are you
23    hurting?
24         A    Little bit.  I can't really, you know, I don't
25    know, really know how I felt till afterwards.  You know, the
```

51

```
 1  blood is flowing.  You know, but afterwards, I was hurting,
 2  you know.
 3      Q    Let me ask you this.  When you say "the blood is
 4  flowing", are you talking internally?
 5      A    I mean, yes, internally.
 6           THE COURT:  I'm sorry.  What was the word?
 7           MR. WILLIAMSON:  Internally as opposed to
 8  externally.  I said "internally."
 9           THE COURT:  The blood was flowing.
10           THE WITNESS:  Adrenaline.
11           THE COURT:  Oh, you don't mean actual blood?
12           THE WITNESS:  Yeah, not actual blood.
13           MR. WILLIAMSON:  Right. That's why I was trying to
14  clarify.
15           THE WITNESS:  Adrenaline.
16           THE COURT:  All right.
17           BY MR. WILLIAMSON:
18      Q    It would be accurate to say that you were pumped
19  up at that time?
20      A    Yes.
21      Q    What happens next, Mr. Adeboyeku?
22      A    After Tony Wood grabbed Jonathan Rude and placed
23  him down to the ground, Mike Gillman eases up off me a
24  little bit, and I'm able to get off of Mike Gillman.  After
25  that, Tony Wood said something to Jon Rude.  I believe he
```

52

```
 1    said he was going to --
 2            MR. HARAY:  Objection, Your Honor.
 3            THE COURT:  Overruled.  Not for the truth of the
 4    matter asserted.
 5            THE WITNESS:  Tony Wood said to Jon Rude, I
 6    remember him saying, "It's going to be a fair fight; you're
 7    not going to jump him."
 8            So after I had got Mike Gillman off me, he had let
 9    Jonathan Rude up.  Jonathan Rude then immediately tried to
10    wrestle me, tried to tackle me.
11            BY MR. WILLIAMSON:
12       Q    And what happened next?
13       A    Well, after he tried the tackle me, you know, we
14    were going at it.  When he started swinging at me, I started
15    swinging at him.  He had grabbed ahold of me; I tried to get
16    him off me.  He started swinging at me; we started swinging
17    at each other.
18       Q    Did Jonathan Rude kick you in any way?
19            MR. HARAY:  Objection, Your Honor.
20            THE COURT:  Sustained.  Leading, counsel.
21            MR. WILLIAMSON:  Yes, sir.
22            BY MR. WILLIAMSON:
23       Q    Mr. Adeboyeku, what happens next as you all are
24    going at each other?
25       A    As we are, we're all going at each other, he's
```

53

1  swinging at me; we're swinging at each other. He hits me in
2  my groin area. And then, I reach over. I'm hurt at the
3  time from when he hit me in my groin area. He tries to
4  tackle me. He's unable to get me to the floor, still
5  swinging at me. I swing at him, went for his nose. I hit
6  him; he stumbles back. When he stumbles down, he's grabbing
7  me, and he falls down and pulls me down with him.
8      Q    And do you all both go down to the ground?
9      A    Yes, we both went down together.
10     Q    All right. What happens at this point as you all
11 are on the ground?
12     A    At this point, while we're on the ground, he's
13 trying to get up. He's still swinging at me, trying to get
14 up. He's grabbing on my shirt so I can't let go.
15          When we first got down to the ground, I tried
16 to get up. I couldn't get up because he was grabbing on me.
17 I'm swinging at him, and he's also swinging back. That's
18 all I remember. Then Tony grabbed me.
19          MR. WILLIAMSON: Court's indulgence.
20          BY MR. WILLIAMSON:
21     Q    After Tony grabs you, Mr. Adeboyeku, what happens
22 next?
23     A    After Tony grabs me, at this point, I'm very
24 tired; I'm hurt. I don't even leave. I stand right there
25 in the area. I try to sit down on a bench that was actually

54

```
 1  right next to the area.  Tony pulled me.  I told him I
 2  couldn't really walk.  He pulled me.
 3          Tony said something to Mike Gillman.  I'm not
 4  sure what it was he says to Mike Gillman.  I looked up at
 5  Mike Gillman, and I told him -- excuse my language -- I told
 6  him that was fucked up.  Me and Mike Gillman worked with
 7  each other.  I didn't -- you know, I definitely didn't
 8  expect that to happen.
 9      Q   What did you do -- well strike that.
10          Do you say anything to Michael Gillman
11  besides what you just indicated?
12      A   No.
13      Q   What happens next?
14      A   Well, we, Tony takes me back to Tony & Joe's.  He
15  doesn't physically take me back, but he helps me walk back
16  to Tony & Joe's.  As we get to Tony & Joe's, I see my
17  brother.
18          My brother, you know, he didn't know what was
19  going on.  So he asked me what had happened.  I explained to
20  him what had happened.  He was also with Chuck Moran,
21  another manager of Tony & Joe's.
22      Q   And what happens after you're talking with your
23  brother?
24      A   After that, my brother asked me what happened.  I
25  told him that I had been jumped.
```

```
 1              THE COURT:  Formal name.
 2         BY MR. WILLIAMSON:
 3    Q    Do you know Mr. Sylvester's full name?
 4    A    Jay Sylvester; that's all I knew.
 5              THE COURT:  You may proceed.
 6              MR. WILLIAMSON:  Thank you, sir.
 7         BY MR. WILLIAMSON:
 8    Q    After that comment was made by --
 9              What's Dean's last name?
10    A    I believe it's Dean Cibel.
11    Q    Who is he?
12    A    He's the manager at Tony & Joe's.
13    Q    After that comment by Mr. Cibel, what did you do
14   next?
15    A    Well, after that comment, I explained to him that
16   I wasn't trying to get Jay, that if I wanted to get Jay, I
17   would go inside to get him; that's not my point, that wasn't
18   why I was down there.
19              MR. WILLIAMSON:  Court's indulgence, Your Honor.
20   No further questions, Your Honor.
21              THE COURT:  Cross-examination.
22                       CROSS-EXAMINATION
23         BY MR. HARAY:
24    Q    Good afternoon, sir.
25    A    Good afternoon.
```

| | | |
|---|---|---|
| 1 | Q | To pick up where you left off, when you want to go |
| 2 | | get someone, you go get them, don't you? |
| 3 | A | If I had the desire to, yes. |
| 4 | Q | And you had the desire to go get Jonathan Rude on |
| 5 | | June 27, 2004, didn't you? |
| 6 | A | No, sir. |
| 7 | Q | You chased after him, after he went out of Tony & |
| 8 | | Joe's, didn't you? |
| 9 | A | I didn't chase after anybody, sir. |
| 10 | Q | You confronted him and attacked him in front of |
| 11 | | the movie theatre, didn't you? |
| 12 | A | No, I was attacked, sir. |
| 13 | Q | And after -- well, not "and". |
| 14 | | After you were finished striking Mr. Rude, |
| 15 | | you ran away from the area, didn't you? |
| 16 | A | No, I couldn't run. My groin area was hurting. |
| 17 | Q | You fled the area, didn't you? |
| 18 | A | No, sir. |
| 19 | Q | You didn't wait for the police to come, did you? |
| 20 | A | No sir. |
| 21 | Q | You didn't -- |
| 22 | | THE COURT REPORTER: Your Honor, I'd ask counsel |
| 23 | | to slow down. |
| 24 | | THE COURT: One second. Slow down just a little |
| 25 | | bit, Mr. Haray. Let him finish his answer before you ask |

65

```
 1   the next question.  Thank you.
 2            BY MR. HARAY:
 3      Q    Are you finished with your answer, sir?
 4      A    Yes.
 5      Q    You didn't wait for the police, did you?
 6      A    No.
 7            MR. WILLIAMSON:  Objection.  Asked and answered.
 8            THE COURT:  Overruled, counsel.
 9            BY MR. HARAY:
10      Q    You didn't wait for the police, did you?
11      A    No; my brother told me he would take care of that
12   while I went to the hospital.
13      Q    Sir, did I ask you about your brother?
14      A    No, you didn't, sir.
15      Q    So I want you to just answer my question and not
16   any other question.
17      A    Yes, sir.
18      Q    Okay.
19      A    Yes, sir.
20      Q    You understand the rules, right?
21      A    Yes, sir.
22      Q    Did you contact the police to report that you had
23   been attacked?
24      A    No, sir.
25      Q    Did you go back to Tony & Joe's to try and get
```

66

```
 1   some first aid for your injuries?
 2       A    Yes, sir.
 3       Q    You did?
 4       A    Yes.
 5       Q    Did you go inside Tony & Joe's?
 6       A    No, sir.
 7       Q    Tony & Joe's is the closest place you could go to
 8   try and get some help, isn't it?
 9       A    No, not necessarily.
10       Q    Well, it's a lot closer than driving to the
11   hospital up in Silver Spring, isn't it?
12       A    Tony & Joe's doesn't have the same thing that the
13   hospital has, I guess.
14       Q    You understand that if you are really injured, you
15   can call an ambulance, and they'll actually to come to you,
16   right?
17       A    Yes, I do understand.
18       Q    You know that that's what they had to do for
19   Jonathan Rude in this case, don't you?
20       A    I just learned that, yes.
21       Q    You're friends with Tony Wood; is that correct?
22       A    I work with him.
23       Q    Well, are you friends with Tony Wood?
24       A    Yes, I'm friends with all the doormen.
25       Q    I'm not asking you about all the doormen, sir.  If
```

67

```
 1   you don't understand my question, you just tell me you don't
 2   understand it.
 3        A    Can you repeat your question, sir?
 4        Q    My question is this.
 5             THE COURT:  One at a time.  The court reporter has
 6   to get this down.
 7             THE WITNESS:  I'm sorry.
 8             THE COURT:  It's not like a conversation.  It's
 9   question, answer.
10             THE WITNESS:  Yes, sir.
11             BY MR. HARAY:
12        Q    Isn't it true that Tony Wood is a friend of yours?
13        A    Yes.
14        Q    And you've worked with him, and you've known him
15   since the time you've worked at Tony & Joe's, correct?
16        A    Yes.
17        Q    You knew -- let me rephrase the question.
18             You know that Tony Wood got arrested for the
19   assault on Jonathan Rude on June 27, 2004, correct?
20        A    I had found out a couple days later, yes.
21        Q    Well, he got arrested that very night, correct?
22        A    Yes.
23        Q    He stayed behind after you left, correct?
24        A    Yes.
25        Q    And you actually got a phone call from a police
```

68

```
 1   detective on June 30, 2004, didn't you?
 2       A    I don't recall.
 3       Q    Well, do you recall a detective named Nelson
 4   Morias?
 5       A    I don't recall any phone calls with any detective.
 6       Q    You have no recollection that a police detective
 7   called you to talk about this investigation?
 8            MR. WILLIAMSON:  Objection.
 9            THE WITNESS:  No.
10            MR. WILLIAMSON:  Asked and answered.
11            THE COURT:  Overruled.
12            BY MR. HARAY:
13       Q    You can answer the question, sir?
14       A    No, I don't remember.
15       Q    When, according to you, when was it that you found
16   out that your friend Tony Wood was arrested?
17       A    When my brother had told me the next day.
18       Q    So you knew the next day, not a couple days later,
19   correct?
20       A    Yes.
21       Q    And you were there the entire time that Tony Wood
22   was there across the street from the movie theatre, right?
23       A    Excuse me?
24       Q    You were present on January [June] 27, 2004, the entire
25   time that Tony Wood was on the scene, correct?
```

69

```
 1   Wood left, correct?
 2        A    Yes.
 3        Q    So my question is this. You were there the entire
 4   time that Tony Wood was there, weren't you?
 5        A    Yes.
 6        Q    You didn't see anything that Tony Wood had done
 7   wrong, according to you, did you?
 8        A    No.
 9        Q    You didn't think that there was a good reason for
10   him to be arrested, according to what you described, was
11   there?
12        A    No.
13        Q    But he did get arrested that night, correct?
14        A    Yes.
15        Q    And you didn't turn yourself in in the case until
16   July 14, 2004, correct?
17        A    Yes, I didn't turn myself in until I had an
18   attorney to talk for me.
19        Q    Is that a yes answer?
20        A    Yes.
21        Q    So you went about two and half weeks from the day
22   of the incident until the time you actually turned yourself
23   in, correct?
24        A    No, sir, that's not correct.
25        Q    Well, the incident happened June 27, 2004, right?
```

71