# EXHIBIT B

Anthony Wood

MR. WYROUGH: At what point in time?

BY MR RUDE:

Q  At that point in time.

A  We were off work when he said something about it. We had our shirts off. We were ready to go when he said something about that's was one of the guys that pulled off in the car.

Q  And what did Tosin say?

A  I don't know. They were talking amongst -- talking about something. I don't know.

Q  They were talking, but you didn't hear them?

A  No.

Q  Where was Glen Luckett when this was going on?

A  Outside.

Q  Was he with the 3 of you?

A  No. He was further away.

Q  When Rob Owen walked Jonathan Rude and Mike Gilman out the back entrance, what occurred then?

A  We were standing inside Tony and Joe's behind the door. At that time Yinka left.

Q  Did he leave by himself?

70

Anthony Wood

1   Q  So you ran into the parking garage?
2   A  Yes.
3   Q  Downstairs?
4   A  No. Right by the cashier.
5   Q  Right by the cashier. And then what did you
6   do?
7   A  He ran out. And I ran behind him.
8   Q  And where did he go then?
9   A  He ran up the steps.
10  Q  When you say up the steps --
11  A  He ran up the main steps of the complex.
12  Q  From the --
13  A  Garage door --
14  Q  The large, lower --
15  A  -- right there.
16  Q  The large, lower fountain --
17  A  Upper left.
18  Q  -- to the smaller fountain at the top? And
19  did he say anything during this?
20  A  No. I was telling him, man, come on, come
21  back. But you have to take into consideration I'm 37;
22  he's 20-something. I have high blood pressure and sleep

72

Anthony Wood

A  Oh, yeah.

Q  Which direction did he go?

A  Up towards the garage.

Q  When you say up towards the garage, that would be in the direction of the main entrance to Tony and Joe's -- I mean to the Washington Harbour Complex?

A  No. He ran in the garage.

Q  He ran into the garage?

A  Yes, sir.

Q  There is a garage entrance?

A  The one right by the new restaurant, that entranceway right there.

Q  Are you speaking of the wide, diagonal entrances to the Washington Harbour Complex?

A  When you come out of Tony and Joe's, you make right around the fountain before you get to the main steps leading out of the complex. There's a small door that leads to the parking garage. That door.

Q  And he went in there?

A  Yes.

Q  And when was the next time you saw him?

A  I ran out.

1   apnea. It is impossible for me to keep up with the
2   starting fullback of the University of Maryland.
3   Q  Okay. Let me ask you this: Where did he go
4   then? Do you know?
5   A  He ran up to the circle, right there, the
6   entranceway of Washington Harbour. I'm behind him trying
7   to catch up with him.
8   Q  Then what occurred?
9   A  He took off running because Michael Gilman,
10  Jon Rude and the Earhokosih brothers were at the corner
11  of the Washington Harbour Complex. I would say that's a
12  block. So he ran up and was walking beside the four of
13  those guys.
14  Q  So he was -- in essence he was chasing them?
15  A  No. If he did chase them, he was walking
16  right beside them for a block and a half.
17  Q  So when you say they were at the corner of
18  the Washington Harbour Complex, would that have been the
19  corner by the park?
20  A  Yes.
21  Q  Where were you?
22  A  Stood at the driveway.

Q  The circular driveway in the front?
A  Yes.
Q  So he was walking behind them or right next?
A  He was walking side by side by your son. And Michael Gilman was here and the two Zarhokosih brothers were right here. Yinka and Jon were walking just like this (indicating) down K Street.
Q  And --
MR. TAPP:  The record should reflect the witness made a sign he was walking parallel with Jon Rude.
BY MR RUDE:
Q  Was he walking a step or two behind Jon Rude or in front of Jon Rude?
A  They were side by side.
Q  Was Yinka walking on the park sidewalk?
A  The Zarhokosih brothers -- the K Street expressway has some beams. The Zarhokosih brothers were to the right. Michael Gilman was in the middle. Jon Rude is here. Yinka is here. There's grass and bushes here to Yinka's left.
Q  Okay.

written word --
A  Sure.
Q  -- won't reflect that.
A  Sure.
Q  We'll make it an exhibit.
THE WITNESS:  The circular drive is here and I'm here.
MR. WYROUGH:  Are you marking that as an exhibit?
MR RUDE:  Yes.
(Wood Deposition Exhibit Number 5 was marked for identification and attached to the transcript.)
BY MR RUDE:
Q  Now, specifically this is the park side, correct?
A  Yes.
Q  Just say, "park."
A  Uh-huh.
Q  And this is the end of the complex?
A  Give or take a few feet.
Q  You were standing there.
A  I'm standing in the driveway.

A  So how much --
Q  Was Yinka walking --
A  -- he was on --
Q  -- on the sidewalk?
A  Just side by side like this. I can't tell you exactly how much room is in between them, but they're just like this.
Q  Did you see what happened then?
A  Yes.
Q  What happened?
A  Well, I don't know if Yinka threw the first punch or Jon Rude threw the first punch. When they came from behind the beam, Michael Gilman was on Yinka's back. Yinka is punching. Jon is punching. The Zarhokosih brothers are running around. So that's what I saw then.
Q  But when you say -- when you say -- was Jon Rude to the -- he was to the far left side of the sidewalk toward the park?
A  Yinka is here. Jon Rude here. Michael Gilman is here. The two Zarhokosih brothers are here.

Q  Yes, you were standing in the driveway, yes. And there's --
A  That's the beam for that expressway, the Whitehurst Freeway.
MR. TAPP:  Mr. Wood indicated he was standing in the circle. X marks the spot. The beams are the rectangles.
MR. RUDE:  Right.
BY MR RUDE:
Q  Now, let me ask you this: What, approximately, was the distance from where you were standing to these individuals?
MR. WYROUGH:  One at a time.
THE WITNESS:  When they first started, they were walking side -- Yinka ran up to them. They were at the end of the complex. Yinka started walking beside them from here to the park.
BY MR RUDE:
Q  Did it appear to you that they noticed he was there?
A  Yes, they knew. They looked right at him.
Q  Who is "they"?

Anthony Wood

A   All of them.
Q   All four?
A   Yes.
Q   Now, let me ask you this: You're coming up here and they're on the inside. You don't see -- you're trying to tell us -- just so we're clear about this -- you don't see who hit who first?
A   They both like lunged at each other simultaneous. Who hit who first, I don't know. They went behind the beam. When they came out from behind the beam, Michael Gilman was on Yinka's back. Jon Rude's punching defensively. Yinka's punching defensively. The Zarhokosih brothers are running around. So if you're down, it looks like this kid is fighting for his life, no matter who started it.
Q   Okay. Then what did you do?
A   I ran down there.
Q   And then what did you do?
A   When I ran down there, Michael Gilman still had Yinka. I tackled Jon Rude.
Q   Okay.
A   In the process your son is punching me -- I'm

                                    78

Anthony Wood

not even -- I'm just trying to separate them. Yinka tries to kick Jon Rude in the head. I say, no. If you guys are going to fight, you're going to fight one on one. At that time nobody says anything. I let them up. They start fighting.
    MR. TAPP: They being who?
    THE WITNESS: Jon Rude and Yinka. At no time did the Zarhokosih brothers, Michael Gilman or anybody say we don't want to fight; we just want to go home. Nobody said anything. When I let Jon Rude up, they both went at each other like this, pow, and started fighting.
BY MR. RUDE:
Q   But Jon Rude and Gilman and the Zarhokosih brothers were leaving; is that correct?
A   Leaving as far as what?
Q   Leaving the complex?
A   I guess. I don't know if they were forced to leave or asked to leave. I don't know what Mr. Owen told them inside the restaurant.
Q   But they were leaving?
A   I don't know what they were doing.
Q   They walked off and left?

Q   Do you know whether or not Yinka had any conversations with anyone else at Tony and Joe's about this incident that evening?
A   No, sir.

Anthony Wood

A   They were escorted out.
Q   But they left. Let me ask you this: When you tackled Jon Rude, did you tackle him on the sidewalk?
A   No. We were in the grass.
Q   Where in the grass?
A   I don't know exactly, but we were in the grass in the park, that little park right there.
Q   Why don't you mark exactly where in the park?
A   I can't say exactly where in the park.
Q   Okay. So you can't say where in the park. When you tackled Jonathan Rude I understand you gave a statement to the police that you found yourself on top of him?
A   Yes.
Q   Was he on his face and stomach?
A   He was on his back.
Q   He was on his back. Did he immediately get up?
A   Yes.
Q   Did he say anything to you?
A   No.
Q   What did you do then?

                                    80

Anthony Wood

A   Yinka tried to come around and kick him. I said, no, you can't kick him. If you're going to fight, you're going to fight like men, one on one. And when I let him up, they went at each other just like that.
Q   What happened then?
A   They stood toe to toe and threw a barrage of punches at each other. Then Jon Rude tried to take the shorts off Yinka and like pull them down, but Yinka ended up on top of him.
Q   Do you think maybe Jon Rude was falling down and grabbed them?
A   No.
Q   What happened then?
A   Yinka was on top of him. He punched Jon Rude in the head twice. Jon Rude's head hit the concrete. That's when I pushed Yinka off of Jon Rude.
Q   Where were Jon Rude's -- did you see Yinka continue to strike Jon Rude as he was laying on the sidewalk?
A   He only hit him twice when he was laying on the sidewalk. When I pushed Yinka back, he tried to kick him again. I said, no, you can't do that.

A   Yes.
Q   What did you tell Mr. Castin?
A   As far as from the beginning to the end?
Q   Sure.