# EXHIBIT C

Received Fax : 11 Mar 2007 9:05PM   Fax Station : Lw Ofc: Sherman Robinson   p. 25
03/12/2007  00:50   3014904865   BTAPP   PAGE 25

ORIGINAL

```
                                                                    1

 1                 METROPOLITAN POLICE DEPARTMENT
                        WASHINGTON, D.C.
 2
 3   - - - - - - - - - - - - - - -X
 4   IN RE:                        :
 5   UNITED STATES OF AMERICA      :
 6   VS.                           :
                                   :   Case No. F-4460-04
 7   ADEBOYEKU OLAYINKA            :
                                   :
 8   - - - - - - - - - - - - - - -X
 9
10
11                                        June 27, 2004
12
13
14
15
16        Following is the interview of TONY WOOD as conducted
     by Detective Nelson M. Morais.
17
18
19   Requested By:
20        JONATHAN W. HARAY
          Assistant United States Attorney
21
22
23
24
25
```

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

2

P R O C E E D I N G S

DETECTIVE MORAIS. Okay. Today is June 27, 2004 at 7:30 a.m. Here we are at the 2nd District. My name is Detective Morais, first name, Nelson, detective with the 2nd District. In front of me is Tony Wood, which (sic) I am about to interview. This is reference to an assault that occurred on today's date, June 27th, 2004, at approximately 2:15 in the morning, a.m. The offense occurred in the 3100 block of K Street, Northwest. Report numbers are 088184. We are ready to start the interview.

BY DETECTIVE MORAIS:

Q. Are you ready, Mr. Wood?

A. Yes, I'm ready.

Q. In your own words, tell us what happened -- oh, before we start, did anyone promise you anything or threaten you in any way?

A. No. No one threatened me or promised me anything.

Q. Were you, were you treated fairly?

A. Yes, very fair.

Q. Were you read your rights?

A. Yes, I was.

Q. Did you understand what your rights are?

A. Completely.

Q. Okay. Right now, start from the very beginning. Tell us what you know, what you saw, and start from the

4

1   tried to pull off in a car. Tonight, Yinka saw John Rude
2   while we were trying to close out Tony & Joe's, and he said he
3   was the gentleman that tried to run him over or pull him along
4   in the car.
5       At that time, in the process of trying to calm him
6   down, I spoke to Officer Rucker and Owens and a Park Police
7   officer, I think, McNeely. And we closed the bar, and
8   apparently John Rude and J.C. were all supposed to be banned
9   from the Tony & Joe's and the Nick's Riverside Bar --
10  establishment because they caused so much trouble.
11      John Rude was inside, me -- myself, Yinka, and his
12  brother, Tolsen, were outside. At that time, Officer Owens
13  walked John Rude's friends out the back of Tony & Joe's
14  (indiscernible) Sequoia, and I guess they went up on K Street.
15  At that time, Tolsen was talking to Officer Owens, Yinka was
16  knocking over tables and chairs and all this stuff, and then
17  he bolted. I tried to keep up with him but couldn't.
18      When I came out of the complex, I saw him walking
19  alongside John Rude, Mike Dove, the doorman that works with
20  us, and two other guys. I don't know who they were, but they
21  were with John Rude. I can't say exactly how far I was away,
22  but I was not right close, but I was far. I don't know
23  exactly the footage. What I saw was Yinka and John were
24  throwing punches, and that's when Mike grabbed Yinka from
25  behind. And at that point, when I came up, I don't know if I

5

1   tackled John Rude or threw him down but, yes, I ended up on
2   top of John Rude. And when I let John Rude up, him and Yinka
3   went to each other and started fighting.
4           After that, once I saw Yinka hitting John Rude in
5   the facial area with his head hitting the concrete, I stopped
6   it and left. And then that's when Officer Lee and some other
7   officer came back (indiscernible) took my information, and
8   that's where we're at.
9       Q.  Okay. How do you know Yinka?
10      A.  I've worked with Yinka at that Tony & Joe's for
11  about two years doing security.
12      Q.  Okay. And how do you know John Rude?
13      A.  John Rude used to be a doorman at Tony & Joe's
14  Riverside as well last summer.
15      Q.  Okay. And do you know Mike Gillman?
16      A.  Yes.
17      Q.  Okay. When you were -- you were walking with Yinka,
18  correct?
19      A.  I wasn't walking -- no. I wasn't walking with him.
20      Q.  Well, how many car-lengths were you, would you say
21  (indiscernible) how many car-lengths or --
22      A.  A good six or eight (indiscernible).
23      Q.  Six or eight car-lengths --
24      A.  Yes.
25      Q.  -- that you were behind Yinka?

6

1   A.  Yes.

2   Q.  Okay.  Did you see Yinka throw the first punch at
3   John?

4   A.  To be honest with you, Yinka was on the, on the
5   outside -- the inside of the side where John Rude and Mike
6   were on the, you know, curb side.  When I looked up, Yinka was
7   going towards John Rude.  I can't say if Yinka threw the first
8   punch or if John Rude threw the first punch.  But in the
9   sense, you know, John Rude trying to defend himself, all I
10  know is I see them going at it.  Who threw the first, I don't
11  know.  I saw Mike grab Yinka from behind, and then that's when
12  I separated them.

13  Q.  Okay.  Did you -- when the fight was going on
14  between Yinka and John, did you grab or pull Mike back?

15  A.  Like I said once before, Detective, in, in the whole
16  heat of the moment, I can't say that I pushed.  All I know
17  that I said if they're going to fight, they're going to fight
18  one on one.  It was never my intention to push him or shove
19  him or (indiscernible).  But they -- when I let John Rude up,
20  he went towards Yinka, and Yinka went towards him, and they
21  started fighting.

22  Q.  Okay.  How many times do you think Yinka punched --
23  well, how many times did you see Yinka punch John?

24  A.  Oh, God.  They were punching each other, but I mean
25  they were wrestling and tussling all around.  Two, three

FREE STATE REPORTING, INC.
Court Reporting  Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

7

1  times.  I mean -- the -- when I saw Yinka hit John Rude when
2  he was on the ground, and his head hit the concrete twice,
3  that's when I stopped it.
4       Q.   Okay.  At any time, did you see Yinka kick John?
5       A.   The first, the first time when Yinka tried to kick
6  him, I blocked it.  Okay?
7       Q.   Okay.
8       A.   The second time Yinka tried to kick him, I wasn't
9  (indiscernible).
10      Q.   And --
11      A.   When I was trying to get him off, he was in the
12 process of trying to kick him.  I couldn't stop it because,
13 you know, I was standing up.
14      Q.   And where did the second kick land?
15      A.   I would say somewhere in the facial -- I can't say
16 it was in the head because I was standing up trying to push
17 him back, but I do know that he did make contact.
18      Q.   You said -- you were about to say in the facial
19 area?
20      A.   I can't, I can't say like in the jaw or face,
21 whatever, but I know he kicked him, but I couldn't tell where.
22      Q.   Okay.  And after he kicked him, what did he do?
23 What did Yinka do after he kicked John?
24      A.   He told -- what did he tell Mike?  He told Mike
25 something, and we left, and Yinka sat down on the bench.  He

8

1 was huffing and puffing (indiscernible) came back, and then he
2 left, and I stayed, and that was it.
3     Q.  Okay.  Did you push or tackle John in any way?
4     A.  Like I said, I, I -- no.  I can't say if I tackled
5 him or pushed him.  I know that I was on top of him.  So in
6 the process of me coming from behind, seeing Yinka being
7 restrained and John Rude punching him at the same time, I ran
8 forward.  Now I -- like I said, Detective, I can't say for
9 sure if I tackled him or pushed him.  I know it's one -- I
10 don't know.  I know that I ended up on top of him, but I
11 wasn't choking him, wasn't punching him, or anything.  Just on
12 top of him.
13     Q.  And what were you doing on top of John?
14     A.  Holding him down because Mike had Yinka.
15     Q.  Okay.
16     A.  Okay.  Now once Mike must have lost grip of Yinka or
17 however, Yinka tried to kick John Rude down on the ground.  I
18 blocked (indiscernible) with my arm.  Okay?  At that point,
19 I'm like, if these guys want to fight, it's going to be one on
20 one.  Because at that point, I didn't know if Mike was trying
21 to break it up or was he trying to help John Rude because they
22 play football together.
23         And then some guy that was with him with a white
24 shirt and another guy, they were coming forward.  So at that
25 point, I don't know what's -- it's a situation where you don't

Case 1:05-cv-01274-RCL    Document 53    Filed 02/01/2007    Page 9 of 15

9

1  know who's aggressive, who's passive or not. You don't know.
2  And (indiscernible) putting myself in the middle trying to
3  play the middle.
4      Q.   Did you hear Yinka threaten John in any way
5  verbally?
6      A.   Directly?
7      Q.   I mean did he start or say anything to John or to
8  Mike?
9      A.   Well, he said something to Mike, yes.
10     Q.   Okay. Let's start with Yinka -- I mean let's start
11 with John. Did, did Yinka say or threaten anything to John?
12     A.   I can't recall him saying -- I know he did say
13 something to --
14     Q.   What did Yinka say to Mike?
15     A.   He said, when I see you again, I'm going to knock
16 you out.
17     Q.   Is that what he -- that's what he said?
18     A.   Yeah.
19     Q.   Okay. And --
20     A.   Because basically, Detective, I wouldn't let him try
21 to go to a level whereas though it would be more serious than
22 that. You know what I'm saying? I mean trying to restrain
23 the kid is like trying to hold back a horse, you know. He is
24 really -- he's really strong. I mean he's (indiscernible).
25 So I never heard him say anything threatening to John Rude.

FREE STATE REPORTING, INC.
Court Reporting  Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

Received Fax : 11 Mar 2007 9:05PM Fax Station : Lw Ofc: Sherman Robinson p. 33
Case 1:05-cv-01274-RCL Document 55-9 Filed 03/12/2007 Page 10 of 11
03/12/2007 00:50 3014904865 BTAPP PAGE 33

Case 1:05-cv-01274-RCL Document 53 Filed 02/01/2007 Page 10 of 15

10

1 Q. But just to, just to Mike?

2 A. Right. Because -- I guess because Mike grabbed him
3 from behind in that choking manner.

4 Q. Right.

5 A. (Indiscernible).

6 Q. Okay. What did, what did Yinka do after, after he
7 got up from John -- when he, when he stood up from John?
8 While John was on the ground, what did Yinka do?

9 A. Oh, he was trying to kick him. I tried to stop him,
10 but that kick did hit John Rude.

11 Q. Okay. And then after that, what did Yinka do?

12 A. I would say that he was trying to go back, but I
13 pushed him back and said, come on, let's go, that's enough,
14 it's over, you know, you, you know, you fought him. It's
15 over. Let's go. We went a couple of feet, and there's a
16 bench. He sat down on the bench and was messing with his
17 knee. Then we went inside, and they were having a meeting
18 inside Tony & Joe's, and then he left.

19 Q. Okay.

20 A. I stayed with his brother and everybody else. Then
21 in maybe 10 minutes or so after that, that's when Owens,
22 Officer Lee, Rucker, and -- I don't know how to pronounce the
23 other officer -- but they came and that's when they told me to
24 stay, and then that's when everything else transpired.

25 Q. All right. Did you throw any punches or kick

FREE STATE REPORTING, INC.
Court Reporting Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

Case 1:05-cv-01274-RCL    Document 53    Filed 02/01/2007    Page 11 of 15

11

```
 1  anybody?
 2      A.   No, sir.
 3      Q.   And as far as -- again, as far as grabbing Mike or
 4  holding Mike somehow, or for -- in order for Mike not to
 5  assist into breaking the fight, do you -- did you recall
 6  anything like that -- holding Mike back or grabbing him?
 7      A.   I don't recall grabbing Mike.  Only thing I do
 8  (indiscernible) recall telling Mike was that, you know, if
 9  they're going to fight, they're going to fight one on one.  At
10  that time when Yinka and John Rude were fighting, none of the
11  three friends said stop it at any time.  None of them stepped
12  in to try to stop it.  I stopped it when John Rude was on his
13  back and Yinka was punching him in his head and his head hit
14  the concrete.  I stopped it.  No one else tried to stop it.
15  No one at that time said, hey, you know, break it up.  Enough
16  is enough.  No one said that.
17      Q.   Mike didn't even try to stop it?
18      A.   Nobody tried to stop it.  I had my back to them.
19      Q.   Well, what happened -- when Mike was approaching,
20  approaching John and Yinka while they were fighting, at any
21  time did you push or hold Mike back?
22      A.   No, sir.
23      Q.   Okay.  Did you get hurt in any way?
24      A.   I got hit right here, but I mean like I don't know.
25      Q.   Okay.
```

FREE STATE REPORTING, INC.
Court Reporting  Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947