# EXHIBIT D

as Jaquhari I. Badr.

**ANSWER:** I don't know because I wasn't working.

8. Describe in detail the facts of the events which occurred on or about June 27, 2004 which involved defendant, co-defendant Olayinka Adeboyeku and plaintiff.

**ANSWER:** On that date I was working and Jonathan Rude and his buddies came into Tony & Joe's. Michael Gilliam was working at the door with me and we had completed work. Adeboyedu stated that Rude was one of the guys who had pulled off in car, either that week or the week before, holding onto Adeboyeku's shirt. At that moment Adeboyeku became upset because of the previous nights that Rude and his friends had taunted and harassed him. Two DC police officer were working in the restaurant that night, one of whom was, Rob Owens. He waked Rude and his friends out of the restaurant through the back door of Tony & Joe's.

Adeboyeku was still upset. John Rude, Michael Gilliam and another person began walking west on K St, NW. I told Adeboyeku that if you go out this door you are going to get into trouble. Adeboyeku ran up the steps and I ran behind him. I stopped and Adeboyeku continued on and caught up with Rude and his friends. I don't know what was said as they all waked together, but I recall that someone, either Rude or Adeboyeku lunged toward the other; I can't say which one did it because they were behind a steel beam. I could see that they were fighting and Michael Gilliam had Adeboyeku in a choke hold as Adeboyeku and Rude were pouching each other. I ran up to where the altercation was occurring and tried to pull the persons apart and ended up on top of John Rude. When Adeboyeku got free, he continued to fight with Rude.

I told both of them that if they were going to fight that it should be like men. The next thing I recall was that Adeboyeku and Rude ran toward each other and began

03/12/2007  00:50   3014904865                    BTAPP                        PAGE  37

05/23/2006  16:29   301-499-8816          STAPLES 0172                         PAGE  02
08/23/2006  16:15   3014904865                    BTAPP                        PAGE  06

I HEREBY SWEAR AND AFFIRM UPON MY OATH THAT THE ANSWERS TO THE FOREGOING ARE TRUE AND CORRECT TO THE BEST OF MY KNOWQLEDGE, INFORMATION AND BELIEF.

*Anthony B. Wood.*
Anthony Wood

Respectfully submitted,

Barry M. Tapp
14882 Cambridge Circle
Laurel, MD 20707
301-725-6030
Bar #209395

fighting. After the fight everybody walked away.

9. Describe in detail defendant's duties and responsibilities as an employee of The Dancing Crab at Washington Harbour, L.P.

**ANSWER:** I work as security for the restaurant, check identification, give directions and greet customers.

10. Describe in detail the facts and identify all documents relating to defendant's request for immunity in regard to defendant's testimony at the March 2005 trial of Olayinka Adeboyeku.

**ANSWER:** I never requested immunity.

11. Describe in detail all communications, written or oral, between defendant and any employee of The Dancing Crab at Washington Harbour, L.P. regarding or relating to the events which resulted in the arrest of defendant on June 27, 2004.

**ANSWER:** Objection. The question is confusing and I don't understand it. In event, I cant' recall any conversation I had regarding this matter.

12. Describe in detail all conversations between defendant and Mr. Glenn Luckett and between defendant and Mr. Robert Owens in regard to or relating to the events which occurred on the following dates:

   a) June 20, 2004;
   b) June 27, 2004; and
   c) July 24, 2004.

**ANSWER:** I don't have any present recollection of conversation on those dates.

13. Identify all documents which were referred to by or used by defendant in the preparation of its answers to interrogatories 1 through 12 above.

**ANSWER:** None.