CASE NO. 05CV1274(RCL)
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
## ATTACHMENT NO. 9

# STANDARDIZED CIVIL

# JURY INSTRUCTIONS

---

for the District of Columbia

1998 Revised Edition

edited by

Richard W. Stevens

Young Lawyers Section

The Bar Association of the District of Columbia



19-3

## BATTERY

A battery occurs when one person [unlawfully and] intentionally touches or uses force on another person in a harmful, offensive, or insulting way. The term "touching" includes direct contact. "Touching" also refers to putting an object into motion that directly contacts another person or that contacts something connected with that person.

The defendant cannot be liable for battery if the plaintiff consented to be touched.

If you find that the defendant has committed an unlawful battery on the plaintiff, then your verdict must be for the plaintiff.

---

19-5

## ASSAULT AND/OR BATTERY—EXCESSIVE FORCE IN DOING LAWFUL ACT

There are some circumstances in which threatening or actually using force, even deadly force, is necessary to carry out a lawful act. However, a person may threaten to use or actually use force only in the amount reasonably necessary to carry out the lawful act.

If you find, considering the circumstances as they appeared to [the defendant], that [the defendant] used or threatened to use more force than was reasonably necessary to [do the otherwise lawful act], then your verdict must be for [the plaintiff].

19-6

## ASSAULT AND BATTERY—AFFIRMATIVE DEFENSES

Not all threats, attempts to use or actual uses of force are unlawful. A person has the right to use both threats of force and actual force to defend a) one's self, b) another person, or c) one's property. To carry out a lawful defense, a person has the right to use only as much force as is reasonably necessary.

In the case of self-defense [against a threat of bodily harm], a person is justified in using reasonable force to prevent the harm, if that person reasonably believes that he or she is in immediate danger of physical harm or that he or she must act to repel an actual assault. If a person reasonably believes the other party is an aggressor, he or she does not have to wait for the aggressor to make the first move.

To use force to defend another victim, a person must reasonably and actually believe both that the victim had a right in this situation to use self defense, and that the person must intervene to protect the victim.