CASE NO. 05CV1274(RCL)
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
## ATTACHMENT NO. 10

## UNITED STATES DISTRICT COURT
### District of Columbia

JONATHAN W, RUDE,      )

     Plaintiff,       )

                 )    **CASE No. 1:05CV01274**

     v.             )    **Judge Royce C. Lambert.**

                 )

OLAYINKA ADEBOYEKU

    and          )

ANTHONY B. WOOD,

                 )

     Defendants.

## DEFENSES TO PLAINTIFF'S COMPLAINT

     **COMES NOW** the defendant, Anthony B. Wood, by and through counsel.

Barry M. Tapp, and states the following in answer to plaintiff's complaint

### FIRST DEFENSE TO COMPLAINT

     The complaint fails to state a claim against defendant upon which relief

can be granted.

### SECOND DEFENSE TO COMPLAINT

     The complaint is time barred by the statute of limitations.

### THIRD DEFENSE TO COMPLAINT

     The complaint is barred by the doctrine of *res judicata* and collateral

estoppel.

### FOURTH DEFENSE

     The court lacks jurisdiction of this matter.

### FIFTH DEFENSE

     This case should be dismissed because of the plaintiff's unclean hands.