CASE NO. 05CV1274(RCL)
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
# ATTACHMENT NO. 11

UNITED STATES DISTRICT COURT
District of Columbia

JONATHAN W. RUDE,            )
                             )
        Plaintiff,           )
                             )    CASE No. **1:05CV01274**
        v.                   )    Judge Royce C. Lambert.
                             )
OLAYINKA ADEBOYEKU           )
        and                  )
ANTHONY B. WOOD,             )
                             )
        Defendants.          )

## DEFENDANT ANTHONY B. WOOD'S ANSWERS TO PLAINTIFF'S FIRST INTERROGATORIES

To:   Rick A. Rude, Esq.
      Suite 103
      207 Park Avenue
      Falls Church, VA 22046
      Counsel for Plaintiff

From: Barry M. Tapp
      14662 Cambridge Circle
      Laurel, MD 20707
      Counsel for Defendant Wood

**COMES NOW** the defendant, Anthony B. Wood, by and through counsel, Barry M. Tapp, Esq. and submits the following Answers to Interrogatories propounded by the plaintiff:

1. Describe in detail the facts and identify the documents which support the factual contention or allegation that plaintiff has "unclean hands" as stated in defendant's fifth affirmative defense.

   **ANSWER:** The plaintiff started the fight and has constantly harassed Adeboyeku while working at the restaurant.

2. Describe in detail the facts and identify the documents which support defendant's

I HEREBY SWEAR AND AFFIRM UPON MY OATH THAT THE ANSWERS TO THE FOREGOING ARE TRUE AND CORRECT TO THE BEST OF MY KNOWQLEDGE, INFORMATION AND BELIEF.

*Anthony B. Wood.*
Anthony Wood

Respectfully submitted,

Barry M. Tapp
14662 Cambridge Circle
Laurel, MD 20707
301-725-6030
Bar #209395