UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                                                          Case No. 05cv1274(RCL)

OLAYINKA ADEBOYEKU,
A/k/a "YINKA" and
ANTHONY B. WOOD,
A/k/a WILLIE JOYNER, JR.,

    Defendants.

## DECLARATION OF COUNSEL

My name is Rick A. Rude and I am counsel for Plaintiff. I have been a member of and admitted to practice before the United States District Court for the District of Columbia for over 29 years. I am submitting this Declaration in response to the Declaration of Mr. Barry M. Tapp dated March 12, 2007. I hereby state as follows:

1. On September 18, 2006 I discussed defendant Wood's failure to response to Plaintiff's First Request For Admissions with Mr. Tapp.

2. On September 18, 2006 Mr. Tapp and I agreed to an extension of time to September 25, 2006 for defendant to provide answers to the involved request for admissions.

3. Attached hereto and identified as Exhibit "A" is a true copy of the e-mail which was forwarded to Mr. Tapp confirming the agreement to the extension of time as well as the representation that answers to the request for admissions would be provided.

1

4. Defendant Wood did not provide the answers on September 25, 2006 as agreed between counsel.

5. On July 12, 2006 Mr. Tapp proffered to Plaintiff a proposed settlement of Plaintiff's claim.

6. Attached hereto and identified as Exhibit "B" is a redacted copy of Mr. Tapp's settlement proposal.

7. The July 12, 2006 was not accepted and thusly no settlement was "imminent" between the parties as of September 18th nor 25th, 2006.

8. I was in my office on March 12, 2007 and when away it is my custom and practice to forward the telephone to either voice mail or my cell phone.

9. I have no record of a telephone call nor message from Mr. Tapp.

FURTHER DECLARANT SAYETH NOT.

_____
RICK A. RUDE, Esq. #244897

## Rick Rude

**From:** "Rick Rude" <rick_rude@msn.com>
**To:** <Suwon4@aol.com>
**Sent:** Monday, September 18, 2006 11:27 AM
**Attach:** WOOD.txt
**Subject:** Re: Rude v. Adeboyeku Case no. 05cv1274RCL - confirmation of Return Date for ...

Dear Mr. Tapp:

I am confirming our telephone conversation of this morning. I am attaching the text of Mr. Wood's deposition of July 11, 2006 in the DAncing Crab case. Answers to plaintiff's first request for admissions will be provided by September 25, 2006. The exhibits to the deposition were the notice, the door staff manual, the employee manual and Mr. Wood's jacket contents in case F04-4083.

I am also confirming my advice that I have rec'd a CD disc which contains approximately 700 pages of telephone records, including those of the cell phone used by Mr. Wood in June-July 2004.

Sincerely,

Rick Rude


>From: Suwon4@aol.com
>To: rick_rude@msn.com
>Subject: Re: Rude v. Adeboyeku Case no. 05cv1274RCL - confirmation of
>Return Date for ...
>Date: Fri, 15 Sep 2006 18:45:29 EDT
>
>That's fine.  Returnable Oct. 6, 2006.


# EXHIBIT 'A'

9/18/2006

## LAW OFFICES OF BARRY M. TAPP

14662 Cambridge Circle
Laurel, Maryland 20707
Tel: 301-725-6030
Fax: 301-490-4865
E-mail: Suwon4@aol.com

P.O. Box 5202
Laurel, MD 20707
301-580-9600

Ocean City, MD
410-524-2538

July 12, 2006

Rick A. Rude, Esq.
207 Park Avenue, Suite 103
Falls Church, VA 22046

Re:   Rude v. Wood, *et. al.*
      1:05cv01274

Dear Mr. Rude:

**REDACTED**

Very truly yours,

*B. McCoy Tapp, J.D., L.L.M.*

## EXHIBIT 'B'