## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JONATHAN W. RUDE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-1274 (RCL)** |
| | ) | |
| **OLAYINKA ADEBOYEKU,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Before the Court is defendant Anthony B. Wood's unopposed Motion [36] to File Initial Disclosures Out of Time. Upon consideration of the motion and the entire record herein, it is hereby

ORDERED, that the Motion [36] to File Initial Disclosures Out of Time is GRANTED, *nunc pro tunc*, and the initial disclosures are deemed timely filed.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, March 30, 2007.