UNITED STATES DISTRICT COURT
District of Columbia

_____
JONATHAN W, RUDE,  )
    Plaintiff,
                    )     CASE No. 1:O5CVOI 274
    v.                        Judge Royce C. Lamberth
                    )
OLAYINKA ADEBOYEKU
   and
ANTHONY B. WOOD,  )
    Defendants.
_____

## DEFENSES TO PLAINTIFF'S COMPLAINT

**COMES NOW** the defendant, Anthony B. Wood, by and through counsel, Barry M. Tapp, and states the following in answer to plaintiff's complaint

### FIRST DEFENSE TO COMPLAINT

The complaint fails to state a claim against defendant upon which relief can be granted.

### SECOND DEFENSE TO COMPLAINT

The complaint is time barred by the statute of limitations.

### THIRD DEFENSE TO COMPLAINT

The complaint is barred by the doctrine of *res judicata* and collateral estoppel.

### FOURTH DEFENSE

The court lacks jurisdiction of this matter.

**FIFTH DEFENSE**

This case should be dismissed because of the plaintiff's unclean hands.

**SIXTH DEFENSE**

The defendant acted in defense of another/self-defense.

**ANSWER OF DEFENDANT ANTHONY B. WOOD
TO PLAINTIFF'S COMPLAINT**

1. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

2. The defendant is without sufficient knowledge or information to admit or deny the allegation.

3. Admitted.

4. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied

5, The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

**COUNT NO. 1**

6. The defendant incorporates herein his answers in paragraphs *1-5,* as if fully set forth herein, therefore it is denied.

7. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

8. Denied.

9. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

10. Denied.

11. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

12. Denied.

13. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

14. Denied.

15. Denied.

**WHEREFORE**, it is respectfully requested that the plaintiff's action be dismissed and he be assessed reasonable attorney fees and costs.

Respectfully submitted,

 /s/ Barry M. Tapp
Barry M. Tapp
14662 Cambridge Circle
Laurel, MD 20707
301-725-6030
Bar #209395

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that have caused a copy of the foregoing to served

electronically on:

Rick Rude, Esq.
Suite 103
207 Park Aveneu
Falls Church, VA 22046

Kerry Hotopp
Fried, Frank, Harris, Shriver, & Jacobson, LLP
1001 Pennsylvania Ave., NW, Suite 800
Washington, DC 20004


       /s/ Barry M. Tapp
       Barry M. Tapp