CASE NO. 05CV1274(RCL)
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
FOR LEAVE TO FILE AMENDED ANSWER
## ATTACHMENT NO. 12

UNITED STATES DISTRICT COURT
District of Columbia

JONATHAN W. RUDE, )
    Plaintiff, )
    v. ) CASE No. 1:05CV01274
) Judge Royce C. Lambert.
OLAYINKA ADEBOYEKU )
and )
ANTHONY B. WOOD, )
    Defendants. )

## DEFENDANT ANTHONY B. WOOD'S ANSWERS TO PLAINTIFF'S FIRST INTERROGATORIES

To: Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, VA 22046
Counsel for Plaintiff

From: Barry M. Tapp
14662 Cambridge Circle
Laurel, MD 20707
Counsel for Defendant Wood

**COMES NOW** the defendant, Anthony B. Wood, by and through counsel, Barry M. Tapp, Esq. and submits the following Answers to Interrogatories propounded by the plaintiff:

1. Describe in detail the facts and identify the documents which support the factual contention or allegation that plaintiff has "unclean hands" as stated in defendant's fifth affirmative defense.

   **ANSWER:** The plaintiff started the fight and has constantly harassed Adeboyeku while working at the restaurant.

2. Describe in detail the facts and identify the documents which support defendant's

11. Describe in detail all communications, written or oral, between defendant and any employee of The Dancing Crab at Washington Harbour, L.P. regarding or relating to the events which resulted in the arrest of defendant on June 27, 2004.

**ANSWER**: **Objection**. The question is confusing and I don't understand it. In event, I cant' recall any conversation I had regarding this matter.

12. Describe in detail all conversations between defendant and Mr. Glenn Luckett and between defendant and Mr. Robert Owens in regard to or relating to the events which occurred on the following dates:

a) June 20, 2004;

b) June 27, 2004; and

c) July 24, 2004.

**ANSWER**: I don't have any present recollection of conversation on those dates.

05/23/2006  16:29    301-499-8816              STAPLES 0172              PAGE 02
05/23/2006  16:15    3014904865                BTAPP                     PAGE 06

**I HEREBY SWEAR AND AFFIRM UPON MY OATH THAT THE ANSWERS TO THE FOREGOING ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

*Anthony B. Wood*
Anthony Wood

Respectfully submitted,

Barry M. Tapp
4662 Cambridge Circle
Laurel, MD 20707
301-725-6030
Bar #209395