CASE NO. 05CV1274(RCL)
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
FOR LEAVE TO FILE AMENDED ANSWER
# ATTACHMENT NO. 13

62

1      Q      When was the next time you saw Yinka that

2    evening?

3      A      Closing time.

4      Q      Approximately how long was it between this

5    particular incident you've just described and closing

6    time?

7      A      I can't give an exact time, but it wasn't

8    that long.

9      Q      Did you work with Yinka again between June

10    20th and June 26th?

11      A      Yes.

12      Q      How many evenings?

13      A      Can't give you an exact number.  Yinka only

14    normally works on the weekend.

15      Q      Did you talk to Yinka at any time between

16    June 20th and June 26th?

17      A      I would say probably yes.

18      Q      Was he pretty angry regarding John cummings?

19      A      No, he wasn't angry.  He was upset that

20    someone would try to pull off in a car and try to kill

21    him for something so minor.

22      Q      Well, let me ask you this:  What do you mean

63

1    someone tried to pull off in a car and try to kill him?

2         A    Allegedly.  I wasn't there, of course.  This

3    is someone telling me this story.

4         Q    Yes.

5         A    Apparently, he took it upon himself to chase

6    Mr. Cummings and Mr. Rude into the parking lot.

7    Apparently he caught up with them and I guess some type

8    of altercation ensued.  Someone pulled off and he was

9    able to break free.

10        Q    Do you recall who told you that?

11        A    He told me.

12        Q    He told you that.  Did he mention that to any

13   of the managers at Tony and Joe's or Nick's Riverside

14   Grille?

15        A    I don't know.

16        Q    Do you know whether he complained to anyone

17   about that?

18        A    Can't say.

19        Q    Did Yinka ever talk about getting even with

20   John Cummings?

21        A    No.

22        Q    Did Yinka plan to have a fight with John

64

1    Cummings the next time he saw him?

2        A    No.

3        Q    Did he plan on having a fight with Jon Rude

4    the next time he saw him?

5        A    No.

6        Q    Did Yinka talk to you about setting up a

7    fight?

8        A    No.

9        Q    Did you talk to Robert Owen about asking him

10   to look the other way, that there was going to be a

11   fight?

12       A    I did talk to Mr. Owen, but not to look the

13   other way.

14       Q    What did you say to him?

15       A    I asked him, these two guys have a problem.

16   There's not much I can do to stop them.  Can you do

17   something?

18       Q    Do you recall when that was?

19       A    The night the assault took place.

20       Q    What did Rob Owen do?

21       A    Yinka was in front of the restaurant talking

22   to me and his brother.  Rob Owen walks Jonathan Rude,

65

1    Michael Gilman, the Zarhokosih brothers out to the dining

2    room of Tony and Joe's, back out behind Sequoia, took

3    them up to K Street and that was it.

4         Q    You said you were standing at the front door

5    with Yinka and Tosin; is that correct?

6         A    Yeah.  And Officer Luckett.

7         Q    And what were you talking about?

8         A    We weren't talking about anything.

9         Q    You weren't talking?

10        A    The guy was upset.

11        Q    Can you define what you mean by upset?

12        A    He was upset.

13        Q    What was his demeanor?

14        A    He was angry.

15        Q    Was he pacing back and forth?

16        A    I don't think so.

17        Q    You don't recall?

18        A    No, sir.

19        Q    Had Jon Rude come out the front door, would

20   there have been a fight?

21             MR. TAPP:  Objection.  Speculation.

22             THE WITNESS:  I don't know.

69

1            MR. WYROUGH:   At what point in time?

2    BY MR RUDE:

3        Q    At that point in time.

4        A    We were off work when he said something about

5    it.  We had our shirts off.  We were ready to go when he

6    said something about that's was one of the guys that

7    pulled off in the car.

8        Q    And what did Tosin say?

9        A    I don't know.  They were talking amongst --

10    talking about something.  I don't know.

11        Q    They were talking, but you didn't hear them?

12        A    No.

13        Q    Where was Glen Luckett when this was going

14    on?

15        A    Outside.

16        Q    Was he with the 3 of you?

17        A    No.  He was further away.

18        Q    When Rob Owen walked Jonathan Rude and Mike

19    Gilman out the back entrance, what occurred then?

20        A    We were standing inside Tony and Joe's behind

21    the door.  At that time Yinka left.

22        Q    Did he leave by himself?

70

1    A    Oh, yeah.

2    Q    Which direction did he go?

3    A    Up towards the garage.

4    Q    When you say up towards the garage, that

5  would be in the direction of the main entrance to Tony

6  and Joe's -- I mean to the Washington Harbour Complex?

7    A    No.  He ran in the garage.

8    Q    He ran into the garage?

9    A    Yes, sir.

10   Q    There is a garage entrance?

11   A    The one right by the new restaurant, that

12  entranceway right there.

13   Q    Are you speaking of the side, diagonal

14  entrances to the Washington Harbour Complex?

15   A    When you come out of Tony and Joe's, you make

16  a right around the fountain before you get to the main

17  steps leading out of the complex.  There's a small door

18  that leads to the parking garage.  That door.

19   Q    And he went in there?

20   A    Yes.

21   Q    And when was the next time you saw him?

22   A    I ran out.

71

```
 1        Q    So you ran into the parking garage?

 2        A    Yes.

 3        Q    Downstairs?

 4        A    No.  Right by the cashier.

 5        Q    Right by the cashier.  And then what did you

 6   do?

 7        A    He ran out.  And I ran behind him.

 8        Q    And where did he go then?

 9        A    He ran up the steps.

10        Q    When you say up the steps --

11        A    He ran up the main steps of the complex.

12        Q    From the --

13        A    Garage door --

14        Q    The large, lower --

15        A    -- right there.

16        Q    The large, lower fountain --

17        A    Upper left.

18        Q    -- to the smaller fountain at the top?  And

19   did he say anything during this?

20        A    No.  I was telling him, man, come on, come

21   back.  But you have to take into consideration I'm 37;

22   he's 20-something.  I have high blood pressure and sleep
```

72

1   apnea.  It is impossible for me to keep up with the

2   starting fullback of the University of Maryland.

3        Q    Okay.  Let me ask you this:  Where did he go

4   then?  Do you know?

5        A    He ran up to the circle, right there, the

6   entranceway of Washington Harbour.  I'm behind him trying

7   to catch up with him.

8        Q    Then what occurred?

9        A    He took off running because Michael Gilman,

10  Jon Rude and the Zarhokosih brothers were at the corner

11  of the Washington Harbour Complex.  I would say that's a

12  block.  So he ran up and was walking beside the four of

13  those guys.

14       Q    So he was -- in essence he was chasing them?

15       A    No.  If he did chase them, he was walking

16  right beside them for a block and a half.

17       Q    So when you say they were at the corner of

18  the Washington Harbour Complex, would that have been the

19  corner by the park?

20       A    Yes.

21       Q    Where were you?

22       A    Stood at the driveway.

73

```
 1          Q    The circular driveway in the front?

 2          A    Yes.

 3          Q    So he was walking behind them or right next?

 4          A    He was walking side by side by your son.  And

 5   Michael Gilman was here and the two Zarhokosih brothers

 6   were right here.  Yinka and Jon were walking just like

 7   this (indicating) down K Street.

 8          Q    And --

 9          MR. TAPP:  The record should reflect the

10   witness made a sign he was walking parallel with Jon

11   Rude.

12   BY MR RUDE:

13          Q    Was he walking a step or two behind Jon Rude

14   or in front of Jon Rude?

15          A    They were side by side.

16          Q    Was Yinka walking on the park sidewalk?

17          A    The Zarhokosih brothers -- the K Street

18   Expressway has some beams.  The Zarhokosih brothers were

19   to the right.  Michael Gilman was in the middle.  Jon

20   Rude is here.  Yinka is here.  There's grass and bushes

21   here to Yinka's left.

22          Q    Okay.
```

74

1          A     So how much --

2          Q     Was Yinka walking--

3          A     -- he was on --

4          Q     -- on the sidewalk?

5          A     Just side by side like this.  I can't tell

6     you exactly how much room is in between them, but they're

7     just like this.

8          Q     Did you see what happened then?

9          A     Yes.

10         Q     What happened?

11         A     Well, I don't know if Yinka threw the first

12    punch or Jon Rude threw the first punch.  When they came

13    from behind the beam, Michael Gilman, was on Yinka's

14    back.  Yinka is punching.  Jon is punching.  The

15    Zarhokosih brothers are running around.  So that's what I

16    saw then.

17         Q     But when you say -- when you say -- was Jon

18    Rude to the-- he was to the far left side of the sidewalk

19    toward the park?

20         A     Yinka is here.  Jon Rude here.  Michael

21    Gilman is here.  The two Zarhokosih brothers are here.

22         Q     I'm going to ask you to draw this out.  The

75

1    written word --

2          A    Sure.

3          Q    -- won't reflect that.

4          A    Sure.

5          Q    We'll make it an exhibit.

6               THE WITNESS:   The circular drive is here and

7    I'm here.

8               MR. WYROUGH:   Are you marking that as an

9    exhibit?

10              MR RUDE:   Yes.

11              (Wood Deposition Exhibit Number 5 was marked

12   for identification and attached to the transcript.)

13   BY MR RUDE:

14         Q    Now, specifically this is the park side,

15   correct?

16         A    Yes.

17         Q    Just say, "park."

18         A    Uh-huh.

19         Q    And this is the end of the complex?

20         A    Give or take a few feet.

21         Q    You were standing there.

22         A    I'm standing in the driveway.

76

1       Q   Yes, you were standing in the driveway, yes.

2  And there's --

3       A   That's the beam for that expressway, the

4  Whitehurst Freeway.

5       MR. TAPP:  Mr. Wood indicated he was standing

6  in the circle.  X marks the spot.  The beams are the

7  rectangles.

8       MR. RUDE:  Right.

9  BY MR RUDE:

10       Q   Now, let me ask you this:  What,

11  approximately, was the distance from where you were

12  standing to these individuals?

13       MR. WYROUGH:  One at a time.

14       THE WITNESS:  When they first started, they

15  were walking side -- Yinka ran up to them.  They were at

16  the end of the complex.  Yinka started walking beside

17  them from here to the park.

18  BY MR RUDE:

19       Q   Did it appear to you that they noticed he was

20  there?

21       A   Yes, they knew.  They looked right at him.

22       Q   Who is "they"?

77

```
 1        A    All of them.

 2        Q    All four?

 3        A    Yes.

 4        Q    Now, let me ask you this:  You're coming up

 5   here and they're on the inside.  You don't see -- you're

 6   trying to tell us -- just so we're clear about this --

 7   you don't see who hit who first?

 8        A    They both like lunged at each other

 9   simultaneous.  Who hit who first, I don't know.  They

10   went behind the beam.  When they came out from behind the

11   beam, Michael Gilman was on Yinka's back.  Jon Rude's

12   punching defensively.  Yinka's punching defensively.  The

13   Zarhokosih brothers are running around.  So if you're

14   down, it looks like this kid is fighting for his life, no

15   matter who started it.

16        Q    Okay.  Then what did you do?

17        A    I ran down there.

18        Q    And then what did you do?

19        A    When I ran down there, Michael Gilman still

20   had Yinka.  I tackled Jon Rude.

21        Q    Okay.

22        A    In the process your son is punching me -- I'm
```

78

1    not even -- I'm just trying to separate them.  Yinka

2    tries to kick Jon Rude in the head.  I say, no.  If you

3    guys are going to fight, you're going to fight one on

4    one.  At that time nobody says anything.  I let them up.

5    They start fighting.

6              MR. TAPP:  They being who?

7              THE WITNESS:  Jon Rude and Yinka.  At no time

8    did the Zarhokosih brothers, Michael Gilman or anybody

9    say we don't want to fight; we just want to go home.

10   Nobody said anything.  When I let Jon Rude up, they both

11   went at each other like this, pow, and started fighting.

12   BY MR RUDE:

13        Q    But Jon Rude and Gilman and the Zarhokosih

14   brothers were leaving; is that correct?

15        A    Leaving as far as what?

16        Q    Leaving the complex?

17        A    I guess.  I don't know if they were forced to

18   leave or asked to leave.  I don't know what Mr. Owen told

19   them inside the restaurant.

20        Q    But they were leaving?

21        A    I don't know what they were doing.

22        Q    They walked off and left?

DEPOSITION OF ANTHONY WOODE
CONDUCTED ON TUESDAY, JULY 11, 2006

79

1    A    They were escorted out.

2    Q    But they left.  Let me ask you this:  When

3  you tackled Jon Rude, did you tackle him on the sidewalk?

4    A    No.  We were in the grass.

5    Q    Where in the grass?

6    A    I don't know exactly, but we were in the

7  grass in the park, that little park right there.

8    Q    Why don't you mark exactly where in the park?

9    A    I can't say exactly where in the park.

10    Q    Okay.  So you can't say where in the park.

11  When you tackled Jonathan Rude I understand you gave a

12  statement to the police that you found yourself on top of

13  him?

14    A    Yes.

15    Q    Was he on his face and stomach?

16    A    He was on his back.

17    Q    He was on his back.  Did he immediately get

18  up?

19    A    Yes.

20    Q    Did he say anything to you?

21    A    No.

22    Q    What did you do then?

80

1    A    Yinka tried to come around and kick him.   I

2  said, no, you can't kick him.  If you're going to fight,

3  you're going to fight like men, one on one.  And when I

4  let him up, they went at each other just like that.

5    Q    What happened then?

6    A    They stood toe to toe and threw a barrage of

7  punches at each other.  Then Jon Rude tried to take the

8  shorts off Yinka and like pull them down, but Yinka ended

9  up on top of him.

10    Q    Do you think maybe Jon Rude was falling down

11  and grabbed them?

12    A    No.

13    Q    What happened then?

14    A    Yinka was on top of him.  He punched Jon Rude

15  in the head twice.  Jon Rude's head hit the concrete.

16  That's when I pushed Yinka off of Jon Rude.

17    Q    Where were Jon Rude's -- did you see Yinka

18  continue to strike Jon Rude as he was laying on the

19  sidewalk?

20    A    He only hit him twice when he was laying on

21  the sidewalk.  When I pushed Yinka back, he tried to kick

22  him again.  I said, no, you can't do that.

92

1    never used an A/K/A?

2         A    No, sir.  Because you can't get bail if you

3    use an alias.

4              MR. RUDE:  Mr. Wyrough?

5              MR. WYROUGH:  I've got questions.

6         EXAMINATION BY COUNSEL FOR THE DANCING CRAB

7    BY MR. WYROUGH:

8         Q    Before the fight occurred, had you already --

9    had you been paid cash?

10        A    Before the fight occurred?

11        Q    Yes, sir.  The night that you went chasing

12   Yinka out on K Street, had you been paid?

13        A    No, I didn't get paid that night because I

14   ran out chasing him.  I think I got paid after I got out

15   of jail.

16        Q    Do you know if Yinka had been paid?

17        A    I don't think any of us got paid.  He never

18   came inside to get it because he was outside, you know.

19        Q    You testified earlier that your shirts were

20   off.  What do you mean by the fact your shirts were off?

21        A    Our shirts were off, the polo, the Tony and

22   Joe's shirts were off.  We were done for evening.  We

99

1    Yinka.  When Gilman had a hold of Yinka, did you see Jon

2    Rude throwing any punches on Yinka?

3            A    Michael Gilman had Yinka like this.

4            Q    In a head lock.

5            A    From behind.  Yinka is throwing punches; Jon

6    Rude is throwing punches.  And Michael Gilman was on

7    Yinka's back.

8            Q    So whatever hold Gilman had on Yinka, it

9    wasn't stopping Yinka from throwing punches?

10           A    He was having trouble.  He was getting hit.

11   He was throwing them, but he was getting hit.

12           Q    Did you pull Gilman off Yinka?

13           A    No.

14           Q    How is it that Gilman got off of Yinka you

15   testified I thought?

16           A    When I came running up, I ended up on top of

17   Jonathan Rude.  I don't know how Yinka got away from

18   Michael Gilman.  When he got away, he tried to come

19   around and kick Jonathan Rude in the head.  I said, no,

20   you can't do that.  You gotta fight like a man.

21           Q    Prior to the incidents with John Cummings and

22   the night of the fight are you aware of any time in 2003

105

1        Q    Did you see Jonathan Rude hitting Yinka?

2        A    Yes.

3        Q    Where?

4        A    In the face.

5        Q    Going back to your discussion of temperament,

6    you seem to indicate in response to Mr. Wyrough's

7    question that you considered Yinka's temperament and Jon

8    Rude's temperament to be similar?

9        A    Uh-huh.

10            MR. WYROUGH:  Say yes or no.

11            THE WITNESS:  Yes.

12    BY MR. RUDE:

13        Q    What do you consider your temperament?  The

14    same as theirs?

15        A    I don't know.  I never really could judge

16    myself.

17        Q    Do you consider yourself restrained?

18        A    I can't judge myself.

19        Q    Just for clarification, you did not see how

20    this incident on K Street started between Yinka and Jon

21    Rude?

22            MR. WYROUGH:  Asked and answered.

DEPOSITION OF ANTHONY WOOD
CONDUCTED ON TUESDAY, JULY 11, 2006

106

1             THE WITNESS:  Well, they both lunged at each

2    other, Mr. Rude.

3    BY MR RUDE:

4         Q    Simultaneously?

5         A    I can't even say if Yinka went first or Jon

6    Rude went first.

7         Q    You either saw or you didn't see.  Which is

8    it?

9         A    I would say Yinka lunged first.

10        Q    Why did Yinka go out there?  Do you have any

11   idea?

12        A    No.

13        Q    Didn't you tell him that it was a bad idea

14   for him to go out there?

15        A    I can't recall if I did.

16        Q    You spoke a little bit about closing time and

17   individuals coming in and out of the main bar.  Do you

18   recall that?

19        A    Yes.

20        Q    Which area, the inside area or the outside

21   area, do you close down first?

22        A    In 2004 or 2006?

DEPOSITION OF ANTHONY WOOD
CONDUCTED ON TUESDAY, JULY 11, 2006

110

1        A    Oh, yeah.  Oh, yeah.  Of course I was

2    kidding.  But I mean you guys doing depositions, I

3    figured you guys would've heard all these stories and,

4    you know, stuff coming out of the woodwork.  So I'd

5    rather for it to come from me than somebody else, you

6    know trying to figure out what type of guy I am.

7                MR. WYROUGH:  Thank you, Mr. Wood.

8                MR. TAPP:  Nothing.

9                MR. RUDE:  Tony, thank you for coming.

10               MR. WYROUGH:  Do you waive signature?

11               MR. TAPP:  Yes, he waives signature.

12               (The deposition of ANTHONY WOOD was concluded

13   at 4:25 p.m. and signature was waived.)

14

15

16

17

18

19

20

21

22

PLAINTIFF'S
EXHIBIT
Wood #5
7/11/05  TK

K ST

YINKA J.R. M.G.

(2) ZA· BROTHERS

PARK

SIGNS

COMPLEX

X  Anthony B. WOOD
Anthony B. Wood 7/11/06.