UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

      Plaintiff,

v.                                           Case No. 05cv1274(RCL)

OLAYINKA ADEBOYEKU
A/k/a "YINKA" and
ANTHONY B. WOOD,
A/k/a WILLIE JOYNER, JR.,

      Defendants

### MOTION FOR STAY OF INTERLOCUTORY ORDER

COMES NOW Plaintiff, by and through his counsel, and submits this motion for stay of the Order of the Court dated May 15, 2006 (Dkt Doc. #32) pending the conclusion of any trial in this proceeding. The Order involves a finding by the Court that Plaintiff's Opposition to a Motion To Compel was not substantially justified. The Court on March 30, 2007 denied Plaintiff's motion for reconsideration. (Dkt Doc. #60).

Plaintiff undertook to reach an amicable resolution of the matter with counsel for defendant. Counsel for defendant had made a demand for fees that is plainly excessive. Defendant has further conveyed the intent to use the Court's May 15, 2006 Order as a device to obtain defendant's dismissal from this proceeding. Defendant's excessive demand is a clear hardship upon plaintiff and is the type of fee demand that has been condemned by the Appellate Court.

This Court has the ability to control its docket and scheduling of matters before it, including the power to stay the effectiveness of any interlocutory order that has been

1

issued. It is appropriate under the circumstances presented for the Court to stay the involved Order pending completion of the proceedings in the trial court.

Plaintiff hereby incorporates his Memorandum of Points and Authorities in support of this motion.

## Local Rule 7(m) Statement

Plaintiff's counsel, upon receipt of the Court's March 30th Order, contacted counsel for defendant regarding the Order and endeavored to reach an amicable resolution of the amount of any fee award. Counsel for defendant agreed to forward a letter request along with the underlying documentation to support the requested fee. Plaintiff received a fee demand that was excessive, lack the underlying documentation, was inconsistent with the Laffey Matrix and included clearly inappropriate hours. Plaintiff has discussed this matter with counsel for defendant and further made an offer of settlement. On April 13, 2007, counsel for defendant rejected Plaintiff's offer and continued the inappropriate demand. No informal resolution of this matter appears possible at this time.

Dated: 17 April 2007

Respectfully submitted,

/s/
_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(AC 703) 536-3063 Tele.
(AC 703) 536-4841 Fax.

Counsel For Plaintiff