UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                Case No. 05cv1274(RCL)

OLAYINKA ADEBOYEKU
A/k/a "YINKA" and
ANTHONY B. WOOD,
A/k/a WILLIE JOYNER, JR.

    Defendants.

## ORDER

This matter having come before the court upon plaintiff's Motion For Stay of Interlocutory Order entered May 15, 2006 (Docket Entry Doc. No. 32) and the court having considered plaintiff's motion and memorandum, and any opposition thereto, it is hereby ORDERED that plaintiff's motion is GRANTED as filed. Defendant's claim for reasonable attorney's fees is hereby stayed until the conclusion of any trial in this proceeding.

_____
United States District Court Judge