# PLAINTIFF'S MOTION FOR STAY

## ATTACHMENT NO. 1

**Fried, Frank, Harris, Shriver & Jacobson LLP**

1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: +1.202.639.7000
Fax: +1.202.639.7003
www.friedfrank.com



Direct Line: 202.639.7298
kerry.hotopp@ffhsj.com

April 4, 2007

**via U.S. Mail**

Rick A. Rude, Esq.
207 Park Avenue, Suite 103
Falls Church, VA 22046
Fax: (703) 536-4841

    Re:    *Rude v. Adeboyeku*, Civil Case No. 05-01274 (RCL)
              Attorneys' Fees Associated with Initial Disclosures

Dear Mr. Rude:

Pursuant to Judge Lamberth's orders directing you to pay our attorneys' fees and costs associated with filing our Motion to Compel your Rule 26(a)(1) initial disclosures,[1] enclosed is an invoice for $17,756. Payment should be addressed to the Firm at the address above.

This invoice represents the time we reasonably spent in addressing your failure to provide initial disclosures. We have eliminated hours billed by Daniel Loeb and Douglas Baruch.

As detailed in the invoice, Wendy Fischman, then lead-attorney on this case, billed a total of 7.5 hours on the issue. At her normal hourly rate of $540/hour, the total cost for Ms. Fischman's time is $4,050. I billed a total of 30.8 hours on the matter. At my normal hourly rate of $445/hour, the total cost for my time is $13,706.

We have not provided descriptions of the daily activities, since those descriptions are privileged. Very broadly, however, the March and April entries consist of: negotiations with you concerning the initial disclosures; correspondence -- including writing letters and e-mail messages and making phone calls -- with you; research on Rule 26(a)(1) and caselaw interpreting the rule; drafting, commenting on, and revising both the original Motion to Compel and its reply; and reviewing your filings. The May entries are for time spent reviewing, researching, and replying to your Motion for Reconsideration.

---

[1] *See* May 15, 2006 Order, Docket No. 32, and March 30, 2007 Order, Docket No. 60.

New York • Washington DC • London • Paris • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

Fried, Frank, Harris, Shriver & Jacobson LLP

Rick A. Rude, Esq.                                      April 4, 2006
                                                        Page 2

If you have any questions, please do not hesitate to contact me.

                                                        Sincerely yours,

                                                        Kerry Hotopp

Enc.

Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20004-2505
Tel: 202.639.7000
Fax: 202.639.7008
www.friedfrank.com

FRIED FRANK

March 31, 2007

PRIVILEGED AND CONFIDENTIAL

Rick A. Rude, Esquire
207 Park Avenue, Suite 103
Falls Church, VA 22046

Re: **Rude v. Adeboyeku, Civil Case No. 05-1274 (RCL)**

Ref: 088888-00440

| Matter Number and Name | Professional Services Through May 31, 2006 | Ancillary Services Through May 31, 2006 |
|---|---|---|
| 00440    ADEBOYEKU | $17,756.00 | $0.00 |
| SUB-TOTAL | $17,756.00 | |
| TOTAL CURRENT BILLING | $17,756.00 | |

Invoice No: 27030196

Ancillary services not yet recorded will be included in future statements
Our taxpayer identification number is 13-5344867

A Delaware Limited Liability Partnership

Client: 088888
Matter: 00440 ADEBOYEKU

## TIME SUMMARY

| Associate Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| FISCHMAN, WENDY P. | 7.50 | $540 | $4,050.00 |
| HOTOPP, KERRY | 30.80 | $445 | $13,706.00 |
| **Total-Associates** | **38.30** | | **$17,756.00** |
| | | | |
| **Sub-Total** | **38.30** | | **$17,756.00** |

Fried, Frank, Harris, Shriver & Jacobson LLP

Client: 088888
Matter: 00440 ADEBOYEKU

## TIME DETAIL

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| FISCHMAN, WENDY P. | 3/21/06 | | 0.70 |
| FISCHMAN, WENDY P. | 3/22/06 | | 0.50 |
| FISCHMAN, WENDY P. | 3/24/06 | | 0.40 |
| FISCHMAN, WENDY P. | 3/28/06 | | 2.30 |
| FISCHMAN, WENDY P. | 3/29/06 | | 0.50 |
| FISCHMAN, WENDY P. | 3/30/06 | | 1.50 |
| FISCHMAN, WENDY P. | 4/4/06 | | 0.50 |
| FISCHMAN, WENDY P. | 5/15/06 | | 0.50 |
| FISCHMAN, WENDY P. | 5/16/06 | | 0.60 |
| HOTOPP, KERRY | 3/20/06 | | 0.40 |
| HOTOPP, KERRY | 3/21/06 | | 1.70 |
| HOTOPP, KERRY | 3/22/06 | | 1.80 |
| HOTOPP, KERRY | 3/24/06 | | 3.90 |
| HOTOPP, KERRY | 3/27/06 | | 4.80 |
| HOTOPP, KERRY | 3/28/06 | | 4.40 |
| HOTOPP, KERRY | 3/29/06 | | 3.80 |
| HOTOPP, KERRY | 3/30/06 | | 2.20 |
| HOTOPP, KERRY | 4/4/06 | | 1.40 |
| HOTOPP, KERRY | 5/16/06 | (reduced from 4.10) | 0.20 |
| HOTOPP, KERRY | 5/17/06 | (reduced from 6.50) | 5.00 |
| HOTOPP, KERRY | 5/18/06 | | 1.20 |

**MATTER TOTALS:** 38.30