# Attachment 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN W. RUDE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OLAYINKA ADEBOYEKU, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 05-01274 (RCL) |

### DECLARATION OF DANIEL E. LOEB

I, Daniel E. Loeb, declare and state as follows:

1. I am a partner at the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP (the "Firm"). I submit this Declaration in support of Defendant Adeboyeku's Motion to Recognize Attorneys' Fees (the "Motion") in a dispute concerning plaintiff's initial disclosures in 2006.

2. Defendant's Motion seeks attorneys' fees for 38.3 hours of time spent by two lawyers on certain aspects of the initial disclosures dispute. As detailed in the invoice sent to plaintiff's counsel (*see* Attachment 2), this 38.3 hours consists of: a) corresponding with plaintiff's counsel about the initial disclosures, b) researching Rule 26(a)(1) and caselaw interpreting the rule, c) drafting the motion to compel, d) drafting the reply brief to the motion to compel, and e) drafting the response to plaintiff's motion for reconsideration.

3. This invoice was prepared by the Firm's accounting department using contemporaneous daily time records inputted by the relevant attorneys and maintained by the Firm.

4. This time represents the reasonable number of hours the Firm has devoted to the initial disclosures dispute. We have reduced the total time by eliminating all the time my partner Douglas W. Baruch and I spent on this matter. We have also not included any time spent responding to plaintiff's Motion to Stay the Interlocutory Order or in negotiating or compiling this fee petition. Therefore, the 38.3 hours on the invoice represents the relevant time spent on the initial disclosures dispute by two attorneys: Wendy P. Fischman and Kerry Hotopp.

5.      Wendy P. Fischman received her JD, with high honors, from the George Washington University Law School in 1998 and her BA from the University of Florida in 1994. Ms. Fischman is admitted to the Florida and District of Columbia bars. Before leaving the Firm on October 2, 2006, Ms. Fischman worked exclusively in the Firm's litigation practice and was the lead attorney on this case. She billed a total of 7.5 hours on the initial disclosures dispute, at a time when her normal billable hourly rate was $540/hour.

6.      Kerry Hotopp received his JD, cum laude, in 2002 from the Northwestern School of Law and his BA, magna cum laude, in 1996 from the University of Rochester. He has worked at the Firm since 2002 and is admitted to the New York and District of Columbia bars. Mr. Hotopp currently works in the Firm's litigation practice and billed a total of 30.8 hours on the initial disclosures dispute. In 2006, the Firm billed for Mr. Hotopp's time at the rate of $445/hour.

7.      Although this case is being handled *pro bono*, the billing rates quoted for Ms. Fischman (¶ 5) and Mr. Hotopp (¶ 6) are the normal billing rates the Firm charges to its other clients. These rates are the standard rates the Firm charges for other associates with similar background, experience, and expertise to Ms. Fischman and Mr. Hotopp.

8.      The Firm's rates are substantially the same as the rates of other similarly situated law firms in Washington, D.C. According to a December 11, 2006 survey by the *National Law Journal*, the rates of associates at other Washington law firms range from $150 for a first year associate to $575 to the most senior associate. *National Law Journal*, "Firm-by-firm sampling of billing rates nationwide," (Dec. 11, 2006) (attached hereto as Attachment 7). The 2006 rates for attorneys with similar levels of experience to Ms. Fischman ranged from $390 to $575. *Id.* The 2006 rates for attorneys with similar levels of experience to Mr. Hotopp ranged from $290 to $450. *Id.* Similarly, a sampling of the Daily Report's database collection of 2006 rates culled from cases filed in U.S. Bankruptcy Court and other federal courts show that attorneys with roughly the same experience as Ms. Fischman requested rates ranging from $330 to $540 (*see, e.g.,* Daniel P. Phillips (1998), Mark E. Ricardo (1997), and Betsy A. Miller (1999)); attorneys with roughly the same experience as Mr. Hotopp requested rates ranging from $410 to $435 (*see,*

*e.g.,* Aaron S. Feinberg (2001), Stephen E. Hessler (2001), Patrick Edward Groomes (2001), Allen Stenger (2003), and Jiten N. Naran (2003)). *Daily Report*, "Going Rate 2006" (accessible from http://www.dailyreportonline.com/Editorial/SpecialSections/search_GoingRate07.asp) (last visited, April 28, 2007).

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 1, 2007

Daniel E. Loeb

3