# Attachment 3

## Hotopp, Kerry

**From:** Rick Rude [rick_rude@msn.com]
**Sent:** Monday, April 09, 2007 11:16 AM
**To:** kerry.hotopp.@ffhsj.com
**Subject:** Invoice

Dear Mr. Hotopp:

I have rec'd your invoice for $17,756. I find the amount extraordinary for the pleading involved.
I am amiable to reaching a resonable resolution but I simply cannot willingly accept such an amount.
I find the hourly rates more than what is reasonably charged by litigation partners in other Washington firms.
The rule requires 'reasonable fees'. While I am aware Judge Lamberth used "actual costs" I am relatively certain he would not agree with nor approve what amounts to a punative amount.
I am willing to comprimise this claim for $2,000 to end this.
If we can not agree then I think we should ask Judge Lamberth to set the amount.

Awaiting your reply.
Rick Rude