# Attachment 5

**Hotopp, Kerry**

---

**From:** Hotopp, Kerry
**Sent:** Tuesday, April 17, 2007 2:47 PM
**To:** 'Rick Rude'
**Cc:** Hotopp, Kerry
**Subject:** Attorneys' Fees

Dear Mr. Rude,

I am following up on my e-mail message to you dated Friday, April 13. In that message, I explained that your offer to settle the attorneys' fee dispute for $2,000 was unreasonably low.

We believe we have fairly billed you for the amount of time we spent resolving the initial disclosures dispute. If we must, we will ask Judge Lamberth to resolve the exact amount you owe us. However, as with every other issue we've had in this case, I believe that you and I can resolve this issue without the intervention of the court. Resolving the issue that way would work to both of our advantages.

Unfortunately, I have not heard from you since my last message and I do not know your current position on whether you are willing to resolve the issue in a straightforward manner. Please let me know your thoughts.

Sincerely,

*Kerry Hotopp*
*Fried, Frank, Harris, Shriver & Jacobson LLP*
*1001 Pennsylvania Avenue, NW, Suite 800*
*Washington, DC 20004-2505*
*Tel: (202) 639-7298*
*Fax: (202) 639-7003*