# Attachment 6

**Hotopp, Kerry**

**From:** Rick Rude [rick_rude@msn.com]
**Sent:** Friday, April 20, 2007 11:55 AM
**To:** Hotopp, Kerry
**Subject:** RE: Attorneys' Fees

Dear Mr. Hotopp:

I am going to presume that by now you have located and reviewed the Laffey Matrix. I have checked the bar admission dates for yourself and Ms.
Fischman. Under the Laffey Matrix you would qualify as a Junior Associate and she would qualify for the next level.
When you compare what is a permissible hourly rate under Laffey with your April 4th demand; perhaps you will better comprehend the situation.
I have indicated that all things are negotiable. I took your Friday the 13th message to be that your position was firm and therefore not negotiable.
You will further find that the District Court has used Laffey to cut-off the kind of disputes we are currently having. You will also find that the District Court compares the subject pleadings to the amount of time which the court, not the counsel, believes to be appropriate. The District Court may grant UP TO (not the minimum, but the maximum) a 'hour per page' of the pleading. Your motion actually involved a 4 page memorandum. Your reply was two pages.
The most recently Laffey Matrix which I have (December 2005) reflects your potential rate of $185/hr. Ms. Fischman is $225. Ms. Fischman, as the 'reviewing' atty is expected to review your work at 10 pages per hour. That works out to a fee of $1,245.00

With the above said; I can agree to the following: your legal fee: $1,110.00
(6 pgs @ 185). Ms. Fischman I will agree to the sum of $225.00. ( 0.6 hr rounded up to a full hour). Judge Lamberth uses the Laffey Matrix. Your demand was more than 10 times that which is permitted by the controlling precedent.

I do not "play games". I made a simple request--that your demand be 'fair'.
My offer was more than 'fair' under Laffey.

In order to bring this aspect of this litigation to a reasonable conclusion, I am making you an offer of comprimise of a flat $1,500.00 This Offer EXPIRES AT 5 PM TODAY, APRIL 20, 2007.

If you have a more recent Laffey Matrix that was applicable in March 2006 (mine is from Dec. 2005), please advise and I will adjust the amount upward.
The above offer also involves my foregoing a motion for sanctions for making an improper fee request and improper multiplication of litigation.

Sincerely,
Rick Rude

1