# Attachment 7

*National Law Journal*

BILLING

Edging up again

Firms are steadily increasing hourly billing rates across the board.

Sandhya J. Bathija/Staff reporter

December 11, 2006

It seems a year doesn't go by without law firms bumping up rates.

And this year isn't any different. Billing rates for law firm attorneys show a steady increase from last year for both partners and associates.

This year, 139 firms answered questions on billing rates as part of The National Law Journal's 2006 survey of the nation's 250 largest law firms. The surveys were sent to roughly 300 firms. The firms provided low and high rates for partners and associates. Of these firms, 104 provided low and high rates last year also, with 88 increasing the partner high rate, eight decreasing it and eight keeping it the same.

Seventy of these firms increased the partner low rate, 19 decreased it and 15 kept it the same.

As for the associates, 73 firms increased the low rate, 15 decreased it and 16 kept it the same. And 77 firms increased the associate high rate, 18 decreased it and nine kept it the same.

And for the first time last year, we asked the firms to provide their average and median billing rates for partners and associates, as well as firmwide. Forty-eight firms that provided partner and associate average billing rates last year did so this year. Of those firms, 43 reported higher partner average rates this year, and 44 reported higher associate average rates.

Forty firms reported firmwide average rates this year and last. Of those, 37 reported higher averages this year.

Forty firms that reported partner and associate median billing rates last year did so this year. Of those

firms, 35 reported higher partner median rates this year, and 33 reported higher associate rates.

Thirty firms reported firmwide median rates this year and last. Of those, 23 reported higher medians this year.

The increase is partly due to inflation and supply and demand, said Joseph Altonji of the management consulting firm Hildebrandt International.

"It's the demand for a really good lawyer, and it costs to hire really good people," he said. "Since these costs are going up, the firms have to pass that cost on." And for sophisticated transactions, clients are willing to pay, Altonji said.

Washington-based McKee Nelson reported this year's highest rates across the board for partners and associates but the firm declined to comment on its rates. The highest rate billed out by a partner at the firm is $875 an hour, which is low compared to last year's $1,000 rate billed out by Benjamin Civiletti, who specializes in internal investigations and corporate defense at Venable of Washington. Venable did not participate in the billing survey this year, but last year said the rate was used only for the most "extraordinary work."

The high number this year is still very high compared with most firms, Altonji said. But in big cities like New York, Chicago and Los Angeles, there are definitely still a handful of partners billing out at $1,000 or even slightly more, he said.

McKee Nelson also reported the highest rate billed by an associate at $575 an hour, also low compared to last year's associate high at Dorsey & Whitney, a reported $835. Dorsey reported an associate high of $430 this year.

McKee Nelson further reported the highest average and median rates for partners: $725 and $720, respectively. Three firms-Curtis, Mallet-Prevost, Colt & Mosle; Schulte Roth & Zabel; and Thacher Proffitt & Wood-reported partner averages in the $600s. All three are New York-based. It should be noted, however, that many of the largest and highest-billing firms declined to participate in this year's billing survey.

Among the lowest reported partner and associate rates this year were those at Philadelphia-based Marshall, Dennehey, Warner, Coleman & Goggin. Associates bill out at $130 to $275, and partners between $145 and $350. This is still an increase from last year, when associates billed between $130 and $230 and partners, between $140 and $275.

"The rates are increasing because we are doing more high-end work in securities and mass tort litigation," said Thomas Bond, the firm's senior partner and director of client development and relations.

The lower-end numbers at the firms are due to rates for younger lawyers and lawyers who do commodity work, such as in insurance law.

"A lot of lawyers are capable of doing that work," Altonji said. "But over time, it spreads and lawyers who are doing more sophisticated work can raise rates. For the big transactions, rates aren't going to be an issue and the best lawyers are going to get to do the deal."

Finally, some firms reported on their use of variations on the billable hour, such as discounted rates and blended rates, and on their use of alternative billing methods, such as fixed or flat fees and contingency fees. As in past years, most firms reported higher percentages of revenues obtained from variations than from alternative methods.

A.  Firm-by-firm sampling of billing rates nationwide

December 11, 2006

**The National Law Journal** *asked the respondents to its 2006 survey of the nation's 250 largest law firms to provide a range of hourly billing rates for partners and associates. The firms that supplied this information-including some firms that are not in the NLJ 250-are listed below in alphabetical order. We also asked firms to provide average and median billing rates; several firms provided this information as well. The number after a firm's name indicates the total number of attorneys at the firm. The city listed below the name of a firm is the location of its principal or largest office.*

[ABC](#) [DEF](#) [GHI](#) [JKL](#) [MNO](#) [PQR](#) [STU](#) [VW](#)

ABC

**Adams and Reese (301)**
(New Orleans)
Partners $215-$470 (average $287) (median $270)
Associates $165-$250 (average $191) (median $190)
Firmwide (average $267) (median $235)

**Andrews Kurth (404)**

(Houston)

Partners $380-$745

Associates $180-$400


**Arent Fox (288)**

(Washington)

Partners $375-$610

Associates $215-$405


**Armstrong Teasdale (266)**

(St. Louis)

Partners $255-$425 (average $347) (median $342)

Associates $135-$275 (average $227) (median $225)

Firmwide (average $278) (median $270)


**Baker, Donelson, Bearman, Caldwell & Berkowitz (454)**

(Memphis, Tenn.)

Partners $220-$500

Associates $135-$310


**Ballard Spahr Andrews & Ingersoll (486)**

(Philadelphia)

Partners $320-$680

Associates $190-$390


**Barnes & Thornburg (421)**

(Indianapolis)

Partners $245-$455 (average $333)

Associates $170-$285 (average $212)

Firmwide (average $260)


**Bass, Berry & Sims (214)**

(Nashville, Tenn.)

Partners $230-$495

Associates $150-$245

**Bell, Boyd & Lloyd (256)**

(Chicago)

Partners $310-$690

Associates $215-$300

**Best Best & Krieger (196)**

(Riverside, Calif.)

Partners $275-$450 (median $375)

Associates $145-$335 (average $186) (median $225)

Firmwide (average $211) (median $240)

**Blackwell Sanders Peper Martin (310)**

(Kansas City, Mo.)

Partners $265-$395 (average $302) (median $320)

Associates $155-$255 (average $200) (median $195)

Firmwide (average $241) (median $270)

**Blank Rome (460)**

(Philadelphia)

Partners $325-$735

Associates $220-$495

**Bond, Schoeneck & King (160)**

(Syracuse, N.Y.)

Partners $200-$425 (average $252)(median $285)

Associates $140-$305 (average $177) (median $175)

Firmwide (average $231) (median $275)

**Briggs and Morgan (165)**

(Minneapolis)

Partners $250-475 (average $357) (median $360)

Associates $185-$275 (average $214) (median $205)

Firmwide (average $319) (median $325)

**Brinks Hofer Gilson & Lione (151)**

(Chicago)

Partners $275-$625 (average $465)(median $460)

Associates $200-$390 (average $280) (median$285 )

Firmwide (average $381) (median $390)


**Broad and Cassell (173)**

(Orlando, Fla.)

Partners $235-$425 (average $339)(median $325)

Associates $155-$295 (average $217) (median $210)

Firmwide (average $272) (median $265)


**Brown Raysman Millstein Felder & Steiner (246)**

(New York)

Partners $450-$740 (average $495) (median $550)

Associates $250-$400 (average $325) (median $370)

Firmwide (average $385) (median $465)


**Brown Rudnick Berlack Israels (208)**

(Boston)

Partners $505-$870

Associates $275-$495


**Bryan Cave (763)**

(St. Louis)

Partners $315-$665 (average $476)

Associates $150-$460 (average $289)

Firmwide (average $331)


**Buchalter Nemer (139)**

(Los Angeles)

Partners $325-$550 (average $432) (median $445)

Associates $215-$450 (average $256) (median $275)

Firmwide (average $344) (median $350)


**Buchanan Ingersoll & Rooney (573)**

(Pittsburgh)

Partners $210-$750

Associates $140-$375

**Buckingham, Doolittle & Burroughs (171)**

(Akron, Ohio)

Partners $230-$425 (average $296) (median $295)

Associates $185-$290 (average $220) (median $215)

Firmwide (average $240) (median $240)

**Bullivant Houser Bailey (191)**

(Portland, Ore.)

Partners $225-$450 (average $288)(median $285)

Associates $175-$300 (average $204) (median $195)

Firmwide (average $254) (median $230)

**Burr & Forman (188)**

(Birmingham, Ala.)

Partners $250-$400 (average $324) (median $325)

Associates $160-$315 (average $218) (median $215)

Firmwide (average $234) (median $245)

**Butzel Long (217)**

(Detroit)

Partners $220-$490 (average $290)

Associates $165-$270 (average $202)

Firmwide (average $243)

**Carlton Fields (242)**

(Tampa, Fla.)

Partners $285-$545 (average $383) (median $390)

Associates $190-$375 (average $233) (median $233)

Firmwide (average $293) (median $290)

**Cooley Godward Kronish (541)**

(Palo Alto, Calif.)

Partners $425-$795 (average $539)

Associates $240-$585 (average $371)

Firmwide (average $431)

**Covington & Burling (645)**

(Washington)

Partners $470-$760

Associates $210-$490

**Cozen O'Connor (501)**

(Philadelphia)

Partners $185-$750 (average $325) (median $310)

Associates $130-$495 (average $218) (median $210)

Firmwide (average $245) (median $235)

**Curtis, Mallet-Prevost, Colt & Mosle (196)**

(New York)

Partners $570-$700 (average $625) (median $652)

Associates $250-$510 (average $390) (median $380)

Firmwide (average $508) (median $465)

**DEF**

Davis Wright Tremaine (405)

(Seattle)

Partners $285-$655 (average $399.34)

(median $395)

Associates $140-$370 (average $251.72) (median $250)

Firmwide (average $350.51) (median $350)

**Day, Berry & Howard (251)**

(Hartford, Conn.)

Partners $335-$620

Associates $200-$440

**Dickinson Wright (226)**

(Detroit)

Partners $250-$520

Associates $155-$260

**Dickstein Shapiro (360)**

(Washington)

Partners $400-$700 (average $530) (median $535)

Associates $210-$415 (average $315) (median $340)

Firmwide (average $300) (median $300)

**Dinsmore & Shohl (306)**

(Cincinnati)

Partners $220-$440 (average $323) (median $320)

Associates $145-$240 (average $185) (median $180)

Firmwide (average $252) (median $233)

**Dorsey & Whitney (600)**

(Minneapolis)

Partners $300-$650 (average $431)

Associates $180-$430 (average $273)

Firmwide (average $360)

**Duane Morris (581)**

(Philadelphia)

Partners $300-$705 (average $436) (median $435)

Associates $200-$425 (average $283) (median $279)

Firmwide (average $379) (median $374)

**Dykema Gossett (341)**

(Detroit)

Partners $235-$580

Associates $170-$330

**Eckert Seamans Cherin & Mellott (227)**

(Pittsburgh)

Partners $195-$525 (average $343) (median $340)

Associates $145-$250 (average $190) (median $190)

Firmwide (average $287)

**Edwards Angell Palmer & Dodge (516)**

(Boston)

Partners $300-$675

Associates $150-$440

Firmwide (average $466)


**Epstein Becker & Green (378)**

(New York)

Partners $300-$650 (average $468.29)

Associates $160-$395 (average $270.32) (median $260)

Firmwide (average $346.34)


**Fenwick & West (234)**

(Mountain View, Calif.)

Partners $465-$750 (average $570) (median $575)

Associates $245-$475 (average $355) (median $395)

Firmwide (average $430) (median $450)


**Fisher & Phillips (187)**

(Atlanta)

Partners $300-$440

Associates $175-$320


**Foley & Lardner (981)**

(Milwaukee)

Partners (average $517) (median $513)

Associates (average $356) (median $360)

Firmwide $240-$810 (average $446) (median $440)


**Ford & Harrison (171)**

(Atlanta)

Partners $290-$445

Associates $210-$370


**Fowler White Boggs Banker (227)**

(Tampa, Fla.)

Partners $280-$500 (average $350) (median $335)

Associates $190-$275 (average $225) (median $220)

Firmwide (average $315) (median $315)

**Fox Rothschild (381)**

(Philadelphia)

Partners $265-$525

Associates $195-$335


**Fredrikson & Byron (209) (Minneapolis)**

Partners $250-$525

Associates $175-$275


**Frost Brown Todd (376) (Cincinnati)**

Partners $205-$435 (average $287) (median $280)

Associates $140-$280 (average $181) (median $180)

Firmwide (average $220) (median $240)


**GHI**

Gardere Wynne Sewell (282)

(Dallas)

Partners $345-$665 (average $446) (median $450)

Associates $205-$400 (average $273) (median $270)

Firmwide (average $381) (median $345)


**Gardner Carton & Douglas (195)**

(Chicago)

Partners $275-$650 (average $433) (median $425)

Associates $200-$350 (average $278) (median $250)

Firmwide (average $376) (median $395)


**Gordon & Rees (309)**

(San Francisco)

Partners $325-$450

Associates $200-$325


**GrayRobinson (190)**

(Orlando, Fla.)

Partners $200-$500

Associates $140-$200

**Greenberg Traurig (1,667) (Miami)**

Partners $270-$850 (average $460) (median $475)

Associates $160-$450 (average $289) (median $290)

Firmwide (average $381) (median $395)


**Harris Beach (182) (Rochester, N.Y.)**

Partners $250-$425

Associates $140-$275


**Hiscock & Barclay (160) (Syracuse, N.Y.)**

Partners $220-$375 (average $269) (median $250)

Associates $160-$250 (average $183) (median $180)

Firmwide (average $243) (median $250)


**Hodgson Russ (229)**

(Buffalo, N.Y.)

Partners $220-$625 (average $310) (median $315)

Associates $150-$300 (average $201) (median $195)

Firmwide (average $272) (median $275)


**Hogan & Hartson (1,043)**

(Washington)

Partners $300-$775 (average $550) (median $550)

Associates $150-$485 (average $350) (median $350)

Firmwide (average $450) (median $475)


**Holland & Knight (1,102)**

(New York)

Partners $250-$710 (average $396) (median $390)

Associates $165-$400 (average $232) (median $225)

Firmwide (average $344) (median $350)


**Holme Roberts & Owen (206)**

(Denver)

Partners $260-$575

Associates $185-$390

**Howard Rice Nemerovski Canady, Falk & Rabkin (102)**

(San Francisco)

Partners $440-$750

Associates $250-$420

**Husch & Eppenberger (331)**

(St. Louis)

Partners $200-$410 (average $285.35) (median $275)

Associates $130-$250 (average $170.27) (median $165)

Firmwide (average $235.18) (median $230)

**Ice Miller (249)**

(Indianapolis)

Partners $275-$425 (average $352) (median $345)

Associates $185-$310 (average $218) (median $220)

Firmwide (average $293) (median $220)

**JKL**

Jackson Lewis (375)

(White Plains, N.Y.)

Partners $290-$525

Associates $190-$395

**Jenkens & Gilchrist (268) (Dallas)**

Partners $340-$610 (average $420)

Associates $220-$390 (average $270)

**Jenner & Block (467) (Chicago)**

Partners $410-$800 (average $513) (median $495)

Associates $230-$395 (average $292) (median $285)

**Jones, Walker, Waechter, Poitevent, Carrère & Denègre (208) (New Orleans)**

Partners $200-$425

Associates $135-$210

Kelley Drye & Warren (375) (New York)

Partners $375-$750

Associates $230-$475

**Knobbe Martens, Olson & Bear (193)**

(Irvine, Calif.)

Partners $335-$625

Associates $205-$340

**Lane Powell (167) (Seattle)**

Partners $275-$490 (average $328) (median $330)

Associates $205-$295 (average $236) (median $237)

Firmwide (average $273) (median $270)

**Lathrop & Gage (264)**

(Kansas City, Mo.)

Partners $220-$375

Associates $140-$220

**Lewis, Rice & Fingersh (165)**

(St. Louis)

Partners $225-$410

Associates $135-$290

**Littler Mendelson (527)**

(San Francisco)

Partners $205-$605

Associates $160-$400

**Locke Liddell & Sapp (370)**

(Houston)

Partners $360-$850 (average $471) (median $460)

Associates $190-$390 (average $244) (median $260)

Firmwide (average $373) (median $410)

**Loeb & Loeb (240)**

(Los Angeles)

Partners $425-$825

Associates $215-$475


**Lord, Bissell & Brook (328)**

(Chicago)

Partners $305-$665 (average $448) (median $450)

Associates $200-$375 (average $272) (median $260)

Firmwide (average $368) (median $355)


**Lowenstein Sandler (250)**

(Roseland, N.J.)

Partners $335-$645

Associates $185-$375


**Luce, Forward, Hamilton & Scripps (178)**

(San Diego)

Partners $320-$725 (average $440)

Associates $205-$425 (average $265)


**MNO**

Manatt, Phelps & Phillips (299)

(Los Angeles)

Partners $460-$750 (average $574) (median $560)

Associates $250-$460 (average $359) (median $360)

Firmwide (average $490) (median $520)


**Marshall, Dennehey, Warner, Coleman & Goggin (368)**

(Philadelphia)

Partners $145-$350

Associates $130-$275


**McAndrews, Held & Malloy (89)**

(Chicago)

Partners $260-$600

Associates $195-$240

**McCarter & English (407)**

(Newark, N.J.)

Partners $310-$625

Associates $190-$330


**McElroy, Deutsch, Mulvaney & Carpenter (230)**

(Morristown, N.J.)

Partners $225-$450 (average $250) (median $235)

Associates $135-$295 (average $180) (median $165)

Firmwide (average $195) (median $200)


**McKee Nelson (172)**

(Washington)

Partners $595-$875 (average $725) (median $720)

Associates $355-$575 (average $436) (median $430)


**McKenna Long & Aldridge (400)**

(Atlanta)

Partners $330-$700

Associates $175-$410


**Michael Best & Friedrich (255)**

(Milwaukee)

Partners $245-$530 (average $341) (median $335)

Associates $175-$325 (average $225) (median $225)

Firmwide (average $305) (median $300)


**Miles & Stockbridge (210)**

(Baltimore)

Partners $300-$475

Associates $200-$375


**Miller, Canfield, Paddock and Stone (355)**

(Detroit)

Partners $245-$540 (average $398) (median $405)

Associates $150-$300 (average $215) (median $210)

Firmwide (average $305) (median $310)

**Miller & Martin (175)**

(Chattanooga, Tenn.)

Partners $210-$430 (average $313) (median $320)

Associates $140-$280 (average $185) (median $180)

Firmwide (average $281) (median $300)


**Montgomery, McCracken, Walker & Rhoads (133)**

(Philadelphia)

Partners $300-$550 (average $402)

Associates $195-$315 (average $248)

Firmwide (average $338)


**Morgan, Lewis & Bockius (1,315)**

(Philadelphia)

Partners $375-$800

Associates $200-$550


**Morris, Manning & Martin (174)**

(Atlanta)

Partners $320-$530 (average $412) (median $403)

Associates $170-$390 (average $246) (median $290)

Firmwide (average $322) (median $350)


**Neal, Gerber & Eisenberg (170)**

(Chicago)

Partners $350-$695 (average $463) (median $450)

Associates $230-$400 (average $300) (median $300)

Firmwide (average $413) (median $400)


**Nelson Mullins Riley & Scarborough (379)**

(Columbia, S.C.)

Partners $215-$600

Associates $175-$300


**Ogletree, Deakins, Nash, Smoak & Stewart (331)**

(Greenville, S.C.)

Partners $250-$550 (average $328)

Associates $165-$330 (average $234)

Firmwide (average $289)

**PQR**

Patton Boggs (431)

(Washington)

Partners $295-$850 (average $480) (median $570)

Associates $170-$405 (average $305) (median $325)

Firmwide (average $403) (median $510)

**Pepper Hamilton (445)**

(Philadelphia)

Partners $305-$695

Associates $190-$385

**Perkins Coie (576)**

(Seattle)

Partners $175-$650

Associates $130-$480

**Phelps Dunbar (260)**

(New Orleans)

Partners $175-$400 (average $224) (median $323)

Associates $125-$190 (average $165) (median $158)

Firmwide (average $191) (median $263)

**Phillips Lytle (173)**

(Buffalo, N.Y.)

Partners $225-$410 (average $298) (median $290)

Associates $130-$285 (average $197) (median $185)

Firmwide (average $251) (median $260)

**Pitney Hardin (170)**

(Florham Park, N.J.)

Partners $365-$625 (average $447) (median $445)

Associates $210-$360 (average $269) (median $270)

Firmwide (average $353) (median $355)

**Polsinelli Shalton Welte Suelthaus (276)**

(Kansas City, Mo.)

Partners $225-$575

Associates $160-$225

**Powell Goldstein (282)**

(Atlanta)

Partners $300-$575 (average $435.10) (median $435)

Associates $150-$360 (average $254.44) (median $245)

Firmwide (average $357.88) (median $360)

**Preston Gates & Ellis (419)**

(Seattle)

Partners $190-$635 (average $399.41) (median $395)

Associates $100-$385 (average $236.39) (median $230)

Firmwide (average $329) (median $325)

**Quarles & Brady (442)**

(Milwaukee)

Partners $240-$550 (average $360) (median $310)

Associates $185-$310 (average $228) (median $225)

Firmwide (average $306) (median $285)

**Reed Smith (1,038)**

(Pittsburgh)

Partners $305-$725 (average $492) (median $480)

Associates $170-$630 (average $309) (median $295)

Firmwide (average $322) (median $310)

**Robinson & Cole (217)**

(Hartford, Conn.)

Partners $270-$550 (average $400) (median $400)

Associates $175-$400 (average $235) (median $240)

Firmwide (average $316) (median $320)

**Roetzel & Andress (208)**

(Akron, Ohio)

Partners $200-$425 (average $255) (median $275)

Associates $150-$275 (average $180) (median $190)

Firmwide (average $225) (median $235)

**Rutan & Tucker (140)**

(Costa Mesa, Calif.)

Partners $310-$515

Associates $200-$335

**STU**

Saul Ewing (238)

(Philadelphia)

Partners $290-$700 (average $402) (median $395)

Associates $185-$440 (average $258) (median $235)

Firmwide (average $336) (median $345)

**Schnader Harrison Segal & Lewis (174)**

(Philadelphia)

Partners $305-$650

Associates $155-$295

**Schulte Roth & Zabel (449)**

(New York)

Partners $580-$800 (average $672) (median $675)

Associates $225-$550 (average $410) (median $393)

**Seward & Kissell (142)**

(New York)

Partners $460-$695 (average $589) (median $590)

Associates $190-$460 (average $300) (median $290)

**Sheppard, Mullin, Richter & Hampton (424)**

(Los Angeles)

Partners $415-$650 (average $504)(median $495)

Associates 250-410 (average $342) (median $330)

Firmwide (average $419) (median $420)

**Shook, Hardy & Bacon (476)**

(Kansas City, Mo.)

Partners $240-$720 (average $374) (median $358)

Associates $190-$405 (average $238) (median $225)

Firmwide (average $291) (median $250)

**Shughart Thomson & Kilroy (170)**

(Kansas City, Mo.)

Partners $210-$410

Associates $165-$225

**Shumaker, Loop & Kendrick (162)**

(Toledo, Ohio)

Partners $185-$450 (average $290) (median $290)

Associates $165-$345 (average $205) (median $200)

Firmwide (average $270)

**Sills Cummis Epstein & Gross (180)**

(Newark, N.J.)

Partners $300-$595

Associates $185-$360

**Smith, Gambrell & Russell (191)**

(Atlanta)

Partners $275-$550

Associates $150-$330

**Snell & Wilmer (448)**

(Phoenix)

Partners $265-$625 (average $356)

Associates $160-$360 (average $205)

Firmwide (average $277)

**Steptoe & Johnson PLLC (168)**

(Clarksburg, W.Va.)

Partners $220-$300

Associates $165-220

**Stinson Morrison Hecker (313)**

(Kansas City, Mo.)

Partners $230-$495 (average $310) (median $310)

Associates $155-$230 (average $185) (median $180)

Firmwide (average $274) (median $280)

**Stoel Rives (345)**

(Portland, Ore.)

Partners $270-$475 (average $361) (median $360)

Associates $160-$400 (average $242) (median $230)

Firmwide (average $309) (median $320)

**Strasburger & Price (182)**

(Dallas)

Partners $295-$525

Associates $195-$310

**Sullivan & Worcester (192)**

(Boston)

Partners $400-$650

Associates $220-$450

**Sutherland Asbill & Brennan (477)**

(Atlanta)

Partners $350-$845 (average $477) (median $475)

Associates $200-$530 (average $270) (median $265)

Firmwide (average $373) (median $375)

**Thacher Proffitt & Wood (313)**

(New York)

Partners $525-$775 (average $603) (median $575)

Associates $265-$485 (average $372) (median $355)

Firmwide (average $430) (median $420)

**Thompson Coburn (279)**

(St. Louis)

Partners $255-$525 (average $346) (median $345)

Associates $150-$345 (average $208) (median $215)

Firmwide (average $252) (median $255)

**Thompson & Knight (388)**

(Dallas)

Partners $330-$695 (average $428) (median $450)

Associates $190-$330 (average $265) (median $260)

Firmwide (average $360) (median $380)

**Ulmer & Berne (179)**

(Cleveland)

Partners $230-$430 (average $303)

Associates $150-$280 (average $202)

Firmwide (average $250)

**VW**

Vedder, Price, Kaufman & Kammholz (233)

(Chicago)

Partners $315-$560 (average $406) (median $400)

Associates $190-$410 (average $258) (median $255)

Firmwide (average $339) (median $340)

**Whiteford, Taylor & Preston (155)**

(Baltimore)

Partners $330-$480 (average $401) (median $400)

Associates $295-$345 (average $278) (median $295)

Firmwide (average $364) (median $370)

**Wiggin & Dana (144)**

(New Haven, Conn.)

Partners $276-$510

Associates $185-$355

**Wiley Rein & Fielding (268)**

(Washington)

Partners $375-$700 (average $475) (median $465)

Associates $225-$395 (average $300) (median $300)

Firmwide (average $395) (median $395)

**Williams Mullen (244)**

(Richmond, Va.)

Partners $225-$550

Associates $160-$290

**Winstead Sechrest & Minick (286)**

(Dallas)

Partners $325-$595

Associates $195-$370

**Winston & Strawn (879)**

(Chicago)

Partners $365-$800 (average $513.17) (median $510)

Associates $190-$605 (average $328.57) (median $325)

Firmwide (average $357.65) (median $360)

**Womble Carlyle Sandridge & Rice (520)**

(Winston-Salem, N.C.)

Partners $250-$550 (average $370) (median $400)

Associates $180-$340 (average $254) (median $250)

Firmwide (average $350) (median $350)

**Wyatt, Tarrant & Combs (224)**

(Louisville, Ky.)

Partners $225-$400 (average $322) (median $320)

Associates $170-$275 (average $207) (median $190)

Firmwide (average $285) (median $290)

II.   Billing Rates by Associate Classes

The following is a sampling of hourly rates charged by law firms that establish billing rates based on associate class. The name of each law firm is followed by its number of attorneys, and the location of its principal or largest office.

**Andrews Kurth (404) (Houston)**

| | | | |
|---|---|---|---|
| 1st | $180 | 5th | $300 |
| 2d | $235 | 6th | $305 |
| 3d | $255 | 7th | $330 |
| 4th | $275 | 8th | $365 |

**Brinks Hofer Gilson & Lione (151) (Chicago)**

| | | | |
|---|---|---|---|
| 1st | $215 | 5th | $310 |
| 2d | $240 | 6th | $335 |
| 3d | $260 | 7th | $360 |
| 4th | $285 | 8th | $375 |

**Brown Raysman Millstein Felder & Steiner (246) (New York)**

| | | | |
|---|---|---|---|
| 1st | $250 | 5th | $370 |
| 2d | $270 | 6th | $400 |
| 3d | $300 | 7th | $435 |
| 4th | $350 | 8th | $445 |

**Brown Rudnick Berlack Israels (208) (Boston)**

| | | | |
|---|---|---|---|
| 1st | $275 | 5th | $485 |
| 2d | $360 | 6th | $510 |
| 3d | $405 | 7th | $530 |
| 4th | $455 | 8th | $540 |

**Buchalter Nemer (139) (Los Angeles)**

| | | | |
|---|---|---|---|
| 1st | $190 | 5th | $265 |
| 2d | $215 | 6th | $275 |
| 3d | $235 | 7th | $290 |
| 4th | $255 | 8th | $300 |

**Davis Wright Tremaine (405) (Seattle)**

| | | | |
|---|---|---|---|
| 1st | $175-$235 | 5th | $235-$320 |
| 2d | $190-$260 | 6th | $250-$340 |
| 3d | $205-$275 | 7th | $265-$350 |
| 4th | $220-$300 | 8th | $280-$360 |

**Day, Berry & Howard (251) (Hartford, Conn.)**

| | | | |
|---|---|---|---|
| 1st | $200-$230 | 5th | $275-$360 |
| 2d | $220-$275 | 6th | $295-$385 |
| 3d | $245-$310 | 7th | $315-$410 |
| 4th | $265-$335 | 8th | $325-$430 |

**Dickinson Wright (226) (Detroit)**

| | | | |
|---|---|---|---|
| 1st | $160 | 5th | $200 |

| 2d  | $165 | 6th | $220 |
| 3d  | $175 | 7th | $230 |
| 4th | $185 | 8th | $240 |

**Dinsmore & Shohl (306) (Cincinnati)**

| 1st | $160 | 5th | $200 |
| 2d  | $170 | 6th | $210 |
| 3d  | $180 | 7th | $215 |
| 4th | $190 | 8th | $225 |

**Fenwick & West (234) (Mountain View, Calif.)**

| 1st | $245 | 5th | $400 |
| 2d  | $285 | 6th | $425 |
| 3d  | $320 | 7th | $450 |
| 4th | $360 | 8th | $465 |

**Fox Rothschild (381) (Philadelphia)**

| 1st | $195 | 5th | $250 |
| 2d  | $205 | 6th | $255 |
| 3d  | $215 | 7th | $275 |
| 4th | $235 | 8th | $300 |

**Gardere Wynne Sewell (282) (Dallas)**

| 1st | $195 | 5th | $270 |
| 2d  | $205 | 6th | $290 |
| 3d  | $230 | 7th | $310 |
| 4th | $250 | 8th | $330 |

**Hiscock & Barclay (160) (Syracuse, N.Y.)**

| 1st | $160 | 5th | $170 |
| 2d  | $160 | 6th | $180 |
| 3d  | $170 | 7th | $180 |
| 4th | $170 | 8th | $195 |

**Hogan & Hartson (1,043) (Washington)**

| 1st | $250 | 5th | $370 |
| 2d  | $285 | 6th | $395 |
| 3d  | $315 | 7th | $420 |
| 4th | $345 | 8th | $445 |

**Jenkens & Gilchrist (268) (Dallas)**

| 1st | $205 | 5th | $285 |
| 2d  | $230 | 6th | $305 |
| 3d  | $250 | 7th | $330 |
| 4th | $270 | 8th | $340 |

**Jenner & Block (467) (Chicago)**

| 1st | $230-$240 | 5th | $355-$365 |

| 2d  | $250-$265 | 6th | $385-$395 |
|-----|-----------|-----|-----------|
| 3d  | $285-$300 | 7th | $395-$405 |
| 4th | $325-$330 | 8th | $395-$405 |

**Kelley Drye & Warren (375) (New York)**

| 1st | $260 | 5th | $360 |
|-----|------|-----|------|
| 2d  | $285 | 6th | $380 |
| 3d  | $310 | 7th | $400 |
| 4th | $340 | 8th | $425 |

(These are New York rates)


**Lewis, Rice & Fingersh (165) (St. Louis)**

| 1st | $155 | 5th | $250 |
|-----|------|-----|------|
| 2d  | $180 | 6th | $270 |
| 3d  | $210 | 7th | $280 |
| 4th | $230 | 8th | $290 |

**Locke Liddell & Sapp (370) (Houston)**

| 1st | $190 | 5th | $280 |
|-----|------|-----|------|
| 2d  | $200 | 6th | $300 |
| 3d  | $240 | 7th | $320 |
| 4th | $260 | 8th | $340 |

**Loeb & Loeb (240) (Los Angeles)**

| 1st | $250-$275 | 5th | $375-$400 |
|-----|-----------|-----|-----------|
| 2d  | $275-$310 | 6th | $400-$425 |
| 3d  | $310- $350 | 7th | $425-$450 |
| 4th | $350-$375 | 8th | $430-$475 |

**Manatt, Phelps & Phillips (299) (Los Angeles)**

| 1st | $250 | 5th | $380 |
|-----|------|-----|------|
| 2d  | $290 | 6th | $410 |
| 3d  | $320 | 7th | $440 |
| 4th | $360 | 8th | $460 |

**McKee Nelson (172) (Washington)**

| 1st | $355 | 5th | $500 |
|-----|------|-----|------|
| 2d  | $370 | 6th | $520 |
| 3d  | $430 | 7th | $550 |
| 4th | $450 | 8th | $575 |

**Miles & Stockbridge (210) (Baltimore)**

| 1st | $200 | 5th | $240 |
|-----|------|-----|------|
| 2d  | $210 | 6th | $250 |
| 3d  | $220 | 7th | $260 |
| 4th | $230 | 8th | $275 |

**Montgomery, McCracken, Walker & Rhoads (133) (Philadelphia)**

| | | | |
|---|---|---|---|
| 1st | $195 | 5th | $260 |
| 2d | $205 | 6th | $270 |
| 3d | $225 | 7th | $280 |
| 4th | $245 | 8th | $275-$315 |

**Morris, Manning & Martin (174) (Atlanta)**

| | | | |
|---|---|---|---|
| 1st | $170 | 5th | $305 |
| 2d | $225 | 6th | $315 |
| 3d | $270 | 7th | $340 |
| 4th | $285 | 8th | $350 |

**Neal, Gerber & Eisenberg (170) (Chicago)**

| | | | |
|---|---|---|---|
| 1st | $230 | 5th | $330 |
| 2d | $260 | 6th | $360 |
| 3d | $280 | 7th | $380 |
| 4th | $300 | 8th | $400 |

**Patton Boggs (431) (Washington)**

| | | | |
|---|---|---|---|
| 1st | $230 | 5th | $320 |
| 2d | $250 | 6th | $340 |
| 3d | $265 | 7th | $360 |
| 4th | $290 | 8th | $390 |

**Phillips Lytle (173) (Buffalo, N.Y.)**

| | | | |
|---|---|---|---|
| 1st | $130 | 5th | $175 |
| 2d | $145 | 6th | $185 |
| 3d | $150 | 7th | $195 |
| 4th | $165 | 8th | $210 |

**Pitney Hardin (170) (Florham Park, N.J.)**

| | | | |
|---|---|---|---|
| 1st | $205 | 5th | $235-$265 |
| 2d | $215-$240 | 6th | $270-$285 |
| 3d | $225-$240 | 7th | $275-$290 |
| 4th | $235-$260 | 8th | $280-$325 |

**Robinson & Cole (217) (Hartford, Conn.)**

| | | | |
|---|---|---|---|
| 1st | $175 | 5th | $210 |
| 2d | $180 | 6th | $230 |
| 3d | $190 | 7th | $250 |
| 4th | $200 | 8th | $270 |

**Saul Ewing (238) (Philadelphia)**

| | | | |
|---|---|---|---|
| 1st | $185-$200 | 5th | $220-$265 |
| 2d | $175-$195 | 6th | $210-$310 |
| 3d | $195-$210 | 7th | $215-$270 |
| 4th | $200-$260 | 8th | $255-$290 |

**Sheppard, Mullin, Richter & Hampton (424) (Los Angeles)**

| | | | |
|---|---|---|---|
| 1st | $250 | 5th | $350 |
| 2d | $275 | 6th | $375 |
| 3d | $295 | 7th | $395 |
| 4th | $325 | 8th | $410 |

**Shumaker, Loop & Kendrick (162) (Toledo, Ohio)**

| | | | |
|---|---|---|---|
| 1st | $165 | 5th | $195 |
| 2d | $170 | 6th | $200 |
| 3d | $180 | 7th | $215 |
| 4th | $190 | 8th | $220 |

**Thacher Proffitt & Wood (313) (New York)**

| | | | |
|---|---|---|---|
| 1st | $265 | 5th | $420 |
| 2d | $315 | 6th | $445 |
| 3d | $355 | 7th | $475 |
| 4th | $385 | 8th | $485 |

**Wiley Rein & Fielding (268) (Washington)**

| | | | |
|---|---|---|---|
| 1st | $225 | 5th | $330 |
| 2d | $250 | 6th | $345 |
| 3d | $280 | 7th | $360 |
| 4th | $300 | 8th | $395 |

**Winstead Sechrest & Minick (286) (Dallas)**

| | | | |
|---|---|---|---|
| 1st | $195 | 5th | $280 |
| 2d | $220 | 6th | $295 |
| 3d | $240 | 7th | $310 |
| 4th | $260 | 8th | $325 |

*(The National Law Journal, December 2006)*

A.   Variations on, and alternatives to, billable hours

December 11, 2006

*Below is a sampling of firms that provided information about the alternative billing methods they use most often. We asked firms to differentiate between variations on the billable hour (discounted and blended hourly rates) and true alternatives to the billable hour. The percentages denote estimated portions of the firms' revenues obtained through each of these two categories. They are followed by the billing methods that the firms use within those categories. The number after a firm's name indicates its total number of attorneys.*

**Armstrong Teasdale (266).** Variations: 17%-discounted rate, blended rate. Alternatives: 17%-fixed or flat fee, contingency fee.

**Ballard Spahr Andrews & Ingersoll (486).** Variations: 37%-discounted rate, blended rate. Alternatives: 6%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Blackwell Sanders Peper Martin (310).** Variations: 25%-discounted rate, blended rate. Alternatives: 5%-fixed or flat fee, contingency fee, hybrid fee.

**Bond, Schoeneck & King (160).** Variations: 4%-discounted rate, blended rate. Alternatives: 4%-fixed or flat fee, contingency fee, hybrid fee.

**Brown Raysman Millstein Felder & Steiner (246).** Variations: 10%-discounted rate, blended rate. Alternatives: 4%-fixed or flat fee, contingency fee, hybrid fee.

**Buchalter Nemer (139).** Variations: 30%-discounted rate, blended rate, other. Alternatives: 3%-fixed or flat fee.

**Bullivant Houser Bailey (191).** Variations: 5%-discounted rate, blended rate. Alternatives: 5%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Burr & Forman (188).** Variations: 35%-discounted rate, other. Alternatives: 6%-fixed or flat fee, contingency fee, hybrid fee.

**Butzel Long (217).** Variations: 10%-discounted rate, blended rate. Alternatives: 10%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Curtis, Mallet-Prevost, Colt & Mosle (196).** Variations: 33%-discounted rate, blended rate. Alternatives: 10%-fixed or flat fee, contingency fee.

**Day, Berry & Howard (251).** Variations: 77%-discounted rate, blended rate, other. Alternatives: 23%-fixed or flat fee, contingency fee, hybrid fee.

**Dorsey & Whitney (600).** Variations: 15%-discounted rate, blended rate. Alternatives: 10%-fixed or flat fee, contingency fee, hybrid fee.

**Dykema Gossett (341).** Variations: 82%-discounted rate, blended rate. Alternatives: 18%-fixed or flat fee,

contingency fee, hybrid fee.

**Eckert Seamans Cherin & Mellott (227).** Variations: 65%-discounted rate, blended rate. Alternatives: 10%-fixed or flat fee, hybrid fee, contingency fee.

**Fenwick & West (234).** Variations: 20%-discounted rate. Alternatives: 10%-fixed or flat fee.

**Fisher & Phillips (187).** Variations: 5%-Blended rate. Alternatives: 2%-fixed or flat fee.

**Fowler White Boggs Banker (227).** Variations: 25%-discounted rate, blended rate, other. Alternatives: 10%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Frost Brown Todd (376).** Variations: 72%-discounted rate, blended rate. Alternatives: 4%-fixed or flat fee, contingency fee.

**Harris Beach (182).** Variations: 20%-discounted rate, blended rate. Alternatives: 30%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Haynes and Boone (456).** Variations: 95%-discounted rate, blended rate, other. Alternatives; 5%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value, other.

**Hiscock & Barclay (160).** Variations: 54%-discounted rate, blended rate. Alternatives: 23%-fixed or flat fee, contingency fee.

**Holme Roberts & Owen (206).** Variations: 5%-discounted rate, blended rate. Alternatives: 10%-fixed or flat fee, contingency fee, hybrid fee.

**Husch & Eppenberger (331).** Variations: 96%-discounted rate, blended rate. Alternatives: 4%-fixed or flat fee, hybrid fee, contingency fee.

**Jenkens & Gilchrist (268).** Variations: 10%-discounted rate, blend-ed rate. Alternative methods: 6%-fixed or flat fee, contingency fee, hybrid fee.

**Jenner & Block (467).** Variations: 50%-discounted rate, blended rate, other. Alternatives: 5%-fixed or flat fee, contingency fee, hybrid fee.

**Lane Powell (167).** Variations: 45%-discounted rate, blended rate. Alternatives: 5%-fixed or flat fee,

contingency fee, hybrid fee, retrospective fee based on value.

**Lathrop & Gage (264).** Variations: 10%-discounted rate, blended rate. Alternatives: 15%-fixed or flat fee, hybrid fee, contingency fee.

**Lewis, Rice & Fingersh (165).** Variations: 35%-discounted rate, blended rate. Alternatives: 35%-fixed or flat fee, contingency fee, hybrid fee.

**Locke Liddell & Sapp (370).** Variations: 80%-discounted rate, blended rate. Alternatives: 20%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Loeb & Loeb (240).** Variations: 15%-discounted rate, blended rate. Alternatives: 15%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee.

**Luce, Forward, Hamilton & Scripps (178).** Variations: 10%-discounted rate, blended rate, other. Alternatives: 5%-fixed or flat fee, contingency fee.

**Marshall, Dennehey, Warner, Coleman & Goggin (368).** Variations: 8%-discounted rate, blended rate. Alternatives: 12%-fixed or flat fee, contingency fee, hybrid fee.

**McCarter & English (407).** Variations: 10%-discounted rate, blended rate. Alternatives: 10%-fixed or flat fee, contingency fee, retrospective fee.

**McElroy, Deutsch, Mulvaney & Carpenter (230).** Variations: 5%-blended rate. Alternatives: 2%-fixed or flat fee, contingency fee.

**McKenna Long & Aldridge (400).** Variations: 20%-discounted rate, blended rate. Alternatives: 20%-fixed or flat fee, contingency fee, hybrid fee.

**Michael Best & Friedrich (255).** Variations: 10%-discounted rate, blended rate. Alternatives: 12%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee.

**Miller & Martin (175).** Variations 0.8%-discounted rate, blended rate. Alternatives: 3.5%-fixed or flat fee, contingency fee.

**Morris, Manning & Martin (174).** Variations: 10%-discounted rate. Alternatives: 1%-fixed or flat fee, contingency fee, hybrid fee.

**Neal, Gerber & Eisenberg (170).** Variations: 20%-discounted rate, blended rate. Alternatives: 3%-fixed or flat fee, contingency fee.

**Nelson Mullins Riley & Scarborough (379).** Variations: 10%-discounted rate, blended rate. Alternatives; 10%-fixed or flat fee, contingency fee, hybrid fee.

**Nexsen Pruet Adams Kleemeier (182).** Variations: 15%-discounted rate, blended rate. Alternatives: 10%-fixed or flat fee, contingency fee, hybrid fee.

**Ogletree, Deakins, Nash, Smoak & Stewart (331).** Variations: 94%-discounted rate, blended rate. Alternatives: 6%-fixed or flat fee, contingency fee, hybrid fee.

**Patton Boggs (431).** Variations: 15%-discounted rate, blended rate. Alternatives: 10%-fixed or flat fee, contingency fee, hybrid fee.

**Pepper Hamilton (445).** Variations: 5%-discounted rate, blended rate. Alternatives: 2%-fixed or flat fee, contingency fee.

**Phelps Dunbar (260).** Variations: 2.5%-discounted rate. Alternatives: 3%-fixed or flat fee, contingency fee.

**Phillips Lytle (173).** Variations: 90%-discounted rate, blended rate. Alternatives: 10%-fixed or flat fee, contingency fee, hybrid fee.

**Polsinelli Shalton Welte Suelthaus (276).** Variations: 15%-discounted rate, blended rate. Alternatives: 10%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value, other.

**Powell Goldstein (282).** Variations: 2%-discounted rate, blended rate. Alternatives: 13%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Preston Gates & Ellis (419).** Variations: 62%-discounted rate. Alternatives: 19%-fixed or flat fee, contingency fee, hybrid fee, other.

**Reed Smith (1,038).** Variations: 15%-discounted rate, blended rate. Alternatives: 6%-fixed or flat fee, contingency fee, hybrid fee.

**Robinson & Cole (217).** Variations: 30%-discounted rate, blended rate. Alternatives: 20%-fixed or flat fee,

hybrid fee, contingency fee.

**Ruden, McClosky, Smith, Schuster & Russell (203).** Variations: 20%-discounted rate, blended rate. Alternatives: 15%-fixed or flat fee, contingency fee, hybrid fee.

**Saul Ewing (238).** Variations: 57%-discounted rate, blended rate, other. Alternatives: 10%-fixed or flat fee, contingency fee, hybrid fee.

**Schnader Harrison Segal & Lewis (174).** Variations 10%-discounted rate, blended rate. Alternatives: 9%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Schulte Roth & Zabel (449).** Variations: 5%-discounted rate, blended rate. Alternatives: 5%-fixed or flat fee.

**Seward & Kissel (142).** Variations: 10%-discounted rate, blended rate, other. Alternatives: 10%-fixed or flat fee, hybrid fee.

**Sheppard, Mullin, Richter & Hampton (424).** Variations: 2%-discounted rate, blended rate. Alternatives: 2%-fixed or flat fee, contingency fee.

**Shughart Thomson & Kilroy (170).** Variations: 30%-discounted rate, blended rate. Alternatives: 10%-contingency fee.

**Shumaker, Loop & Kendrick (162).** Variations: 10%-discounted rate, blended rate. Alternatives: 5%-fixed or flat fee, contingency fee, hybrid fee.

**Smith, Gambrell & Russell (191).** Variations: 10%-discounted rate, blended rate. Alternatives: 10%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Snell & Wilmer (448).** Variations: 20%-discounted rate, blended rate. Alternatives: 15%-fixed or flat fee, contingency fee, hybrid fee.

**Stinson Morrison Hecker (313).** Variations: 10%-blended rate. Alternatives: 20%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Sutherland Asbill & Brennan (477).** Variations; 2%-discounted rate, blended rate. Alternatives: 2%-fixed or flat fee, contingency fee, hybrid fee.

**Thompson & Knight (388).** Variations: 30%-discounted rate, blended rate. Alternatives: 2%-fixed or flat fee, contingency fee.

**Ulmer & Berne (179).** Variations: 40%-discounted rate, blended rate. Alternatives: 5%-fixed or flat fee, contingency fee, hybrid fee.

**Vedder, Price, Kaufman & Kammholz (233).** Variations; 5%-Discounted rate, blended rate. Alternatives: 5%-fixed or flat fee, hybrid fee, retrospective fee.

**Whiteford, Taylor & Preston (155).** Variations: 1%-discounted rate, blended rate. Alternatives: 1%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.

**Wiley Rein & Fielding (268).** Variations: 20%-discounted rate, blended rate. Alternatives: 5%-fixed or flat fee, contingency fee, hybrid fee.

**Winstead Sechrest & Minick (286).** Variations: 4%-discounted rate, blended rate. Alternatives: 7%-fixed or flat fee, contingency fee, hybrid fee.

**Womble Carlyle Sandridge & Rice (520).** Variations: 25%-discounted rate, blended rate. Alternatives: 5%-fixed or flat fee, contingency fee, hybrid fee, retrospective fee based on value.