**PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT
OF MOTION FOR STAY OF INTERLOCUTORY ORDER**

**ATTACHMENT 'A'**



rick_rude@msn.com                                    Printed: Sunday, May 6, 2007 11:00 AM

**From :** Hotopp, Kerry <hotopke@friedfrank.com>
**Sent :** Friday, April 13, 2007 12:37 PM
**To :** "Rick Rude" <rick_rude@msn.com>
**CC :** "Hotopp, Kerry" <hotopke@friedfrank.com>
**Subject :** RE: Invoice

Dear Mr. Rude,

Your "offer" to settle the attorneys fees issue for $2,000 is wholly unreasonable. Your amount, or roughly $50/hour, is less than half of the hourly rate that courts routinely award for legal assistants.

Our invoiced amount represents our actual fees to respond to your failure to comply with the court's order, despite the clear and obvious evidence that your position was wrong. The court ordered you to pay this amount. That is the amount we are seeking.

Sincerely,

Kerry Hotopp

-----Original Message-----
From: Rick Rude [mailto:rick_rude@msn.com]
Sent: Monday, April 09, 2007 11:16 AM
To: kerry.hotopp.@ffhsj.com
Subject: Invoice

Dear Mr. Hotopp:

I have rec'd your invoice for $17,756. I find the amount extraordinary for the pleading involved.
I am amiable to reaching a resonable resolution but I simply cannot willingly accept such an amount. I find the hourly rates more than what is reasonably charged by litigation partners in other Washington firms. The rule requires 'reasonable fees'. While I am aware Judge Lamberth used "actual costs" I am relatively certain he would not agree with nor approve what amounts to a punative amount.
I am willing to comprimise this claim for $2,000 to end this.
If we can not agree then I think we should ask Judge Lamberth to set the amount.

Awaiting your reply.
Rick Rude

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any  attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you .