**PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S MOTION FOR ATTORNEYS FEES**

# ATTACHMENT NO. 1

 **Hotmail**®

rick_rude@msn.com                                    Printed: Sunday, May 6, 2007 11:03 AM

**From :**  Rick Rude <rick_rude@msn.com>
**Sent :**  Wednesday, April 18, 2007 9:30 AM
**To :**  hotopke@friedfrank.com
**Subject :**  RE: Attorneys' Fees

Kerry: I indicated that I could not sit on such an issue and then belatedly address the matter
to the court. Secondly, your e-mail reads such that the issue is non-negotiable.
I can advise you that the Laffey Matrix sets the rate and there are rules regarding detailed
descriptions and limitations on hours. What you presented was way off base.
I made an offer that would be considered generous under the accepted prinicples.
If you believe there is room to discuss the matter; please review the stds and make me a new
proposal.
regards.
Rick Rude

> From: "Hotopp, Kerry" <hotopke@friedfrank.com>
> To: "Rick Rude" <rick_rude@msn.com>
> Subject: RE: Attorneys' Fees
> Date: Tue, 17 Apr 2007 17:38:01 -0400
>
> I am disappointed that you have chosen to engage in further litigation
> instead of trying to resolve this issue. Your assumption that the matter
> was "not negotiable" was obviously wrong and you should have confirmed
> your assumption with me before heedlessly heading to court.
>
> -----Original Message-----
> From: Rick Rude [mailto:rick_rude@msn.com]
> Sent: Tuesday, April 17, 2007 5:25 PM
> To: Hotopp, Kerry
> Subject: RE: Attorneys' Fees
>
> Dear Kerry:
> I just saw your message. I have also just filed a motion to stay the fee
> issue.
> My understanding from your Friday e-mail was that the matter was 'not
> negotiable'. I am always amiable to resolution of all issues; I
> indicated that I would have put the issue in front of Lamberth. I
> believe staying this matter protects both sides. You have your claim and
> will have the ability to properly document that claim at an appropriate
> time.
> I indicated your hour fee request was out of line. The Laffey Matrix
> more or less eliminates that issue. Associates may not claim partnership
> level rates.
> I felt my offer was reasonable under the circumstances and probably more
> than what you might get from Judge Lamberth.
> I do believe however that the demand was so grossly out of line with
> controlling precedent that It amounts to an effort to pressure me to
> drop plaintiff's case.
>
> regards.
> Rick Rude
>
>
> >From: "Hotopp, Kerry" <hotopke@friedfrank.com>
> >To: "Rick Rude" <rick_rude@msn.com>
> >CC: "Hotopp, Kerry" <hotopke@friedfrank.com>
> >Subject: Attorneys' Fees
> >Date: Tue, 17 Apr 2007 14:47:29 -0400
> >