**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEYS FEES**

# ATTACHMENT NO. 2

Telephone (202) 223-5900
(703) 536-3063
Telefax (703) 536-4841

Rick A. Rude

Attorney at Law

207 Park Avenue
Suite 103
Falls Church, Virginia 22046

11 May 2007
Via Internet

Mr. Kerry Hotopp
Fried, Frank, Harris, Shriver & Jacobson
Suite 800
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Re: Rude v. Adeboyeku, et al.
D.DC. Case No. 05cv1274(RCL)
Notice of Supplemental Response to Discovery
State of Maryland v. Adeboyeku D.Ct. Case No. 0E00261849
State of Maryland v. Adeboyeku D.Ct. Case No. 0E00261850
State of Maryland v. Adeboyeku Cir.Ct. Case No. CJ062776
State of Maryland v. Adeboyeku Cir Ct. Case No. CJ061242

Dear Mr. Hotopp:

This correspondence is a follow up to our conversation regarding the existence of parallel criminal proceedings in the District Court and Circuit Court for Prince George's County involving Olayinka Adeboyeku and members of his family. I am attaching hereto copies of the Charging documents as well as the Bail records. The Prince George's County court file reflected that your client and his brother attacked a couple from behind in a Giant Food Store. Mr. Mitchell Dupree, one of the victims, was held from behind while being severely beat about the head. Mr. Dupree was injured so badly that he incurred a concussion and had a seizure requiring hospitalization.

I have copies as some of the files and these documents are available for your review upon appointment. I intend to use these documents as well as witnesses in the trial of Case 05cv1274. I further expect to obtain additional documents and information in the above referenced matters and will notice you when they are obtained.
I remain,

Very truly yours,

Rick A. Rude

Encl.

# DISTRICT COURT OF MARYLAND FOR Prince George's County

Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772 **Case No.:000E00261849**

**STATE OF MARYLAND** **VS** **ADEBOYEKU, OLAYINKA O**

COMPLAINANT:
NOLLE, M OFFR
Agency/Subagency: DA DIS2
ID: 2945

11105 BENNINGTON DR
UPPER MARLBORO, MD 20774
CC#: SID: 1977494
Local ID: DL#: DL State:
Race: 1 Sex: M Height: 6'0" Weight: 250 Hair: BLK Eyes: BRN
DOB: 01/14/1982 Phone(H): (301) 333-4434 Phone(W):

## CHARGE SUMMARY

UPON THE FACTS CONTAINED IN THE APPLICATION OF NOLLE, M OFFR IT IS FORMALLY CHARGED THAT ADEBOYEKU, OLAYINKA O at the dates, times and locations stated in the Charging document:

| CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|
| 1 1415 | CR 3 203 | 10 Y &/or $2,500.00 | ASSAULT-SEC DEGREE |

Copy of Public Document

YOU ARE [illegible] DIRECTED TO DESTROY THIS COPY WITHIN THIRTY DAYS FROM DATE OF ISSUE

**Date: 01/16/2006** **Time: 01:16 AM** **Judicial Officer:** ____________ **5098**

**Tracking No. 066070101064**

**DISTRICT COURT OF MARYLAND FOR ...** Local Incident #:

DATE: 01/15/2006
TIME: 21:46

DC Case No: 0E0026

RELATED CASE(S):

LOCATED AT (COURT ADDRESS)
14735 MAIN ST,UPPERMARLBORO,MD20772

DEFENDANT'S NAME (LAST,FIRST,M.I)
ADEBOYEKU, OLAYINKA O

## COMPLAINANT

| NAME (LAST,FIRST,M.I) | | TITLE |
|---|---|---|
| NOLLE, M | | OFFR |
| **AGENCY** | **SUB-AGENCY** | **I.D.NO.(POLICE)** |
| DA | DIS2 | 2945 |
| **WORK TELEPHONE** | **HOME TELEPHONE** | |
| (301 )3902100 | ( ) | |
| **ADDRESS** | | **APT.NO.** |
| BOWIE/MARLBORO STATION | 601 SW CRAIN HIGHWAY | |
| **CITY** | **STATE** | **ZIP CODE** |
| UPPER MARLBORO | MD | 20774 |

## DEFENDANT

NAME (LAST, FIRST, M.I) — TITLE
ADEBOYEKU, OLAYINKA O

MAFIS NAME (LAST, FIRST, M.I) — TITLE
ADEBOYEKU,OLAYINKAO

| I.D.NO. | RACE | SEX | HT. | WT. | D.O.B.(MM/DD/YY) |
|---|---|---|---|---|---|
| 1977494 | B | M | 6/0 | 250 | 1/14/82 |

| HAIR | EYES | OTHER DESCRIPTION |
|---|---|---|
| BLK | BRO | |

WORK TELEPHONE ( ) — HOME TELEPHONE (301 )3334434

ADDRESS: 11105 BENNINGTON DR — APT.NO.

| CITY | STATE | ZIP CODE |
|---|---|---|
| UPPER MARLBORO | MD | 20774 |

☐DOMESTIC VIOLENCE ☐HATE CRIME

Page 1 of 1

## STATEMENT OF CHARGES

IT IS FORMALLY CHARGED THAT THE DEFENDANT

| | CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|---|
| 1 | 1 1415 | | 01-15-06 | 10450 CAMPUS WAY SOUTH, LARGO PRINCE GEORGE'S COUNTY, MARYLAND |

...did assault MITCHELL DUPRE in the second degree in violation of CR 3-203, contrary to the form of the act of the assembly in such case made and provided and against the peace, government, and dignity of the state.

IN VIOLATION OF: ☒MD. ANN. CODE ART. CR SEC. 3-203 ☐COMMON LAW OF MD. ☐PUB. LOCAL LAW ART. SEC. — PROBABLE CAUSE ✓ Y ____ N

☐COMAR / AGENCY CODE NO. ☐ORDINANCE NO. AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE — COMMISSIONER INITIALS: Li ID NO. 5398

| | CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|---|
| 2 | | | | |

Copy of Public Document

YOU ARE HEREBY DIRECTED TO DESTROY THIS COPY WITHIN THIRTY DAYS FROM DATE OF ISSUE

IN VIOLATION OF: ☐MD. ANN. CODE ART. SEC. ☐COMMON LAW OF MD. ☐PUB. LOCAL LAW ART. SEC. — PROBABLE CAUSE ____ Y ____ N

☐COMAR / AGENCY CODE NO. ☐ORDINANCE NO. AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE — COMMISSIONER INITIALS: ____ ID NO. ____

☐CONTINUED ON ATTACHED SHEET (FORM DC/CR 2A)

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | PEACE OFFICER | |
|---|---|---|
| 01/15/2006 | [signature] | |
| **AGENCY** | **SUB-AGENCY** | **I.D. NO.** |
| DA | DIS2 | 2945 |

0 6 6 0 7 0 1 0 1 0 6 4
TRACKING NO.

P 6 A 0 0 0 0 5 1 0 7 4 0
CBF NO.

FORM DC/CR 2 ( Rev 7/94 )



# DISTRICT COURT OF MARYLAND FOR ...

Local Incident #:

DATE: 01/15/2006
TIME: 21:44
RELATED CASE(S):

LOCATED AT (COURT ADDRESS)
14735 MAIN ST,UPPERMARLBORO,MD20772

DISTRICT COURT CASE NUMBER
0E00261849

| COMPLAINANT | |
|---|---|
| NAME (LAST,FIRST,M.I): NOLLE, M | TITLE: OFFR |
| AGENCY: DA | SUB-AGENCY: DIS2 |
| I.D.NO.(POLICE): 2945 | |
| WORK TELEPHONE: (301 )3902100 | HOME TELEPHONE: ( ) |
| ADDRESS: BOWIE/MARLBORO STATION 601 SW CRAIN HIGHWAY | APT.NO.: |
| CITY: UPPER MARLBORO | STATE: MD |
| ZIP CODE: 20774 | |

| DEFENDANT | |
|---|---|
| NAME (LAST, FIRST, M.I): ADEBOYEKU, OLAYINKA O | TITLE: |
| MAFIS NAME (LAST, FIRST, M.I): ADEBOYEKU,OLAYINKAO | TITLE: |

| I.D.NO. | RACE | SEX | HT. | WT. | D.O.B.(MM/DD/YY) |
|---|---|---|---|---|---|
| 1977494 | B | M | 6/0 | 250 | 1/14/82 |

| HAIR | EYES | OTHER DESCRIPTION |
|---|---|---|
| BLK | BRO | |

| WORK TELEPHONE | HOME TELEPHONE |
|---|---|
| ( ) | (301 )3334434 |

| ADDRESS | | APT.NO. |
|---|---|---|
| 11105 BENNINGTON DR | | |
| CITY: UPPER MARLBORO | STATE: MD | ZIP CODE: 20774 |

☐DOMESTIC VIOLENCE ☐HATE CRIME

Page 1 of 2

## STATEMENT OF PROBABLE CAUSE

ARREST ON TRAFFIC/NATURAL RESOURCES CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

THE DEFENDANT HAS BEEN ARRESTED UPON THE FOLLOWING INFORMATION OR OBSERVATION: (MAKE A PLAIN, CONCISE AND DEFINITIVE STATEMENT OF ESSENTIAL FACTS CONSTITUTING THE OFFENSE CHARGED)

On 01/15/06 at 1750 hrs I responded to 10450 Campus Way South, Prince George's County, Maryland 20774 for a disorderly person. Upon my arrival I conducted an investigation of a second degree assault that occurred inside of the Giant Food Store. Victim 2 (DUPRE, MELINDA) along with the defendant's sister (ADEBOYEKU, MARY) was in the checkout line when a verbal altercation started between the two. During the course of the altercation victim 1 (DUPRE, MITCHELL) attempted to separate Ms. Adeboyeku and his wife, Melinda Dupre (victim 2). Ms. Adeboyeku became very disorderly by screaming and yelling at victim 2. She then called defendants, Olayinka Adeboyeku and Oluwatosin Adeboyeku, who were waiting for her in the parking lot. The defendants then entered the store and assaulted both victim 2 and 1 by punching and kicking them. Victim 1 fell to the ground after being assaulted. The defendants then fled from the checkout area into the parking lot. Several witnesses in the parking lot indicated that the defendants had gotten into a tan mini van and were leaving the parking lot. I observed the mini van and attempted to initiate a traffic stop. At this point the defendant 1 (ADEBOYEKU, OLAYINKA) exited the van and began running in an effort to avoid apprehension . After a short foot pursuit the defendant was apprehended by officers responding to the scene of this incident. Defendant 2 (ADEBOYEKU, OLUWATOSIN), parked his vehicle and surrendered himself to Cpl. Redmond. Defendant 2 stated that he committed the assault and not his brother, defendant 1. During the course of my investigation it was determined that both defendants were observed striking victims 1 and 2. Both defendants were arrested and transported to the Department of Corrections for criminal processing. Victim 1 was taken from the scene by

☑CONTINUED ON ATTACHED SHEET ( FORM DC/CR 4A )

PROBABLE CAUSE CHARGES # 

**Copy of Public Document**

LACK OF PROBABLE CAUSE CHARGES # ____________

### APPLICANT

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER | |
|---|---|---|
| 01/15/2006 | [signature] | |
| AGENCY | SUB-AGENCY | I.D. NO. |
| DA | DIS2 | 2945 |

I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT

☐THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT

☐THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE.

| DATE | JUDICIAL OFFICER | COMMISSIONER I.D. NO. |
|---|---|---|
| | | |

DESTROY ... THIRTY DAYS ...

06607010106 4     PGA00005107 40

TRACKING NO. ____________ CBF NO. ____________

FORM DC/CR 4 (Rev. 7/94 )




LOCATED AT COURT ADDRESS

14735 MAIN ST, UPPERMARLBORO, MD20772

DISTRICT

CASE NUMBER

CE00261849

DATE: 01/15/2006

TIME: 21:44

DEFENDANT'S NAME ( LAST, FIRST, M.I. )

ADEBOYEKU, OLAYINKA O

MAFIS NAME

ADEBOYEKU, OLAYINKAO

CONTINUATION SHEET

PAGE 2 OF 2

## STATEMENT OF PROBABLE CAUSE

### ARREST ON TRAFFIC/NATURAL RESOURCES CITATIONS/ CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

the Prince George's County Fire Department to receive medical treatment for his injuries. Victim 2 did not require medical treatment. All of the events occurred within Prince George's County Maryland.

YOU ARE HE[illegible] D[illegible]CTED TO DESTROY T[illegible] CO[illegible]Y WITHIN THIRTY DA[illegible] [illegible]TE OF ISSUE

Copy of Public Document

☐ CONTINUED ON ATTACHED SHEET ( FORM DC/CR 4A )

APPLICANT

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER | |
|---|---|---|
| 01/15/2006 | [signature] | |
| AGENCY | SUB-AGENCY | I.D. NO. |
| DA | DIS2 | 2945 |

0660701010654

TRACKING NO.

P6A000051074O

CBF NO.

FORM DC/CR 4A (Rev. 7/94 )





**DISTRICT COURT OF MARYLAND FOR Prince George's County**
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772 **Case No.: 000E00261849**

**STATE OF MARYLAND** **VS** **ADEBOYEKU, OLAYINKA O**
**11106 BENNINGTON DR**
**UPPER MARLBORO, MD 20774-0000**

**Hearing or Trial Date: 04/07/2006**
**at 08:45 AM in Courtroom 262**

CC#: SID: 0001977494
Local ID: DL#:
Race: 1 Sex: M Ht: 6'00" Wt: 250 Hair: BLK Eyes: BRN
DOB: 01/14/1982 Phone(H): (301) 333-4434 Phone(W):

Charge | Statute | AR/Citation | CJISCode
ASSAULT-SEC DEGREE | CR3203 | | 1145

Charge | Statute | AR/Citation | CJISCode

## BAIL BOND

KNOW ALL PERSONS BY THESE PRESENTS:

That I/we, the undersigned, jointly and severally acknowledge that I/we, our personal representatives, successors, and assigns are held and firmly bound unto the State of Maryland in the penalty sum of $3,000.00
(Three Thousand Dollars)
with the obligation of the corporation, LEXINGTON NATIONAL INS CORP which is an insurer or other Surety in the full penalty amount.

Power # BB-010368

THE CONDITION OF THIS BOND IS that the Defendant personally appear, as required, in any court in which the charges are pending, or in which a charging document may be filed based on the same acts or transactions, or to which action may be transferred, removed, or, if from the District Court, appealed.

If, however, the Defendant fails to perform the foregoing condition, this bond shall be forfeited forthwith for payment of the above penalty sum in accordance with law.

IT IS AGREED AND UNDERSTOOD that this bond shall continue in full force and effect until discharged pursuant of Rule 4-217.

AND the undersigned Surety covenants that the only compensation chargeable in connection with the execution of this Bond consisted of a fee, in the amount of $300.00.

Fee, premium or service charge paid by ADEBOYEKU, OLUWUHILOLA
(address) 11106 BENNINGTON DR.,, UPPER MARLBORO, MD 20774.

AND the undersigned Surety covenants that no collateral was or will be deposited, pledged, or encumbered directly or indirectly in favor of the Surety in connection with the execution of the bond except:
none

IN WITNESS WHEREOF, these presents have been executed under seal this 16th day of January, 2006.

**Copy of Public Document**

Defendant:__________(SEAL) Address:__________(SEAL)
Defendant

Pers.Surety:__________(SEAL) Address:__________
Surety

Surety/Ins:__________(SEAL) Address:__________
Surety-Insurer

By Bondsman: [signature] (SEAL) Address: 14749 Main St # 2 Upper Marlboro
Power of Attorney No.

SIGNED, sealed, and acknowledged before me:

Date : 01/16/2006

Commissioner [signature]
For Prince George's County

YOU ARE HEREBY DIRECTED TO DESTROY COPY WITHIN ... OF ISSUE

DC/CR 5

**Tracking No. 066070101064**

# DISTRICT COURT OF MARYLAND FOR Prince George's County

Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772 **Case No.: 000E00261849**

**STATE OF MARYLAND** **VS** **ADEBOYEKU, OLAYINKA O**
**11106 BENNINGTON DR**
**UPPER MARLBORO, MD 20774-0000**

CC#: SID: 0001977494
Local ID: DL#:
Race: 1 Sex: M Ht: 6'00" Wt: 250 Hair: BLK Eyes: BRN
DOB: 01/14/1982 Phone(H): (301) 333-4434 Phone(W):

Charge | Statute | AR/Citation | CJISCode
ASSAULT-SEC DEGREE | CR3203 | | 1 1415

Charge | Statute | AR/Citation | CJISCode

## RELEASE FROM COMMITMENT

TO: PRINCE GEORGES COUNTY DETENTION CENTER
13400 DILLE ROAD UPPER MARLBORO 20772

YOU ARE HEREBY COMMANDED to release the above-named Defendant subject to the following condition(s)/restriction(s):

NONE

Corporate Bond in the amount of $3,000.00 (100%) was posted by: Lexington National.

☐ Fine of $______________, the payment of which was in default, has now been paid.

**NOTE: This release applies only to the case listed above. Before release check for any detainers. If the Defendant is committed for any other reason, the Defendant is to be held pursuant to that commitment.**

Date: 01/16/2006 Time: 01:38 PM Commissioner: ______________ II5025

John McLaughlin 6085

**NOTICE TO DEFENDANT**

**You are scheduled for a Trial/Hearing on 04/07/2006 at 8:45AM in Court Room 262**

**Tracking No. 066070101064**

**Copy of Public Document**
**YOU ARE HEREBY DIRECTED TO DESTROY THIS COPY WITHIN THIRTY DAYS FROM DATE OF ISSUE**