PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR ATTORNEYS FEES

# ATTACHMENT NO. 3

Fried, Frank, Harris, Shriver & Jacobson LLP

Client: 088888
Matter: 00440 ADEBOYEKU

## TIME DETAIL

| Timekeeper | Date | Description | Hours |
|---|---|---|---|
| FISCHMAN, WENDY P. | 3/21/06 | | 0.70 |
| FISCHMAN, WENDY P. | 3/22/06 | | 0.50 |
| FISCHMAN, WENDY P. | 3/24/06 | | 0.40 |
| FISCHMAN, WENDY P. | 3/28/06 | | 2.30 |
| FISCHMAN, WENDY P. | 3/29/06 | | 0.50 |
| FISCHMAN, WENDY P. | 3/30/06 | | 1.50 |
| FISCHMAN, WENDY P. | 4/4/06 | | 0.50 |
| FISCHMAN, WENDY P. | 5/15/06 | | 0.50 |
| FISCHMAN, WENDY P. | 5/16/06 | | 0.60 |
| HOTOPP, KERRY | 3/20/06 | | 0.40 |
| HOTOPP, KERRY | 3/21/06 | | 1.70 |
| HOTOPP, KERRY | 3/22/06 | | 1.80 |
| HOTOPP, KERRY | 3/24/06 | | 3.90 |
| HOTOPP, KERRY | 3/27/06 | | 4.80 |
| HOTOPP, KERRY | 3/28/06 | | 4.40 |
| HOTOPP, KERRY | 3/29/06 | | 3.80 |
| HOTOPP, KERRY | 3/30/06 | | 2.20 |
| HOTOPP, KERRY | 4/4/06 | | 1.40 |
| HOTOPP, KERRY | 5/16/06 | (reduced from 4.10) | 0.20 |
| HOTOPP, KERRY | 5/17/06 | (reduced from 6.50) | 5.00 |
| HOTOPP, KERRY | 5/18/06 | | 1.20 |

**MATTER TOTALS: 38.30**

