UNITED STATES DISTRICT COURT
District of Columbia

_____
JONATHAN W, RUDE,

    Plaintiff,

    v.

OLAYINKA ADEBOYEKU
  and
ANTHONY B. WOOD,

    Defendants.
_____

CASE No. 1:O5CVOI 274
Judge Royce C. Lamberth

## DEFENSES TO PLAINTIFF'S COMPLAINT

**COMES NOW** the defendant, Anthony B. Wood, by and through counsel, Barry M. Tapp, and states the following in answer to plaintiff's complaint

### FIRST DEFENSE TO COMPLAINT

The complaint fails to state a claim against defendant upon which relief can be granted.

### SECOND DEFENSE TO COMPLAINT

The complaint is time barred by the statute of limitations.

### THIRD DEFENSE TO COMPLAINT

The complaint is barred by the doctrine of *res judicata* and collateral estoppel.

### FOURTH DEFENSE

The court lacks jurisdiction of this matter.

## FIFTH DEFENSE

This case should be dismissed because of the plaintiff's unclean hands.

## SIXTH DEFENSE

The defendant acted in defense of another/self-defense.

## ANSWER OF DEFENDANT ANTHONY B. WOOD
## TO PLAINTIFF'S COMPLAINT

1. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

2. The defendant is without sufficient knowledge or information to admit or deny the allegation.

3. Admitted.

4. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied

5, The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

## COUNT NO. 1

6. The defendant incorporates herein his answers in paragraphs *1-5,* as if fully set forth herein, therefore it is denied.

7. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

8. Denied.

9. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

10. Denied.

11. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

12. Denied.

13. The defendant is without sufficient knowledge or information to admit or deny the allegation, therefore it is denied.

14. Denied.

15. Denied.

**WHEREFORE**, it is respectfully requested that the plaintiff's action be dismissed and he be assessed reasonable attorney fees and costs**.**

    Respectfully submitted,

     /s/ Barry M. Tapp  
    Barry M. Tapp  
    14662 Cambridge Circle  
    Laurel, MD 20707  
    301-725-6030  
    Bar #209395

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that have caused a copy of the foregoing to served

electronically on:

Rick Rude, Esq.
Suite 103
207 Park Aveneu
Falls Church, VA 22046

Kerry Hotopp
Fried, Frank, Harris, Shriver, & Jacobson, LLP
1001 Pennsylvania Ave., NW, Suite 800
Washington, DC 20004


   /s/ Barry M. Tapp
Barry M. Tapp