UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JONATHAN W. RUDE,            )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>OLAYINKA ADEBOYEKU, *et al.*,)<br>                              )<br>     Defendants.             )<br>                              ) | Civil Action No. 05-1274 (RCL) |

## ORDER

Before the Court is defendant Anthony B. Wood's unopposed Motion [54] for Extension of Time in Which to File His Response to Plaintiff's Motion for Summary Judgment. Upon consideration of the motion and the entire record herein, it is hereby

ORDERED, that the Motion [54] for Extension of Time in Which to File His Response to Plaintiff's Motion for Summary Judgment is GRANTED, *nunc pro tunc*, and the motion for summary judgment is deemed timely filed.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, September 17, 2007.