UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                            Case No. 05cv1274(RCL)

OLAYINKA ADEBOYEKU
Et al.,

    Defendants

### CONSENT MOTION TO DISMISS COMPLAINT

Comes Now Plaintiff Jonathan W. Rude, by and through his counsel, and submits this Consent Motion to Dismiss Complaint as to defendant Olayinka Adeboyeku. The parties have entered into a confidential settlement agreement that resolves the dispute between the parties.

Dated: 28 September 2007

                                              Respectfully submitted,

                                              /S/

                                              Rick A. Rude, Esq. #244897
                                              Suite 103
                                              207 Park Avenue
                                              Falls Church, VA. 22046
                                              (703) 536-3063 Tele.
                                              (703) 536-4841 Fax.

                                              Counsel For Plaintiff