UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

      Plaintiff,

v.                                             Case No. 05cv1274(RCL)

OLAYINKA ADEBOYEKU
Et al.,

      Defendants

## O R D E R

This matter having come before the court upon plaintiff's consent motion to dismiss complaint as to defendant Olayinka Adeboyeku; and the court having considered the motion, it is hereby ordered that the motion be GRANTED and that the complaint as to defendant Olayinka Adeboyeku is hereby dismissed with prejudice.

Dated:

                                                                  United States District Court Judge