UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

      Plaintiff,

v.   Case No. 05cv1274(RCL)

OLAYINKA ADEBOYEKU,
A/k/a "YINKA" and
ANTHONY B. WOOD,
A/k/a WILLIE JOYNER, JR.

      Defendants.

### CONSENT MOTION FOR ORDER REMOVING CONFIDENTIAL DOCUMENTS FROM THE PUBLIC FILE

COMES NOW, Jonathan W. Rude, plaintiff herein, by and through his counsel and submits this consent motion for the removal of confidential documents from the public file. The documents are communications from plaintiff's doctors and an expert witness report that were provided to counsel for defendant Olayinka Adeboyeku pursuant to a confidentiality agreement. The documents contain confidential information related to plaintiff's medical conditions, treatment and prognosis.

The documents were submitted to the court's public file on November 20, 2006 as Exhibits 1, 2, 3 and 4 to Defendant's Motion to Strike Expert Witnesses (Document Number 40). The subject confidential materials were designated as and are identified as Document Numbers 40-2, 40-3, 40-4 and 40-5. Plaintiff immediately notified counsel for defendant that defendant had submitted confidential documents to the public record. The documents have not been removed by defendant, hence this motion by plaintiff.

1

## Local Rule 7(m) Statement

Counsel has conferred with counsel for defendant Olayinka Adeboyeku on several occasions since November 2006, including as recently as June 28, 2007 and September 11, 2007 regarding the removal of these documents from the public file. Counsel for defendant concurs in and consents to the involved motion to remove these documents from the public file.

## CONCLUSION

Wherefore, in consideration of the above and foregoing, it is hereby respectfully requested that the Court enter an Order directing the Clerk of the Court to remove Documents Numbers 40-2, 40-3, 40-4 and 40-5 from the court's website and public file in this proceeding and to treat such documents as confidential material pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

Dated: 4 October 2007

/S/
_____
RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(703) 536-3063 Tele.
(703) 536-4841 Fax.

Counsel For Plaintiff