UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                             Case No. 05cv1274(RCL)

OLAYINKA ADEBOYEKU et al.,

    Defendants.

## ORDER

This matter having come before the Court upon Plaintiff's Consent Motion to Remove Confidential Documents From the Public File;

In consideration of the Confidentiality Agreement dated May 1, 2006 between plaintiff and defendant requiring confidential discovery materials to be filed under seal and that Documents 40-2, 40-3, 40-4 and 40-5 were designated as and are confidential medical records of plaintiff;

It is hereby ordered that the motion be granted and that the Clerk of the Court shall remove Documents 40-2, 40-3, 40-4 and 40-5 from the public file and record in this proceeding and place such documents under seal.

Dated: _____

 

_____
United States District Court Judge