UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

      Plaintiff,

v.                                                          Case No. 05cv1274(RCL)

OLAYINKA ADEBOYEKU et al.,

      Defendants.

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF CONSENT MOTION TO REMOVE
CONFIDENTIAL DOCUMENTS FROM THE PUBLIC FILE**

COMES NOW, Jonathan W. Rude, plaintiff herein, by and through his counsel and submits this Memorandum of Points and Authorities in Support of Plaintiff's Consent Motion For Order Removing Confidential Documents From the Public File. In support of this motion Plaintiff states as follows:

1. Counsel For Plaintiff and Defendant Olayinka Adeboyeku entered into a Confidentiality Agreement effective May 1, 2006. A copy of that document is attached hereto and identified as Attachment No. 1.

2. The Confidentiality Agreement, paragraph no. 1, covered discovery responses, documents and "expert reports" to be provided in the proceeding.

3. Plaintiff provided to counsel for defendant medical records, including expert reports and correspondence, on June 7, 2006. A copy of the production cover letter, designation and redacted first pages of these medical reports is attached hereto and identified as Attachment No. 2.

4. The Confidentiality Agreement, paragraph 5, provided a specific procedure for the submission of confidential materials to the Court. (Attachment No. 1, page 3, para. 5).

5. On November 20, 2006 counsel for defendant submitted a motion to the Court and included in the public filing documents reflecting medical treatment, care and prognosis. These documents were identified as Exhibits 1, 2, 3 and 4 to Defendant's motion (Document no. 40) and further stamped as documents 40-2, 40-3, 40-4 and 40-5.

6. Documents 40-2, 40-3, 40-4 and 40-5 are within the scope of the Confidentiality Agreement and to be submitted pursuant to the procedure set forth in paragraph 5 of that agreement. The submission by defendant did not comply with that procedure.

7. Plaintiff noticed defendant of the improper public filing and requested that the filing be corrected to reflect the requirements of the Confidentiality Agreement. However, defendant has not corrected the subject filing.

## ARGUMENT

The involved documents are medical records and expert witness reports as those terms are commonly used and understood. The Courts have acknowledged that there is an expectation of privacy regarding medical records. Cf. *In Re: Sealed Case (Medical Records)* 381 F.3rd.1205, 1215-1216 (D.C. cir. 2004). The District Court has established its own privacy policy restricting information that may be filed in order to protect privacy interests. Cf. *Notice Regarding Privacy And Public Access to Electronic Civil Case Files* (September 2004).

2

In the present situation, the parties executed a confidentiality agreement in recognition that there were privacy interests involved, including medical records, reports and related documents. The involved Confidentiality Agreement was prepared by counsel for defendant and is clearly controlling in this proceeding. The subject documents are confidential medical records and must be removed from the public file.

Wherefore, in consideration of the above and foregoing, it is hereby respectfully requested that this motion be granted and that the Court enter an order directing the Clerk of the Court to remove the confidential documents from the public file and for such other and further relief as the court deems just and appropriate in the circumstances.

Dated: 4 October 2007

/S/

---

RICK A. RUDE, Esq. #244897
Suite 103
207 Park Avenue
Falls Church, VA. 22046
(703) 536-3063 Tele.
(703) 536-4841 Fax.

Counsel For Plaintiff