UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JONATHAN W. RUDE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 05-1274 (RCL) |
| OLAYINKA ADEBOYEKU, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This matter having come before the Court upon plaintiff's Consent Motion [76] to Remove Confidential Documents from the Public File;

In consideration of the Confidentiality Agreement dated May 1, 2006 between plaintiff and defendant requiring confidential discovery materials to be filed under seal and that Documents 40-,. 40-3, 40-4, and 40-5 were designated as and are confidential medical records of plaintiff, it is hereby

ORDERED that the motion be GRANTED and that the Clerk of the Court shall remove Documents 40-2, 40-3, 40-4, and 40-5 from the public file and record in this proceeding and place such documents under seal.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, October 5, 2007.