**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JONATHAN W. RUDE,

      Plaintiff,

v.                                                    Case No. 05cv1274(RCL)

OLAYINKA ADEBOYEKU
A/k/a "Yinka" And
ANTHONY B. WOOD,
A/k/a WILLIE JOYNER, JR.,

      Defendants.

**ORDER**

    This matter having come before the Court upon plaintiff's motion for summary judgment to be entered against defendant Anthony B. Wood, a/k/a Willie Joyner, Jr. and the court having considered the motion, and any opposition thereto, does hereby

    GRANT plaintiff's motion for summary judgment and hereby award to plaintiff the sum of Seventy Three Thousand Six Hundred Dollars ($73,600.00) with pre-judgment interest from February 28, 2005 representing plaintiff's medical expenses incurred as a result of the acts alleged in plaintiff's complaint; and it is further

    ORDERED that the clerk of the court shall enter this Order as a final judgment as to defendant Anthony B. Wood on the docket in this proceeding.

Dated _____

_____
UNITED STATES DISTRICT COURT JUDGE