UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                Case No. 05cv1274(RCL)

OLAYINKA ADEBOYEKU
A/k/a "Yinka" And
ANTHONY B. WOOD, A/k/a
WILLIE JOYNER, JR.

    Defendants.

## SWORN STATEMENT OF JONATHAN W. RUDE

Plaintiff, Jonathan W. Rude, hereby deposes and states as follows:

1. I am a 2005 graduate of the Georgetown University McDonough School of Business.

2. In the spring of 2003 I was approached about accepting summer employment as a doorman at Tony & Joe's Seafood Place located at Washington Harbour Complex.

3. Tony & Joe's Seafood Place was a location that is frequented by individuals associated with Georgetown University, including students and administration persons.

4. I worked as a doorman at Tony & Joe's Seafood Place the summer of 2003 and was primarily responsible for the checking of identifications so as to prevent under-age consumption of alcohol.

1

5. I am familiar with the policies and procedures employed by Tony & Joe's Seafood Place in regard to employee conduct and procedures for controlling access to the bar facilities.

6. I was asked if I was interested in becoming a doorman at Tony & Joe's Seafood Place for the 2004 summer season but I declined based upon the hours and salary.

7. Tony & Joe's Seafood Place required doormen to work until 2:30 to 3 A.M. which included cleaning up and restocking after closing.

8. On Saturday evening, June 19, 2004 I came to Tony & Joe's Seafood Place with Jonathan Cummings, another Georgetown University student.

9. At approximately 1:15-1:30 A.M. I observed a new Tony & Joe's employee attempting to provoke Jonathan Cummings in a fight in a public area of the Washington Harbour Complex.

10. I approached and spoke with Tony Wood who then told me that there was nothing he could do to stop this confrontation.

11. I spoke with the manager of Nick's Riverside Grill, Jonathan Eagleton, who had by then intervened in the confrontation and I suggested that I take Jonathan Cummings and leave the area. Mr. Eagleton gratefully accepted my suggestion.

12. As I was driving out of the parking garage apron the same individual that had been attempting to start a fight with Jonathan Cummings stepped from behind the exit and in front of my car blocking the exit.

13. This individual, who I later learned was Olayinka Adeboyeku, then walked to the passenger side of the car and attempted to punch Jonathan Cummings in the head as he sat in the car.

14. Jonathan Cummings grabbed Olayinka Adeboyeku to stop any further attack and Adeboyeku then pulled himself away from Cummings and we left the garage.

15. I immediately reported this incident to Robert Puzio who was the head of security for Tony & Joe's Seafood Place and was told by Robert Puzio that he would 'take care of' this problem.

16. Tony & Joe's Seafood Place employment rules prohibit a doorman from leaving his post, from touching or attacking patrons and fighting. A violation of those rules was supposed to result in immediate termination.

17. On June 20, 2004, approximately 12 hours after the confrontation between Olayinka Adoyeku and Jonathan Cummings I was at Tony & Joe's Seafood Place for brunch.

18. The management at Tony & Joe's Seafood Place were not only hospitable but provided me a fifty percent (50%) discount for the brunch. I arranged to have this discount, which amounted to sixty dollars ($60.00), provided to the waitress as her tip.

19. On June 20th, 2004 I was not only warmly greeted and embraced, but treated in a manner which reflected gratitude for my efforts in heading off the earlier incident between Olayinka Adeboyeku and Jonathan Cummings.

20. I am familiar with the grounds and procedures for the 'banning' of individuals from Tony & Joe's Seafood Place and can state that I have never been banned from anywhere, much less Tony & Joe's Seafood Place.

21. On June 27, 2004, I awoke in a hospital room at the George Washington University Hospital.

22. At that time I had the following injuries: fractured eye socket, numerous fractures to my face, broken nose, cuts to the back of my head, a concussion and numerous abrasions to my arms, legs and body.

23. I also had an injury to my shoulder which was later determined to been a dislocation which required surgery to repair.

24. I did not have any of these injuries prior to June 27, 2004.

25. On July 6, 2004 I underwent back to back surgeries at George Washington University Hospital to insert titanium plates in my eye socket and repair the broken bones in my face as well as my broken nose.

26. From July 6, 2004 through the third week of July I was confined to bed rest.

27. On September 10, 2004 I entered Sibley Memorial Hospital for surgery to repair the injuries to my shoulder.

28. After the September 10th surgery I was again confined to bed rest.

29. I began physical therapy on my shoulder on September 30, 2004 which therapy continued until February 28, 2005.

30. I have not fully recovered from the injuries I sustained in that I have permanent injury to a nerve in my face that involves recurring severe burning sensation and pain.

31. I have attached hereto an itemized list of the medical expenses that were incurred as a direct result of the injuries that I sustained on June 27, 2004.

32. The itemized list is by date, medical service provider, amount of the charge and the function or services provided.

33. The amount of the "facilities" charges for George Washington University Hospital was $16,843.00 Dollars (June 27-28, 2004) and $13,875.00 (July 6, 2004) and for Sibley Memorial Hospital (September 10, 2004) was $13,055.16 alone totaled $43,773.16 Dollars.

34. The full amount of all medical expenses totaled Seventy Three Thousand Six Hundred Dollars and Twenty Nine Cents ($73,600.29).

35. These amounts do not include future medical care for further repair of my nose which is required.

FURTHER AFFIANT SAYETH NOT.

Subscribed and Sworn to under penalty of perjury of the laws of the United States.

*[signature] 2/10/08*

Dated: 09 January 2008

Jon-Summer 2004

| Date | Dr. | Charge | Function |
|---|---|---|---|
| 6/27/2004 | DC Fire&EMS | $ 268.00 | Ambulance |
| 06/27/04 | Lee | $ 200.00 | Doctor |
| 06/27/04 | Ranniger | $ 358.00 | ER x-ray; ER care |
| 06/27/04 | Potter | $ 28.00 | Emer. X-ray |
| 06/27/04 | Monteferrante | $ 582.00 | Emer. X-ray |
| 06/27/04 | GWU Hospital | $ 16,843.00 | Hospital |
| 06/27/04 | Wall | $ 108.00 | Doctor-Consultation |
| 06/28/04 | Lee | $ 130.00 | Doctor |
| 06/29/04 | Karlin | $ 220.00 | Doctor |
| 06/29/04 | Mistry/Ho | $ 182.00 | Doctor |
| 06/29/04 | Jones | $ 225.00 | Doctor |
| 06/30/04 | Geist | $ 360.00 | Doctor |
| 07/02/04 | Shaffer | $ 90.00 | Doctor |
| 07/02/04 | Wall | $ 194.74 | Doctor |
| 07/06/04 | GWU Hospital | $ 13,875.00 | Facility |
| 07/06/04 | Pla | $ 1,470.00 | Anesthesia |
| 07/06/04 | Geist | $ 3,221.00 | Doctor |
| 07/06/04 | Wall | $ 700.00 | Doctor |
| 07/07/04 | Geist | $ - | |
| 07/13/04 | Lee | $ 80.00 | ER Care |
| 07/13/04 | Geist | $ 110.00 | |
| 07/13/04 | GWU Hospital | $ 15.00 | Geist |
| 07/13/04 | GWU Hospital | $ 15.00 | Lee |
| 07/14/04 | Rite Aid | $ 58.45 | Pharmacy |
| 07/29/04 | Mistry/Ho | $ 115.00 | Doctor |
| 07/23/04 | Geist | $ - | |
| 07/23/04 | Wall | $ 87.51 | Doctor |
| 07/29/04 | Dr. Ho/Mistry | $ 152.00 | Doctor |
| 08/20/04 | Didhevar | $ 78.00 | Doctor |
| 09/03/04 | Dr. Geist | $ - | Dr. (Greywall) |
| 11/19/04 | Dr. Geist | $ 131.00 | Doctor |
| | | | |
| 06/27/04 | GWU Pkg | $ 13.50 | Parking |
| 06/27/04 | GWU Pkg | $ 13.50 | Parking |
| 06/28/04 | GWU Pkg | $ 13.50 | Parking |
| 06/28/04 | GWU Pkg | $ 15.00 | Parking |
| 06/30/04 | GWU Pkg | $ 15.00 | Parking |
| 07/02/04 | Pkg (Dr.Wall) | $ 12.00 | Parking |
| 07/02/04 | Pkg (Dr.Scha) | $ 14.00 | Parking |
| 07/06/04 | Pkg (surgery) | $ 15.00 | Parking |
| 07/07/04 | Pkg (Dr. Geist) | $ 15.00 | Parking |
| 07/09/04 | Pkg (Dr. | $ 8.00 | Parking |
| 07/14/04 | Pkg (Dr. | $ 8.00 | Parking |
| 07/23/04 | Pkg (Dr.Wall) | $ 8.00 | Parking |
| 09/03/04 | Pkg (Dr.Geist) | $ 12.00 | Parking |
| 11/19/04 | Pkg (Dr. Geist) | $ 12.00 | Parking |

Jon-Summer 2004

| Date | Provider | Amount | Category |
|---|---|---|---|
| 06/29/04 | Rite Aide | $ 18.46 | Pharmacy |
| 06/29/04 | Rite Aide | $ 23.48 | Pharmacy |
| 07/14/04 | Rite Aide | $ 11.65 | Pharmacy |
| 07/06/04 | Rite Aide | $ 1.93 | Pharmacy |
| 07/08/04 | Rite Aide | $ 5.15 | Pharmacy |
| 07/08/04 | Rite Aide | $ 2.94 | Pharmacy |
| 08/20/04 | Rite Aid | $ 108.99 | Pharmacy |
| 08/20/04 | Dr. Didehvar | $ 263.00 | Doctor |
| 08/24/04 | MRI | $ 1,294.00 | Fairfax Hospital |
| 08/24/04 | Dr. Brallier | $ 424.00 | MRI |
| 08/25/04 | Dr. Schaeffer | $ 195.00 | Doctor |
| 09/06/04 | Didhevar | $ 78.00 | Doctor-Pre-Op Phys |
| 09/10/04 | Shaffer | $ 9,562.50 | Sugery |
| 09/10/04 | Shaffer | $ 133.00 | Dr.-Post-Op Visit |
| 09/10/04 | Sibley Hospital | $ 13,055.16 | Hospital |
| 09/10/04 | Surg. Anth Assoc | $ 1,188.00 | Anthesiologist |
| 09/10/04 | Parking-Sibley | $ 8.00 | Pkg-Sibley Hosp |
| 09/10/04 | Pkg-Dr. S | $ 7.00 | Parking |
| 09/10/04 | Rite Aide | $ 23.99 | Pharmacy |
| 09/10/04 | Rite Aide | $ 18.99 | Pharmacy |
| 09/10/04 | Dr. Fleury | $ 69.00 | Diag Lab Test |
| 09/16/04 | Shaeffer | $ - | Doctor |
| 09/16/04 | Pkg-Dr. S-DC | $ 7.00 | Parking |
| 09/16/04 | Pkg-Dr. S-MD | $ 3.00 | Parking |
| 09/28/04 | Dr. Shaeffer | $ - | Doctor |
| 09/28/04 | Pkg-Dr. S-MD | $ 7.00 | Parking |
| 09/30/04 | JJurjans-RPT | $ 253.00 | Phy Therapy |
| 10/06/04 | JJurjans-RPT | $ 162.00 | Phy Therapy |
| 10/08/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 10/13/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 10/15/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 10/22/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 10/25/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 11/01/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 11/03/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 11/08/04 | JJurjans-RPT | $ 201.00 | Phy Therapy |
| 11/10/04 | JJurjans-RPT | $ 195.00 | Phy Therapy |
| 11/17/04 | JJurjans-RPT | $ 195.00 | Phy Therapy |
| 11/19/04 | JJurjans-RPT | $ 195.00 | Phy Therapy |
| 11/22/04 | JJurjans-RPT | $ 195.00 | Phy Therapy |
| 11/24-12/01/04 | JJurjans-RPT | $ 351.00 | Phy Therapy |
| 12/3-8/04 | JJurjans-RPT | $ 390.00 | Phy Therapy |
| 12/10/04 | JJurjans-RPT | $ 195.00 | Phy Therapy |
| 12/14/04 | JJurjans-RPT | $ 390.00 | Phy Therapy |
| 12/22/04 | JJurjans-RPT | $ 195.00 | Phy Therapy |
| 01/05/05 | JJurjans-RPT | $ 156.00 | Phy Therapy |
| 01/19/05 | JJurjans-RPT | $ 195.00 | Phy Therapy |

Jon-Summer 2004

| Date | Payee | Amount | Description |
|---|---|---|---|
| 11/19/04 | Dr. Geist | $ 15.00 | Doctor |
| 11/19/04 | Pkg-Dr. G | $ 12.00 | Parking |
| 01/27/05 | National Integ Svs | $ 240.00 | Doctor |
| 01/24/05 | Dove Health Care | $ 347.85 | Care |
| 12/28/04 | Michael Libercci | $ 180.00 | #3387-Musc Ther |
| 12/30/04 | Michael Libercci | $ 100.00 | #3389-Musc Ther |
| 01/07/05 | Michael Libercci | $ 100.00 | #1232-Musc Ther |
| 01/10/05 | Michael Libercci | $ 200.00 | #1233-Musc Ther |
| 01/16/05 | Michael Libercci | $ 200.00 | #1236-Musc Ther |
| 01/24/05 | Michael Libercci | $ 200.00 | #1242-Musc Ther |
| 02/04/05 | Michael Libercci | $ 400.00 | #1247-Musc Ther |
| 02/28/05 | Michael Libercci | $ 350.00 | #1254-Musc Ther |
| | | $ 73,600.29 | |