UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                                    Case No. 05cv1274(RCL)

OLAYINKA ADEBOYEKU
A/k/a "Yinka" and
ANTHONY B. WOOD, A/k/a
WILLIE JOYNER, JR.

    Defendants.

## SWORN STATEMENT OF MICHAEL A. GILLMAN

Michael A. Gillman, after having been duly sworn does hereby depose and state as follows:

1. I am a 2004 graduate of Georgetown University.

2. In May 2004 I was offered part time employment as a doorman at Tony & Joe's Seafood Place located at 3000 K Street, N.W. in the Washington Harbour Complex.

3. I was working at Tony & Joe's Seafood Place in June 2004 including the last two weeks of June 2004.

4. On Saturday evening, June 19, 2004 I observed an incident between Jonathan Cummings and another employee of Tony & Joe's that I knew as "Yinka Tosen".

5. I later learned that "Yinka Tosen" was actually Olayinka Adeboyeku, the brother of another employee.

6. On June 19th, I observed that Yinka Tosen appeared to be quite agitated and was standing very close to and speaking to Mr. Cummings.

1

7. I observed Jonathan Rude was standing to one side of these individuals.

8. I observed a manager from Nick's Riverside Grill intervene between Jonathan Cummings and Yinka Tosen at which point Jonathan Cummings and Jonathan Rude walked away.

9. I observed the manager speaking to Yinka Tosen and Yinka Tosen then went toward the parking garage.

10. I spoke with Yinka Tosen later that evening and he told me that he was going to 'fuck up' Jon Cummings the next time he saw him

11. I worked with Yinka Tosen on several occasions the week of June 20-27, 2004 and he repeated his threat several time, including wanting me to tell him where Jon Cummings lived.

12. Yinka Tosen stated this threat on several occasions including the fact that he hated Georgetown University football players and was going to make sure that Jon Cummings was not going to be able to play football again.

13. Yinka Tosen repeated these threats in the presence of several of the managers at Tony & Joe's as well as stating he hated all Georgetown University football players, but the managers did nothing about it.

14. On the evening of June 26-27, 2004 I received a telephone call from Jonathan Rude offering me a ride home after work.

15. Jonathan Rude came to Tony & Joe's at approximately 1:45 A.M. and waited for me to finish my shift. It was the custom and practice for friends of employees to wait inside the main bar area.

16. I observed Yinka Tosen, his brother, and Anthony Wood standing outside the front entrance/exit from the main bar area obviously waiting for something.

17. Yinka Tosen was acting in a highly agitated manner, pacing back and forth, pulling and banging on the front doors of Tony & Joe's saying that he was going to fight Jon Rude.

18. Jay Sylvester came over to Jonathan Rude and I and told us that Yinka had a problem with Jon and that he was going to fight Jon and that it was better for us to just leave.

19. Jonathan Rude told everyone present that he would leave as he did not want to get into a fight and had no quarrel with Yinka.

20. Robert Puzio, the manager in charge of security was present and made the statement that he wanted Yinka locked up as Puzio was "tired of this shit" by Yinka.

21. Officers Owen and Luckett came into the main bar area and spoke with Jonathan Rude telling him that it would be best to leave and Officer Owen walked Jonathan Rude, myself and two of Jonathan Rude's friends out the back exit of Tony & Joe's that leads to the boardwalk and the Sequoia.

22. Jonathan Rude and I walked out the back exit, along the boardwalk and around the Washington Harbour Complex onto K Street, N.W.

23. As we were walking down K Street, I was walking several yards behind Jonathan Rude and his two friends.

24. I noticed that Yinka was following us and was walking on the grass in the park area about 5 yards to the left of and about 2 yards behind Jonathan Rude as Jonathan Rude was looking to his right speaking to his friend.

25. Before I could warn Jonathan Rude about the presence of Yinka, Yinka lunged at Jonathan Rude from behind striking Jonathan Rude in the back of his head.

26. Jonathan Rude was clearly stunned as he immediately collapsed on the sidewalk.

27. I then intervened by grabbing Yinka and trying to pull him away from and off of Jonathan Rude while calling to Jonathan Rude's friends to help him and get him to the safety of the car.

28. I was hanging on to Yinka using an arm lock and dragging him away when Anthony Wood intervened and told me it was going to be a fair fight, forcing me to let go on Yinka.

29. Jonathan Rude was trying to get up from the cement sidewalk when I let go of Yinka enabling Yinka to again attack Jonathan Rude.

30. I saw Yinka kick Jonathan Rude in the head as he was trying to get up and begin hitting Jonathan Rude.

31. Jonathan Rude was trying to defend himself but was obviously already injured.

32. Anthony Wood kept me from intervening as Yinka was standing over Jonathan Rude hitting him in the head while Rude lay on the sidewalk making no effort to protect himself.

33. I told Anthony Wood that I did not care if he and I got into a fight, but I could not let this continue.

34. Anthony Wood told me I should not have gotten involved and that it was to be a 'one on one thing'.

35. Anthony Wood then pulled Yinka off Jonathan Rude and Yinka then told me he was going to 'fuck me up next' and Yinka and Wood ran away.

36. It was obvious that Jonathan Rude was seriously injured as he was unconscious and when he came to he was disoriented and bleeding from his head, his shirt and pants were ripped and he had numerous abrasions.

37. I immediately called 911 for assistance, spoke with the Police, and gave the Police a written statement about the attack.

38. At approximately 3:30 A.M. on June 27th I spoke with Robert Puzio by telephone and told him exactly what had occurred. I also told Puzio that I was quitting Tony & Joe's because it wasn't worth it to be around a bunch of people who thought what had happened was appropriate.

FURTHER AFFIANT SAYETH NOT.

Subscribed and Sworn to under penalty of Perjury of the laws of the United States.

*[signature]* 1/10/08

Dated: 09 January 2008