# INDEX OF ATTACHMENTS
# IN SUPPORT OF PLAINTIFF'S RENEWED
# MOTION FOR SUMMARY JUDGMENT

Attachment No. 1

Defendant Anthony B. Wood's Answers to Plaintiff's First Request For Admissions
With referenced Exhibits 3 and 4.

Attachment No. 2

Anthony B. Wood, Transcript of Video Tape of Interview on June 27, 2004
By the Metropolitan Police Department, (Exhibit 11 to Wood Dep. 11/15/2007).

Attachment No. 3

Anthony B. Wood, Deposition Transcript Excerpts –July 11, 2006.

Attachment No. 4

Anthony B. Wood, Deposition Transcript Excerpts-November 15, 2007,
With deposition Exhibits 12 and 13.

Attachment No. 5

James Sylvester, Deposition Transcript Excerpts, Exhibit 2

Attachment No. 6

Robert Owen, Officer MPD, Trial Testimony Excerpts, March 8, 2005,
Case No. F-4460-04, Sup. Ct. District of Columbia

Attachment No. 7

Edwin Kennedy, Officer MPD, Trial Testimony Excerpts, March 8, 2005
Case No. F-4460-04, Sup. Ct. District of Columbia

Attachment No. 8

Photograph, June 27, 2004 taken at scene of assault by MPD,
3100 Block of K Street, N.W., Washington, D.C. (also Exhibit 12 to Attachment 4)

Attachment No. 9

Official Record Excerpts, Maryland v. Adeboyeku,
Criminal Case No. 006D00148819

Attachment No. 10

Anthony B. Wood, deposition Exhibit #5, July 11, 2006

Attachment No. 11

Cellular telephone record, Call number 139 to Robert Puzio, June 20, 2004

Attachment No. 12

Cellular telephone record, Robert Puzio, Call number 125, receipt of telephone call from
Jonathan Rude, June 20, 2004.

Attachment No. 13

Oceanside Management Corporation/Tony & Joe's Seafood Place,
Excerpt pages – June 2004