# INDEX OF ATTACHMENTS
# IN SUPPORT OF PLAINTIFF'S RENEWED
# MOTION FOR SUMMARY JUDGMENT

Attachment No. 1

Defendant Anthony B. Wood's Answers to Plaintiff's First Request For Admissions
With referenced Exhibits 3 and 4.

Attachment No. 2

Anthony B. Wood, Transcript of Video Tape of Interview on June 27, 2004
By the Metropolitan Police Department, (Exhibit 11 to Wood Dep. 11/15/2007).

Attachment No. 3

Anthony B. Wood, Deposition Transcript Excerpts –July 11, 2006.

Attachment No. 4

Anthony B. Wood, Deposition Transcript Excerpts-November 15, 2007,
With deposition Exhibits 12 and 13.

Attachment No. 5

James Sylvester, Deposition Transcript Excerpts, Exhibit 2

Attachment No. 6

Robert Owen, Officer MPD, Trial Testimony Excerpts, March 8, 2005,
Case No. F-4460-04, Sup. Ct. District of Columbia

Attachment No. 7

Edwin Kennedy, Officer MPD, Trial Testimony Excerpts, March 8, 2005
Case No. F-4460-04, Sup. Ct. District of Columbia

Attachment No. 8

Photograph, June 27, 2004 taken at scene of assault by MPD,
3100 Block of K Street, N.W., Washington, D.C. (also Exhibit 12 to Attachment 4)

<u>Attachment No. 9</u>

Official Record Excerpts, Maryland v. Adeboyeku,
Criminal Case No. 006D00148819

<u>Attachment No. 10</u>

Anthony B. Wood, deposition Exhibit #5, July 11, 2006

<u>Attachment No. 11</u>

Cellular telephone record, Call number 139 to Robert Puzio, June 20, 2004

<u>Attachment No. 12</u>

Cellular telephone record, Robert Puzio, Call number 125, receipt of telephone call from Jonathan Rude, June 20, 2004.

<u>Attachment No. 13</u>

Oceanside Management Corporation/Tony & Joe's Seafood Place,
Excerpt pages – June 2004