CASE NO. 05CV1274(RCL)
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
# ATTACHMENT NO. 9




# DISTRICT COURT OF MARYLAND FOR Montgomery County
Located at 27 Courthouse Square, Rockville, Maryland 20850

Case No.: 006D00148819

**STATE OF MARYLAND**  VS  **ADEBOYEKU, OLAYINKA**
5703 BRADLEY BLVD APT#3
BETHESDA, MD 20815
Local ID:

## CHARGE: FUGITIVE FROM JUSTICE -- DISTRICT OF COLUMBIA.

☐ RIGHTS GIVEN BY VIDEO
☐ DEFENDANT FTA  ☐ BENCH WARRANT  ☐ BOND FORFEITED  ☐ RECOG REVOKED  ☐ RETURN THIS COUNTY
☐ COMM TO SET  ☐ NO BOND  ☐ NEW BOND $_____  ☐ FORF. STRICKEN/WAR RECALLED/PREV. BOND REINST

JUDGE: _____  DATE: _____

☐ POSTPONED CASE UPON  ☐ DEF. REQ  ☐ STATE REQ  ☐ COURT INITIATIVE  NEW DATE: _____

JUDGE: _____  DATE: _____

☐ INFORMED DEFENDANT THAT HE/SHE HAS BEEN CHARGED IN THE STATE OF _____
   WITH HAVING COMMITTED THE CRIME OF _____
   AND HIS/HER SURRENDER HAS BEEN DEMANDED.
☐ ADVISED DEFENDANT THAT HE/SHE HAS THE RIGHT TO DEMAND A WARRANT OF EXTRADITION.
☐ ADVISED DEFENDANT THAT HE/SHE HAS THE RIGHT TO CONTEST THE LEGALITY OF THE ARREST BY
   FILING A WRIT OF HABEAS CORPUS IN ACCORDANCE WITH ARTICLE 41, ANNOTATED CODE OF MARYLAND.
☐ DEFENDANT VOLUNTARILY WAIVED.  ☐ DEFENDANT HELD.  ☐ DEFENDANT NOT HELD.
☐ OTHER _____
☐ DEFENDANT DECLINED TO WAIVE.  ☐ RESET FOR HRG W/I 30 DAYS.  ☐ SET FOR HRG ON _____
☒ BOND $ 5,000.00  ☐ RELEASE CONDITIONS: co-signed by David Schwieson; Def to turn self
P.B.  in the D.C. authorities no later than close of
business on Tues, July 13, 2004

JUDGE: _[signature]_  DATE: 7-8-04.

## SUBSEQUENT HEARING

☐ DEFENDANT VOLUNTARILY WAIVED.  ☐ DEFENDANT HELD.  ☐ DEFENDANT NOT HELD.
☐ DEFENDANT DECLINED TO WAIVE.  ☐ RESET FOR HRG W/I 30 DAYS.  ☐ SET FOR HRG ON _____

JUDGE: _____  DATE: _____

ATTORNEY INQUIRY
GIVEN ON: _____ 20 _____
BY JUDGE: _____

Tracking No. 041003546360

**EXTRADITION/CHARGE AGAINST FUGITIVE DOCKET**

**DISTRICT COURT OF MARYLAND FOR** Montgomery                                            (City/County)

Located at 27 Courthouse Sq, Rockville         Case No. 6D00148819

STATE OF MARYLAND                        vs.    ADEBOYEKU OLAYINKA
                                                Print Name of Defendant
                                                5703 Bradley Blvd #3
                                                Address
                                                Bethesda               MD          20815
                                                City                   State       Zip
                                                (301) 718-0222
                                                Telephone Number

                                                CC# B04037000

**DEFENDANT'S DESCRIPTION:** Driver's License # A-312-660-660-040  Sex M  Race B  Ht 6'0  Wt 240
Hair BR  Eyes BR  Complexion DK  Other _____  D.O.B. 01/14/82  ID _____

### CHARGE AGAINST FUGITIVE

The undersigned charges that the Defendant, ADEBOYEKU OLAYINKA
in the City/County of Mont Washington, State of District of Columbia
☒ did commit a certain crime, to wit: STRONG ARM - AGGRAVATED ASSAULT
☐ fled from justice from that State;
☐ was convicted of a crime in that State and escaped from confinement therein;
☐ violated the terms of:
   ☐ Bail  ☐ Probation  ☐ Parole  and is believed to be in this State.

WHEREFORE the undersigned applies for a warrant to be issued to apprehend the Defendant named herein wherever he may be found in this State.

PO1 Nicholas Picerne #2084                 [signature]                         07/08/04
Print Applicant's Name                     Signature of Applicant              Date
7359 Wisconsin Ave, Bethesda MD            Police Officer
Applicant's Mailing Address                Applicant's Title or Position
(301) 652-9200                             MCPD
Applicant's Telephone No.                  Applicant's Agency or Department

Subscribed and sworn to before me this  8  day of  July , 04
                                                   Month      Year

                                                                    Kuhl 6589
                                                                    Judge/Commissioner/Clerk

I HEREBY CERTIFY that the aforegoing is a true copy of the sworn charge filed in the District Court of Maryland for Montgomery County in the above entitled case.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court
this 08 day of July, 2004
         Month    Year
                                                                    Kuhl 6589
                                                                    Judge/Commissioner

DC/CR 30 (Rev. 10/2000)
Print Date 8/00                                   COURT COPY




## DISTRICT COURT OF MARYLAND FOR Montgomery County
Located at 27 Courthouse Square, Rockville, Maryland 20850

Case No.: 006D00148819

STATE OF MARYLAND   VS   ADEBOYEKU, OLAYINKA
5703 BRADLEY BLVD APT#3
BETHESDA, MD   20815

Local ID:   DL#:
Race: 1   Sex: M   Ht: 6'0"   Wt: 240   Hair: BRN   Eyes: BRN
DOB: 01/14/1982   Phone(H): (301) 718-0222   Phone(W):

CHARGE: FUGITIVE FROM JUSTICE -- DISTRICT OF COLUMBIA.

## COMMITMENT PENDING HEARING

TO: MONTGOMERY COUNTY DETENTION CENTER
1307 SEVEN LOCKS ROAD   ROCKVILLE   20854

YOU ARE HEREBY ORDERED to receive the body of the above-named Defendant who is pending extradition by the state/province of DISTRICT OF COLUMBIA.

The defendant is HELD WITHOUT BOND and is to be produced in court at the location, date, time and room number shown below unless prior thereto there has been a waiver of extradition and the defendant has been returned to the demanding state/province.

**Produce the Defendant for Bail Review at:**
Date: 07/08/2004
Time: 01:00 pm
Room: 102
Location: 27 Courthouse Square, Rockville, Maryland 20850.

☐ Bail Review was held by Judge_____ and Defendant

   is committed in default of $_____ bail (_____% Acceptable).

Date: 07/08/2004   Commissioner: _____ ID: 6589

Trial Date = 8/6/04   R304   8-30A

Tracking No. 041003546360



# DISTRICT COURT OF MARYLAND FOR Montgomery County
Located at 27 Courthouse Square, Rockville, Maryland 20850      Case No.: 006D00148819



STATE OF MARYLAND           VS        ADEBOYEKU, OLAYINKA

## CONSENT TO WAIVE EXTRADITION

I, ADEBOYEKU, OLAYINKA, having been arrested in the State of Maryland, Montgomery County, and being charged by warrant with being a fugitive from the State of DISTRICT OF COLUMBIA, acknowledge that I have appeared before this Court on this _8th_ day of _July_, _2004_.

I have been informed that the State of DISTRICT OF COLUMBIA has charged me with the crime(s) of _Assault_.

_____ and has demanded my surrender.

It has further been explained that I have the right to demand a warrant of extradition; and that I have the right to test in this court the legality of my arrest by filing a writ of HABEAS CORPUS in accordance with Criminal, Procedure, § 9-110, Annotated Code of Maryland.

Having had these rights explained to me, and understanding each, I do freely and voluntarily waive each and every one of them, and I am willing to submit to the custody of the State of DISTRICT OF COLUMBIA without any further legal proceedings in the State of Maryland.

I have reviewed this document fully, and it has been read to me in its entirety. I understand that by signing below I am waiving my rights as indicated herein.

_____        _____
Date                   Signature of Defendant

_____
Witness

## ORDER FOR WAIVER OF EXTRADITION

This Court has advised the Defendant of his rights under Criminal Procedure, § 9-110, Annotated Code of Maryland, and has received the Defendant's Consent to Waive Extradition, it is, therefore,

ORDERED that the ~~police agency having the Defendant in custody shall deliver the~~ Defendant _shall turn self-in_ ~~into the~~ _voluntarily_ _He_ custody of any authorized agent of the State of DISTRICT OF COLUMBIA without unreasonable delay and no later than _Tuesday, July 13, 2004_

_7-8-04_                   _[signature]_ 918
Date                       Judge

## ACKNOWLEDGEMENT OF RECEIPT OF DEFENDANT

I, _____, as agent for the State of DISTRICT OF COLUMBIA do hereby acknowledge that I have taken the above named Defendant into custody this _____ day of _____

_____
Agent

## NOTIFICATION OF RELEASE FROM CUSTODY

No agent for the State of DISTRICT OF COLUMBIA having taken custody of the Defendant within the time prescribed by Order of Court, the Defendant has been released from custody this _____ day of _____

By _____, _____
   Name and Title           Law Enforcement Agency