CASE NO. 05CV1274(RCL)
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
# ATTACHMENT NO. 11

**JONATHAN W. RUDE**

## Copy of Cell Phone Record For June 20, 2004

### Call Number 139

RECORDED TIME OF CALL TO MR. ROBERT PUZIO
GENERAL MANAGER AND HEAD OF SECURITY
TONY & JOES SEAFOOD PLACE

TIME OF CALL:  01:51 AM --(301) 442-5359

PURPOSE OF CALL: FORMAL COMPLAINT AND REPORT  ASSAULT BY
OLAYINKA ADEBOYEKU ON JONATHAN CUMMINGS

**Account Name**
RICKY A RUDE

**Account Number**
▓▓▓▓▓▓▓▓

## DETAIL OF CURRENT ACTIVITY - CONTINUED

### VOICE USAGE FOR (571)239-5533 - Continued

| Item | Date | Time | Number Called | Calls To | Qnty Used | Rate | Charge Description | Charge |
|---|---|---|---|---|---|---|---|---|
| 132 | 06/19 | 05:38P | | | 5 IN | | UNLIMITED N/WKND MIN MESSAGE RETRIEVAL | |
| 133 | 06/19 | 05:40P | | INCOMING | 1 MIN | | UNLIMITED N/WKND MIN | |
| 134 | 06/19 | 05:49P | | INCOMING | 2 MIN | | UNLIMITED N/WKND MIN | |
| 135 | 06/19 | 08:04P | | | | | | |
| 136 | 06/19 | 10:26P | | | | | | |
| 137 | 06/20 | 12:35A | | | | | | |
| 138 | 06/20 | 01:35A | | | | | | |
| 139 | 06/20 | 01:51A | (301)442-5359 | SILVER SPG MD | 2 MIN | | UNLIMITED N/WKND MIN | |