CASE NO. 05CV1274(RCL)
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
# ATTACHMENT NO. 12

**MR. ROBERT PUZIO**
**CELLULAR TELEPHONE RECORD**
**JUNE 2004**
**JUNE 20, 2004 – CALL NUMBER 125**
**TIME – 1:51 A. M.**
**TWO MINUTES AND MATCHES**
**CALL FROM JONATHAN W. RUDE**

rpuzio01@sprintpcs.com

## Voice Call Detail

|  | Date | Time |  | Phone Number | Call Destination | Rate/Type | Minutes Used | Airtime Charges |
|---|---|---|---|---|---|---|---|---|
| 115 | 6/19 | 2:31 P M | Incoming |  |  |  | 3.0 | included |
| 116 | 6/19 | 2:56 P M | 973-961-3446 | Newark, NJ |  | 1.0 | included |
| 117 | 6/19 | 2:56 P M | Incoming |  |  |  | 1.0 | included |
| 118 | 6/19 | 2:59 P M | Incoming |  |  |  | 1.0 | included |
| 119 | 6/19 | 4:46 P M | Incoming |  |  |  | 1.0 | included |
| 120 | 6/19 | 5:14 P M | Incoming |  |  |  | 1.0 | included |
| 121 | 6/19 | 7:26 P M | Incoming |  |  |  | 1.0 | included |
| 122 | 6/19 | 10:28 P M | 202-841-5973 | Washington, DC |  | 1.0 | included |
| 123 | 6/19 | 10:29 P M | 202-841-5973 | Washington, DC |  | 1.0 | included |
| 124 | 6/19 | 10:30 P M | 202-841-5973 | Washington, DC |  | 1.0 | included |
| 125 | 6/20 | 1:51 A M | Incoming |  |  |  | 2.0 | included |
| 126 | 6/20 | 1:53 A M | 508-736-6292 | Worcester, MA |  | 10.0 | included |
| 127 | 6/20 | 2:21 A M | Incoming |  |  |  | 7.0 | included |
| 128 | 6/20 | 3:00 P M | Incoming |  |  |  | 1.0 | included |
| 129 | 6/21 | 11:42 A M | Incoming |  |  |  | 3.0 | included |
| 130 | 6/21 | 12:28 P M | 973-961-3446 | Newark, NJ |  | 3.0 | included |
| 131 | 6/21 | 12:33 P M | 202-492-3876 | Walreghman1, DC |  | 1.0 | included |
| 132 | 6/21 | 5:24 P M | Incoming |  |  |  | 1.0 | included |
| 133 | 6/21 | 5:39 P M | Incoming |  |  |  | 5.0 | included |
| 134 | 6/21 | 6:21 P M | 609-457-9081 | Atlantic Cy, NJ |  | 1.0 | included |
| 135 | 6/21 | 8:21 P M | 586-872-4062 | Roseville, MI |  | 1.0 | included |
| 136 | 6/21 | 7:33 P M | Incoming |  |  |  | 2.0 | included |
| 137 | 6/21 | 8:08 P M | 240-462-9339 | Silver Spg, MD |  | 1.0 | included |
| 138 | 6/21 | 8:09 P M | 240-462-9339 | Silver Spg, MD |  | 1.0 | included |
| 139 | 6/21 | 8:10 P M | 240-462-9339 | Silver Spg, MD |  | 2.0 | included |
| 140 | 6/21 | 8:52 P M | Incoming |  |  |  | 7.0 | included |
| 141 | 6/21 | 9:30 P M | 973-961-3446 | Newark, NJ |  | 1.0 | included |

## Individual Charges

| Customer | Account Number | Invoice Period | Invoice Date | Page |
|---|---|---|---|---|
| MR ROBERT PUZIO | 0005188818-2 | Jun. 15 - Jul. 14 | Jul 18, 2004 | 7 of 20 |



Individual Charges for     **MR ROBERT PUZIO   (continued)**
301-442-8359
rpuzio01@sprintpcs.com

### Voice Call Detail

| | Date | Time | Phone Number | Call Destination | Rate/ Type | Minutes Used | Airtime Charges | LD/ Additional Charges | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 115 | 6/19 | 2:21 P M | Incoming | | | 3.0 | included | 0.00 | 0.00 |
| 116 | 6/19 | 2:26 P M | 973-961-3446 | Newark, NJ | | 1.0 | included | 0.00 | 0.00 |
| 117 | 6/19 | 2:58 P M | Incoming | | 📶 | 1.0 | included | 0.00 | 0.00 |
| 118 | 6/19 | 2:59 P M | Incoming | | 📶 | 1.0 | included | 0.00 | 0.00 |
| 119 | 6/19 | 4:45 P M | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 120 | 6/19 | 5:14 P M | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 121 | 6/19 | 7:20 P M | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 122 | 6/19 | 10:29 P M | 202-941-5973 | Washington, DC | | 1.0 | included | 0.00 | 0.00 |
| 123 | 6/19 | 10:29 P M | 202-941-5973 | Washington, DC | | 1.0 | included | 0.00 | 0.00 |
| 124 | 6/19 | 10:30 P M | 202-941-5972 | Washington, DC | | 1.0 | included | 0.00 | 0.00 |
| 125 | 6/20 | 1:51 A M | Incoming | | | 2.0 | included | 0.00 | 0.00 |
| 126 | 6/20 | 1:53 A M | 508-726-0292 | Worcester, MA | | 10.0 | included | 0.00 | 0.00 |
| 127 | 6/20 | 2:21 A M | Incoming | | | 7.0 | included | 0.00 | 0.00 |
| 128 | 6/20 | 3:00 P M | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 129 | 6/21 | 11:42 A M | Incoming | | | 3.0 | included | 0.00 | 0.00 |
| 130 | 6/21 | 12:26 P M | 973-961-3446 | Newark, NJ | | 3.0 | included | 0.00 | 0.00 |
| 131 | 6/21 | 12:33 P M | 202-482-3078 | Ydingtownl, DC | | 1.0 | included | 0.00 | 0.00 |
| 132 | 6/21 | 5:34 P M | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 133 | 6/21 | 5:38 P M | Incoming | | | 5.0 | included | 0.00 | 0.00 |
| 134 | 6/21 | 6:21 P M | 609-467-9081 | Atlantic Cy, NJ | | 1.0 | included | 0.00 | 0.00 |
| 135 | 6/21 | 6:21 P M | 856-872-4052 | Roseville, MI | 📶 | 1.0 | included | 0.00 | 0.00 |
| 136 | 6/21 | 7:33 P M | Incoming | | 📶 | 2.0 | included | 0.00 | 0.00 |
| 137 | 6/21 | 8:08 P M | 240-462-9239 | Silver Spg, MD | 📶 | 1.0 | included | 0.00 | 0.00 |
| 138 | 6/21 | 8:09 P M | 240-462-9239 | Silver Spg, MD | 📶 | 1.0 | included | 0.00 | 0.00 |
| 139 | 6/21 | 8:10 P M | 240-462-9239 | Silver Spg, MD | 📶 | 2.0 | included | 0.00 | 0.00 |
| 140 | 6/21 | 8:52 P M | Incoming | | 📶 | 7.0 | included | 0.00 | 0.00 |
| 141 | 6/21 | 9:30 P M | 973-961-3446 | Newark, NJ | | 1.0 | included | 0.00 | 0.00 |
| 142 | 6/21 | 11:11 P M | Incoming | | | 1.0 | included | 0.00 | 0.00 |
| 143 | 6/21 | 11:36 P M | 703-683-8899 | Alexandria, VA | 📶 | 2.0 | included | 0.00 | 0.00 |
| 144 | 6/21 | 11:38 P M | 202-907-5072 | Washington, DC | | 1.0 | included | 0.00 | 0.00 |
| 145 | 6/21 | 11:59 P M | 301-237-5815 | Silver Spg, MD | 📶 | 1.0 | included | 0.00 | 0.00 |
| 146 | 6/22 | 9:10 A M | Incoming | | | 3.0 | included | 0.00 | 0.00 |
| 147 | 6/22 | 9:30 A M | Incoming | | 📶 | 1.0 | included | 0.00 | 0.00 |
| 148 | 6/22 | 12:22 P M | 973-961-3446 | Newark, NJ | | 2.0 | included | 0.00 | 0.00 |
| 149 | 6/22 | 12:24 P M | 202-907-5072 | Washington, DC | 📶 | 1.0 | included | 0.00 | 0.00 |
| 150 | 6/22 | 2:49 P M | Incoming | | | 2.0 | included | 0.00 | 0.00 |
| 151 | 6/22 | 2:54 P M | 301-442-8359 | Silver Spg, MD | | 2.0 | included | 0.00 | 0.00 |
| 152 | 6/22 | 2:55 P M | 202-907-5072 | Washington, DC | 📶 | 1.0 | included | 0.00 | 0.00 |
| 153 | 6/22 | 2:55 P M | 301-962-8882 | Kensington, MD | | 2.0 | included | 0.00 | 0.00 |
| 154 | 6/22 | 2:59 P M | 202-223-2149 | Washington, DC | | 1.0 | included | 0.00 | 0.00 |
| 155 | 6/22 | 2:59 P M | 202-941-5973 | Washington, DC | | 5.0 | included | 0.00 | 0.00 |
| 156 | 6/22 | 3:04 P M | 240-462-9239 | Silver Spg, MD | 📶 | 2.0 | included | 0.00 | 0.00 |
| 157 | 6/22 | 3:05 P M | 202-277-2202 | Washington, DC | | 4.0 | included | 0.00 | 0.00 |

📶 = PCS to PCS Calling