CASE NO. 05CV1274(RCL)
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
# ATTACHMENT NO. 13

## OCEANSIDE MANAGEMENT CORPORATION
## EMPLOYEE MANUAL
## GENERAL INFORMATION

Oceanside management is the operator of four individual restaurant locations. These four locations and the specifics pertaining to them are listed here. All of the rules and regulations stated in this policy manual are in effect at all of our locations. Regardless of which location you work at, the rules must be adhered to.

It is your obligation by being a member of our team to be familiar with all of our locations and their details. It is your obligation as a member of our team to perform your role in a professional way, maintaining dignity and honor for both the establishment and yourself.

What follows here are the rules and regulations that pertain to each and every establishment operated by Oceanside Management Corporation.

### ESTABLISHMENT LISTINGS

### TONY & JOE'S SEAFOOD PLACE

Phone number: 202-944-4545
Location: 3000 K Street, NW, 20007     Fax: 202/ 944-4587
    Overlooking the Potomac River in Georgetown's Washington Harbour Complex

### HOURS OF OPERATION

Sun. through Thursday- 11:00 a.m. - 11:00 p.m.: Full Menu
Beverage Service until at least 1:00 a.m. (last call*)
Friday and Sat. - 11:00 a.m. - 12:00 midnight: Full Menu
Beverage Service until 2:30 a.m. (last call*)

Full Menu : Extensive fresh seafood selection served, broiled, grilled, fried, blackened, steamed, or sautéed. Proper casual attire required. Clean tee shirts and jeans are fine. No tank tops or ragged clothing. Shoes required in and out at all times.

### THE RIVERSIDE GRILLE

Phone number: 202-342-3535     Fax: 202/ 944-4119
Location: 3050 K Street NW
    Overlooking the Potomac River - across from Tony and Joe's - in Georgetown's Washington Harbour

### HOURS OF OPERATION

Sun. through Thurs. -11:30 a.m. - 11:00 p.m.: Full Menu          Pizza oven open until 12:00am
Beverage Service until 1:30 a.m. (last call *)

Friday and Sat.-11:30 a.m. - 12:00 midnight: Full Menu          Pizza oven open until 1:00am
Beverage Service until 2:30 a.m. ( last call* )

Continental American served with locally farmed raised herbs and spices. Proper attire is required. Clean tee shirts and jeans are fine. No tanks or ragged clothing. Shoes required in and out at all times.

them with the same courtesy and respect you would any other customer. Avoid personal contact with on duty employees and vice-versa.

## EMPLOYEE DRINKING POLICY

Half price alcohol rule applies to the location you work for only. The rule is as follows:
1) For one hour after shift only
2) The check must contain alcohol only, no food on the same check
3) Only rail drinks or beer
4) No more than 4 drinks
5) Each employee must have separate check with name on it

*Do not abuse this- anyone drinking at our establishment the night before who is late for a shift the following morning will be dealt with harshly and may lose this privilege for everybody!!! If the 50% drinks are exceedingly high and frequent, this policy will be changed to no drinking allowed at all.

Spouses, friends, or any non shift working employee may not get half price drinks.

## VIOLATION RESULTS

Violations of house rules, excessive lateness or absence will result in progressive discipline. Violations may result first in a verbal warning followed by a written warning, then suspension and finally termination. All written warnings will be copied to the employee file.
Discipline will be determined by the manager and implemented by him/her as well. Some discipline will be immediate termination.

## VIOLATIONS THAT WILL RESULT IN IMMEDIATE TERMINATION:
1. No call, No show for a shift
2. Discourtesy, rudeness, or a bad attitude toward customers or managers.
3. Unauthorized possession of restaurant's, guest's or other employee's property, new or used. Theft.
4. Adding a tip to guest charge after the guest has left.
5. Willful destruction of property or waste of company property.
6. Being under the influence of drugs or alcohol.
7. Possession of firearms, drugs or alcohol.
8. Fighting, threatening, or abusive language or harassment of other employees or guests.
9. Refusal to perform assigned work; insubordination.
10. Failure to maintain control and accountability of cash. Using cash banks for personal funds. Dishonesty of any kind.
11. Committing immoral acts or indecent conduct or violation of no solicitation rule.
12. Auto gratuity added to party less than six.