THE UNITED STATES DISTRICT COURT FOR
DISTRICT OF COLUMBIA

**JONATHAN W, RUDE,**

    **Plaintiff,**

    v.

OLAYINKA ADEBOYEKU, et. al.,

    **Defendants.**

CASE No. I:05CV01274
Judge Royce C. Lamberth.

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT ANTHONY WOOD'S OPPOSITION TO PLAINTIFF'S RENEWED MOTIONFOR SUMMARY JUDGMENT

The defendant, Anthony Wood, by and through counsel, Barry M. Tap, files his Motion for Extension of Time to File Opposition to Plaintiff Renewed Motion for Summary Judgment and in support thereof, states as follows:

1. The plaintiff filed his Renewed Motion for Summary Judgment on January 15, 2008.

2. The defendant's response is due on January 30, 2008 but undersigned counsel has not had sufficient time to prepare a reply because of other related matters in various courts.

3. In January 2008 counsel for the plaintiff has been involved in the following matters: in the Superior Court of the District of Columbia a case captioned <u>Woodberry v. Autobahn. Inc</u>,; on January 8, <u>State of Maryland v. Ahmed</u> in the District Court of Maryland for Prince George's County; on January 9 <u>Moore v. King</u> in the Circuit Court of Maryland for Prince George's County; on January 10 <u>Wosen v. Presely</u> in the Superior Court of the District of Columbia, Landlord & Tenant; on January 11 <u>State v. Joy Ross</u> and <u>State v Prudhome (plea)</u> in the Circuit Court of Maryland for Anne Arundel County, Maryland; on January 14 a hearing in <u>Consumer Protection Division of Maryland v.</u>

Michael K. Lewis, *et. al.;*, on January 15 a scheduling conference in Litttlejohn v. Davis in the Circuit Court of Maryland for Prince George's County, Maryland; on January 22 United States v. McLlellean; on January 24 an asset deposition in United States v. Gray in the Baltimore, Maryland; on January 29 counsel has a opposition to a motion for partial summary judgment due in Brennan Tile v. Romona Kelly, et. al;. on January 30 a 341 Meeting of Creditors in a Chapter 11 case of *Bon Vie, Inc.,* in the Office of the U.S. Trustee in Baltimore, Maryland; on January 31 a 341 Meeting of Creditors In Re Glenda Clark in a Chapter 13 matter. Also, on February 6, 7, 11 and 12 counsel has criminal and bankruptcy matters in which he has scheduled court appearances.

      4. In addition of the matters referred to in paragraph 3 *supra,* counsel has been actively engaged in an adversary proceeding in the United States Bankruptcy Court for the District of Maryland in a case captioned, McDow v. Lewis. *et. a!.*

      5. That the undersigned counsel advised counsel for the plaintiff of the filing of this motion and he has no objection if the opposition is on or before February 11, 2008.

      **WHEREFORE,** it is respectfully requested that this Motion be granted for an extension of time to February 11, 2008

Respectfully submitted,

*Is!* Barry M. Tapp
Barry M. Tapp
14662 Cambridge Circle
Laurel, MD 20707
301-725-6030
Bar #14797
Suwon4@aol. Corn

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

      *

    Plaintiff,

      *

v.                                      Civ. No. 05cv1274 (RCL)

OLAYINKA ADEBOYEKU, *, et. al.*,  *

    Defendants.

      *

## **CONSENT ORDER**

      **UPON CONSIDERATON** of defendant Anthony Wood's Motion for Extension of Time in Which to File Response to Plaintiff's Renewed Motion For Summary Judgment, and the files herein, it is by the United States District Court for the District of Maryland,

      **ORDERED,** that the Motion, be and hereby is, **GRANTED**, and it is further,

      **ORDERED**, that defendant Anthony B. Wood's Opposition, if any, be filed no later than February 11, 2008.


_____

Date:_____        _____
                                       United States District Court Judge

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have, this $_{29th}$th day of January 2008, electronically served plaintiff with a copy of the foregoing Motion:

Rick A. Rude, Esq.
Suite 103
207 Park Avenue
Falls Church, VA 22046

              */s/* Barry M. Tapp
              Barry M. Tapp