IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

   Plaintiff,

v.              Civ. No. 05cv1274 (RCL)

OLAYINKA ADEBOYEKU, , et. al.,

   Defendants.

## CONSENT ORDER

**UPON CONSIDERATON** of defendant Anthony Wood's Motion for Extension of Time in Which to File Response to Plaintiff's Renewed Motion For Summary Judgment, and the files herein, it is hereby

**ORDERED,** that the Motion, be and hereby is, **GRANTED**, and it is further,

**ORDERED**, that defendant Anthony B. Wood's Opposition, if any, be filed no later than February 11, 2008.

Date:__1/30/2008_____   _____ _____/s/_____
             U.S. District Court Judge Royce C. Lamberth