CASE NO. 05CV1274(RCL)
PLAINTIFF'S REPLY MEMORANDUM ON
MOTION FOR SUMMARY JUDGMENT
## ATTACHMENT NO. 14

UNITED STATES DISTRICT COURT
District of Columbia

JONATHAN W, RUDE,

    Plaintiff,

v.

OLAYINKA ADEBOYEKU
    and
ANTHONY B. WOOD,

    Defendants.

CASE No. 1:05CV01274
Judge Royce C. Lambert.

To:  Rick A Rude
207 Park Ave.
Suite 103
Falls Church, Virginia 2204
*Counsel for Plaintiff*

From:  Barry M. Tapp
14662 Cambridge Circle
Laurel, Maryland 20707
*Counsel for Anthony Wood*

### DEFENDANT ANTHONY WOOD'S ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES

**COMES NOW** the defendant, Anthony B. Wood, by and through counsel, Barry M. Tapp, and answers as follows:

### 1NTERROGATORIES

1. Describe in detail the facts and identify the documents which support the factual contention or allegation that defendant "acted in defense of another/self-defense" as stated in defendant's sixth affirmative defense.

ANSWER: A co-worker, Yinka was being attacked by the plaintiff and several of his friends. I pulled your son off Yinka and we feel to the ground. I then

let him up and told them to fight fairly.

2. Identify all documents which were referred to by or used by defendant in the preparation of its answers to interrogatory 1 through 5 herein.

ANSWER: None.

3. Identify "Timmy Cornman" and "Ashley" and state what the relationship is between these individuals and defendant Anthony B. Wood.

Ashely was Timmy Corman's girlfriend and they both worked at LuLu's. He is a social friend.

4. Identify "David Carter" and state what the relationship is between this individual and defendant Anthony B. Wood.

ANSWER: He is detective in the 4th District Metropolitan Police Department and when I worked security he worked underage enforcement fort those entering the restaurant.

5. Identify the individuals that utilize the following telephone numbers and state what the relationship is between these individuals and defendant Anthony B. Wood:

    (a) area code 202- number 320-5446

    (b) area code 301 — number 526-4444

ANSWER: I don't know.

I SOLOMENLY SWEAR AND AFFIRM THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORAMTION AND BELIEF.

*Anthony B. Wood.*
Anthony Wood

Respectfully submitted,

Barry M. Tapp
14662 Cambridge Circle
Laurel, MD 20707
301-725-6030

UNITED STATES DISTRICT COURT
District of Columbia

JONATHAN W. RUDE,  )
    Plaintiff,  )
                    )    CASE No. 1:05CV01274
v.  )    Judge Royce C. Lambert.
                    )
OLAYINKA ADEBOYEKU
and  )
ANTHONY B. WOOD,
                    )
    Defendants.

## REQUEST FOR PRODUCTION OF DOCUMENTS

**COMES NOW** the defendant, Anthony B. Wood, by and through counsel, Barry M. Tapp, and answers as follows:

1. All documents identified in response to interrogatories 1, 2, 3, 4 and 5 above.

    RESPONSE: None.

2. All documents reflecting payment of invoices related to cell telephone number area code 202- number 345-2136 for the period January through November 2004.

    RESPONSE: None.

Respectfully submitted,

Barry M. Tapp
14662 Cambridge Circle
Laurel, MD 20707
301-725-6030
#209395