CASE NO. 05CV1274(RCL)
PLAINTIFF'S REPLY MEMORANDUM ON
MOTION FOR SUMMARY JUDGMENT
**ATTACHMENT NO. 15**

```
                                                              1

 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3

 4   -----------------------x

 5   JONATHAN W. RUDE,
                                    ORIGINAL
 6        Plaintiff,

 7        vs.                    Case No. 1:05cv1274RCL

 8   OLAYINKA ADEBOYEKU

 9        and

10   ANTHONY B. WOOD,

11        Defendants.

12   -----------------------x

13

14

15         Deposition Duces Tecum of ANTHONY B. WOOD

16                    Washington, D.C.

17              Thursday, November 15, 2007

18                       1:15 p.m.

19

20   Job No. 2-115982

21   Pages 1 - 80

22   Reported by Judith F. Richard, RPR
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

1  previously marked as Plaintiff's Exhibit Number 6
2  the notice to take deposition. Here is a copy for
3  you, Mr. Tapp, and I am going to hand this to Mr.
4  Wood. But first of all, I am going to ask that the
5  reporter swear in Mr. Wood.
6            ANTHONY B. WOOD
7  having been duly sworn, testified as follows:
8        MR. TAPP: Could I have one second,
9  please?
10       (Discussion between witness and his
11 attorney was held off the record.)
12       MR. TAPP: Go ahead.
13       EXAMINATION BY COUNSEL FOR PLAINTIFF
14 BY MR. RUDE:
15    Q.   Mr. Wood, thank you for coming this
16 afternoon. I am going to place in front of you
17 a document, which is marked as Exhibit Number 6.
18       MR. RUDE: Mr. Tapp, I thought we would
19 just continue marking exhibit numbers. Mr. Wood's
20 earlier deposition was 1 through 5, so I thought we
21 would start with 6 to avoid confusion, if that's
22 acceptable to you.

DEPOSITION OF ANTHONY B. WOOD
CONDUCTED ON THURSDAY, NOVEMBER 15, 2007

8

1        MR. TAPP: That's fine.

2   BY MR. RUDE:

3        Q.   Mr. Wood, are you here this afternoon

4   pursuant to that notice?

5        A.   Yes, I am.

6        Q.   Thank you very much. I am going to ask

7   you to take a look at that notice, and it references

8   documents required to be produced by defendant

9   pursuant to plaintiff's second interrogatories and

10  requests for production of documents. Do you see

11  that?

12       A.   Yes.

13       Q.   Did you bring any documents with you this

14  afternoon?

15       A.   No, sir.

16       Q.   Did you bring responses to the

17  interrogatory questions?

18       A.   Yes.

19            MR. TAPP: The record should reflect that

20  I am tendering to counsel the responses to the

21  interrogatories that were propounded and also the

22  responses to the request for production of

1   documents.  In fact, we have no documents to
2   produce.
3           MR. RUDE:  Thank you very much, Mr. Tapp.
4   I appreciate it.
5   BY MR. RUDE:
6       Q.  I am going to go over your answers to
7   interrogatories, Mr. Wood.
8           MR. RUDE:  If you don't mind, I will
9   come around to your side so he can see them as well.
10          MR. TAPP:  I can show him these.  Go
11  ahead.
12          MR. RUDE:  Okay.  Whenever you're ready.
13          MR. TAPP:  We're ready.
14  BY MR. RUDE:
15      Q.  I am going to ask you, Mr. Wood, to take
16  a look at question and answer number 3.  Do you see
17  that, sir?
18      A.  Yes, I do.
19      Q.  Again, who is Timmy Cornman?
20      A.  Timmy Cornman is a bartender that worked
21  with me at LuLu's.
22      Q.  Now, what is LuLu's?

Case 1:05-cv-01274-RCL   Document 83-3   Filed 02/17/2008   Page 6 of 8
DEPOSITION OF ANTHONY B. WOOD
CONDUCTED ON THURSDAY, NOVEMBER 15, 2007

79

1   25.  Isn't this, in fact, correct?  Didn't your
2   answers to interrogatories state that you told
3   Olayinka he was going to get into trouble?
4       A.   Yes.
5       Q.   Let's go to number 27.  On several
6   different occasions you indicated that Olayinka
7   chased after or ran after Jon Rude, Mike Gillman,
8   and the three other individuals.  So wouldn't this
9   also be correct?
10      A.   Yes.
11          MR. RUDE:  I believe that's all I have,
12  Mr. Tapp.
13          MR. TAPP:  Nothing.  We will waive
14  reading.
15          MR. RUDE:  Waive reading, you say?
16          THE REPORTER:  Mr. Tapp, are you ordering
17  a copy of the transcript?
18          MR. TAPP:  Not yet.
19          THE REPORTER:  Mr. Rude?
20          MR. RUDE:  Yes.
21          (Signature having been waived, at 2:53
22  p.m., the deposition of Anthony B. Wood concluded.)

```
1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2              I, Judith F. Richard, Registered
3    Professional Reporter, the officer before whom the
4    foregoing proceedings were taken, do hereby certify
5    that the foregoing transcript is a true and correct
6    record of the proceedings; that said proceedings
7    were taken by me in stenotypy and thereafter reduced
8    to computer-aided transcription by me; and that I am
9    neither counsel for, related to, nor employed by any
10   of the parties to the case and have no interest,
11   financial or otherwise, in its outcome.
12             IN WITNESS WHEREOF, I have hereunto set
13   my hand and affixed my notarial seal this 2nd day of
14   December, 2007.
15
16                    [signature: Judith Richard]
17
18                    Judith F. Richard, RPR
19                    Notary Public in and for
20                    the District of Columbia
21   My commission expires
22   January 14, 2008
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,

    Plaintiff,

v.                            Case No. 1:05cv1274RCL

OLAYINKA ADEBOYEKU
And ATHONY B. WOOD,

    Defendants.

## NOTICE TO TAKE ORAL DEPOSITION AND DOCUMENT PRODUCTION

TO:  Mr. Barry Tapp
       Counsel For Defendant Anthony B. Wood

Pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, testimony shall be taken upon oral examination before a person authorized by the District of Columbia, to administer oaths on November 15, 2007 **at 1:00 P.M.**, 1100 Connecticut Avenue, N.W., Suite 850, Washington, D.C. 20036 with respect to all matters in this action, at which time and place the oral deposition of **ANTHONY B. WOOD** will be taken. He is to bring with him all documents required to be produced by defendant pursuant to Plaintiff's Second Interrogatories and Request For Production of Documents. Such deposition shall continue day to day until completed.

Dated: 05 November 2007

_____
RICK A. RUDE, Esq. #244897
207 Park Avenue, Suite 103
Falls Church, VA. 22046
(703) 536-3063 Tele.
(703) 536-4841 Fax.
Counsel For Plaintiff

PLAINTIFF'S EXHIBIT #6 11-15-07