UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JONATHAN W. RUDE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1274 (RCL) |
| OLAYINKA ADEBOYEKU, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon full consideration of plaintiff's renewed motion [78] for summary judgment as to defendant Anthony B. Wood, the opposition brief, reply, the entire record herein, and applicable law, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part.  The motion is DENIED with respect to the defense of others affirmative defense and GRANTED as to all other defenses asserted in defendant Wood's amended answer.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on May 15, 2008.