# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JONATHAN W. RUDE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **OLAYINKA ADEBOYEKU**, *et al* | ) | Civil Action No. 05-1274 (RCL) |
| | ) | |
| **DANCING CRAB AT WASHINGTON HARBOUR, L.P.**, *et al.* | ) | Civil Action No. 05-1278 (RCL) |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon Dancing Crab at Washington Harbour, L.P.'s unopposed oral motion for consolidation of these two cases for trial, it is hereby

ORDERED that the motion is GRANTED. Civil Case Nos. 05-1274 and 05-1278 shall be consolidated for trial; it is further hereby

ORDERED that a pretrial conference is scheduled for July 17, 2008, at 4:30 p.m.; it is further hereby

ORDERED that trial is set for August 18, 2008, at 10:00 a.m.

In accordance with Local Civil Rule 16.5(d)(5), the parties shall prepare a joint pretrial statement rather than separate pretrial statements for each party. The Joint Pretrial Statement shall be prepared as follows:

      (a)    Counsel for plaintiff shall arrange by advance notice a conference of counsel. The objective of the conference shall be the preparation of the Joint Pretrial Statement. In addition, counsel shall discuss prospects for settlement.

      (b)    Counsel for plaintiff shall file and serve the Joint Pretrial Statement by July 15, 2008. Submissions of all counsel shall be included in the statement.

      (c)    The Joint Pretrial Statement shall include:

1. All the information required by Local Civil Rule 16.5(b);
2. Stipulated facts (both already agreed and proposed);
3. Stipulations concerning authenticity of documents and admissibility of exhibits;
4. A list of motions to be decided before or at the commencement of trial;
5. Proposed amendments to the pleadings;
6. An estimate of trial time;
7. Any waiver of jury trial;
8. Proposed, and agreed upon, voir dire questions;
9. Proposed, and agreed upon, jury instructions, together with objections thereto, and supporting memoranda of law if appropriate; and
10. Proposed, and agreed upon, verdict forms, together with objections thereto, and supporting memoranda of law if appropriate.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, May 30, 2008.