UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JONATHAN W. RUDE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **OLAYINKA ADEBOYEKU,** *et al* | ) | Civil Action No. 05-1274 (RCL) |
| | ) | |
| **DANCING CRAB AT WASHINGTON HARBOUR, L.P.,** *et al.* | ) | Civil Action No. 05-1278 (RCL) |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the unopposed oral request to have the above-captioned cases referred to a Magistrate Judge for mediation, it is hereby

ORDERED that these cases are REFERRED to Magistrate Judge Facciola for mediation proceedings. Pretrial will be conducted by the undersigned on July 17, 2008, and trial is set for August 18, 2008.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, May 30, 2008.