REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1332 Diversity-Personal Injury | | | |
|---|---|---|---|---|
| CASE NO: 05cv1274 | DATE REFERRED: 5/30/08 <br><br> DISPOSITION DATE: | PURPOSE: Mediation | JUDGE: Chief Judge Royce C. Lamberth | MAG. JUDGE Facciola |
| PLAINTIFF(S): <br> JONATHAN W. RUDE | | DEFENDANT(S): <br> ANTHONY B. WOOD | | |
| ENTRIES: | | | | |