UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JONATHAN W. RUDE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **OLAYINKA ADEBOYEKU,** *et al* | ) | Civil Action No. 05-1274 (RCL) |
| | ) | |
| **DANCING CRAB AT WASHINGTON HARBOUR, L.P.,** *et al.* | ) | Civil Action No. 05-1278 (RCL) |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The pretrial conference in these cases is rescheduled for August 5, 2008, at 9:30 a.m. Counsel for all parties must appear that date.

These matters remain set for trial on August 18, 2008, at 10:00 a.m.

SO ORDERED.


Signed by Chief Judge Royce C. Lamberth, July 18, 2008.

Case 1:05-cv-01274-RCL    Document 91    Filed 07/18/2008    Page 2 of 2