UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

JONATHAN W. RUDE,
    Plaintiff

vs.

OLAYINKA ADEBOYEKU, *et al.*,

    Defendant

&

JONATHAN W. RUDE,
    Plaintiff

vs

DANCING CRAB, INC.,
    Defendant

CA No. 05-2174 (RCL)

CA No. 05-1278 (RCL)

## REQUEST FOR CONTINUANCE

    Jonathan W. Rude, the Plaintiff in these consolidated cases respectfully requests this Court continue the trial date presently scheduled for August 18, 2008 due to the unexpected and sudden death of my attorney and father on July 12, 2008.
    I am attempting to locate an attorney who is willing to handle this case and due to the voluminous nature of the pleadings herein I have to let them read and digest a large amount of material. Additionally there are personal issues that necessitate delay.
    Wherefore this Court is respectfully rewquested to continue this trial date for an extended period of time.

Respectfully submitted,

Jonathan W. Rude *(pro se)*

I certify that I have mailed this request to Barry Tapp Esq. & Richard Page Wyrough, Esq.

**RECEIVED**
JUL 3 1 2008
Clerk, U.S. District and
Bankruptcy Courts